**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.*,  Plaintiffs,  v.  WILLIAM REYNOLDS, *et al.*,  Defendants. | No. 1:22-cv-07464  **FRCP 7.1 STATEMENT OF SECOND AMENDMENT <u>FOUNDATION</u>** |

Plaintiff SECOND AMENDMENT FOUNDATION, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: December 22, 2022

                                              s/ David D. Jensen
                                              David D. Jensen
                                              DAVID JENSEN PLLC
                                              33 Henry Street
                                              Beacon, New York 12508
                                              Tel: 212.380.6615
                                              david@djensenpllc.com