UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RONALD KOONS, *et al.*,

    Plaintiffs,

v.

WILLIAM REYNOLDS, *et al.*,

    Defendants.

No. 1:22-cv-07464

**FRCP 7.1 STATEMENT OF FIREARMS POLICY COALITION, INC.**

Plaintiff FIREARMS POLICY COALITION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: December 22, 2022

                                                s/ David D. Jensen
                                                David D. Jensen
                                                DAVID JENSEN PLLC
                                                33 Henry Street
                                                Beacon, New York 12508
                                                Tel: 212.380.6615
                                                david@djensenpllc.com