**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.*, | : |
|     Plaintiffs, | : No. 1:22-cv-07464 |
| v. | : **FRCP 7.1 STATEMENT OF** |
| | : **COALITION OF NEW JERSEY** |
| WILLIAM REYNOLDS, *et al.*, | : **FIREARM OWNERS** |
|     Defendants. | : |

Plaintiff COALITION OF NEW JERSEY FIREARM OWNERS, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: December 22, 2022

                                                        s/ David D. Jensen
                                                        David D. Jensen
                                                        DAVID JENSEN PLLC
                                                        33 Henry Street
                                                        Beacon, New York 12508
                                                        Tel: 212.380.6615
                                                        david@djensenpllc.com