**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.*, | |
| Plaintiffs, | No. 1:22-cv-07464 |
| v. | **FRCP 7.1 STATEMENT OF NEW JERSEY SECOND AMENDMENT SOCIETY** |
| WILLIAM REYNOLDS, *et al.*, | |
| Defendants. | |

Plaintiff NEW JERSEY SECOND AMENDMENT SOCIETY, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: December 22, 2022

s/ David D. Jensen
David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York 12508
Tel: 212.380.6615
david@djensenpllc.com
