**STATE OF NEW JERSEY — PERMIT TO CARRY A HANDGUN**

Name: Ronald Paul Koons
Date of Birth: [redacted]
Hgt.: 5'10  Wgt.: 200  Eyes: Green  Hair: Brown
Issued: 10/6/2022  Exp.: 10/6/2024  Permit #: [redacted]  SBI#: [redacted]

has permission to carry a handgun in the State of New Jersey pursuant to 2C:58-4 of the New Jersey Statutes with amendments thereto. Permit must be in possession when carrying handgun. Restrictions placed on this permit must be strictly observed. This permit expires two years from the date of issue.

Bernard E. DeLury, Jr., P.J.Cr.
Signature, Superior Court Judge
County: Atlantic

If revoked or employment is terminated, permit must be returned to Supt. of State Police, Box 7068, W. Trenton, N.J. 08628-0068



Restrictions: ☐ None  ☐ See Below  ☐ See Court Order

Smith & Wesson
Model: M&P 9
Serial #: [redacted]

Signature of Applicant

This card may be laminated.
S.T.S. 159A (Rev. 11/19)