## STATE OF NEW JERSEY — PERMIT TO CARRY A HANDGUN

Name: **NICHOLAS J GAUDIO JR**  Date of Birth: [REDACTED]

Hgt.: **5' 11'**  Wgt.: **195**  Eyes: **BROWN**  Hair: **BALD**

Issued: **10/07/2022**  Exp.: **10/06/2024**  Permit #: [REDACTED]  SBI#: 

has permission to carry a handgun in the State of New Jersey pursuant to 2C:58-4 of the New Jersey Statutes with amendments thereto. Permit must be in possession when carrying handgun. Restrictions placed on this permit must be strictly observed. This permit expires two years from the date of issue.

Signature, Superior Court Judge — Honorable Kurt Kramer, J.S.C.

CAMDEN County

If revoked or employment is terminated, permit must be returned to Supt. of State Police, Box 7068, W. Trenton, N.J. 08628-0068