THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone:  609-343-2279
James F. Ferguson, County Counsel (#003761980)
E-mail: ferguson_james@aclink.org
Attorneys for Defendant William Reynolds in his official capacity as the Prosecutor of Atlantic County

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; AND NEW JERSEY SECOND AMENDMENT SOCIETY,<br><br>                                    Plaintiffs,<br><br>v.<br><br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>                                    Defendants. | Civil Action No.: 1:22-cv-07464-RMB-EAP<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-entitled action on behalf of Defendant William Reynolds, in his official capacity as Atlantic County Prosecutor.

                              ATLANTIC COUNTY LAW DEPARTMENT

                              BY: *s/ James F. Ferguson*
                              James F. Ferguson, County Counsel
                              Attorney for Defendant William Reynolds in his official capacity as the Prosecutor of Atlantic County

Dated:  December 30, 2022