EMESHE ARZÓN, COUNTY COUNSEL
BY: HOWARD L. GOLDBERG, FIRST ASSISTANT COUNTY COUNSEL
ATTORNEY I.D. #3567
COURTHOUSE ,520 MARKET STREET -6th FLOOR
CAMDEN, NEW JERSEY 08102-1375
PHONE:  (856) 225-5543
ATTORNEY FOR DEFENDANT GRACE C. MACAULAY, CAMDEN COUNTY PROSECUTOR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARMS OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY**<br>         Plaintiffs,<br><br>**WILLIAM REYNOLDS**, in his official Capacity as the Prosecutor of Atlantic County, New Jersey; **GRACE C. MACAULAY**, in her official capacity as Prosecutor of Camden County, New Jersey; **ANNEMARIE TAGGART**, in her official capacity as the Prosecutor of Sussex County, New Jersey; **MATTHEW J. PLATKIN**, in his official capacity as Attorney General of the State of New Jersey; and **PATRICK CALLAHAN**, in his official capacity as Superintendent of the New Jersey State Police,<br><br>         **Defendants.** | Hon. Renée Marie Bumb, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>CASE NUMBER: 1:22-cv-07464-RMB-EAP<br><br>*CIVIL ACTION*<br>**(ELECTRONICALLY FILED)**<br><br>Motion Return Date:  January 5, 2023 |

**BRIEF ON BEHALF OF DEFENDANT GRACE C. MACAULAY, CAMDEN COUNTY PROSECUTOR, IN OPPOSITION TO MOTION FOR A TEMPORARY RESTRAINING ORDER**

                                                            COUNTY COUNSEL

                                                            BY: /s/ Howard L. Goldberg
                                                            HOWARD L. GOLDBERG
                                                            First Assistant County Counsel
                                                            *Attorney for Defendant, Grace C. Macaulay,*
*DATED: December 30, 2022*                  *Camden County Prosecutor, in her official capacity*

## **TABLE OF CONTENTS**

I.   PRELIMINARY STATEMENT ...............................................................................1

II.  STATEMENT OF FACTS AND PROCEDURAL HISTORY..................................1

III. STANDARD OF REVIEW........................................................................................2

IV. LEGAL ARGUMENT................................................................................................2

V.  CONCLUSION...........................................................................................................2

## I. PRELIMINARY STATEMENT

Defendant Grace C. Macaulay is the duly appointed Prosecutor for the County of Camden, New Jersey. As such, she is sworn to uphold and enforce the laws of this State. She is sued in this case, in her official capacity, to restrain her from carrying out that responsibility as it concerns the recently enacted P.L. 2022 Chapter 131, a State of New Jersey law enacted to protect the citizens of this state from the continuing and escalating scourge of gun violence.

This Brief is offered in opposition to the Plaintiffs' Order to Show Cause, seeking a temporary restraining order (TRO) and additional injunctive relief, preventing the defendants from enforcing certain sections of Chapter 131. The underlying Complaint asserts a cause of action against the defendants, including Prosecutor Macaulay, under 42 U.S.C. § 1983 and seeks relief, including attorney's fees. To the extent that the Complaint can be construed as seeking damages against Defendant Macaulay in her official capacity as a Prosecutor, those claims are barred by the Eleventh Amendment. *See, e.g., Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985). To the extent that the Complaint is a challenge to the constitutionality of Chapter 131, and specifically with respect to the Order to Show Cause, Prosecutor Macaulay joins in and adopts the legal arguments articulated by the Attorney General on behalf of co-defendants Platkin and Callahan in his Brief in support of those defendants' opposition to the plaintiffs' motion for a temporary restraining order.

## II. STATEMENT OF FACTS AND PROCEDURAL HISTORY

Defendant Macaulay adopts in full the Statement of Facts and Procedural History as set forth in the Brief by the Attorney General on behalf of the co-defendants.

1

### III.     STANDARD OF REVIEW

Defendant Macaulay concurs with the legal standard for injunctive relief articulated in the Brief by the Attorney General.

### IV.     LEGAL ARGUMENT

Defendant Macaulay adopts all the legal arguments advanced by the Attorney General, since they apply equally to her and support denial of the temporary restraining order.

### V.     CONCLUSION

For all the foregoing reasons and those articulated in the Attorney General's brief, it is respectfully requested that the Court deny the temporary restraining order.

                                              Respectfully submitted

                                              COUNTY COUNSEL

Date:   December 30, 2022        By:  /s/ Howard L. Goldberg
                                                Howard L. Goldberg
                                                First Assistant County Counsel
                                                *Attorney for Defendant, Grace C. Macaulay,*
                                                *Camden County Prosecutor*
                                                *Howard.Goldberg@camdencounty.com*