# MAINE STATE LEGISLATURE

The following document is provided by the
**LAW AND LEGISLATIVE DIGITAL LIBRARY**
at the Maine State Law and Legislative Reference Library
http://legislature.maine.gov/lawlib



Reproduced from scanned originals with text recognition applied
(searchable text may contain some errors and/or omissions)

# Acts and Resolves

As Passed by the

# Seventy-Ninth Legislature

OF THE

# STATE OF MAINE

1919

Published by the Secretary of State, in accordance with the Resolves of the Legislature approved June 28, 1820, March 18, 1840, and March 16, 1842.

KENNEBEC JOURNAL CO.
AUGUSTA, MAINE
1919

6939

# PUBLIC LAWS

OF THE

# STATE OF MAINE

As Passed by the Seventy-Ninth Legislature

**1919**

[supplied from page 3 of volume]

'Sec. 6. **Members not to be candidates at any election, or primary.** Such board shall consist of three members who shall be residents and legal voters of the city where such board is established; they shall not hold any state, county or city office or be candidates therefor at any election, primary election or caucus so long as they shall continue members of said board. One member of said board shall be appointed and commissioned by the governor, by and with the consent of the council, for the term of four years. The other two members of the board shall be chosen one from the political party polling the highest number of votes for governor at the next preceding state election, and one from the political party polling the next highest number of votes for governor at said election; they shall each hold their office for the term of three years; each shall be nominated by the city committee of his own political party, and upon due notice thereof in writing, the several mayors of said cities shall forthwith appoint such persons, so nominated, members of said board. If either or both of said political parties refuses or neglects to seasonably nominate a member of such board and to notify the mayor of such city, said mayor shall thereupon select and appoint a member of said board from the political party so neglecting and refusing to nominate, and said mayor shall so appoint in all such cases of vacancy, whether caused by death, resignation, declination, neglect or refusal to act after being so appointed, or by election or appointment to any state, county or city office, or however such vacancy may be caused; but in cases of necessity arising from the exigency of the public business, the other two members may proceed therewith as provided by this chapter until such vacancy shall be filled in the manner provided herein. And if any member of said board be absent or disqualified by sickness or otherwise, such mayor shall upon notice thereof forthwith fill his place by the appointment of some qualified elector of said city of the same political party as the absent member represents, to act in his absence.'

Approved April 4, 1919.

# Chapter 180.

An Act to Amend Section Sixty-four of Chapter Thirty-three of the Revised Statutes, as Amended by Chapter Two Hundred and Nineteen of the Public Laws of Nineteen Hundred and Seventeen, Relating to the Use of Automobiles in Hunting Wild Birds and Wild Animals.

*Be it enacted by the People of the State of Maine,* as follows:

R. S., c. 33, § 64, 1917, c. 219, am. § 64; **prohibiting hunting from automobiles, amended.** Section sixty-four of chapter thirty-three, of the revised statutes, as amended by chapter two hundred and nineteen of the public laws of nineteen hundred and seventeen, is hereby amended by striking out after the word "section" in the sixth line thereof the words "whoever violates any provision of this section shall pay a fine of not

less than forty dollars nor more than one hundred dollars and costs for each offense", and inserting in place thereof the following:

'**Possession of loaded shotgun or rifle in motor vehicle on highways, fields or forests prohibited; penalty.** No person shall have a rifle or shotgun, either loaded or with a cartridge in the magazine thereof, in or on any motor vehicle while the same is upon any highway or in the fields or forests.

Whoever violates any provision of this section shall be subject to a penalty of not more than one hundred dollars and costs for each offense or imprisonment for not more than sixty days or both said fine and imprisonment in the discretion of the court.'

Approved April 4, 1919.

# Chapter 181.

An Act to Amend Section Three of Chapter Eighty-four of the Revised Statutes, Relating to Clerks of the Judicial Courts.

*Be it enacted by the People of the State of Maine,* as follows:

**R. S., c. 84, § 3; relating to the accounting of moneys received by clerk of court.** Section three of chapter eighty-four of the revised statutes is hereby amended by adding the following paragraph:

'Proceeds of all sales of property made under the decree of the supreme judicial court and any and all other sums of money from whatever source derived in civil proceedings coming into the custody of the supreme judicial court shall be deposited in such depository as the court shall designate, and shall be withdrawn therefrom upon order of the clerk of courts, countersigned by any justice of the supreme judicial court in term time or vacation. The court or any justice thereof in term time or vacation shall designate some proper bank or trust company as the depository for the funds hereinbefore referred to, and such designation shall be minuted on the docket of the court. At each regular term of court in each county, the presiding justice shall verify the account kept with such depository and shall cause to be minuted on the docket of such court that he finds the same to be accurate and duly vouched. He shall affix his signature to such certificates on the docket. Clerks of courts in the several counties shall keep a regular book containing the account of such funds showing the deposits and all accumulations thereof, and the amounts withdrawn therefrom, specifying the date of such withdrawal and the case to which such matters relate. All deposits shall be in the name of the court,' so that said section, as amended, shall read as follows:

'**Sec. 3. Court shall designate depository; accounts to be verified and minuted on docket at each term; deposits to be in name of court.** He shall