

# Atlantic County
## Department of Law

James F. Ferguson
*Department Head*
*County Counsel*

Dennis Levinson
*County Executive*

December 30, 2022

609/343-2279   FAX: 343-2373
TDD:  348-5551

Office of the Adjuster
609/343-2361   FAX: 343-2322

Judge Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

**RE:  Koons v. Reynolds, 22-cv-7464-RMB-EAP**

Dear Judge Bumb,

    I am County Counsel for Atlantic County and in that role, I represent the Atlantic County Prosecutor's Office in civil matters.  I have just entered my appearance on behalf of Atlantic County Prosecutor, William Reynolds, a named Defendant in the above captioned case.

    I hereby join the argument submitted by the State Attorney General's Office in Opposition to the Plaintiff's Motion for a Temporary Restraining Order.  That Motion has a current return date of January 5, 2023.  I kindly request the Court Deputy Clerk to provide me with the zoom link for the hearing.    I also reserve the right to file a Motion to Dismiss for Failure to State a Cause of Action on behalf of Prosecutor Reynolds pursuant to Fed. R. Civ. P. 12(b)(6).

    Thank you for your kind attention.

Respectfully,
*/s/ James F. Ferguson*
County Counsel

cc:  All counsel of record via electronic filing
William Reynolds, Atlantic County Prosecutor

JF/tf


