EMESHE ARZÓN, COUNTY COUNSEL
BY: HOWARD L. GOLDBERG, FIRST ASSISTANT COUNTY COUNSEL
ATTORNEY I.D. #3567
COURTHOUSE ,520 MARKET STREET - 6th FLOOR
CAMDEN, NEW JERSEY 08102-1375
PHONE: (856) 225-5543
E-MAIL: Howard.Goldberg@camdencounty.com
ATTORNEY FOR DEFENDANT, GRACE C. MACAULAY, CAMDEN COUNTY PROSECUTOR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARMS OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY<br><br>**Plaintiffs,**<br><br>**WILLIAM REYNOLDS**, in his official Capacity as the Prosecutor of Atlantic County, New Jersey; **GRACE C. MACAULAY**, in her official capacity as Prosecutor of Camden County, New Jersey; **ANNEMARIE TAGGART**, in her official capacity as the Prosecutor of Sussex County, New Jersey; **MATTHEW J. PLATKIN**, in his official capacity as Attorney General of the State of New Jersey; and **PATRICK CALLAHAN**, in his official capacity as Superintendent of the New Jersey State Police,<br><br>**Defendants.** | Civil Action No: 1:22-cv-07464-RMB-EAP<br><br>*CIVIL ACTION*<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-entitled action on behalf of Defendant Grace C. Macauley, in her official capacity as the Prosecutor of Camden County, New Jersey.

                                                  **COUNTY COUNSEL**

                                 **By:**   /s/ Howard L. Goldberg
                                          Howard L. Goldberg, Esq.
Dated:  December 30, 2022              First Assistant County Counsel