MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendants*

By:  Angela Cai (NJ Bar 121692014)
 *Deputy Solicitor General*
 609-414-5954
 angela.cai@njoag.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> Defendants. | Hon. Karen M. Williams, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on December 30, 2022, I electronically filed on behalf of State Defendants Platkin and Callahan (1) an Opposition to Plaintiffs' Motion for a Temporary Restraining Order and (2) a Declaration in Support of the Opposition with attached exhibits with the Clerk of the United States District Court for the District of New Jersey in the above-captioned docket. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

I declare under penalty of perjury that the foregoing is true and correct

                                    /s/ Angela Cai
                                    Angela Cai
                                    Deputy Solicitor General

Dated: December 30, 2022