## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 22-CV-07464-RMB-EAP

Plaintiff:
**RONALD KOONS et al**

vs.

Defendant:
**WILLIAM REYNOLDS et al**

Received by SUBPOENA SERVED to be served on **GRACE C. MACAULAY, CAMDEN COUNTY PROSECUTOR'S OFFICE, 200 FEDERAL STREET, CAMDEN, NJ 08103**.

I, Pat Williams, being duly sworn, depose and say that on the **27th day of December, 2022 at 2:40 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE** to **ANABEL PACHERO** as **ADMIN./AUTHORIZED AGENT**, who stated they are authorized to accept service for: **GRACE C. MACAULAY** at the address of: **CAMDEN COUNTY PROSECUTOR'S OFFICE, 200 FEDERAL STREET, CAMDEN, NJ 08103**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: BLACK, Height: 5'5, Weight: 155, Hair: RED/BROWN, Glasses: Y

I am over the age of 18 and have no interest in the above action.

_Pat Williams_
**Pat Williams**
Process Server

Subscribed and Sworn to before me on the 28th day of December, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOPHER J. MULLEN
Commission # 2389225
Notary Public - State of New Jersey
My Commission Expires
September 03, 2024

**SUBPOENA SERVED**
293 Route 18 South, Ste D
Mailbox 381
East Brunswick, NJ 08816
(609) 619-2330

Our Job Serial Number: CHL-2022012055
Ref: KOONS/REYNOLDS

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n