AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-07464-RMB-EAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANNEMARIE TAGGART/SUSSEX COUNTY PROS OFFICE
was received by me on *(date)* 12/26/2022 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NICOLE "DOE" , who is
designated by law to accept service of process on behalf of *(name of organization)* ANNEMARIE TAGGART
SUSSEX COUNTY PROSECUTOR'S OFFICE on *(date)* 12/27/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/28/2022

*Server's signature* 12/28/22

Raymond K. Dash, Process Server
*Printed name and title*

101 Crawfords Corner Road, Suite 3-102R
Holmdel, New Jersey 07733
609.619.2330
*Server's address*

Additional information regarding attempted service, etc:

Service On: ANNEMARIE TAGGART SUSSEX COUNTY PROSECUTOR'S OFFICE

Served On: NICOLE "DOE" (WHITE SKIN FEMALE, 25-35YO, 5'5, 130 LBS, ) ON 12.27.2022 at 3:17 PM AUTHORIZED LEGAL SECRETARY.19-21HIGH STREET, NEWTOWN, NEW JERSEY 97860

Documents Served: SUMMMONS/ COMPLAINT AND ORDER TO SHOW CUASE (27 PAGES)