AO 440 (Rev. 06/12) Summons in a Civil Action       **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE**
EFFECTED (1) BY ME: **PETER CERRUTO**
TITLE: **PROCESS SERVER**
DATE: **12/28/2022 11:10:35 AM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

WILLIAM REYNOLDS

Place where served:

ATLANTIC COUNTY PROSECUTOR'S OFFICE  4997 UNAMI BLVD, SUITE 2  MAYS LANDING  NJ  08330

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DOROTHY GROFF

Relationship to defendant   **CLERK**

Description of Person Accepting Service:

SEX: F   AGE: 65+   HEIGHT: 5'0"-5'3"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*PETER CERRUTO*

DATE: 12/28/2022                 _____3E6E1E09E2A7459_____ L.S.

SIGNATURE OF **PETER CERRUTO**
SUBPOENA SERVED LLC
101 CRAWFORDS CORNER RD.
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733

**Attempts**
12/27/2022 3:03:44 PM

ATTORNEY: DAVID D. JENSEN, ESQ.
PLAINTIFF: RONALD KOONS, ET AL
DEFENDANT: WILLIAM REYNOLDS  IN HIS OFFICIAL CAPACITY AS THE PROSECUTOR OF ATLANTIC COUNTY, NEW JERSEY;, ET AL
VENUE: DISTRICT
DOCKET:
COMMENT: 1 22 CV 07464 RMB EAP