# LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

January 3, 2023

**VIA ECF**
The Honorable Renee Marie Bumb
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    Koons, et al. v. Reynolds, et al.
              Civil Action No.: 1:22-cv-07464-RMB-EAP

Dear Judge Bumb:

      We represent the plaintiffs in a matter captioned *Siegel, et al. v. Platkin, et al.* 1:22-cv-07463-KMW-AMD. Some of the claims in the *Siegel* matter are similar to the claims in the within matter in that they challenge several of the same provisions of law.

      I understand that there is a hearing on Plaintiffs' application for a temporary restraining order to be conducted by Zoom on January 5, 2023. I am requesting that the Court kindly allow me to listen in to the Zoom proceeding. Naturally, I would not speak unless directly addressed by the Court.

      My email address is dschmutter@hartmanwinnicki.com.

      Thank you.

                                    Respectfully submitted,

                                    s/ Daniel L. Schmutter
                                    DANIEL L. SCHMUTTER

DLS/ars