UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE RENÉE MARIE BUMB**

**COURT REPORTER: JOHN J. KURZ**

**TITLE OF CASE:**

KOONS, ET AL., VS. REYNOLDS, ET AL.,

**DATE OF PROCEEDINGS**

January 5, 2023

**Docket #** 22-cv-07464(RMB/EAP)

**APPEARANCES:**

David Douglas Jensen, Esquire for plaintiff
Murianda L. Ruffin Esquire for defendant William Reynolds
Howard Lane Goldberg, Esquire for defendant Grace C. Macaulay
Angela Cai, DAG and Jane Reilly, DAG for defendants AnneMarie Taggart, Matthew J. Platkin and Patrick Callahan

**NATURE OF PROCEEDINGS: MOTION HEARING**

Hearing on [8] Motion for Temporary Restraining Order by plaintiff.
Taken Under Advisement.

Time commenced*: 11:00a.m.*

*Time Adjourned: 1:20p.m.*

Total 2 Hours and 20 Minutes

s/ *Arthur Roney*
DEPUTY CLERK