THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone: 609-343-2279
Alan J. Cohen, Assistant County Counsel (#012551981)
E-mail: Cohen_Alan@aclink.org
Attorneys for Defendant William Reynolds in his official capacity as the Prosecutor of Atlantic County

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; AND NEW JERSEY SECOND AMENDMENT SOCIETY,<br><br>  Plaintiffs,<br><br>v.<br><br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>  Defendants. | Civil Action No.: 1:22-cv-07464-RMB-EAP<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned-withdrawing attorney hereby agrees to the substitution of the superseding attorney as counsel for the Defendant, William Reynolds in his official capacity as the Prosecutor of Atlantic County in the above-captioned matter.

| ATLANTIC COUNTY LAW DEPT. | ATLANTIC COUNTY LAW DEPT. |
|---|---|
| /s/ James F. Ferguson | /s/ Alan J. Cohen |
| James F. Ferguson | Alan J. Cohen |
| County Counsel | Assistant County Counsel |
| Withdrawing Attorney | Superseding Attorney |
| Date: January 9, 2023 | Date: January 9, 2023 |