**DAVID JENSEN PLLC**

BEACON ◊ MANHATTAN

33 HENRY STREET
BEACON, NEW YORK 12508

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK 10038

12 January 2023

Hon. Renée Marie Bumb
United States District Court
4th & Cooper Streets
Camden, New Jersey 08101
*Submitted by CM/ECF*

Re:   *Koons, et al. v. Reynolds, et al.* (No. 1:22-cv-07464-RMB-EAP)

Dear Judge Bumb:

I represent the Plaintiffs and write pursuant to the Court's Order (Doc. No. 35) directing the parties to (pertinently) provide a proposed briefing schedule. Counsel for the State Defendants has reviewed this in advance.

Prior to today's hearing in *Siegel, et al. v. Platkin, et al.*, we had agreed that Defendants would submit a further opposition brief by January 24, 2023, and that Plaintiffs would submit a further reply brief by January 31, 2023. A hearing would follow, as directed by the Court.

In light of Judge Williams's ruling today regarding consolidation, we would like to have a chance for all counsel (in both cases) to confer. For the time being, and in accordance with the Court's Order, we are providing the scheduling proposal that we had previously reached. However, we may provide an updated proposal in the near future.

Respectfully submitted,

**DAVID JENSEN PLLC**

David D. Jensen

cc:   Daniel L. Schmutter
      Hartman & Winnicki, P.C.
      *Counsel for Plaintiffs in Siegel v. Platkin*
      *Sent by Email*

**DAVID JENSEN PLLC**
ATTORNEY AND COUNSELOR AT LAW
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY
ADMITTED TO PRACTICE IN NEW JERSEY AND NEW YORK

+1.212.380.6615 TEL
+1.917.591.1318 FAX
david@djensenpllc.com