LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

———————

* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

———————

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

January 13, 2023

**VIA ECF**
The Honorable Renee Marie Bumb
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

  Re: **Koons, et al. v. Reynolds, et al. - No.: 1:22-cv-07464**
     **Siegel, et al. v. Platkin, et al. - No.: 1:22-cv-07463**

Dear Judge Bumb:

  We represent the *Siegel* plaintiffs.

  In accordance with our letter of earlier today, we are attaching for the Court's convenience the transcript from yesterday's TRO hearing before Judge Williams in *Siegel*.

  Thank for your attention in this regard.

           Respectfully submitted,

          s/ Daniel L. Schmutter
          DANIEL L. SCHMUTTER

DLS/ars
Attachment
Cc: Angela Cai, Esq.
   David Jensen, Esq.