Leon J. Sokol, Esq.
**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300

Edward J. Kologi, Esq.
**KOLOGI • SIMITZ**
Counsellors at Law
500 N. Wood Avenue
Linden, NJ 07036
(908) 486-8877

**Attorneys for Intervenors-Applicants Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; EFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of | Civil Action No: 1:22-cv-7464 RMB/EAP (CONSOLIDATED) <br><br> Hon. Renee Marie Bumb, U.S.D.J. <br> Hon. Elizabeth A. Pascal, U.S.M.J. <br><br><br> NOTICE OF MOTION ON SHORT NOTICE TO INTERVENE PURSUANT TO FED. R. CIV. P. 24(b) BY INTERVENORS-APPLICANTS SENATE PRESIDENT NICHOLAS P. SCUTARI AND ASSEMBLY SPEAKER CRAIG J. COUGHLIN |

New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

        Defendants.

**and**

**NICHOLAS P. SCUTARI**, President of the New Jersey Senate, and **CRAIG J. COUGHLIN**, Speaker of the New Jersey General Assembly,

        **Intervenors-Applicants**

TO:    Daniel L. Schmutter, Esq.
        HARTMAN & WINNICKI, P.C.
        74 Passaci Street
        Ridgewood, New Jersey 07450

        David Jensen PLLC
        DAVID D. JENSEN
        33 Henry Street
        Beacon, New York 12508

        Angela Cai, D.A.G.
        Office of the Attorney General
        Dept. of Law & Public Safety
        25 W. Market Street
        P.O. Box 080
        Trenton, New Jersey 08625

**PLEASE TAKE NOTICE** that on February 21, 2023 or on such Short Notice as the Court may allow, Intervenors-Applicants, Nicholas P. Scutari, New Jersey Senate President, and Craig J. Coughlin, Speaker of the New Jersey General Assembly, by and through their counsel Cullen and Dykman LLP, and Kologi ◆ Simitz, shall move before the Hon. Renee Marie Bumb, U.S.D.J., at the United Stated District Court for the District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Street, Camden, New Jersey, for an Order granting

Intervenors-Applicants' Motion to Intervene pursuant to Fed. R. Civ. P. 24(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion Intervenors-Applicants will rely on the accompanying Affirmation of Edward J. Kologi, Esq. (including proposed Answer of Intervenors-Applicants) and Brief.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested on the return date only if the within Motion is opposed.

A proposed form of order is submitted herewith.

Respectfully submitted,

Cullen and Dykman, LLP

By: */s/ Leon J. Sokol*
         Leon J. Sokol

Kologi ◆ Simitz, Counsellors at Law

By:*/s/ Edward J. Kologi*
         Edward J. Kologi

Attorneys for Applicants-Interveners
Senate President Nicholas P. Scutari and
Assembly Speaker Craig J. Coughlin

Dated: January 24, 2023