**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300

**Edward J. Kologi, Esq.**
**KOLOGI • SIMITZ**
Counsellors at Law
500 N. Wood Avenue
Linden, NJ 07036
(908) 486-8877

**Attorneys for Intervenors-Applicants Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; EFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of | Civil Action No: 1:22-cv-7464 RMB/EAP (CONSOLIDATED)<br><br>Hon. Renee Marie Bumb, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br><br>**AFFIRMATION OF EDWARD J. KOLOGI, ESQ. IN SIPPORT OF INTERVENORS-APPLICANTS' MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24(b)** |

> New Jersey; and **PATRICK CALLAHAN**, in his official capacity as Superintendent of the New Jersey State Police,
>
>         **Defendants.**
>
> **and**
>
> **NICHOLAS P. SCUTARI**, President of the New Jersey Senate, and **CRAIG J. COUGHLIN**, Speaker of the New Jersey General Assembly,
>
>         **Intervenors-Applicants.**

EDWARD J. KOLOGI, ESQ., of full age, affirms to the court as follows:

    1.    I am an attorney at law of the State of New Jersey and a partner with the law firm of Kologi ◆ Simitz, attorneys for Interveners-Applicants Nicholas P. Scutari and Craig J. Coughlin. I make this Certification in support of Intervenors-Applicants' Motion to Intervene pursuant to Fed. R. Civ. P. 24(b).

    2.    Attached hereto are true copies of the following documents:

        A.    Proposed Intervention Pleading pursuant to Fed. R. Civ. P. 24(c)

        B.    L. 2022, c. 231 as enacted by the New Jersey Legislature and as approved by the Governor.

        C.    Summary of legislative history of A4769

        D.    A4769 – as introduced

        E.    Report of the Assembly Judiciary Committee dated 10/17/22 summarizing A4769,

        F.    Report of the Assembly Appropriations Committee dated 10/20/22 summarizing A4769

        G.    Report of the Assembly Oversight Committee dated 10/24/22 summarizing A4769

      H.      Report of the Senate Budget and Appropriations Committee dated 12/5/22 summarizing A4769

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Edward J. Kologi*
                                          Edward J. Kologi

Dated:  January 24, 2023