# EXHIBIT C

# *Bill A4769*

## *Session 2022 - 2023*

---

Makes various revisions to requirements for obtaining a firearm purchaser identification card, permit to purchase a handgun, and permit to carry a handgun; codifies sensitive places in which firearms and destructive devices are prohibited.*

## Bills and Joint Resolutions Signed by the Governor

### *Identical Bill Number:*S3214

This bill has been certified by OLS for a fiscal note.

### *Primary Sponsor:*

- Danielsen, Joe
- Greenwald, Louis D.
- Jasey, Mila M.
- McKeon, John F.
- Park, Ellen J.
- Chaparro, Annette
- Scutari, Nicholas P.
- Greenstein, Linda R.

### *Co-Sponsor:*

- Johnson, Gordon M.

- **10/13/2022**Introduced, Referred to Assembly Judiciary Committee
- **10/17/2022**Reported out of Asm. Comm. with Amendments, and Referred to Assembly Appropriations Committee
- **10/20/2022**Reported out of Assembly Comm. with Amendments, 2nd Reading
- **10/24/2022**Recommitted to Assembly Oversight, Reform and Federal Relations Committee
- **10/24/2022**Reported out of Assembly Comm. with Amendments, 2nd Reading
- **11/14/2022**Recommitted to Assembly Judiciary Committee
- **11/14/2022**Reported from Assembly Comm. as a Substitute, 2nd Reading
- **11/21/2022**Passed by the Assembly (43-29-1)
- **12/1/2022**Received in the Senate, Referred to Senate Budget and Appropriations Committee
- **12/5/2022**Reported from Senate Committee, 2nd Reading
- **12/19/2022**Substituted for S3214 (SCS)
- **12/19/2022**Passed Senate (Passed Both Houses) (21-16)
- **12/22/2022**Approved P.L.2022, c.131.

- **Introduced**
  (33 pages)**PDF FormatHTML Format**
- **Statement** - AJU 10/17/22
  (7 pages)**PDF FormatHTML Format**

- **Reprint** - AJU 10/17/22 1R

  (26 pages)**PDF FormatHTML Format**

- **Statement** - AAP 10/20/22 1R

  (10 pages)**PDF FormatHTML Format**

- **Statement** - AOF 10/24/22 2R

  (8 pages)**PDF FormatHTML Format**

- **Reprint** - AOF 10/24/22 3R

  (38 pages)**PDF FormatHTML Format**

- **Reprint** - AAP 10/20/22 2R

  (38 pages)**PDF FormatHTML Format**

- **Fiscal Estimate** - 10/31/22; 3R

  (5 pages)**PDF FormatHTML Format**

- **Statement** - JUD 3R ACS CC 11/14/22

  (9 pages)**PDF FormatHTML Format**

- **Fiscal Estimate** - 11/25/22; ACS

  (6 pages)**PDF FormatHTML Format**

- **Statement** - SBA 12/5/22 ACS

  (8 pages)**PDF FormatHTML Format**

- **Assembly Committee Substitute** - AJU 11/14/22 ACS

  (39 pages)**PDF FormatHTML Format**

- **Advance Law**

  (38 pages)**PDF FormatHTML Format**

- **Pamphlet Law**

  (27 pages)**PDF FormatHTML Format**

*Committee Voting:*

- **AJU - 10/17/2022 - r/Aca**
  **Yes:** 3
  **No:** 2
  **Not Voting:** 0
  **Abstain:** 0

  Roll Call

- **AAP - 10/20/2022 - r/Aca**
  **Yes:** 7
  **No:** 4
  **Not Voting:** 0
  **Abstain:** 0

  Roll Call

- **AOF - 10/24/2022 - r/Aca**
  **Yes:** 3
  **No:** 2
  **Not Voting:** 0
  **Abstain:** 0

  Roll Call

- **AJU - 11/14/2022 - r/ACS**
  **Yes:** 3
  **No:** 2
  **Not Voting:** 0
  **Abstain:** 0

  Roll Call

- **SBA - 12/5/2022 - r/ACS**

**Yes:** 8
**No:** 4
**Not Voting:** 0
**Abstain:** 0

**Roll Call**

*Session Voting:*

- **Asm. 11/21/2022 - 3RDG FINAL PASSAGE**
  **Yes:** 43
  **No:** 29
  **Not Voting:** 7
  **Abstain:** 1

  **Roll Call**

- **Sen. 12/19/2022 - SUB FOR S-3214**
  **Yes:** 0
  **No:** 0
  **Not Voting:** 40

  - Voice Vote Passed

- **Sen. 12/19/2022 - 3RDG FINAL PASSAGE**
  **Yes:** 21
  **No:** 16
  **Not Voting:** 3
  **Abstain:** 0

  **Roll Call**