**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300

**Edward J. Kologi, Esq.**
**KOLOGI • SIMITZ**
Counsellors at Law
500 N. Wood Avenue
Linden, NJ 07036
(908) 486-8877

**Attorneys for Intervenors-Applicants Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RONALD KOONS; NICHOLAS GAUDIO; EFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN,** | Civil Action No: 1:22-cv-7464 RMB/EAP (CONSOLIDATED)<br><br>Hon. Renee Marie Bumb, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br><br>**ORDER** |

| |
|---|
| **in his official capacity as Superintendent of the New Jersey State Police,** |
|       **Defendants.** |
| **and** |
| **NICHOLAS P. SCUTARI, President of the New Jersey Senate, and CRAIG J. COUGHLIN, Speaker of the New Jersey General Assembly,** |
|       **Intervenors-Applicants** |

**THIS MATTER** being opened on short notice to the Court by Cullen and Dykman LLP, and Kologi ◆ Simitz, attorneys for Intervenors-Applicants Nicholas P. Scutari and Craig J. Coughlin by way of a Motion to Intervene pursuant to Fed. R. Civ. P. 24(b); and the Court having considered the moving papers submitted and having heard the arguments of counsel and for good cause shown,

**IT IS** on this _____ day of_____, 2023, ORDERED as follows:

1. Intervention-Applicants' Motion to Intervene is hereby granted;

2. Intervention-Applicants shall file an Answer on or before _____, 2023;

3. Intervention-Applicants shall file opposition papers to Plaintiffs' motion for a Preliminary Injunction on or before _____, 2023;

4. A copy of this Order shall be served on all counsel and parties within seven (7) days of the entry of this Order.

                                                                            _____
                                                                            Hon. Renee Marie Bumb, U.S.D.J.