**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**(201) 488-1300**

**Edward J. Kologi, Esq.**
**KOLOGI • SIMITZ**
**Counsellors at Law**
**500 N. Wood Avenue**
**Linden, NJ 07036**
**(908) 486-8877**

**Attorneys for Intervenors-Applicants Senate President Nicholas P. Scutari and Assembly Speaker Craig J. Coughlin**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RONALD KOONS; NICHOLAS GAUDIO; EFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of** | **Civil Action No: 1:22-cv-7464 RMB/EAP (CONSOLIDATED)**<br><br>**Hon. Renee Marie Bumb, U.S.D.J.**<br>**Hon. Elizabeth A. Pascal, U.S.M.J.**<br><br>**PROOF OF SERVICE** |

**New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,**

**Defendants.**

**and**

**NICHOLAS P. SCUTARI, President of the New Jersey Senate, and CRAIG J. COUGHLIN, Speaker of the New Jersey General Assembly,**

**Intervenors-Applicants**

Michael Simitz, Esq. hereby certifies to the court as follows:

1. I am an attorney at law in the State of New Jersey and a partner with the Law Firm of Kologi ◆ Simitz, attorneys for Intervenors-Applicants, Nicholas P. Scutari and Craig J. Coughlin, in the above-captioned matter.

2. I certify that on this date the within Notice of Motion to Intervene, Certification of Edward J. Kologi, Esq. (including proposed Answer of Intervenor-Applicants), Memorandum of Law and proposed form of Order were served via ECF upon the following:

Daniel L. Schmutter, Esq.
HARTMAN & WINNICKI, P.C.
74 Passaci Street
Ridgewood, New Jersey 07450

David Jensen PLLC
DAVID D. JENSEN
33 Henry Street
Beacon, New York 12508

Angela Cai, D.A.G.
Office of the Attorney General
Dept. of Law & Public Safety
25 W. Market Street

P.O. Box 080
Trenton, New Jersey 08625

3. I further certify that on this date the aforementioned documents were filed with the United States District Court for the District of New Jersey via ECF.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Michael Simitz*
Michael Simitz

Date: January 24, 2023