UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                           January 26, 2023

**COURT REPORTER: JOHN J. KURZ**

**Docket #** 22-cv-07464(RMB/AMD)

**TITLE OF CASE:**

KOONS, ET AL., VS. REYNOLDS, ET AL.,

**APPEARANCES:**

Daniel L. Schmutter, Esquire for consolidated plaintiffs
Alan J. Cohen, Esquire for defendant William Reynolds
Angela Cai, DAG, Jane Reilly, DAG, Jeremy Feizenbaum, DAG and Sam Rubinstein, DAG
for defendants AnneMarie Taggart, Matthew J. Platkin and Patrick Callahan

**NATURE OF PROCEEDINGS: MOTION HEARING**

Continued Hearing on [8] Motion for Temporary Restraining Order by consolidated `plaintiffs.
Decision Reserved.
Ordered the parties to confer and send the Court a proposed schedule to resolve the litigation all together.

Time commenced: 9:30a.m.                    *Time Adjourned: 11:30p.m.*

                                            Total 2 Hours

                                             s/ *Arthur Roney*
                                             DEPUTY CLERK