[Docket No. 8]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, <br><br> Defendants. | Civil No. 22-7464 (RMB/AMD) <br><br> **ORDER** |

**BUMB, United States District Judge**

As set forth in the accompanying Opinion of today's date, Plaintiffs have made the requisite showing for emergent temporary relief as to certain provisions of Chapter 131 of the 2022 Laws of New Jersey. As such, the Plaintiffs' Motion for a Temporary Restraining Order AND Preliminary Injunction is **GRANTED**, in part; **DENIED**, in part; and the Court **RESERVES** its decision as to the Plaintiffs' Motion for a Preliminary Injunction. [Docket No. 8.] Accordingly,

**IT IS** on this **30th** day of **January 2023**, hereby

**ORDERED** that Defendants, as well as their officers, agents, servants, employees, and attorneys (and any other persons in active concert or participation with them) are **TEMPORARILY RESTRAINED** from enforcing the following provisions of Chapter 131 of the 2022 Laws of New Jersey: Section 7(a), subparts 10 (except for playgrounds), 12, 15, 17, 18, and 24, and Subsection 7(b)(1), as well as

related New Jersey statutes N.J.A.C. 7:22.17(b) and N.J.A.C. 13:69D1.13; and it is further

**ORDERED** that Plaintiffs are **EXCUSED** from giving security; and it is further

**ORDERED** that this Temporary Restraining Order shall **REMAIN IN EFFECT** pending a hearing and ruling on Plaintiffs' Motion for a Preliminary Injunction [Docket No. 8]; and it is further

**ORDERED** that the parties shall meet and confer regarding an expedited discovery and briefing schedule for Plaintiffs' preliminary injunction motion and propose such schedule to the Court within ten (10) days from the date hereof.

s/Renée Marie Bumb  
Renée Marie Bumb  
U.S. District Judge