LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

February 1, 2023

**VIA ECF**
The Honorable Renee Marie Bumb
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

  Re: **Koons, et al. v. Reynolds, et al. - No.: 1:22-cv-07464**
     **Siegel, et al. v. Platkin, et al. - No.: 1:22-cv-07463**

Dear Judge Bumb:

We represent the *Siegel* plaintiffs in the above-referenced consolidated matters.

The Court has asked for times that all counsel are available for a conference call with the Court to discuss briefing for an expedited motion for reconsideration of the Court's intervention order [ECF No. 53].  All counsel are available this afternoon between 2:00 pm and 3:30 pm and in the afternoon between 2:30 pm and 4:30 pm on Friday, February 3, 2023.  If either of these times are not convenient for the Court, we will attempt to provide additional dates and times.

Thank for your attention in this regard.

            Respectfully submitted,

            s/ Daniel L. Schmutter
            DANIEL L. SCHMUTTER

DLS/ars
Cc: Angela Cai, Esq.
   David Jensen, Esq.
   Alan Cohen, Esq.
   Howard Goldberg, Esq.
   David Chen, Esq.
   Leon Sokol, Esq.