UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **CHIEF JUDGE RENÉE MARIE BUMB** | February 1, 2023 |
| **COURT REPORTER: JOHN J. KURZ** | **Docket #** 22-cv-07464(RMB/AMD) |

**TITLE OF CASE:**

KOONS, ET AL., VS. REYNOLDS, ET AL.,

**APPEARANCES:**

David Douglas Jensen, Esquire for Ronald Koons plaintiffs'
Daniel L. Schmutter, Esquire for consolidated plaintiffs'
Alan J. Cohen, Esquire for defendant William Reynolds
Angela Cai, DAG, Jane Reilly, DAG, Jeremy Feizenbaum, DAG and Sam Rubinstein, DAG for defendants AnneMarie Taggart, Matthew J. Platkin and Patrick Callahan
Leon Joseph Sokol, Esquire, Edward Kologi, Esquire and Michael Simitz, Esquire for intervenors' Nicholas P. Scutari and Craig J. Coughlin

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference held via video.

Time commenced: 2:30p.m.                    Time Adjourned: 2:50p.m.

　　　　　　　　　　　　　　　　　　　　Total 20 minutes

　　　　　　　　　　　　　　　　　　　　s/ *Arthur Roney*
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK