UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, | CIVIL ACTION NO. 1:22-cv-7464-RMB/ EAP **(CONSOLIDATED)**<br><br>Hon. Renee Marie Bumb, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J. |

                Plaintiffs,

v.

WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. MACAULAY in her official capacity as the Prosecutor of Camden County, New Jersey; ANNEMARIE TAGGART in her official capacity as the Prosecutor of Sussex County, New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

                Defendants,

and

NICHOLAS P. SCUTARI, President of the New Jersey Senate, and CRAIG J. COUGHLIN, Speaker of the New Jersey General Assembly,

                Intervenors-Applicants

---

| | |
|---|---|
| AARON SIEGEL; JASON COOK; JOSEPH DELUCA; NICOLE CUOZZO; TIMOTHY VARGA; CHRISTOPHER STAMOS; KIM HENRY; and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 1:22-cv-7463 **(CONSOLIDATED)** |

CLUBS, INC.,

                Plaintiffs,

v.

MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police,

                Defendants,

and

NICHOLAS P. SCUTARI, President of the New Jersey Senate, and CRAIG J. COUGHLIN, Speaker of the New Jersey General Assembly,

                Intervenors-Applicants

_____

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    NICHOLAS P. SCUTARI, President of the New Jersey Senate, and CRAIG J. COUGHLIN, Speaker of the New Jersey General Assembly

Date:  2/2/2023

*/S/ EDWARD KOLOGI*
EDWARD J. KOLOGI, ESQ.
KOLOGI ♦ SIMITZ
COUNSELLORS AT LAW
500 N. Wood Avenue
Linden, NJ 07036
ekologiesq@aol.com
e_kologi_esq@comcast.net
(908) 486-8877
(908) 486-3911 (fax)