

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
PO BOX 080
TRENTON, NJ  08625-0080

MATTHEW J. PLATKIN
*Attorney General*

February 2, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Siegel v. Platkin*, 22-cv-7463
             *Koons v. Reynolds*, 22-cv-7464

Dear Chief Judge Bumb,

      I represent the State Defendants in the above-captioned consolidated matters. The parties have agreed to the following schedule for the pending motions for preliminary injunction:

> **Tuesday, February 7, 2023**:  *Koons* and *Siegel* Plaintiffs to submit any supplemental declarations; and *Koons* Plaintiffs to submit any Amended Complaint.[1]
>
> **Monday, February 13, 2023**:  PI Opposition due.
>
> **Tuesday, February 21, 2023**:  PI Reply due.

---

[1] The parties have agreed that any *Koons* Amended Complaint will only add claims on provisions already challenged in the *Siegel* Complaint.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-2791 FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

State Defendants request an expeditious hearing and ruling after the motion is fully briefed on February 21, 2023.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Angela Cai
      Angela Cai
      Deputy Solicitor General

cc:    All counsel via ECF.