UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* </br> *Plaintiffs* </br> v. </br> WILLIAM REYNOLDS, *et al.* </br> *Defendants* </br> --------------------------------------------- </br> AARON SIEGEL, *et al.* </br> *Plaintiffs,* </br> v. </br> MATTHEW PLATKIN, *et al.* </br> *Defendants.* | Civil Action No. 1:22-cv-07464-RMB-AMD </br></br> **CIVIL ACTION** </br></br> **(ELECTRONICALLY FILED)** </br></br> **CONSOLIDATED ACTIONS** |

**SUPPLEMENTAL DECLARATION OF JOSEPH DELUCA IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Joseph DeLuca, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. My wife and I will be visiting the Cape May Zoo over this upcoming Memorial Day weekend. I would carry my handgun with me when we do so, but I will refrain from doing so because of Chapter 131 Section 7(a)(9), as I fear arrest and prosecution.

3. My brother owns and operates a restaurant at South Jersey Regional Airport in Lumberton, New Jersey. I visit his restaurant approximately bi-weekly. My brother would let me carry my handgun at his restaurant, and I would do so. However, I refrain from carrying my handgun at his restaurant because of Chapter 131 Section 7(a)(20), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____           2/7/2023
Joseph DeLuca                                    Date