
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| ----------------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

**SUPPLMENTAL DECLARATION OF TIMOTHY VARGA IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Timothy Varga, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and I am competent to testify to the matters stated below.

2. In my previous declaration dated December 23, 2022, I indicated that I had not yet received my permit to carry a handgun. However, since then I did receive

my permit, and the date of issue is December 13, 2022, prior to the filing of the Complaint in this action.

3. I am Northeast Regional Sales Executive for Ancra Cargo, Inc. I work remotely from my home in Wall Twp. I am on the company's Executive Committee.

4. Once per year, my employer schedules a national meeting of the Executive Committee. This year the meeting is in North Carolina from June 12-15. I am required to attend. I will be flying from Newark Airport, and I wish to bring my handgun with me in accordance with the requirements of federal law. I am licensed to carry my handgun in North Carolina. I would bring my handgun to Newark Airport to transport in my checked baggage on my flight to North Carolina in full compliance with federal law (49 C.F.R. § 1540.111); however, because of Chapter 131 Section 7(a)(20) I will refrain from doing so for fear of arrest and prosecution.

5. I have been seeing a chiropractor for treatment of my neck for many years. Over the next 6 to 12 months I will go approximately weekly or bi-weekly for such treatment. My chiropractor allows me to carry my handgun when I am there. I would carry my handgun at these appointments; however, because of Chapter 131 Section 7(a)(21) I will refrain from doing so for fear of arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____         2/7/2023_____
Timothy Varga                                            Date