UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br> Defendants. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7463 |
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br> *Plaintiffs,* <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official | Hon. Reéne Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 22-CV-7464 |

1

capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

*Defendants.*

TO:  United States District Court
District of New Jersey – Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
Camden, NJ 08101

DANIEL L. SCHMUTTER, ESQ.
HARTMAN & WINNICKI, P.C.
74 PASSAIC ST.
RIDGEWOOD, NJ 07450

DAVID JENSEN
DAVID JENSEN PLLC
33 HENRY STREET SUITE 420
BEACON, NY 12508

LEON JOSEPH SOKOL
CULLEN AND DYKMAN, LLP
433 HACKENSACK AVE.
HACKENSACK, NJ 07601

EDWARD J. KOLOGI
KOLOGI SIMITZ
COUNSELLORS AT LAW
923 NORTH WOOD AVENUE
LINDEN, NJ 07036

**PLEASE TAKE NOTICE** that the undersigned, Defendants Matthew J. Platkin, Attorney General of New Jersey and Patrick Callahan, Superintendent of the New Jersey State Police, Angela Cai, Deputy Solicitor General, appearing,

2

move before this Court for an Order granting Defendants leave to file a 100 page consolidated brief in opposition to Plaintiffs' motions for preliminary injunction in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that in support of the above motion, Defendants will rely on the declaration of Angela Cai, Deputy Solicitor General.

**PLEASE TAKE FURTHER NOTICE** that a proposed form order is submitted herewith.

MATTHEW J. PLATKIN<br>
ATTORNEY GENERAL OF NEW JERSEY<br>
By: /s/ Angela Cai<br>
Angela Cai (NJ Bar 121692014)<br>
Deputy Solicitor General

Dated: February 10, 2023