

**State of New Jersey**

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>PO BOX 080<br>TRENTON, NJ 08625-0080 | MATTHEW J. PLATKIN<br>*Attorney General* |

February 10, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:   *Siegel v. Platkin*, 22-cv-7463
            *Koons v. Platkin*, 22-cv-7464

Dear Chief Judge Bumb,

    I represent the Defendants in the above-captioned consolidated matters and submit this letter on behalf of all parties. In response to Court's Text Order dated February 7, 2023, *Koons* D.E. 62, no party plans to call live witnesses at the preliminary injunction hearing. Thus, the parties only request oral argument.

    The parties have also conferred and agreed to the following:

- Plaintiffs consent to Defendants' motion for leave to file a 100-page PI opposition brief on February 13. (D.E. 72).

- Defendants consent to Plaintiffs' request to file 65-page reply briefs. Defendants also consent to Plaintiffs' request for a 3-day extension to file their reply, from February 21 to 24.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-2791 FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Angela Cai
Angela Cai
Deputy Solicitor General


cc: Daniel L. Schmutter, Esq.
David Jensen, Esq.
Leon Sokol, Esq.
Edward Kologi, Esq.