# EXHIBIT C

# 1769 Law "… for the more effectual Preservation of Deer …"

[original enrolled law]



An Act for the more Effectual Preservation of Deer in this Colony.

November 30. 1769. This Bill Being Agreed with the Council, Amendments having been read and Compared, the same is passed.

Rich. Smith Clerk

(No. 11)

I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

Joseph R. Klett

Address;
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives



An Act, for the more Effectual Preservation of Deer in this Colony.

November 30th 1769. This Bill Reingrossed with the Councils Amendments, having been read and Compared, the same is passed.

Richd. Smith
Clerk

(No. 11)

# An Act for the more effectual preservation of Deer in this Colony

1. Be it Enacted, by the Governor, Council, and General Assembly, and it is hereby Enacted by the Authority of the same, That if any Person or Persons shall presume, at any time after the publication hereof, to carry any Gun, or Hunt or Watch for Deer, or set in any Dog or Dogs to drive Deer or any other Game on any Lands not his own, (and for which the Owners pay Taxes) or is in his Lawful Possession unless he have licence or permission in Writing from the Owner or Owners or legal possessor, Such person or persons so offend=ing and Convicted thereof, either upon the View of any Justice of the Peace within this Colony, or by the Oath or Affirmation of one or more Witness or Witnesses before any Justice of the Peace of either of the Counties, Citys or Towns Corporate of this Colony, in which the Offender or Offenders may be taken or reside, he shall for every Offence forfeit and pay to the Owner of the Soil, or his Tenant in possession the Sum of Forty Shillings, with costs of Suit, provided that nothing herein Contained shall be construed to extend to prevent any Person carrying a Gun upon the Kings Highways in this Colony. ——

2. And be it Further Enacted by the Authority aforesaid, that if the Person or Persons offending against this Act be Non Residents of this Colony, he or they shall forfeit and pay for every such Offence, Five Pounds, and shall forfeit his or their Gun or Guns to any Person or Persons who shall inform and prosecute the same to effect before any Justice of the Peace in any County of this Colony wherein the Offender or Offenders may be taken or apprehended. ——

3. And be it Enacted by the Authority aforesaid, That if any Person or Persons, shall kill, destroy, hunt or take any Doe, Buck, Fawn, or any sort of Deer Whatsoever, at any other time or Season, except only between the First day of September, and the first day of January yearly and every year, he, she, or they so offending shall forfeit and pay the Sum of Forty Shillings for each and every Offence, to be sued for, recovered and applied as aforesaid. ——

4. And for the better and more effectual Convicting of Offenders against this Act, Be it Enacted by the Authority aforesaid, that any and every Person or Persons, in whose Custody shall be found, or who shall expose to Sale any Green Deer Skins or Fresh Venison, killed —— at any time after the first day of January, and before the first day of September aforesaid, and shall be thereof Convicted by the Oath or Affirmation of one or more Credi=table Witnesses, shall be deemed Guilty of Offending against this Act, and be Subjected to the Penalties of killing Deer out of Season; ——

5. And Whereas the practice of Shooting at Deer with Shott, is not only prejudicial to the Skins, but also in too many Instances only Occasions Wounds which do not Bleed, and with which the Deer escape and pine away and dye, Therefore —— Be it Enacted, that from and after the first day of September next, no person or persons whatsoever shall presume to Shoott at any Deer with Shott of any kind whatever, but with a single Slugg, Bullet or Ball only, And that if any Person or Persons shall presume to Shoott at, wound or kill any Deer, with any other Shott, than a single Ball, Slugg, or Bullet, the Person or Persons so offending shall forfeit and pay for every such Offence the Sum of Twenty Shillings, to be recovered and applied as is herein before directed, for any Person hunting on Lands not his Own. ——

6. And Whereas great numbers of Idle and disorderly Persons make a practice of Hunting for Deer on the Waste and unimproved Lands in this Colony, whereby their Families are neglected, and the public is prejudiced by the loss of their Labour, Be it therefore Enacted by the Authority aforesaid, That from and after the first day of September next, no person or persons whatsoever (except such persons as are by the Laws of this Colony

Qualified

Qualified to Vote for Representatives in General Assembly, and their Sons being of the Age of Eighteen years or upwards and Living with their Parent or Parents or being Freeholders, shall on any pretence whatever, Hunt or Kill any Deer, on the Waste and unimproved Lands in this Colony, and if any Person or persons not Qualified as aforesaid, shall presume to Hunt Deer as aforesaid, he or they so offending shall forfeit and pay for every such Offence the Sum of Twenty Shillings, to be recovered by Action of Debt, with Costs, by any Person who shall Sue for the same, to be applied, one half to the Prosecutor, and the other half to the use of the Poor of the Township or precinct where the Fact was committed.

