# EXHIBIT G

1753 newspaper extract

[as published in 1897]

# DOCUMENTS

RELATING TO THE

## COLONIAL HISTORY

OF THE

## STATE OF NEW JERSEY.

EDITED BY

WILLIAM NELSON.

## VOLUME XIX.

I. SOME ACCOUNT OF EARLY AMERICAN NEWSPAPERS, AND LIBRARIES IN WHICH THEY MAY BE FOUND. PART III.—MICHIGAN–NEW-HAMPSHIRE.

II. EXTRACTS FROM AMERICAN NEWSPAPERS, RELATING TO NEW JERSEY.

### VOL. III. 1751–1755.

PATERSON, N. J.:
THE PRESS PRINTING AND PUBLISHING CO., 269 MAIN ST.
1897.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

ly have perish'd in the Flames.—*The Pennsylvania Gazette, March* 20, 1753. *No.* 1265.

Last Wednesday, Capt. Jones of this Port, arrived at Sandy Hook, in 18 Days from the Bay of Honduras, and came up here on Saturday.—*The Pennsylvania Gazette, March* 20, 1753. *No.* 1265.

New York, March 19.

By an Act lately passed in New Jersey, any Person seeing another carry a Gun over any inclosed Land, not his own, by Information against him, obliges him to pay Five Pounds, and be bound over to his good Behaviour, one Half to the Informer; and in case of Failure, to be dealt with at the Justice's Discretion: In Consequence of this Act, we hear, a few Weeks ago, a poor Fellow, in East New Jersey, was taken in the Fact, and brought to a Justice: The Justice accordingly was obliged to give Judgment; but the poor Fellow, Gun and all, not being worth Half the Money, the Justice was at a Stand what to do; at last determined him a Whipping of 30 Lashes, and as the Informer was entitled to one Half the Fine, very judiciously ordered him to receive one Half the Lashes.—*The Pennsylvania Gazette, March* 27, 1753. *No.* 1266.

We hear from Great-Egg-Harbour, that about a Fortnight ago, a French Sloop, bound to Cape Breton, from Cape Francois, was lost on Absecom Bar, in a violent North-east Storm; and that the people were all drown'd but two: And the Cargo, which consisted of Indigo, Sugar and Rum, was intirely lost—