# EXHIBIT J

# 1852 Supplement

# [as printed]

Case 1:22-cv-07464-RMB-AMD   Document 76-10   Filed 02/13/23   Page 2 of 4 PageID: 1156

# ACTS

OF THE

## SEVENTY-SIXTH LEGISLATURE

OF THE

# STATE OF NEW JERSEY,

AND

EIGHTH SESSION UNDER THE NEW CONSTITUTION.



SOMERVILLE:

PRINTED BY DONALDSON & BROKAW.

1852.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

ensack, and for other purposes therein mentioned," passed November twenty-fourth, seventeen hundred and ninety; and the contract and agreement for building said bridges, entered into in pursuance of said act, bearing date the seventeenth day of February, seventeen hundred and ninety-three, but the same shall be and remain of the same force and effect as if this act had not been passed.

Public act.    5. *And be it enacted*, That this act shall be deemed and taken as a public act, and shall go into effect immediately.

Approved February 13, 1852.

## CHAPTER LXVIII.

Supplement to the act entitled, "An act for the preservation of deer and other game, and to prevent trespassing with guns," approved April sixteenth, eighteen hundred and forty-six.

Decoys, &c., how placed.    1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That it shall not be lawful for any person, hunting or gunning after geese, ducks, brant, and for that purpose using stools or decoy geese, ducks, or brant, to place the boat, sneak-box, or other floating vessel in which he lies in wait to kill the said geese, ducks, and brant, at a distance more than three rods from ice, or from marsh, or meadow bank, or heaped sea-weed, or sand-bar not covered with water at ordinary high tide.

Lights not to be used in hunting.    2. *And be it enacted*, That it shall not be lawful for any person, with intent to capture or kill geese, ducks, or brant, in and about the waters aforesaid, to hunt after or pursue them with a light at night.

Penalty.    3. *And be it enacted*, That every person offending against the provisions of this act shall, for each offence, forfeit and pay the sum of fifteen dollars, to be sued for and recovered, with costs, in an action of debt before any jus-

tice of the peace in this state, by any person who shall sue for the same.

4. *And be it enacted*, That this act shall take effect immediately.

Approved February 14, 1852.

---

## CHAPTER XIX.

An act to incorporate the Good Intent Hose Company of Mount Holly.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That Joseph Gale, James D. Boling, Samuel Carr, George White, Theodore Collins, David W. Carr, and all persons, not exceeding fifty in number, as now are or hereafter shall become associates of the Good Intent Hose Company of Mount Holly, be, and they are hereby constituted and declared to be a body corporate and politic, in fact and in law, by the name of "the Good Intent Hose Company of Mount Holly." *[Names of corporators.]*

2. *And be it enacted*, That the capital stock of said company shall not exceed the sum of four thousand dollars, which shall be solely and exclusively applied to procuring, maintaining, and repairing such hose carriage, hose, reservoirs of water, ladders, buckets, fire hooks, hose houses, and other implements and machines, and to such other incidental expenses as shall to the said company appear best calculated to secure the property of their fellow citizens from injury or destruction by fire. *[Amount of capital stock.]*

3. *And be it enacted*, That the said company shall have power to elect annually, or oftener if necessary, a president out of their own body, and such other officers and assistants as they shall deem necessary for conducting their affairs, according to their constitution and by-laws; and that the said president shall keep in his custody the common seal of the said company, and, at the expiration of his term *[Election of officers.]*