# EXHIBIT K

First 1859 Supplement

[as printed]

# ACTS

OF THE

## EIGHTY-THIRD LEGISLATURE

OF THE

# STATE OF NEW JERSEY,

AND

FIFTEENTH UNDER THE NEW CONSTITUTION.



FREEHOLD, N. J.:
PRINTED BY TUNIS & STOUT.

1859.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

2. *And be it enacted,* That this act shall go into effect immediately.

Approved March 23, 1859.

## CHAPTER CCXXII.

A SUPPLEMENT to the act entitled "An act for the preservation of deer and other game, and to prevent trespassing with guns," approved April sixteenth, eighteen hundred and forty-six.

*Game not to be killed after certain times.*

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That from and after the passage of this act, it shall not be lawful for any person or persons to kill, capture or hunt in or about the waters of Barnegat bay, or Mannasquan river, any geese, brant, or ducks at night, that is to say, after sunset or before daylight, nor shall it be lawful at any time to kill, capture or hunt any geese, brant, or ducks in or about the waters aforesaid, except only between the fifteenth day of October and the fifteenth day of April, yearly and every year hereafter.

*Former acts repealed.*

2. *And be it enacted,* That all acts and parts of acts heretofore passed, conflicting with this act, be and the same are hereby repealed.

Approved March 23, 1859.