# EXHIBIT L

Second 1859 Supplement

[as printed]

# ACTS

OF THE

## EIGHTY-THIRD LEGISLATURE

OF THE

# STATE OF NEW JERSEY,

AND

### FIFTEENTH UNDER THE NEW CONSTITUTION.



FREEHOLD, N. J.:
PRINTED BY TUNIS & STOUT.

1859.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address;
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

the laws of eighteen hundred and fifty-eight, now on file in the office of the secretary of state.

6. *And be it enacted,* That before the treasurer shall pay for the printing hereby directed, the secretary of state shall audit the bills and certify to him in writing that the work has been executed in all respects as herein directed. <span style="float:right">Bills to be audited.</span>

7. *And be it enacted,* That this act shall take effect immediately.

Approved March 16, 1859.

# CHAPTER CLXII.

A SUPPLEMENT to the act entitled "An act for the preservation of deer and other game, and to prevent trespassing with guns," approved April sixteenth, eighteen hundred and forty-six.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That hereafter if any person or persons shall kill, destroy, or take any partridge, moor-fowl, grouse, quail or rabbit, except only between the first day of November and the first day of January yearly and every year, or any woodcock, except only between the first day of September and the first day of January, yearly and every year, he, she, or they, so offending, shall forfeit and pay for every partridge, moor-fowl, grouse, quail, rabbit, or woodcock, the sum of five dollars, for each and every offence, to be sued for and recovered in an action of debt, <span style="float:right">Penalty for killing game at certain times.</span>

30

with costs of suit, by any person who shall sue for the same, and on non-payment thereof shall be committed to the common jail of the county, for any period not exceeding sixty days, and until the fine and costs are paid; and any person in whose hands or custody any partridge, moor-fowl, grouse, quail, rabbit, or woodcock shall be found, that shall have been killed contrary to the provisions of this act, shall be deemed, taken and adjudged to be the killer and destroyer of said game, and liable to the penalties aforesaid.

2. *And be it enacted*, That this act shall take effect immediately.

Approved March 16, 1859.

## CHAPTER CLXIII.

AN ACT to incorporate the Long-a-Coming, May's Landing and Tuckerton Turnpike Company.

Commissioners to receive subscriptions.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That all such persons as shall become subscribers to the capital stock hereinafter mentioned, their successors and assigns, shall be and they are hereby ordained, constituted, and made a body politic and corporate, in fact and in law, by the name of "The Long-a-Coming, May's Landing and Tuckerton Turnpike Company," and that Andrew K. Hay, Charles Wright, Samuel S. Cake,