# EXHIBIT M

# 1866 Supplement

# [as printed]

# ACTS

OF THE

## NINETIETH LEGISLATURE

OF THE

### STATE OF NEW JERSEY,

AND

TWENTY-SECOND UNDER THE NEW CONSTITUTION.



PATERSON, N. J.:
PRINTED BY CHISWELL & WURTS, DAILY "PRESS" OFFICE.
1866.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address;
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

## CHAPTER CCLXXVII.

Supplement to the act entitled "An act for the preservation of deer and other game, and to prevent trespassing with guns," approved April sixteenth, eighteen hundred and forty-six.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That hereafter no person shall at any time within five years from the passage of this act, kill, or take, or destroy any pinnated grouse, commonly called prairie fowl, within this state, under a penalty of fifty dollars for each and every pinnated grouse so killed, taken or destroyed. <span style="float:right">Penalty for killing grouse.</span>

2. *And be it enacted,* That hereafter no person shall, within this state, kill or have in his or her possession, or expose for sale any woodcock killed in this state between the first day of January and the fourth day of July, in each year, or any ruffled grouse, commonly called partridge, or any quail, sometimes called Virginia partridge, or any rabbit killed in this state between the first day of January and the first day of November in each year, under a penalty of fifteen dollars for each and every woodcock, partridge, quail or rabbit so killed or had in possession, or exposed for sale. <span style="float:right">Penalty for having, killing, or selling, &c.</span>

3. *And be it enacted,* That no person shall at any time, or in any place within this state, take with any trap or snare any quail or ruffed grouse, or partridge, or rabbit, under a penalty of ten dollars for each and every ruffled grouse, or partridge, or quail so trapped or snared, except the same be so taken with the intent to be kept alive, and be so kept alive and set at liberty, in the month of April following the taking thereof. <span style="float:right">Penalty for trapping.</span>

4. *And be it enacted,* That no person hereafter shall at any time, with intent so to do, catch any speckled brook trout, or speckled river trout, with any device, save only with a hook and line, and no person shall in any way catch any such trout, or have any such trout in his or her possession, save only during the months of March, April, May, June, July and August, under a penalty of five dollars for each and every trout so caught or had in his or her possession; but in any prosecution under this section it shall be deemed a de- <span style="float:right">Trout penalty for catching.</span>

fence that the trout so taken was for the purpose of stocking other waters therewith within this state.

**Penalty for gunning on sunday.** 5. *And be it enacted,* That hereafter any person who shall hunt with a gun, or with a dog and gun, or with any kind of fire-arm or weapon, or shall in any way kill, take or destroy with any trap, snare, or other device whatsoever, any bird or animal whatever, on the Sabbath day, commonly called Sunday, except those who observe the seventh day of the week as the Sabbath gunning upon their own lands, shall be liable to a penalty of twenty-five dollars for each and every offence, one-half of said penalty to be paid to the complainant, and the remainder to be paid to the overseer of the paor of the township where the offence was committed, for the use of the poor of said township.

**Penalties how recovered.** 6. *And be it enacted,* That all penalties imposed under the provisions of this act may be recovered in an action of debt, with costs of suit by any person or persons in his or their own names, before any justice of the peace in the county where the offence was committed, or where the defendants resides, or is found, and any justice of the peace is hereby authorized and directed upon receiving sufficient proof, by affidavit, of the violation of any of the provisions of this act, by any person being temporarily within his jurisdiction, but not residing therein, or who is likely to evade judgment by removal therefrom, or by any person whose name and residence are unknown, to issue his warrant and have such offender arrested and tried within twenty-four hours for such offence, or committed, or held to bail to answer the charge against him, in case such offender shall require or demand a reasonable delay for such trial; and any justice of the peace shall, upon proof of probable cause to believe in the concealment of any game or fish mentioned in this act, during any of the prohibited period, issue his warrant and cause search to be made at any hour, in any house, market, store, shop, boat, car, or other place or building, or any person, and for that end may cause any apartment, chest, box, locker, barrel, crate, or other place of concealment to be broken open and the contents examined, and if any quail, grouse or partridge, or rabbit, trout or woodcock be found, to take the body of the person in whose custody they shall be found, before the justice of the peace who issued the warrant, to be held to answer to the penalties aforesaid; and in all prosecutions and proceeding under this act, it shall not be necessary to file any state of demand, or to comply with the for-

malities required in penal actions, and in all such actions both parties may be sworn.

7. *And be it enacted,* That any person proving that the birds, fish or animals found in his or her possession during the prohibited periods were killed, or taken in any place outside the limits of this state, and that the laws of such place did not prohibit such killling or taking, shall be exempt from the penalties of this act. <sub>How exempt</sub>

8. *And be it enacted,* That any penalty recovered under this act, when collected, shall be paid to the complainant, (when not otherwise directed by this act) and on the non-payment of any penalty, the defendant shall be committed to the common jail of the county for a period of not less than ten days; and at the rate of one day in addition for each dollar of the judgment over ten dollars in amount, and it shall be lawful for any freeholder upon view of any violation of any of the provisions of this act, to arrest any person or persons guilty thereof, without warrant, and take the offender or offenders before some justice of the peace, to be dealt with as law and justice may require, and shall be clothed with the same power, and may exact the same assistance as if he was constable. <sub>Punishment for non-payment.</sub>

9. *And be it enacted,* That all acts and parts of acts inconsistent with the provisions of this act be, and the same are hereby repealed. <sub>Repealer.</sub>

10. *And be it enacted,* That this act shall take effect immediately.

Approved March 26, 1866.

---

## CHAPTER CCLXXVIII.

A further supplement to "An act for the preservation of Sheep."

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That the provisions of the supplement to an act entitled "An act for the preservation of Sheep," approved April fourteenth, eighteen hundred and forty-six, which said supplement was approved March twenty-fourth, eighteen hundred and fifty-two, be and the same are hereby <sub>Provisions extended.</sub>