# EXHIBIT N

# 1867 Supplement

# [as printed]

# ACTS

OF THE

## NINETY-FIRST LEGISLATURE

OF THE

### STATE OF NEW JERSEY,

AND

TWENTY-THIRD UNDER THE NEW CONSTITUTION.



PATERSON, N. J.:
PRINTED BY CHISWELL & WURTS, DAILY "PRESS" OFFICE.
1867.



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

teen hundred and sixty-four, be, and they are hereby extended to the township of Tewksbury, in said county.
Approved, March 27, 1867.

## CHAPTER CXCVI.

A further supplement to "An act for the preservation of deer and other game and to prevent trespassing with guns," approved April sixteenth, anno domini, eighteen hundred and forty-six.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That the provisions of the fifth section of the supplement to the act approved March twenty-sixth, anno domini, eighteen hundred and sixty-six, to which this is a further supplement, be, and they are hereby extended so as to include all persons who shall fish, with hook and line, for any kind of fish whatsoever, on the Sabbath day, except those mentioned in the said section of said supplement, and that all persons so fishing on the Sabbath day shall be subject to the same fines and penalties, and shall be recovered in the same manner as in said supplement stated.

*[margin: To prevent fishing on sunday.]*

2. *And be it enacted*, That this act shall take effect immediately.
Approved, March 27, 1867.

## CHAPTER CXCVII.

An additional supplement to "An act to provide for the publication of the Public Laws of this state," approved February sixteenth, eighteen hundred and sixty-four.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That such laws as are authorized to be published by the other newspapers of Union county, be published in the Union Standard, a weekly newspaper published in Elizabeth, Union county, by J. Madison Drake, for which

*[margin: Laws to be published in Union Standard.]*