# EXHIBIT O

# 1873 Supplement

# [as printed]

# ACTS

OF THE  #47°

# Ninety-Seventh Legislature

OF THE

## STATE OF NEW JERSEY,

AND

TWENTY-NINTH UNDER THE NEW CONSTITUTION.



MORRISTOWN, N. J.:
VANCE & STILES, STEAM POWER BOOK AND JOB PRINTERS.

1873



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

10. *And be it enacted*, That the provisions of the act to which this is a supplement shall continue to apply to such Baptist churches as do not avail themselves of the provisions of this act. <span style="float:right">Provisions of original act not repealed.</span>

11. *And be it enacted*, That this shall be a public act and shall take effect immediately.

Approved April 4, 1873.

---

## CHAPTER DXCVIII.

A Further Supplement to "An Act for the Preservation of Deer and other Game, and to Prevent Trespassing with Guns," approved April sixteenth, one thousand eight hundred and forty-six.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That hereafter it shall not be lawful for any person or persons to hunt for rabbits with ferrets, or to capture or kill any rabbit or rabbits by means of any ferret or ferrets, and whoever shall offend against the provisions of this act, shall forfeit and pay for each and every such offence, the sum of fifteen dollars, to be sued for before any justice of the peace, and recovered in an action of debt with costs of suit by any person who shall sue for the same, and on non-payment thereof, such offender shall be committed to the workhouse or common jail of the county for any period not exceeding sixty days, and until said fine and costs are paid. <span style="float:right">Penalty for hunting rabbits with ferrets.</span>

2. *And be it enacted*, That this act shall take effect immediately.

Approved April 4, 1873.