# EXHIBIT Q

1846 Law referred to as "An act to Prevent Trespassing with Guns"

[as included in 1880 synopsis of laws]

# THE

**ORGANIZED OCT. 1878.**

# WEST EWING

# IMPROVEMENT

Proceedings of Anniversary Meeting, held in Ewing Church, Sept. 2d, 1880, and other valuable matter.

# ASSOCIATION.

---

TRENTON, N. J.:
MACCRELLISH & QUIGLEY, STEAM POWER PRINTERS.
1880.

Digitized by Google

Entered, according to act of Congress, in the year 1880, by the
WEST EWING IMPROVEMENT ASSOCIATION,
P. O. Address, Greensburg, Mercer Co., N. J.,
in the office of the Librarian of Congress, at Washington, D. C.

# TABLE OF CONTENTS.

PROCEEDINGS OF THE SECOND ANNUAL MEETING.
    ADDRESS OF THE PRESIDENT.
    ADDRESS OF HON. B. G. NORTHROP, OF CONNECTICUT.
    ADDRESS OF COL. GEORGE E. WARING, JR., OF RHODE ISLAND.

REPORT ON THE SANITARY CONDITION OF THE WESTERN PART OF EWING TOWNSHIP, BY COL. GEORGE E. WARING, JR., OF NEWPORT, RHODE ISLAND.

SYNOPSIS OF SUCH LAWS OF THE STATE OF NEW JERSEY AS CONCERN A RURAL COMMUNITY.

CONSTITUTION AND BY-LAWS.

INDEX.

COMMUNICATIONS, IN REGARD TO THE WORK OF THE ASSOCIATION, MAY BE ADDRESSED TO
    HARVEY EDW. FISK,
        GREENSBURG,
            MERCER CO., N. J.,
OR, P. O. BOX 235,
    NEW YORK, N. Y.

Digitized by Google

# SYNOPSIS OF SUCH LAWS OF THE STATE OF NEW JERSEY AS CONCERN A RURAL COMMUNITY.

COMPILED BY A. O. RICHEY, ESQ.

### Mode of Laying out Public Roads.

When ten or more persons, being freeholders, shall think a public road necessary in any part of the county, they may apply to the Court of Common Pleas of the county for the appointment of six surveyors of the highways to lay out such road.

Ten days' notice of such application must be first given.

The surveyors of the highway are to meet, at such time and place as the court shall direct, for the purpose of laying out said road.

Notice shall be given by advertisement of the time and place of such meeting.

The surveyors of the highway, when met as aforesaid, shall view the premises, and may, if they think necessary, lay out such public road; and they shall lay the same as it appears to them to be most for the public and private convenience—having a regard to the best ground for a road and the shortest distance in such a manner as to do the least injury to private property.

And they shall make a return thereof, with a map of the same, with the courses and distances, with the time when the overseers of the highway shall open the same for public use.

The said surveyors shall also make an assessment of the damages, if any, the owner of any land (other than an applicant for such road) shall sustain by laying out the same, above the advantages that will accrue to the owner, which assessment they must affix to their return, which return, with the assessments,

out this State, or from any city, county, township, borough or place in this State, and have no legal settlement in the places in which they are found, and live idly and without employment, and refuse to work for the usual and common wages given to other persons for like work in the place where they then are, or shall be found going about from door to door, or placing themselves in the streets, highways or roads to beg or gather alms, and can give no reasonable account of themselves or their business in such places.

That if any person shall be found offending in any county, city, township, borough or district in this State, against this act, it shall and may be lawful for any constable or police officer of such place, and he is hereby enjoined and required, on notice thereof to him given by any of the inhabitants thereof, or without such notice, on his own view, to apprehend and convey, or cause to be conveyed, such person to a justice of the peace or other magistrate of such place, who shall examine such person, and shall commit him or her, being thereof legally convicted before him, on his own view, or by the confession of such offenders, or by the oath or affirmation of one or more credible witnesses, to labor upon any county farm or upon the streets, roads and highways of any city, township or borough, or in any house of correction, poor-house, work-house or common jail, for a term not exceeding six months, and shall forthwith commit him or her to the custody of the steward, keeper or superintendent of such county farm, house of correction, poor-house, work-house or common jail, or to the supervisors or overseers of the highways, street commissioners, or other officer or officers having in charge the repairs of any street, road or highway, or overseers of the poor of the respective township, borough, county or city wherein such person shall be found, as in their judgment shall be deemed most expedient.

### An Act to Prevent Trespassing with Guns.

If any person or persons shall carry any gun on any land not his own, and for which the owner pays taxes, or is in his lawful possession, unless he hath license or permission in writing from the owner or owners or legal possessor, every such person so offending, and convicted thereof, either upon the view of any

justice of the peace within this State, or by the oath or affirmation of one or more witnesses, before any justice of the peace within this State, or by the oath or affirmation of one or more witnesses, before any justice of the peace of either of the counties, cities or towns corporate, of this State, in which the offender may be taken or reside, he shall, for every such offence, forfeit and pay to the owner of the soil, or his tenant in possession, the sum of five dollars, with costs of suit; which forfeiture may and shall be sued for and recovered by the owner of the soil or tenant in possession, before any justice of the peace in this State, for the use of such owner or tenant in possession.

### Law to Prevent the Adulteration of Milk.

If any person shall knowingly sell any impure or unwholesome milk, he shall be deemed guilty of a misdemeanor, and on conviction thereof, he shall be punished by a fine of not less than fifty dollars for each and every offence.

And if any person shall adulterate milk with a view of offering the same for sale, he shall be deemed guilty of a misdemeanor, and on conviction thereof shall be punished by a fine of not less than fifty dollars for each and every offence.

The addition of water to milk is hereby declared to be an adulteration thereof.

### Law for the Prevention of Cruelty to Animals.

That any person who shall overdrive, overload, overwork, cruelly beat or otherwise abuse any living animal, and any person having the charge of any living animal, who inflicts unnecessary cruelty upon the same, or fails to provide the same with proper food, drink or shelter, or protection from the weather, shall be deemed guilty of a misdemeanor, and for every such offence, shall, on conviction thereof, be punished, by fine not exceeding two hundred dollars, or by imprisonment in the county jail not exceeding six months, or both, in the discretion of the court.

And any person who shall keep or use any place for the purpose of fighting or baiting any bull, bear, dog, cock, or other living animal or creature, and every person who shall be present and witness, encourage, aid or assist therein, shall be

8