# EXHIBIT R

1895 Law "to prevent trespassing with guns"

[original enrolled law]

One Mr. Miller Chapter 84 of 48-1

Assembly, No. 287.

An Act to prevent trespassing
with guns.

Passed 3/6/95

Agr

COMPARED.
JOHN S McMASTER,
PRIVATE SECRETARY.

I certify that this Bill originated in
the House of Assembly.

James Parker
*Clerk of the House of Assembly.*



I hereby certify that the foregoing is a true copy
of the original record on file in the New Jersey
State Archives, Department of State.

Joseph R. Klett

Address;
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

**Joseph R. Klett**
Executive Director
N. J. State Archives

Chapter

Assembly, No. 287.

An Act to Prevent Trespassing
with guns.

Passed 3/6/95

Compared.
John S. McMaster,
Private Secretary.

Agr

I certify that this Bill originated in
the House of Assembly.

James Parker
*Clerk of the House of Assembly.*

Assembly, No. 287.

State of New Jersey.

An Act to prevent trespassing with guns.

1. Be it enacted by the Senate and General Assembly of the State of New Jersey, That any person trespassing on any lands, carrying a gun, after public notice on the part of the owner, occupant, lessee or licensee thereof, forbidding such trespassing, such notice being posted conspicuously adjacent to the highway binding on said lands, or adjacent to any usual entranceway to said lands, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, and in an action of trespass or tort (which action shall be

conducted in all respects as actions of trespass or tort are usually conducted) The damages awarded for any such trespass shall not be less than ten dollars.

2. And be it enacted, That any person trespassing on any lands, carrying a gun, after being forbidden so to trespass by the owner, occupant, lessee or licensee thereof, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, and in an action of trespass or tort (which action shall be conducted in all respects as actions of trespass or tort are usually conducted) The damages awarded for any such trespass shall not be less than ten dollars.

3. And be it enacted, That any person or persons found trespassing as provided in the first and second sections of this act, shall be deemed and adjudged to be disorderly, and in addition to the remedies therein provided for, it shall be lawful for the owner or owners of the said lands or the occupant or occupants, lessee or lessees or licensee thereof, or any constable or constables, to



apprehend, without warrant or process, any such disorderly person or persons, and to take him or them before any justice of the peace of the county where apprehended; and it shall be the duty of the said justice, in a summary manner, to hear and determine the guilt or innocence of such person or persons; and upon conviction, to impose upon the offender or offenders, and each of them so convicted, a fine of five dollars, besides the costs of the prosecution; and if any person or persons so convicted shall fail to pay such fines and costs, the said justice shall commit such offender or offenders to the common jail of the county for a period of not less than five nor more than ten days.

H. And be it enacted, That any person or persons who shall willfully or maliciously remove, deface or alter any notice posted, as contemplated in the first section of this act, with the intent to destroy such notice, shall be deemed guilty of a misdemeanor, and on conviction thereof shall be punished by a fine not exceeding twenty dollars or imprison

ment in the county jail not exceeding thirty days, or both.

5. And be it enacted, That this act shall take effect immediately.

Approved March 14th 1895.

George T Wels
Governor



HOUSE OF ASSEMBLY No. *287*

HOUSE OF ASSEMBLY,

*February 27* 1895.

This bill having been three times read

in the House of Assembly,

RESOLVED, That the same do pass.

By order of the House of Assembly.

*Joseph Cross*
*Speaker of the House of Assembly.*

SENATE,

*March 5* 1895.

This bill having been three times read

and compared in the Senate,

RESOLVED, That the same do pass.

By order of the Senate.

*E. C. Stokes*
*President of the Senate.*

HOUSE OF ASSEMBLY,

1895.

This bill having been three times read

in the House of Assembly,

RESOLVED, That the same do pass, as

amended.

By order of the House of Assembly.

*Speaker of the House of Assembly.*

SENATE,

1895.

This bill having been three times read

and compared in the Senate,

RESOLVED, That the same do pass, as

amended.

By order of the Senate.

*President of the Senate.*