# EXHIBIT S

# 1911 Supplement

# [original enrolled law]

Chapter 145

## SENATE, No. 9

An Act to amend an act entitled "An act to prevent trespassing with guns," approved March fourteenth, one thousand eight hundred and ninety-five.

Passed 4/4

FILED
APR 15 1911

*Secretary of State*

I certify that this Bill originated in the Senate.

*Secretary of the Senate*

I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

Joseph R. Klett

Address:
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

Chapter 145

## SENATE, No. 9

AN ACT to amend an act entitled "An act to prevent trespassing with guns," approved March fourteenth, one thousand eight hundred and ninety-five.

FILED
APR 15 1911
SECRETARY OF STATE

I certify that this Bill originated in the Senate.

Secretary of the Senate.




# SENATE, No. 9.

(*Chapter 148, Pamphlet Laws 1895, page 307.*)

# STATE OF NEW JERSEY.

AN ACT to amend an act entitled "An act to prevent trespassing with guns," approved March fourteenth, one thousand eight hundred and ninety-five.

BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey:*

1. Section one of the act to which this act is amendatory be and the same is hereby amended to read as follows:

1. Any person trespassing on any lands, except fresh-meadow land over which the tide has ebbed and flowed continuously for twenty years or more, carrying a gun, after public notice on the part of the owner, occupant, lessee or licensee thereof forbidding such trespassing, such notice being posted conspicuously adjacent to the highway binding on said lands, or adjacent to any usual entrance way to said lands, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, and in an action of trespass or tort (which action shall be conducted in all respects as actions of trespass or tort are usually conducted) the damages awarded for any such trespass shall not be less than ten dollars.

2. Section two of the act to which this act is amendatory be and the same is hereby amended to read as follows:

2. Any person trespassing on any lands, except fresh-meadow land over which the tide has ebbed and flowed continuously for twenty years or more, carrying a gun,



2

5 after being forbidden so to trespass by the owner, occupant, lessee or licensee
6 thereof, shall be deemed guilty of trespass, at the suit of such owner, occupant,
7 lessee or licensee, and in an action of trespass or tort (which action shall be con-
8 ducted in all respects as actions of trespass or tort are usually conducted) the
9 damages awarded for any such trespass shall not be less than ten dollars.

1  3. Add the following section to the act of which this act is amendatory:
2  All acts or parts of acts inconsistent with this act are hereby repealed, and this
3 act shall take effect immediately.

Approved, 15 April, 1911.

Woodrow Wilson
Governor

SENATE No. 9.

| SENATE, | HOUSE OF ASSEMBLY, |
|---|---|
| *April 4ᵗʰ 1911.* | *4/6* 1911. |

| This bill having been three times read in the Senate, | This bill having been three times read and compared in the House of Assembly, |
| RESOLVED, That the same do pass. | RESOLVED, That the same do pass. |
| By order of the Senate. | By order of the House of Assembly. |
| *Ernest R. Ackerman.* | *[signature]* |
| *President of the Senate.* | *Speaker of the House of Assembly.* |

---

SENATE,                                       HOUSE OF ASSEMBLY,

................................1911.                                       ................................1911.

This bill having been three times read in the Senate,

RESOLVED, That the same do pass as amended.

By order of the Senate.

*President of the Senate.*

This bill having been three times read and compared in the House of Assembly,

RESOLVED, That the same do pass as amended.

By order of the House of Assembly.

*Speaker of the House of Assembly.*