# EXHIBIT T

# 1928 Repeal of 1846 Law
# [original enrolled law]



CHAPTER 246

## SENATE, No. 242

An Act to repeal certain acts and parts of acts.

APR 13 1928

SECRETARY OF STATE

2nd Rdg 3/27
3rd Rdg 3/29
Passed 3/29

I certify that this bill originated in the
SENATE

Robert M. Johnston
Secretary of the Senate



I hereby certify that the foregoing is a true copy
of the original record on file in the New Jersey
State Archives, Department of State.

Joseph R. Klett

Address;
New Jersey State Archives       Joseph R. Klett
P.O. Box 307                    Executive Director
225 West State St.              N. J. State Archives
Trenton, N.J. 08625

CHAPTER 246

# SENATE, No. 242

AN ACT to repeal certain acts and parts of acts.

APR 13 1928
SECRETARY OF STATE

Rep of Laws
3/19
2nd Rdg 3/27
3rd Rdg - 3/29
Passed 3/29

I certify that this bill originated in the SENATE

Robert M. Johnston
Secretary of the Senate

# SENATE, No. 242

# STATE OF NEW JERSEY

AN ACT to repeal certain acts and parts of acts.

1   BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey:*

1   1. From and after the time when this act shall take effect the following acts
2   and parts of acts be and the same hereby are repealed:

FISH AND GAME.

3   (Rev. of 1846, c. 3, p. 12.)   (Rev. 1877, p. 448.)

4   "An act for the preservation of deer and other game, and to prevent trespassing
5   with guns," approved April sixteenth, one thousand eight hundred and forty-six.

6   (1852, c. 18, p. 38.)   (Rev. 1877, p. 449.)

7   "Supplement to the act entitled 'An act for the preservation of deer and other
8   game, and to prevent trespassing with guns,' approved April sixteenth, eighteen
9   hundred and forty-six," approved February fourteenth, one thousand eight hundred
10  and fifty-two.

11  (1855, c. 58, p. 132.)   (Rev. 1877, p. 458.)

12  "An act for the preservation of terrapin," approved March two, one thousand
13  eight hundred and fifty-five.

14  (1859, c. 222, p. 636.)   (Rev. 1877, p. 449.)

15  "A supplement to the act entitled 'An act for the preservation of deer and other
16  game, and to prevent trespassing with guns,' approved April sixteenth, eighteen
17  hundred and forty-six," approved March twenty-third, one thousand eight hundred
18  and fifty-nine.

2

19 (1866, c. 277, p. 681.)   (Rev. 1877, p. 450.)

20      "Supplement to the act entitled 'An act for the preservation of deer and other game, and to prevent trespassing with guns,' approved April sixteenth, eighteen hundred and forty-six," approved March twenty-sixth, one thousand eight hundred and sixty-six.

24 (1867, c. 196, p. 430.)   (Rev. 1877, p. 450.)

25      "A further supplement to 'An act for the preservation of deer and other game and to prevent trespassing with guns,' approved April sixteenth, anno domini eighteen hundred and forty-six," approved March twenty-seventh, one thousand eight hundred and sixty-seven.

29 (1870, c. 397, p. 835.)   (Rev. 1877, p. 450.)

30      "A further supplement to 'An act for the preservation of deer and other game,' approved April sixteenth, eighteen hundred and forty-six," approved March seventeenth, one thousand eight hundred and seventy.

33 (1873, c. 313, p. 58.)   (Rev. 1877, p. 450.)

34      "A supplement to an act for the preservation of deer and other game, approved April sixteenth, one thousand eight hundred and forty-six," approved March twenty-first, one thousand eight hundred and seventy-three.

37 (1873, c. 598, p. 151.)   (Rev. 1877, p. 450.)

38      "A further supplement to 'An act for the preservation of deer and other game and to prevent trespassing with guns,' approved April sixteenth, one thousand eight hundred and forty-six," approved April fourth, one thousand eight hundred and seventy-three.

42 (1874, c. 317, p. 61.)   (Rev. 1877, p. 455.)

43      "An act for the protection of fisheries in this State," approved March twenty-first, one thousand eight hundred and seventy-four.

45 (1874, c. 525, p. 137.)   (Rev. 1877, p. 451.)

46      "An act to amend and consolidate the several acts relating to game and game fish," approved March twenty-seventh, one thousand eight hundred and seventy-four.




3

49 (1875, c. 141, p. 30.)   (Rev. 1877, p. 454.)

50   "A supplement to an act entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved March twenty-seventh, one thousand eight hundred and seventy-four," approved March seventeenth, one thousand eight hundred and seventy-five.

