# EXHIBIT U

New Jersey Statutes, 2A:63–1

[as published]

# NEW JERSEY STATUTES ANNOTATED

Title 2A
ADMINISTRATION OF CIVIL AND
CRIMINAL JUSTICE

2A:53A to 2A:65C


THOMSON REUTERS

Mat #41425517



I hereby certify that the foregoing is a true copy of the original record on file in the New Jersey State Archives, Department of State.

*Joseph R. Klett*

Address;
New Jersey State Archives
P.O. Box 307
225 West State St.
Trenton, N.J. 08625

Joseph R. Klett
Executive Director
N. J. State Archives

# CHAPTER 63

# TRESPASS UPON LANDS

**Section**
2A:63–1.  What constitutes; notice; action; damages.

## 2A:63–1. What constitutes; notice; action; damages

Any person who, while carrying a gun, shall trespass on any lands, except fresh meadow lands over which the tide has ebbed and flowed continuously for 20 years or more, after (a) having been forbidden so to trespass by the owner, occupant, lessee or licensee of such lands or (b) after such owner, occupant, lessee or licensee has given public notice forbidding such trespass, which notice has been conspicuously posted adjacent to the highway bounding on such lands or adjacent to a usual entry way thereto, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, in a civil action and liable for damages of not less than $10.00.

### Historical and Statutory Notes

**Source:**
R.S. 2:77–1 (enacted, New Jersey Revised Statutes, 1937).

L.1895, c. 148, §§ 1, 2, p. 307 [C.S. p. 5653, §§ 2, 3], amended by L.1911, c. 145, §§ 1, 2, pp. 209, 210 [1924 Suppl. §§ 220-2, 220-3].

### Cross References

Agricultural or horticultural lands, willful trespasses, see N.J.S.A. § 4:17–2.
Animals, stray and trespassing animals, see N.J.S.A. § 4:21–1 et seq.
Criminal trespass, see N.J.S.A. § 2C:18–3.
Escheated or escheatable real estate, trespass, see N.J.S.A. § 2A:37–10.
Executors and administrators, actions by and against, see N.J.S.A. §§ 2A:15–3, 2A:15–4.
Fires, no action for trespass while extinguishing, see N.J.S.A. § 13:9–17.
Limitation of actions for trespass, see N.J.S.A. § 2A:14–1.
Railroad tracks and cars, trespass on, see N.J.S.A. §§ 2C:18–3, 48:12–152.
Trespass for hunting or fishing where notice posted, see N.J.S.A. § 23:7–1 et seq.

### Law Review and Journal Commentaries

Liability to trespasser, licensee and invitee. 97 N.J.L.J. 17 (1974).

### Library References

Trespass ⚖=9.
Westlaw Topic No. 386.
C.J.S. Trespass §§ 8 to 12, 24 to 25, 69.

537