# RESUME

## Hendrik Hartog

### EMPLOYMENT EXPERIENCE:

| | |
|---|---|
| 2019- | Class of 1921 Bicentennial Professor in the History of American Law and Liberty, Emeritus, Princeton University |
| 2015-2016 | Lapidus Fellow, New-York Historical Society |
| 2006-2015 | Director, Program in American Studies (Acting Director, 2016-2017) |
| 1992-2019 | Class of 1921 Bicentennial Professor in the History of American Law and Liberty, Princeton University |
| 1991-1993 | Professor of Law and History, University of Wisconsin-Madison |
| 1987-1991 | Honorary Member, History Department, University of Wisconsin-Madison |
| 1982-1991 | Visiting Assistant Professor of Law, Associate Professor of Law, Professor of Law, University of Wisconsin Law School |
| 1978-1983 | Assistant Professor of Law, Indiana University School of Law (Bloomington) |
| 1977-1978 | Visiting Assistant Professor of Law, Indiana University School of Law (Bloomington) |
| 1988 | Visiting Professor of Law, UCLA Law School, Los Angeles, California |
| 1998-99, 2003 | Interim Director, Program in American Studies, Princeton University |

### PUBLICATIONS:

Books:

Nobody's Boy and His Pals: The Story of Jack Robbins and the Boys' Brotherhood Republic. Chicago: University of Chicago Press, 2024 (forthcoming).

The Trouble with Minna: A Case of Slavery and Emancipation in the Antebellum North. Chapel Hill: University of North Carolina Press, 2018.

Someday All This Will Be Yours: A History of Inheritance and Old Age. Cambridge, Mass.: Harvard University Press, 2012.

Man and Wife in America, A History. Cambridge, Mass.: Harvard University Press, 2000. Paperback edition, 2002.

Public Property and Private Power: the Corporation of the City of New York in American Law, 1730 to 1870. Chapel Hill: University of North Carolina Press, 1983. Paperback edition, Ithaca: Cornell University Press, 1989.

Editor and Contributor, Law in the American Revolution and the Revolution in the Law. New York: New York University Press, 1981.

Editor (with William Nelson) and Contributor, Law in Culture and Culture in Law: Essays in Honor of John Philip Reid. Madison, WI: Madison House, 2000.

Editor (with Wendy Gamber and Michael Grossberg) and Contributor, American Public Life and the Historical Imagination. Notre Dame, IN: University of Notre Dame Press, 2003.


Articles and Chapters:

"Three Fragments on Doing Legal History, or Willard Hurst and Me," in Legal Realism to Law in Action: Innovative Courses at UW-Madison (2021), to appear under a slightly different title in Law and History Review (2021)

"Response: The Muddle in the Middle," Law and Social Inquiry (2019)

"Somedays I Have Second Thoughts," Law and Social Inquiry (2015)
    (Reflections, following a Symposium devoted to my book, Someday All This Will Be Yours, A History of Inheritance and Old Age (2012))

"Coverture and Dignity," Law and Social Inquiry (2016), in a symposium on "dignity takings"

"Two Stories About Two Currencies of Care," Buffalo Law Review, 2013 (The Mitchell Lecture of 2012)

"Introduction to Symposium on 'Critical Legal Histories,'" Law and Social Inquiry , 2012.

"Comment on Appleby," Historically Speaking, 2011

"Horwitz and the End of Socio-Legal History: 1975," in <u>Transformations in American Legal History: Essays in Honor of Morton J. Horwitz, Volume II.</u> Cambridge, MA: Harvard University Press, 2010.

Barbara Welke, "Glimmers of Life: A Conversation with Hendrik Hartog," <u>Law and History Review,</u> 2009

"The Scene of a Marriage," in Carol Sanger, editor, <u>Family Law Stories</u>. St. Paul, MN: Foundation Press, 2008.

"Someday All This Will Be Yours: Inheritance, Adoption, and Obligation in Capitalist America," <u>Indiana Law Journal</u> (revised version of Harris Lecture) (2004)

"Romancing the Quotation," in <u>Law in the Liberal Arts</u>. Edited by Austin Sarat (Ithaca: Cornell University Press, 2004).

