4. *And be it enacted,* That this act shall take effect immediately.

Approved March 14, 1895.

---

## CHAPTER CXLVIII.

### An Act to prevent trespassing with guns.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey,* That any person trespassing on any lands, carrying a gun, after public notice on the part of the owner, occupant, lessee or licensee thereof, forbidding such trespassing, such notice being posted conspicuously adjacent to the highway binding on said lands, or adjacent to any usual entranceway to said lands, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, and in an action of trespass or tort (which action shall be conducted in all respects as actions of trespass or tort are usually conducted) the damages awarded for any such trespass shall be not less than ten dollars. *Damages may be awarded against trespassers after notice posted.*

2. *And be it enacted,* That any person trespassing on any lands, carrying a gun, after being forbidden so to trespass by the owner, occupant, lessee or licensee thereof, shall be deemed guilty of trespass at the suit of such owner, occupant, lessee or licensee, and in an action of trespass or tort (which action shall be conducted in all respects as actions of trespass or tort are usually conducted) the damages awarded for any such trespass shall not be less than ten dollars. *And after being forbidden.*

3. *And be it enacted,* That any person or persons found trespassing, as provided in the first and second sections of this act, shall be deemed and adjudged to be disorderly, and in addition to the remedies therein provided for it shall be lawful for the owner or owners of the said lands, or the occupant or occupants, lessee or lessees or licensees thereof, or any constable or constables, to apprehend, without warrant or process, any *May be treated as disorderly persons and arrested without warrant.*

308        GENERAL PUBLIC LAWS.

such disorderly person or persons, and to take him or them before any justice of the peace of the county where apprehended; and it shall be the duty of the said justice, in a summary manner, to hear and determine the guilt or innocence of such person or persons, and upon conviction, to impose upon the offender or offenders, and each of them so convicted, a fine of five dollars, besides the costs of prosecution; and if any person or persons so convicted shall fail to pay such fines and costs, the said justice shall commit such offender or offenders to the common jail of the county for a period of not less than five nor more than ten days.

*Case shall be heard summarily.*

*Penalty.*

4. *And be it enacted*, That any person or persons who shall wilfully or maliciously remove, deface or alter any notice posted, as contemplated in the first section of this act, with the intent to destroy such notice, shall be deemed guilty of a misdemeanor, and on conviction thereof shall be punished by a fine not exceeding twenty dollars or imprisonment in the county jail not exceeding thirty days, or both.

*A misdemeanor to remove, deface or alter notices posted.*

*Penalty.*

5. *And be it enacted*, That this act shall take effect immediately.

Approved March 14, 1895.

## CHAPTER CXLIX.

An Act relative to the construction of school buildings in cities of the first class in this state.

*Board of finance may issue bonds.*

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That it shall and may be lawful for the board having charge and control of the finances in any city of the first class of this state, upon the request of the board thereof charged with the erection and construction of school building therein, to issue bonds of such city in an amount not exceeding two hundred and fifty thousand dollars; said bonds to

*Amount and rate of interest limited.*