# Memorials

OF

# London and London Life,

IN THE

## XIIIth, XIVth, and XVth Centuries.

BEING

A SERIES OF EXTRACTS,

LOCAL, SOCIAL, AND POLITICAL,

From the Early Archives of the City of London.

A.D. 1276 — 1419.

SELECTED, TRANSLATED, AND EDITED BY

HENRY THOMAS RILEY, M.A.

OF CORPUS CHRISTI COLLEGE, CAMBRIDGE; AND OF THE INNER TEMPLE, BARRISTER-AT-LAW.

PUBLISHED BY ORDER OF THE CORPORATION OF LONDON, UNDER
THE SUPERINTENDENCE OF THE LIBRARY COMMITTEE.

LONDON
LONGMANS, GREEN, AND CO.
MDCCCLXVIII.

Digitized by Google

" be so daring as to stand elsewhere than in [1] Bruggestrete, the
" stalls near to Wollechirchehawe, or Eldefisshestrete, in London, with
" such fish to sell, either by night or by day; on pain of forfeiting
" such fish the first time, and of losing his freedom the second time,
" if such person be a freeman or freewoman of the City; and on
" pain of imprisonment, if the person be a foreigner; and on pain
" of imprisonment the third time, whether it be native or stranger,
" denizen or foreigner: those persons only excepted, who shall have
" herrings, white or dried, stock-fish, salt fish, salmon, and other
" manner of fish, in boats or in other vessels, for sale at the stairs of
" Billyngesgate. And it is not their intention but that those persons
" who heretofore used to carry fish through the City for sale to
" divers working-men, may carry them as before they were wont
" to do, for the sake of such working-men and other persons in the
" City; but they are not to stand in any certain place to sell such
" fish, as now of late they have begun to do."

———◇———

*Royal proclamation as to the wearing of arms in the City, and at Westminster; and as to playing at games in the Palace at Westminster.*

25 Edward III. A.D. 1351.   Letter-Book F. fol. ccviii.   (Norman French.)

" FORASMUCH as heretofore at the Parliaments and Councils of our
" Lord the King, broils, riots, and disputes, have arisen and been
" moved, for that people have gone to the places where such Par-
" liaments and Councils have been summoned and assembled, armed
" with haketons, with plates, with swords, and with long daggers,
" and with other manner of arms; by reason whereof the business
" of our Lord the King and of his realm has both been impeded,
" and the great people and others who have come there, by com-
" mand of the King, have been alarmed thereat;—our Lord the
" King, desiring to provide a remedy against such evils, doth forbid
" that any one, on pain of forfeiture of so much as unto the King he
" may forfeit, of whatsoever estate or condition he be, shall go armed
" with haketon, or with plate, or with habergeon [2] [or with sword],
" or with long dagger, or with any other manner of arms suspected,
" within the City of London, or within the suburbs, or in any
" other places between the said city and the Palace of Westminster,
" or anywhere in the Palace, by land or by water, on the pain
" aforesaid; save only the people of our Lord the King, whom he

---

[1] Bridge Street, Woolchurch Haw, and Old Fish Street.

[2] Omitted in the MS, but supplied from the *Rotul. Parliam.* vol. ii. p. 236.

Digitized by Google

"shall see fit to depute to such place as by his command they
"shall be deputed to, for keeping his peace at the said places; and
"also, except the officers of the King, according to the form of the
"Statute made at Norhamptone.  And it is not the intention of
"our Lord the King, that any Earl [or] Baron shall not have his
"sword carried with him, elsewhere than in the presence of the
"King, or from the place of Council.

"And also,—it is forbidden on behalf of our Lord the King and
"the Council, on pain of imprisonment, that any child, or other
"person, shall play in any place of the Palace of Westminster,
"during the Parliament which is summoned thereto, at [1] bars, or
"at other games not befitting, and such as taking off the hoods
"of people, or laying hands upon them; or in other way causing
"hindrance, whereby each person may not peaceably follow his
"business."

――――◆――――

*Presentation to a Chantry at St. Paul's, founded by Sir John de Pulteneye.*

26 Edward III. A.D. 1352.  Letter-Book F. fol. ccxv.  (Latin.)

"To the venerable and discreet men, the Dean and Chapter of the
"Church of St. Paul, in London, Andrew Aubrey, Mayor of the same
"city, greeting in the Lord.  We do present unto you by these pre-
"sents our dearly beloved in Christ, Sir William Mason, Priest, to
"fill the perpetual Chantry now vacant, with all the rights thereof,
"which has been founded for a fitting Priest in the Church of St.
"Paul, aforesaid, to celebrate Divine Service for the soul of [2] John
"de Pulteneye, Knight, and the souls of other persons in the will
"of him, the same John, named, and the souls of all faithful per-
"sons deceased; and to our presentation, by reason of our hold-
"ing the office of Mayor of the city aforesaid, in virtue of the will
"of the said John, belonging; and we do beg of you, that you will
"admit the said John to the Chantry aforesaid, and, as the usage is,
"will canonically institute him in the same, and will deign to do, in
"favour of us, the other things which in this behalf unto your
"office pertain.  In witness whereof, we have caused these our letters
"patent, sealed with the Seal of the Mayoralty of the said city, to
"be made.  Given at London, on the Thursday next after the
"Feast of the Apostles Peter and Paul [29 June], in the 26th year
"of the reign of King Edward, after the Conquest the Third."

---

[1] The "prisoner's bars," or "base," probably of modern times.

[2] Four times Mayor, and a great bene-factor to the City.  He was buried at St. Paul's.