# LIBER ALBUS:

## THE WHITE BOOK

OF

## The City of London.

COMPILED A.D. 1419, BY

JOHN CARPENTER, *Common Clerk.*

RICHARD WHITINGTON, *Mayor.*

Translated from the Original Latin and Anglo-Norman,

BY

HENRY THOMAS RILEY, M.A.,

CLARE HALL, CAMBRIDGE;
OF THE INNER TEMPLE, BARRISTER-AT-LAW.

London:

RICHARD GRIFFIN AND COMPANY,

STATIONERS' HALL COURT.

MDCCCLXI.

(1861)

Digitized by Google

xxxvii Edw. III.] USE OF ARMS FORBIDDEN. 335

### *That no one go armed.*

Item, that no one, of whatever condition he be, go armed in the said city or in the suburbs, or carry arms, by day or by night, except the vadlets of the great lords of the land, carrying the swords of their masters in their presence, and the serjeants-at-arms of his lordship the King, of my lady the Queen, the [1]Prince, and the other children of his lordship the King, and the officers of the City, and such persons as shall come in their company in aid of them, at their command, for saving and maintaining the said peace; under the penalty aforesaid, and the loss of their arms and armour.

### *Of Hostelers.*

Item, that every hosteler and herbergeour cause warning to be given unto his guests that they leave their arms in their hostels where they shall be harboured; and if they shall not do so, and any one shall be found carrying arms contrary to the said proclamation, through default of warning by his host, such host is to be punished by imprisonment and by fine, at the discretion of the Mayor and Aldermen.

### *Of the power of arresting Felons and Misdoers.*

Item, that every man of standing in the said city, Alderman and commoner, who is of good repute, have power, in the absence of the officers, to arrest felons and misdoers, and to bring them unto the houses of the Sheriffs, that so due punishment may be inflicted upon such misdoers.

### *That no one draw sword or knife.*

Item, the better to keep the said peace, and that each person may fear the more to break the said peace, it is ordained that no person draw sword, or knife, or other arm; [and in such case], provided he do not strike, he is to pay unto the City half a mark, or remain in the prison of Newgate fifteen days. And if he draw blood of any one, he is to pay unto the City twenty shillings, or remain in prison forty days.

---

[1] Edward the Black Prince, son of Edward III.

Digitized by Google