C A P. XXVI.——XXXIV.

## Concerning *Welshmen*.

[*Cap.* 26, 28, 30, 31, 32, 33, and 34. *are expresly repealed by* Stat. 21 Jac. 1. c. 28 § 11.; *See also Stats.* 26 H. 8. c. 6. *and* 27 H. 8. c. 26. *by the Operation of which, as well those Chapters, as* c. 27 & 29. *are superseded. See* Wotton's *Leges Wallicæ, App. No. VII. where a Copy of these Chapters is given from the Records of Caernarvon.*]

CAP. XXVI.—" *Englishmen* shall not be convicted by *Welsh-*
" *men* in *Wales.* No *English* Burgesses having married *Welsh* Wo-
" men shall have Franchise with *English* Burgesses."

CAP. XXVII.—" No Wasters, Rymers, Minstrels, or Vaga-
" bonds, shall be suffered in *Wales*, to make 'Kymorthas' or
" Collection upon the Common People there."

CAP. XXVIII.—" No Commanvaes [Conventicula, *Wotton*]
" or Congregations shall be suffered in *Wales*, for any Councils,
" or other Purposes, without Licence of the Chief Officers of
" each Lordship, and in their Presence, on Pain of Fine and
" Imprisonment."

CAP. XXIX.—" No *Welshman* shall be armed, nor wear de-
" fensive Armour in Cities, Markets, Churches, or Congregations,
" on Pain of Fine and Imprisonment."

CAP. XXX.—" No Victuals or Armour shall be carried into
" *Wales,* except by the King's Licence, and for provisioning the
" *English* Castles and Towns, on Pain of Forfeiture thereof."

CAP. XXXI.—" No *Welshman* shall have any Castle, Fortress,
" or House of Defence, of his own or any others, to keep,
" otherwise than was used in the Time of *Edward* the Conqueror
" of *Wales*, with an Exception for Bishops and Lords " *pur leur*
" *corps propres.*"

CAP. XXXII.—" No *Welshman* shall be made Justice, Cham-
" berlain, Chancellor, Treasurer, Sheriff, Steward, Constable of a
" Castle, Receiver, Escheator, Coroner, Chief Forester, or other
" Officer whatever, nor Keeper of Records, nor Lieutenant in
" the said Offices in *Wales,* nor be of Counsel to any *English* Lord,
" any Patent notwithstanding, except Bishops and such others
" as the King, by advice of his Council, shall find good and law-
" ful Lieges."

CAP. XXXIII.—" Garrisons of Castles and walled Towns in
" *Wales* shall be wholly of *Englishmen.*"

CAP. XXXIV.—" No *English* Man married to a *Welsh* Woman
" shall be in any Office in *Wales* or the *Marches.*"

C A P. XXXV.

For amending 13 *Ric.* 2. *Stat.* 1. c. 12.

" Shoemakers and Cordwainers may tan Leather, notwith-
standing the recited Statute."

[*The Stat.* 13 *Ric.* 2. *and this Stat.* 3 H. 4. *are both repealed by* 5 *Eliz.* c. 8. *and* 1 *Ja.* 1. c. 22. § 58.]

Anno