## CHAP. DCXXXVII.

## An Act to prevent Routs, Riots and tumultuous Assemblies.

Sect. 1. **BE IT ENACTED** *by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same,* That from and after the publication of this act, if any persons, to the number of twelve or more, being armed with clubs, guns, swords, or other weapons, or if any number of persons consisting of thirty or more, shall be unlawfully, routously, riotously, or tumultuously assembled, any justice of the peace, sheriff, under-sheriff, or constable of the county where such assembly shall be, shall, among the rioters, or as near to them as he can safely come, command silence while proclamation is making, and shall, openly and with loud voice, make or cause to be made proclamation in these or the like words: <span style="float:right">Routs, riots, &c. how suppressed.</span>

*State of New-Jersey.* By virtue of an act of this state, intitled, " An act to prevent routs, riots and tumultuous assemblies," I am directed to charge and command all persons being here assembled immediately to disperse themselves, and peaceably to depart to their habitations, or to their lawful business, upon the pains and penalties contained in the said act. God save the state. <span style="float:right">Proclamation to be made;</span>

And all justices of the peace, sheriffs, under-sheriffs and constables, within the limits of their respective jurisdictions, are hereby authorized, empowered and required, on notice or knowledge of any such unlawful, routous, riotous, or tumultuous assembly, to resort to the place where such unlawful, routous, riotous, or tumultuous assembly shall be, and there to make or cause to be made proclamation in manner aforesaid. <span style="float:right">by a justice, &c.</span>

2. *And be it enacted by the authority aforesaid,* That if such persons, so unlawfully, routously, riotously and tumultuously assembled as aforesaid, shall, after proclamation made, or attempted to be made, in manner aforesaid, continue together and not disperse themselves within one hour, then it shall and may be lawful to and for every justice of the peace, sheriff, under-sheriff, or constable of the county where such assembly shall be, and to and for such other person and persons as shall be commanded to be assisting unto any such justice, sheriff, under-sheriff, or constable (who are hereby respectively authorized and empowered to command all the citizens of this state to be assisting to them therein) to seize and apprehend, and they are hereby required to seize and apprehend such persons so unlawfully, routously, riotously and tumultuously continuing together, after proclamation made, or attempted to be made, as aforesaid, and forthwith to carry the persons so apprehended before one or more of the justices of the peace of the county where such persons shall be so apprehended, in order to their being proceeded against for such their offences according to law; and if the persons so unlawfully, routously, riotously and tumultuously assembled, or any of them, shall happen to be killed, <span style="float:right">Rioters continuing together after proclamation made,</span> <span style="float:right">justices, &c. may command assistance to seize them,</span> <span style="float:right">that they may be proceeded against according to law.</span>

O

wounded or hurt, in the difperfing, feizing or apprehending, or endeavouring to difperfe, feize or apprehend them, by reafon of their refifting the perfons fo difperfing, feizing or apprehending, or endeavouring to difperfe, feize or apprehend them, then every fuch juftice of the peace, fheriff, under-fheriff, or conftable, and all and fingular perfon and perfons being aiding or affifting to them or any of them, fhall be held guiltlefs, and be abfolutely indemnified and difcharged.

<small>Perfons oppofing or hurting a perfon who is about to proclaim, how to be punifhed.</small>

3. *And be it enacted by the authority aforefaid,* That if any perfon or perfons do or fhall, with force and arms, wilfully and knowingly oppofe, obftruct, or in any manner wilfully and knowingly let, hinder or hurt any perfon or perfons that fhall begin to proclaim, or go to proclaim according to the proclamation hereby directed to be made, whereby fuch proclamation fhall not be made, that then every fuch oppofing, obftructing, letting, hindering or hurting fuch perfon or perfons fo beginning, or going to make fuch proclamation as aforefaid, fhall be adjudged a mifdemeanor, and be punifhed by fine or imprifonment, or both, or by fine or imprifonment at hard labour, or both, the fine not to exceed one hundred dollars, nor the imprifonment fix months.

<small>Perfons riotoufly continuing together one hour after proclamation, how to be punifhed.</small>

4. *And be it enacted by the authority aforefaid,* That all perfons who, for the fpace of one hour after proclamation made, or attempted to be made as aforefaid, fhall unlawfully, routoufly, riotoufly and tumultuoufly continue together, to the number of twelve or more, if armed, or of thirty or more, if unarmed, as aforefaid, then fuch perfons fo offending fhall be adjudged guilty of a mifdemeanor, and, on conviction, fhall be punifhed by fine or imprifonment, or both, or by fine or imprifonment at hard labour, or both, the fine not to exceed one thoufand dollars, nor the imprifonment three years.

<small>This act to be read at the opening of the court, and at the annual town-meetings.</small>

5. *And be it enacted by the authority aforefaid,* That this act fhall be read at the opening of every court of general quarter feffions of the peace by the clerk of the faid court, and at the annual meeting of each precinct, townfhip and corporation, by the refpective clerks thereof.

A.         Paffed at Trenton, February 24, 1797.

---

CHAP. DCXXXVIII.

An Act concerning Inns and Taverns.

Sect. 1. **B**E IT ENACTED *by the Council and General Affembly of this ftate, and it is hereby enacted by the authority of the fame,* That the courts of general quarter feffions of the peace in and for the feveral counties of this ftate, fhall be, and they are hereby au-