alfo be neceffary to annex to the faid Certificate, an Affidavit of the following Tenor, fworn to before any Magiftrate in the City of *New-York*: A. B. *being duly fworn, depofeth and faith, That he certainly knows* [or has Affidavits to prove, as the Cafe may be] *that the Hemp mentioned in the above, or the annexed Certificate, was all raifed after the firft of* March, *One thoufand feven hundred and fixty-four, in the Colony of* New-York, *in the County of* [here mentioning the County] *and that no Bounty has yet been paid for it, or any Part of it, to the beft of his Knowledge and Belief:* And further faith not. The Infpectors above mentioned, before they enter on the Execution of their Office, fhall take an Oath, faithfully to difcharge the Duty of Infpectors, according to the Meaning of this Act.

4th *GEORGE* III. A. D. 1763.

Form of Affidavit to be fworn to before the Bounty fhall be paid.

[The Reft of this Act is Obsolete.]

## C H A P. MCCXXIX.

*An* ACT *to regulate the guaging of Wine, Rum, and other Spirituous Liquors, Molaffes, and other Purpofes therein mentioned.*
Pafs'd the 20th December, 1763.

Expired 1ft January, 1771.

## C H A P. MCCXXX.

*An* ACT *to lay a Duty of Tonnage on Veffels for defraying the Expence of the Light-Houfe on* Sandy-Hook.
Pafs'd the 20th December, 1763.

Continued Chap. 1277. Expired 1ft January, 1772. Provided for Ch. 1515.

## C H A P. MCCXXXI.

*An* ACT *impowering* John Cruger, Robert R. Livingfton, Philip Livingfton, Leonard Lifpenard, *and* William Bayard, *Efquires, to receive from the Colony of* Pennfilvania, *the Sum of* Four Thoufand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the faid Colony, out of the Parliamentary Grant for the Service of the Year One thoufand feven hundred and fixty.*
Pafs'd the 20th December, 1763.

This Money being received and paid into the Treafury, the Act is therefore Obfolete.

## C H A P. MCCXXXII.

*An* ACT *to continue an Act, entitled, An* Act *for the Relief of Infolvent Debtors, and for repealing the Acts therein mentioned, with an Addition thereto.*
Pafs'd the 20th December, 1763.

See Chap. 1148. Continued Ch. 1309.

## C H A P. MCCXXXIII.

*An* ACT *to prevent hunting with Fire-Arms in the City of* New-York, *and the Liberties thereof.*
Pafs'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and diforderly Perfons in and about the City of *New-York*, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Grafs, and Corn and other Grain ftanding and growing in the Fields and Inclofures there, to the great Danger of the Lives of his Majefty's Subjects, the Ruin and Deftruction of the moft valuable Improvements, the grievous Injury of the Proprietors, and the great Difcouragement of their Induftry.

Preamble.

5 T  I. In

Digitized from Best Copy Available