1705.

## CHAPTER CXXVI.

*An* ACT *against drunkenness and drinking of healths.* *(t)*
Paffed in 1705.—Recorded A. vol. I. page 151.

## CHAPTER CXXVII.

*An* ACT *against riotous sports, plays and games.*
Paffed in 1705.—Repealed 24th October, 1709.—Recorded A. vol. I. page 151.

## CHAPTER CXXVIII.

*An* ACT *against riots and rioters.* *(u)*

What to be deemed a riot.

BE *it enacted*, That if any perfons, to the number of three, or more, fhall meet together with clubs, ftaves, or any other hurtful weapons, to the terror of any of the peaceable people or inhabitants of this province, and fhall commit or defign to commit, violence or injury upon the perfon or goods of any of the faid inhabitants, and fhall be convicted thereof, fuch perfons fhall be reputed and punifhed as rioters, according to the laws of England ; and fuch act of terror or violence, or defign of violence, fhall be deemed and accounted a riot.

Paffed in 1705.—Recorded A. vol. I. page 153.

## CHAPTER CXXIX.

*An* ACT *limiting the presentments of the Grand Jury.*
Paffed in 1705.—Repealed 24th October, 1709.—Recorded A. vol. I. page 153.

## CHAPTER CXXX.

*An* ACT *for determining of debts under forty shillings.*
Paffed in 1705.—Repealed *post.* chap. 212.—Recorded A. vol. I. page 154.

CHAP.

---

*(t)* This act was fupplied by the feveral fubfequent acts for the fuppreffion of vice and immorality ; and finally by the act of the 22d April, 1794, 4th vol. chap. 1747.

*(u)* See the index to this edition, titles *Penal Law*, and *Intrusions on lands*