Case 1:22-cv-07464-RMB-AMD   Document 86-12   Filed 02/13/23   Page 1 of 2 PageID: 1468

1388.                         *Membrane 8—cont.*

to whom on that date the king committed the keeping of his house of converts of London with all things belonging to that office, and with fees and wages for himself, one chaplain and one clerk serving the house, and for John de Sancta Maria, Asetus Briart and Perota his wife converts thereof yet living, in the same manner as they used heretofore to account with William de Burstall late keeper thereof, allowing such wages for himself and those others as were allowed to the said William, and the treasurer and chamberlains paying him what shall be found due and in arrear ; as of his reverence for the Virgin King Edward I granted to his converts of London 202*l*. 4*d*. a year for their lives to be taken at the exchequer for their maintenance and maintenance of the keeper of the house, two chaplains, one clerk etc., so that upon the death of one of them so much a year should be deducted as the deceased used to take.

*Membrane* 7.

May 6.    To John Aston escheator in Devon. Order to remove the king's
Westminster.  hand and meddle no further with the moiety of a messuage with a cellar under ground in the city of Exeter, and five ferlings 4 acres of land in Toppesham and at la Forde, delivering up any issues thereof taken ; as the king has learned by inquisition, taken by the escheator, that Robert Persoun at his death held no lands in chief by reason whereof the wardship of his land and heir ought to pertain to the king, but held the said moiety and cellar of the king in free burgage, and the said land of others than the king.

May 10.   To the collectors in the port of Suthampton of the custom upon
Westminster.  wool, hides and woolfells for the time being. Order to pay to Garcius Arnaud of Salyns esquire of the lordship of Aquitaine 20*l*. a year which on 8 July 3 Richard II for good service the king granted him of the said custom from Easter then last for his life or until the king should take other order for his estate, and the arrears since Easter aforesaid.
          *Et erat patens.*

May 10.   To the keepers, farmers, bailiffs or receivers for the time being of
Westminster. the manor of Asshedoun co. Essex, in the king's hand by reason of the nonage of the heir of Walter Fitz Wauter knight. Order so long as the manor shall be in the king's hand to pay to Alexander de Walden knight a yearly rent of 10*l*. of the issues thereof, which the said Walter gave him for life, and the arrears since the said Walter's death ; as for a fine paid by the said Alexander the king has confirmed the gift.
          *Et erat patens.*

May 16.   To the bailiffs of Scardeburgh. Order to arrest and imprison until
Westminster. further order for their deliverance all those who shall be found going armed within the town, leading an armed power, making unlawful assemblies, or doing aught else whereby the peace may be broken and the people put in fear, and such as notoriously maintain and harbour them, and the armour found with them, causing their armour to be appraised and answer to be made to the king for it ; as in the statute lately published at Norhampton among other things it is contained that no man of whatsoever estate or condition shall be bold to appear armed before justices or other the king's ministers in

Generated on 2023-02-09 23:33:30 GMT  /  https://hdl.handle.net/2027/nc01.ark:/13960/t1kh8g99q
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by INTERNET ARCHIVE                      Original from UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

1388.     *Membrane 7—cont.*

performance of their office, lead an armed force in breach of the peace, ride or go armed by day or night in fairs and markets or elsewhere in presence of justices etc. under pain of losing his arms and of imprisonment at the king's will, except the king's serjeants and ministers in performance of his commands or of their offices, or others in their company aiding them, and at the proclamation of a feat of arms, and that in places where such feat shall be performed, and that the justices in their own presence, sheriffs and other the king's ministers in their bailiwicks, lords of liberties and their bailiffs in such liberties, mayors and bailiffs of cities and boroughs in such cities and boroughs, borsholders (*burgitentores*), constables and guardians of the peace within their guardianships shall have power to execute the said statute.
*Et erat patens.*

May 15.
Kennington.

To the treasurer and the chamberlains. Order by assent and advice of the council to cause 591*l.* 10*s.* of the treasury to be paid of the king's gift to John Samoun of Notyngham; as by his petition he has shewn the king that on 8 September last he sold at that price 84½ sacks of wool to Nicholas Brembre knight (now deceased), who by reason of a judgment against him rendered in parliament forfeited all his goods and chattels to the king, under a condition that the purchaser should give security to pay that sum at Michaelmas then next before taking the wool over sea for sale, provided that if such security were not fully found it should then be lawful for the said John to make his advantage of the wool, that the said Nicholas, not observing those conditions, caused it to be taken over for sale to the staple of Middelburgh, and that although the said John after in that staple claimed property in the wool, and by John de Byngham his attorney caused it to be there arrested, with his assent and with assent of John Frosshe and Thomas Ally of London upon pretence of certain sums due to them from the said Nicholas, licence of the court of the staple being first obtained, the wool was there sold lest it should be damaged, and by command of the king the money thereof arising was arrested by Thomas atte Mille his serjeant at arms, wherefore a plea moved in the king's court thereupon was quashed, and the petitioner may get no recovery thereof. Proviso that answer be made at the exchequer by William de Brampton governor of the said staple and other the ministers thereof for any money received at Middelburgh for the wool which is there under arrest.     By K. and C.

May 13.
Westminster.

To the sheriffs of London. Order by mainprise of Master John Neuton, Master John Thorp and Thomas Asteley to set free Peter de Lyoun by them imprisoned in Newegate prison by command of Nicholas de Exton mayor of London upon suspicion of spying, for that he is of France and without licence entered the realm it is said, and sent after into chancery by command of the king; as Master John and the others have mainperned in chancery for his good and peaceable behaviour toward the king and people.

April 23.
Westminster.

To Thomas Clifford keeper of the king's forest beyond Trent, or to his representative in the forest of Ingelwode. Order, notwithstanding the power granted to Richard Trotter keeper of the king's laund of Plumpton in that forest and to John his son by letters patent of the king to enclose a place containing 10 acres of land within the common of the forest between Todholgill and Blakebek and between the