7. And be it Enacted by the Authority aforesaid That if any person or persons within this Colony shall set any Trap of Steel or Iron, larger than what is usually and commonly set for Foxes or Musk-Ratts, or which Trap when set shall exceed the weight of Five Pounds, such person setting such Trap shall pay the Sum of Five Pounds, and forfeit the Trap; or (in default of payment after Conviction for Twenty Four Hours) shall suffer Three Months' Imprisonment, and shall also be liable to make good all Damages any person shall sustain by setting such Trap, And the Owner of such Trap, or person to whom it was lent shall be esteemed the setter thereof, unless it shall be proved, on Oath or Affirmation, what other person set the same, or that such Trap was lost by said Owner or Person to whom it was lent, and absolutely out of his power. And if the setter of the Trap be a Slave, if it be his own voluntary act he shall (unless the Master or Mistress shall pay the Fine) in lieu of such Fine, be publickly Whipt with Thirty Lashes, and committed till the Cost is paid: And that the said Traps shall be broken and entirely destroyed, in the View and presence of the Justice of the Peace before whom they are brought, and shall be delivered to the Overseer of the Poor to be by him Sold for the Use of the poor And if any Person or Persons shall have possession of, or there shall be found in his or their House, any Iron or Steel Trap or Traps, the weight whereof shall exceed Five pounds, or shall have in his possession any other Device for taking of Deer, such person or persons shall be subjected to the same penalty as if he or they were convicted of setting such Trap or Traps or other Device for taking of Deer.

8. And be it Further Enacted by the Authority aforesaid, that every Smith, or other Artificer, who shall hereafter make, or mend, any Steel or Iron Trap, of greater weight than Five pounds he shall forfeit and pay the Sum of Forty Shillings; and the person carrying the said Trap to the Artificer aforesaid shall forfeit and pay the Sum of Twenty Shillings, And every person who shall bring into this Colony any new or repaired Trap, above the Weight aforesaid shall forfeit and pay the Sum of Forty Shillings, And if the person who shall carry the same to the Smith or Artificer, shall be so poor as that he shall not be able to pay the Forfeiture aforesaid, he shall be committed to the Common Goal, until he shall prove who is Owner of said Trap, or delivered the same to him; and in such case, the forfeiture aforesaid shall be levied on the Goods, or in failure of Goods, on the Body of the Owner of said Trap, or the person who delivered the same to the Pauper, and the Trap shall be forfeited, Worked up, and entirely destroyed.

9. And Whereas a most dangerous method of setting Guns has too much prevailed in this Province Be it Enacted by the Authority aforesaid, That if any person or persons within this Colony shall presume to set any loaded Gun in such manner as that the same shall be intended to go off, or discharge itself, or be discharged by any string, Rope, or other Contrivance, such Person or Persons shall forfeit and pay the Sum of Six pounds, and on nonpayment thereof, shall be committed to the Common Goal of the County for Six Months.

10. And be it Further Enacted by the Authority aforesaid that the Fines and Forfeitures in this Act expressed, and not particularly provided for, shall be paid, One half to the Prosecutor, and the other half

Half to and for the use of the Poor of the Town, Precinct or District where the Offence is Committed, And that the Execution of this Act and every part thereof shall be within the Cognizance and Jurisdiction of any One Magistrate or Justice of the Peace.

11. And be it Enacted by the Authority aforesaid, That nothing in this Law shall be construed to extend to restrain the Owners of Parks, or of Tame Deer, from killing, hunting, or Driving their own Deer.

12. And Be it also Enacted by the Authority aforesaid, That if any Justice of the Peace or other Officer within this Province, coming to the knowledge of any Offence against this Act, and shall not prosecute the same to Effect within Two Months after such knowledge, shall forfeit and pay the Sum or Sums to which the Offenders against this Act would have been liable, and the Justices at every Sessions shall give the Sub=stance of this Law in Charge to the Grand Jury, who shall make particular enquiry thereof, and present all such Persons offending against this Act, against whom no Actions have been brought and recoveries had for the Penalties in this Act contained, And on Conviction for any of the Offences herein mentioned, to set and Impose the Fines and Penalties herein mentioned, with Costs of Suit ———

13. And Be it Enacted by the Authority aforesaid, That if any Person or Persons whatsoever whether the Accused or Accuser, Plaintiff or Defendant, shall think themselves aggrieved by any of the Judgments given by the said Justices or other Magistrates for any Suit Commenced by Virtue of this Act, then it shall and may be lawful for such Person or Persons to Appeal (on giving Sufficient Security for the Forfeitures and Costs) to the next Court of General Quarter Sessions held for Such County where such Judgment shall be given, which Court is hereby impowered to hear and determine all and every such Appeal or Appeals.

14. And Be it Enacted by the Authority aforesaid, That if any Person or Persons within this Colony, shall after the Publication of this Act, Watch with a Gun on any Uninclosed Land within Two hundred Yards of any Road or Path in the Night time, Wether the said Road is laid out by Law or not — or shall Stand or Station him or themselves upon, or within Two hundred Yards of any Road as aforesaid for Shooting at Deer driven by Dogs, He or they so Offending shall on Conviction forfeit and pay the Sum of Five Pounds for every such Offence, to be recovered by Action of Debt, or Presentment of the Grand Jury as aforesaid and pay all Damages.

15. Provided Allways, That the Fifth, Seventh and Eighth Sections of this Law shall not be construed to extend or any Ways affect the Counties of Essex, Bergen, Morris or Sussex, Provided also that the Sixth Section of this Act shall not be construed to affect any Native Indian.

16. And be it Enacted, by the Authority aforesaid, That all the Laws now in Force for the Preser=vation of Deer, and regulating the size of Traps, Shall be, and they are hereby repealed.

ncil Chamber November 30th 1769
Bill reingrossed with the Amendments
is House having been read and con=
ed, Resolved that the same do pass.
By Order of the House
Cha Read Speaker

November 30th 1769. This Bill Reingrossed with the Amendments made thereto by the Council, having been read and Compared; Resolved That the same do pass,
By Order of the House
Cortland Skinner
Speaker

Burlington December 6th 1769. I assent to this Bill enacting the same & order it to be enrolled.

Wm Franklin