54 (1875, c. 345, p. 60.)

55   "An act for the preservation of fish in certain waters within the State of New Jersey," approved April eighth, one thousand eight hundred and seventy-five.

57 (1876, c. 30, p. 53.)   (Rev. 1877, p. 454.)

58   "A supplement to an act entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved March twenty-seventh, eighteen hundred and seventy-four," approved March sixteenth, one thousand eight hundred and seventy-six.

62 (1876, c. 100, p. 127.)   (Rev. 1877, p. 456.)

63   "An act for the preservation of fish," approved April thirteenth, one thousand eight hundred and seventy-six.

65 (1876, c. 116, p. 157.)   (Rev. 1877, p. 455.)

66   "Supplement to an act entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved April fifteenth, one thousand eight hundred and seventy-six."

69 (1876, c. 146, p. 237.)   (Rev. 1877, p. 1339.)

70   "An act for the protection of black bass in the rivers of New Jersey," approved April twenty-first, one thousand eight hundred and seventy-six.

72 (1877, c. 46, p. 64.)   (Rev. 1877, p. 1340.)

73   "A further supplement to an act entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved March twenty-seventh, one thousand eight hundred and seventy-four," approved March eighth, one thousand eight hundred and seventy-seven.

77 (1877, c. 60, p. 84.)   (Rev. 1877, p. 1339.)

78   "A supplement to an act entitled 'An act for the preservation of fish,' approved the thirteenth day of April, one thousand eight hundred and seventy-six," approved March eighth, one thousand eight hundred and seventy-seven.






4

81 (1877, c. 123, p. 187.) (Rev. 1877, p. 1340.)

82     "Supplement to an act entitled 'An act to amend and consolidate the several
83 acts relating to game and game fish,' prescribing a method of procedure for the
84 better enforcement of the game laws of this State," approved March ninth, one
85 thousand eight hundred and seventy-seven.

86 (1878, c. 184, p. 293.)

87     "An act for the protection of game and game fish," approved April fourth, one
88 thousand eight hundred and seventy-eight.

89 (1878, c. 206, p. 320.)

90     "An act to provide for the better protection of the fishing interests of this
91 State," approved April fifth, one thousand eight hundred and seventy-eight.

92 (1878, c. 221, p. 333.)

93     "A further supplement to an act entitled 'An act to amend and consolidate the
94 several acts relating to game and game fish,' approved March twenty-seventh,
95 eighteen hundred and seventy-four," approved April fifth, one thousand eight hun-
96 dred and seventy-eight.

97 (1878, c. 256, p. 396.)

98     "An act for the preservation of fish," approved April fifth, one thousand eight
99 hundred and seventy-eight.

100 (1879, c. 75, p. 112.)

101     "Supplement to an act entitled 'An act for the preservation of fish,' approved
102 April third, one thousand eight hundred and seventy-eight," approved March
103 eleventh, one thousand eight hundred and seventy-nine.

104 (1879, c. 109, p. 194.)

105     "A supplement to an act entitled 'An act for the preservation of deer and other
106 game, and to prevent trespassing with guns,' approved March fourteenth, one thou-
107 sand eight hundred and seventy-nine."

108 (1879, c. 124, p. 210.)

109     "A supplement to an act entitled 'An act for the preservation of fish,' approved
110 April fifth, one thousand eight hundred and seventy-eight," approved March four-
111 teenth, one thousand eight hundred and seventy-nine.






5

112 (1879, c. 158, p. 255.)

113     "An act for the further protection of fisheries," approved March fourteenth,
114 one thousand eight hundred and seventy-nine.

115 (1880, c. 60, p. 81.)

116     "Supplement to an act entitled 'An act to amend and consolidate the several acts
117 relating to game and game fish,' approved March twenty-seventh, one thousand eight
118 hundred and seventy-four," approved March third, one thousand eight hundred and
119 eighty.

120 (1880, c. 107, p. 138.)

121     "Supplement to an act for the preservation of fish, approved April thirteenth,
122 one thousand eight hundred and seventy-six," approved March tenth, one thousand
123 eight hundred and eighty.

124 (1880, c. 134, p. 174.)

125     "A supplement to an act entitled 'An act to amend and consolidate the several
126 acts relating to game and game fish,' approved March twenty-seventh, one thou-
127 sand eight hundred and seventy-four," approved March tenth, one thousand eight
128 hundred and eighty.

129 (1881, c. 111, p. 126.)