"What Gay Marriage Teaches About the History of Marriage," History News Network (http://hnn.us/articles/4400.html, April 2004).

"Interchange: http://www.historycooperative.org/journals/jah/90.2/interchange.html," <u>Journal of American History</u> (2003)

"Llewellyn, Divorce, and Description," in <u>American Public Life and the Historical Imagination</u>)

"Stone's Transitions," <u>University of Connecticut Law Review</u> (2002)

"Divorce and Separation," and "Marriage," in <u>Dictionary of American History</u> (2003)

"Rights Disputes in American History," in Leonard Levy, Kenneth Karst, and Adam Winkler, eds., <u>Encyclopedia of the American Constitution, Supplement II</u> (2003)

"Wives as Favorites," in <u>Law in Culture and Culture in Law</u>

"Lawyering, Husbands' Rights, and 'The Unwritten Law,' in Nineteenth-Century America," <u>Journal of American History</u> (1997)

"John Barry's Custodial Rights: Of Power, Justice, and Coverture," in Garth and Sarat, editors, <u>Justice and Power in Sociological Studies</u> (1997)

"Snakes in Ireland: A Conversation with Willard Hurst," <u>Law and History Review</u> (1994)

"Abigail Bailey's Coverture: Law in a Married Woman's Consciousness," in Sarat and Kearns, ed's., <u>Law in Everyday Life</u> (Ann Arbor: MI, 1993).

"Marital Exits and Marital Expectations in 19th Century America," <u>Georgetown Law Journal</u> (1991).

"Partial Readings," Focus (ABA) (1990); reprinted Canadian Newsletter of Law and Society (1990).

"Mrs. Packard on Dependency," Yale Journal of Law and Humanities (1988).

"The End(s) of Critical Empiricism," Law and Social Inquiry (1989).

"The Constitution of Aspirations and 'The Rights that Belong to Us All,'" Journal of American History (1987) reprinted in David Thelen, editor, The Constitution and American Life (1988).

"Imposing Constitutional Traditions," William and Mary Law Review (1987).

"Introduction: Legal Histories from Below," (with William Forbath and Martha Minow) Wisconsin Law Review (1985), 759-766.

"Pigs and Positivism," Wisconsin Law Review (1985), 899-935.

"The Conclusions of Urban History and Those of Lord Bryce," Reviews in American History (Jon C. Teaford, The Unheralded Triumph: City Government in America, 1870 - 1900) (1985). (review essay)

"The Politics of The Politics of Law," American Bar Foundation Journal (David Kairys, editor, The Politics of Law 1985. (review essay)

"The Significance of a Singular Legal Career," Wisconsin Law Review (Alfred S. Konefsky and Andrew J. King, editors, The Papers of Daniel Webster: Legal Papers, volume 1 and 2) (1984). (review essay)

"Property as Government in Eighteenth Century America: The Case of New York City," Journal of Legal Studies, 10 (1981), 305-348.

"Distancing Oneself From the Eighteenth Century: A Commentary on Changing Pictures of American Legal History," in Law in the American Revolution and the Revolution in the Law, 234-257.

"Because all the World was not New York City: Governance, Property Rights, and the State in the Changing Definition of a Corporation, 1730-1860," Buffalo Law Review, 29 (1979), 91-109.

"Losing the World of the Massachusetts Whig," Indiana Law Journal (1978-9). (reprinted in Law in the American Revolution and the Revolution in Law (review essay)

"The Public Law of a County Court: Judicial Government in Eighteenth Century Massachusetts," American Journal of Legal History, 20 (1976), 282-329.

Book Reviews:

Book Review, Steven Mintz, The Prime of Life: A History of Modern Adulthood (2015), American Historical Review (2016)

Book Review, Francois Weil, Family Trees: A History of Genealogy in America (2013), in Journal of American History (2014).

Review Essay, "Landlocked: on Property, the secret history," The Nation (2012),

American Historical Review (Sylvia D. Hoffert, Jane Swisshelm (2006)

Journal of Southern History (Saul Cornell. The Other Founders: Anti-Federalism & the Dissenting Tradition in America, 1788-1828) (2001).