130     "A further supplement to an act entitled 'An act to amend and consolidate the
131 several acts relating to game and game fish,' approved March twenty-seventh, one
132 thousand eight hundred and seventy-four, and the supplement thereto, approved
133 March eighth, one thousand eight hundred and seventy-seven," approved March
134 seventeenth, one thousand eight hundred and eighty-one.

135 (1881, c. 173, p. 216.)

136     "An act to amend and to partially consolidate the several game laws of this
137 State," approved March twenty-fourth, one thousand eight hundred and eighty-one.

138 (1881, c. 186, p. 234.)

139     "An act for the protection of fish," approved March twenty-fifth, one thousand
140 eight hundred and eighty-one.

141 (1882, c. 41, p. 44.)

142     "Supplement to an act regulating fisheries," approved March third, one thou-
143 sand eight hundred and eighty-two, effective July fourth.






6

144 (1882, c. 87, p. 109.)

145 "A supplement to an act entitled 'An act for the preservation of fish,' approved
146 April fifth, one thousand eight hundred and seventy-eight," approved March seven-
147 teenth, one thousand eight hundred and eighty-two.

148 (1883, c. 16, p. 24.)

149 "Supplement to 'An act to amend an act to partially consolidate the several
150 game laws of this State,' approved February eighth, one thousand eight hundred
151 and eighty-three."

152 (1883, c. 83, p. 99.)

153 "An act permitting the catching of fish by set lines and fish weirs in those tribu-
154 taries of the Delaware river above tidewater which are obstructed by dams," ap-
155 proved March thirteenth, one thousand eight hundred and eighty-three.

156 (1883, c. 110, p. 127.)

157 "A supplement to an act entitled 'An act for the preservation of fish,' approved
158 April fifth, one thousand eight hundred and seventy-eight," approved March twenty-
159 second, one thousand eight hundred and eighty-three.

160 (1884, c. 40, p. 70.)

161 "A supplement to 'An act for the preservation of fish,' approved April fifth,
162 eighteen hundred and seventy-eight," approved March tenth, one thousand eight
163 hundred and eighty-four.

164 (1884, c. 114, p. 176.)

165 "An act to empower fish wardens to enforce game laws," approved April four-
166 teenth, one thousand eight hundred and eighty-four.

167 (1885, c. 3, p. 13.)

168 "A supplement to an act entitled 'An act for the protection of game fish,' ap-
169 proved April fourth, one thousand eight hundred and seventy-eight, and other game
170 laws of this State, providing for the payment of fines into the county treasuries,"
171 approved January twenty-eighth, one thousand eight hundred and eighty-five.

172-73 (1885, c. 56, p. 65.)

174 "A further supplement to an act entitled 'An act to amend and consolidate the
175 several acts relating to game and game fish,' approved March twenty-seventh, one




7

176 thousand eight hundred and seventy-four," approved March ninth, one thousand
177 eight hundred and eighty-five.

178 (1885, c. 81, p. 96.)

179      "A further supplement to an act entitled 'An act for the protection of fisheries
180 in this State,' approved March twenty-first, one thousand eight hundred and seventy-
181 four," passed March sixteenth, one thousand eight hundred and eighty-five.

182 (1885, c. 84, p. 98.)

183      "An act to provide a uniform method of procedure for the recovery of penal-
184 ties for the violation of the several laws relating to game and game fish," passed
185 March sixteenth, one thousand eight hundred and eighty-five.

186 (1885, c. 145, p. 181.)

187      "A supplement to an act entitled 'An act for the preservation of fish,' approved
188 April thirteenth, one thousand eight hundred and seventy-six," passed March thirty-
189 first, one thousand eight hundred and eighty-five.

190 (1885, c. 180, p. 238.)

191      "An act to amend an act entitled 'An act to empower fish wardens to enforce
192 game laws," approved April tenth, one thousand eight hundred and eighty-five.

193 (1886, c. 17, p. 26.)

194      "An act to amend an act entitled 'Supplement to an act regulating fisheries,' ap-
195 proved March third, one thousand eight hundred and eighty-two," approved Febru-
196 ary fifteenth, one thousand eight hundred and eighty-six.

197 (1886, c. 40, p. 52.)

198      "A further supplement to an act entitled 'An act to amend and consolidate the
199 several acts relating to game and game fish,' approved March twenty-seventh, one
200 thousand eight hundred and seventy-four," approved March first, one thousand
201 eight hundred and eighty-six.

202 (1886, c. 85, p. 113.)