Journal of American History (Karen Halttunen, Murder Most Foul: The Killer and the American Gothic Imagination (1999).

American Historical Review (Joan Hoff, Law, Gender, and Inequality) (1992).

William and Mary Quarterly (Jack Greene, Peripheries and Center) (1988).

Science (David Tyack, Thomas James, and Aaron Benavot, Law and the Shaping of Public Education, 1785-1954 (1988).

Journal of the History of the Early Republic (Mary Lynn Salmon, Women and Property in Early America) (1986).

The Eighteenth Century (A.G. Roeber, Faithful Magistrates and Republican Lawyers: Creators of Virginia's Legal Culture 1680-1810) (1984).

Journal of American History (Ronald E. Seavoy, The Origins of the American Business Corporation, 1784-1855: Broadening the Concept of Public Service during Industrialization) (1984).

Journal of American History (Everett C. Goodwin, The Magistracy Rediscovered. Connecticut, 1636-1818), (1982).

Indiana Magazine of History (Mary K. Bonsteel Tachau, Federal Courts in the Early Republic: Kentucky, 1789-1816), (1980).

Other:

American Family Law and American Family History: A Bibliography," (with Kristin Oakley and Jeanne Bourguignon), published by the Institute for Legal Studies, University of Wisconsin – Madison, 1985.

EDUCATION:

Ph.D. Brandeis University, History of American Civilization (Waltham, Massachusetts), 1982.

M.A. Brandeis University (Waltham, Massachusetts), 1977.

J.D. New York University School of Law (New York, New York), 1973.

A.B. Carleton College (Northfield, Minnesota), 1970.

SELECTED HONORS, AWARDS, and OFFICES:

William Nelson Cromwell Foundation Fellowship, 2021-2022.

Vacketta Lecture, University of Illinois College of Law, Champaign, Illinois, October 2019

Jerome Hall Endowed Lecture, Indiana University School of Law (Maurer School), Bloomington Indiana, January 2019

Princeton University Award for Graduate Teaching and Advising, June 2018

One Day Conference on "the scholarship of Hendrik Hartog" at Herzliya Law School, Israel (with the participation of scholars from Tel Aviv and Haifa Law Schools), June 2018

Honorary Fellow, American Society for Legal History, October 2015

Fallon Lecturer, University of Oregon School of Law, April 2016

Inaugural Brian Simpson Lecturer, University of Michigan Law School, March 2015

President's Award for Distinguished Teaching, Princeton University, May 2011.

Ally Award, LGBT Center, Princeton University, May 2011

Plenary Speaker, American Society for Legal History, November 2010

Provost's Lecture, SUNY Stony Brook, February 2011

Stevens Lecture, University of Chicago Law School, May 2011

Edward J. Kelly Memorial Lecture in Elder Law, Notre Dame Law School, March 2013

Plenary Speaker, LSA 50th Anniversary Celebration, June 2014

Centennial Lecturer, Chicago-Kent Law School, IIT, Chicago, 2006.

Presidential Speaker, Annual meeting, Law and Society Association 2005: "On Child Labor and Our 'Discipline'"

Presidential nominee, Law and Society Association, 2002.

Delegate from the Law and Society Association to the American Council for Learned Societies, 2002-2005, 2014.

Secretary, Law and Society Association, 1999-2001

Co-Editor, Studies in Legal History: published by the University of North Carolina Press, sponsored by the American Society for Legal History, 1992-2002

Board of Directors, American Civil Liberties Union of New Jersey, 2000-

Guggenheim Fellow, 1990.

ACLS Fellow, 1989.

Harris Lecturer, Indiana University School of Law (Bloomington), 2003

Siben Lecturer, Hofstra University School of Law, 2002

Plesant Lecturer, Cardozo Law School, 2002

Benedum Lecturer, University of West Virginia,1995.

Phillip Hart Memorial Lecture, Georgetown University Law School, 1991.

Mellon Lecture, Amherst College, 1990.

Daily Princetonian Prize, 2002.

Chair, Hurst Book Prize Committee, Law and Society Association, 1991-92.