203      "An act for the protection and to limit the time and manner of killing European
204 pheasants and other game birds of foreign origin," approved March twenty-second,
205 one thousand eight hundred and eighty-six, effective July fourth.

206 (1886, c. 88, p. 118.)

207      "A further supplement to the act entitled 'An act to amend and consolidate the

8

208 several acts relating to game and game fish,' approved March twenty-seventh, one
209 thousand eight hundred and seventy-four," approved March twenty-second, one thou-
210 sand eight hundred and eighty-six.

211 (1886, c. 181, p. 242.)

212 "A supplement to an act to repeal the first section of an act entitled 'An act for
213 the protection of fish,' approved April sixteenth, one thousand eight hundred and
214 eighty-four," passed April sixteenth, one thouusand eight hundred and eighty-six.

215 (1886, c. 184, p. 252.)

216 "A supplement to the act entitled 'An act for the protection of fisheries in this
217 State,' approved March twenty-first, one thousand eight hundred and seventy-four,"
218 approved April twentieth, one thousand eight hundred and eighty-six.

219 (1886, c. 206, p. 311.)

220 "An act to amend an act entitled 'An act for the protection of fish,' approved
221 March twenty-fifth, one thousand eight hundred and eighty-one," approved April
222 twenty-eighth, one thousand eight hundred and eighty-six.

223 (1886, c. 208, p. 312.)

224 "An act for the preservation of squirrels," approved April twenty-eighth, one
225 thousand eight hundred and eighty-six.

226 (1886, c. 262, p. 388.)

227 "A supplement to 'An act for the preservation of fish,' approved April fifth, one
228 thousand eight hundred and seventy-eight," passed June first, one thousand eight
229 hundred and eighty-six.

230 (1887, c. 42, p. 55.)

231 "A further supplement to an act to repeal the first section of an act entitled
232 'An act for the protection of fish,' approved April sixteenth, one thousand eight
233 hundred and eighty-four," approved March twenty-eighth, one thousand eight hun-
234 dred and eighty-seven.

235 (1887, c. 82, p. 114.)

236 "An act to amend an act entitled 'A supplement to an act entitled 'An act for
237 the preservation of fish,' approved April fifth, one thousand eight hundred and
238 seventy-eight, which said supplement was approved March seventeenth, one thousand




Case 1:22-cv-07464-RMB-AMD Document 76-20 Filed 02/13/23 Page 12 of 15 PageID: 1215

9

239 eight hundred and eighty-two," approved April first, one thousand eight hundred
240 and eighty-seven.

241 (1888, c. 34, p. 47.)

242 "An act to amend an act entitled 'An act to amend an act entitled "A supple-
243 ment to an act entitled 'An act for the preservation of fish,'" approved April fifth,
244 one thousand eight hundred and seventy-eight, which said supplement was approved
245 March seventeenth, one thousand eight hundred and eighty-two,' approved April
246 first, one thousand eight hundred and eighty-seven," approved February fifteenth,
247 one thousand eight hundred and eighty-eight.

248 (1888, c. 54, p. 577.)

249 "An act for the preservation of fish in the Hackensack river and its tributaries
250 or branches, within the counties of Bergen and Hudson," passed February twenty-
251 first, one thousand eight hundred and eighty-eight.

252 (1888, c. 74, p. 106.)

253 "A supplement to an act entitled 'An act to amend and consolidate the several
254 acts relating to game and game fish,' approved March twenty-seventh, one thou-
255 sand eight hundred and seventy-four," approved February twenty-eighth, one thou-
256 sand eight hundred and eighty-eight.

257 (1888, c. 252, p. 368.)

258 "An act to divide the counties of this State into two sections, to be known as
259 game sections, and to fix the time for shooting certain game birds and animals
260 therein," approved April second, one thousand eight hundred and eighty-eight.
261 (1888, c. 298, p. 450.)

262 "An act relative to fishing in the river Delaware," approved April seventeenth,
263 one thousand eight hundred and eighty-eight.

264 (1889, c. 13, p. 25.)

265 "A further supplement to the act entitled 'An act for the protection of game
266 and game fish,' approved April fourth, one thousand eight hundred and seventy-
267 eight," approved February twenty-fifth, one thousand eight hundred and eighty-nine.
268 (1889, c. 113, p. 162.)

269 "Supplement to an act entitled 'An act to consolidate the several acts relating
270 to game and fish in this State,'" approved April third, one thousand eight hundred



10

271 and eighty-nine.

272 (1889, c. 290, p. 455.)