Member, Hurst Book Prize Committee, Law and Society Association, 2008

Chair, Littleton-Griswold Book Prize Committee, American Historical Association, 2009

Member, Littleton-Griswold Book Prize Committee, American Historical Association, 2008, 2010, 2014-2015.

Chair, Committee on Research Awards, American Society for Legal History, 2006-2008

Member, Board of Directors, American Society for Legal History, 1988-1991.

Member, Board of Trustees, Law and Society Association, 1987-1990.

Director, Legal History Program, University of Wisconsin Law School, 1987-1992.

Acting Director, Institute for Legal Studies, University of Wisconsin Law School, 1986-87.

Co-Director, Legal History Program, University of Wisconsin Law School, 1984-87. (Chair of 1986 Program)(funded by NEH).

Member, Panel to plan a symposium issue of the Journal of American History for the Bicentennial of the U.S. Constitution, 1985-1987.

Chair, Nominations Committee, American Society for Legal History, 1986, 1987.

Chair, Programs and Proposals Committee, American Society for Legal History, 2013-2016.

Member, Program Committee, Law and Society Association annual meeting, 1985, 1987, 1990.

NEH Summer Fellowship, University of Wisconsin Graduate School Summer Support - 1984.

American Bar Foundation Fellowship in Legal History, 1981-82.

Crown Fellow in the History of American Civilization, Brandeis University, 1973-1977.

Fiorello H. LaGuardia Prize Winner in Urban Law, New York University School of Law, June 1973.

Director of the Hurst Summer Institute, Madison Wisconsin, June 2013 (sponsored by the ASLH)

Codirected a week long seminar (with Larry Kramer, the director of the Hewlett Foundation) on constitutional history at Stanford University. July 2013 (sponsored by the Institute for Constitutional History and by Stanford Law School.

Member, editorial board, Journal of Law, Culture, and the Humanities, 2003-

Member, editorial board, Law and History Review, 1987-1993.

Member, editorial board, American Journal of Legal History, 1978-

Member, editorial board, New York University School of Law, Series in Anglo-American Legal History, 1979-

Member, executive committee, American Studies Program, Indiana University, 1981-1983.

**Completed Doctoral Dissertations Directed**:

Thomas Johnson, S.J.D., University of Wisconsin, 1986.

Yusuf Aboki, S.J.D., University of Wisconsin, 1986.

Michael Millender, Ph.D., Princeton University, 1996.

Felicia Kornbluh, Ph.D., Princeton University, 2000.

Jacob Katz Cogan, Ph.D., Princeton University, 2002

Todd Stevens, Ph.D., Princeton University, 2003

Risa Goluboff, Ph.D., Princeton University, 2003.

Donna Dennis, Ph.D., Princeton University, 2005

Kenneth Mack, Ph.D., Princeton University, 2005

Mitra Sharafi, Ph.D., Princeton University, 2006 (co-advisor)

Kunal Parker, Ph.D., Princeton University, 2007

Christina (Burnett) Ponsa, Ph.D., Princeton University, 2010

Laura Weinrib, Ph.D., Princeton University, 2011

Annie Twitty, Ph.D., Princeton University, 2012 (co-advisor)

Maribel Morey, Ph.D., Princeton University, 2013 (co-advisor)

Rohit De, Ph.D., Princeton University, 2013 (co-advisor)

Jessica Lowe, Ph.D., Princeton University, 2013

Farah Peterson, Ph.D., Princeton University, 2015

Catherine Evans, Ph.D., Princeton University, 2015

Matthew Axtell, Ph.D., Princeton University, 2016

Sarah Seo, Ph.D., Princeton University, 2016

Maeve Glass, Ph. D., Princeton University 2016

Alix Lerner, Ph.D., Princeton University, 2016

Kellen Funk, Ph.D., Princeton University, 2018

Jane Manners, Ph.D., Princeton University, 2018

Emily Prifogle, Ph.D., Princeton University, 2019

Craig Green, Ph.D., Princeton University, 2019

Kalyani Ramnath, Ph.D., Princeton University, 2019 (Co-advisor)

Katharina Schmidt, Ph.D., Princeton University, 2021 (Co-advisor)

Tara Suri, Ph.D., Princeton University, 2022 (Co-advisor)

_____