273 "A further supplement to 'An act to amend and consolidate the several acts 274 relating to game and game fish,' approved March twenty-seventh, one thousand 275 eight hundred and seventy-four," approved May thirteenth, one thousand eight 276 hundred and eighty-nine.

277 (1891, c. 143, p. 277.)

278 "Supplement to an act entitled 'An act to consolidate the several acts relating 279 to game and fish in this State,'" approved April second, one thousand eight hundred 280 and ninety-one.

281 (1891, c. 149, p. 301.)

282 "A further supplement to an act entitled 'An act to consolidate the several acts 283 relating to game and fish in this State,'" approved April second, one thousand eight 284 hundred and ninety-one.

285 (1891, c. 186, p. 361.)

286 "A supplement to an act entitled 'An act to provide for the better protection of 287 the fishing interests of this State,' approved April fifth, one thousand eight hundred 288 and seventy-eight," approved April fourteenth, one thousand eight hundred and 289 ninety-one.

290 (1891, c. 193, p. 370.)

291 "A further supplement to an act entitled 'An act to amend and consolidate the 292 several acts relating to game and game fish,' approved March twenty-seventh, one 293 thousand eight hundred and seventy-four," approved April fourteenth, one thou- 294 sand eight hundred and ninety-one.

295 (1891, c. 216, p. 410.)

296 "Supplement to an act entitled 'An act for the preservation of fish in the 297 Hackensack river and its tributaries or branches within the counties of Bergen and 298 Hudson,' approved February twenty-first, one thousand eight hundred and eighty- 299 eight," approved April fourteenth, one thousand eight hundred and ninety-one.

300 (1892, c. 150, p. 259.)

301 "A supplement to an act entitled 'An act for the protection and to limit the 302 time and manner of killing European pheasants and other game birds of foreign



11

303 origin,' approved March twenty-second, one thousand eight hundred and eighty-
304 six," approved March twenty-fourth, one thousand eight hundred and ninety-two.
305 (1893, c. 27, p. 44.)

306   "An act for the protection of certain kinds of birds, animals and fish, and to
307 provide a procedure to recover penalties for the violation thereof," approved Febru-
308 ary twenty-eighth, one thousand eight hundred and ninety-three.

309 (1894, c. 100, p. 154.)

310   "A supplement to an act entitled 'An act for the protection of certain kinds of
311 birds, animals and fish, and to provide a procedure to recover penalties for the
312 violation thereof,' approved February twenty-eighth, one thousand eight hundred
313 and ninety-three," approved April twenty-sixth, one thousand eight hundred and
314 ninety-four.

315 (1894, c. 313, p. 470.)

316   "A supplement to an act entitled 'An act for the protection of certain kinds of
317 birds, animals and fish, and to provide a procedure to recover penalties for the
318 violation thereof,' approved February twenty-eighth, one thousand eight hundred
319 and ninety-three," approved May twenty-second, one thousand eight hundred and
320 ninety-four.

321 (1894, c. 314, p. 471.)

322   "Supplement to an act entitled 'An act for the protection of certain kinds of
323 birds, animals and fish, and to provide a procedure to recover penalties for the vio-
324 lation thereof,' approved February twenty-eighth, one thousand eight hundred and
325 ninety-three," approved May twenty-second, one thousand eight hundred and
326 ninety-four.

TRESPASSES (FOR TAKING FISH).

327 (1894, c. 49, p. 61.)

328   "An act concerning trespassing on private lands," approved April twelfth, one
329 thousand eight hundred and ninety-four.

1   2. This act shall take effect immediately, and the repeal of the above entitled
2 acts, or parts thereof, shall not be construed to revive any act which may have
3 been repealed by any of the acts hereby repealed.

SENATE No. 242

| SENATE, | HOUSE OF ASSEMBLY, |
|---|---|
| March 13th 1928 | March - 29 - 1928 |
| This bill having been three times read in the Senate, | This bill having been three times read and compared in the House of Assembly, |
| RESOLVED, That the same do pass. | RESOLVED, That the same do pass. |
| By order of the Senate. | By order of the House of Assembly. |
| *William A. Stevens* | *Thomas F. Hanson* |
| President of the Senate. | Speaker of the House of Assembly. |

| SENATE, | HOUSE OF ASSEMBLY, |
|---|---|
| ..............1928 | ..............1928 |
| This bill having been three times read in the Senate, | This bill having been three times read and compared in the House of Assembly. |
| RESOLVED, That the same do pass as amended. | RESOLVED, That the same do pass as amended. |
| By order of the Senate. | By order of the House of Assembly. |
| President of the Senate. | Speaker of the House of Assembly. |