Case 1:22-cv-07464-RMB-AMD   Document 86-13   Filed 02/13/23   Page 1 of 1 PageID: 1470

1377.                    *Membrane* 21—*cont.*

Nov. 30.   To John de Stourton escheator in Somerset. Order to deliver in
Westminster. dower to the said Margaret the advowson of Westcoker church extended
at 20*l.* a year.

Dec. 1.    To the mayor and sheriffs of London. Order, when required by
Westminster. Thomas Tyle the king's butler, to admit Nicholas Symcok to the
office of coroner in the city of London, taking of him an oath to behave
well so long as he shall be therein ; as that office pertains to the said
butler, who has made the said Nicholas his substitute, being engaged
at the king's command upon divers business in divers parts of the
realm.                                     By bill of the butler.

Nov. 22.   To John Parker of Olneye escheator in Bedfordshire. Order to cause
Westminster. the abbot of Wobourne to have seisin of a messuage, 30 acres of land
and 2 acres of meadow in Everesholt held by John Page hanged for
felony ; as the king has learned by inquisition, taken by the escheator,
that the premises have been in his hand a year and a day, that the
said John held them of the abbot, and that William de Otteford late
escheator had the year and a day and the waste thereof.

Dec. 1.    To the mayor and bailiffs of Newcastle upon Tyne. Order to arrest
Westminster. and imprison until further order, according to the statutes, all those
who shall be found by night or day making confederacies, congrega-
tions, unlawful assemblies or other mischief in that town, going armed,
bearing arms or leading an armed power to the disturbance of the
peace, and others who may be notoriously suspected, and by true men
of their bailiwick to make inquisition of the names of such evildoers,
their evildoings and those that harbour them, and likewise to arrest
and imprison those who shall be indicted concerning the premises ;
as in the statute published at Winchester in the time of King
Edward [I] it is contained that if any strange passengers be found
by night in cities, boroughs or towns they shall be by the watch
arrested until the morrow, and if suspicion be had of them they shall
be delivered to the sheriff's custody, who shall receive them without
gainsaying, and if they shall not suffer themselves to be arrested
hue and cry shall be raised upon them, and the watch with the whole
town and neighbouring towns shall pursue them with hue and cry
until taken and delivered to the sheriff ; and likewise in the statute
published at Norhampton in 2 Edward III it is contained that, with
particular exceptions therein specified, no man of whatsoever estate
or condition shall go with armed force, lead any force to the disturbance
of the peace, ride or go armed by day or night in fairs, markets or in
presence of justices or other the king's ministers or elsewhere under pain
of losing their arms and of imprisonment ; and in the statute published
at Westminster in 5 Edward III it is contained that if suspicion of evil-
doing by day or night be had against any called 'roberdesmen,'
'wastours' and 'draughlacches,' they shall be straightway arrested
and delivered to the custody of constables of towns, of the bailiffs
of liberties if arrested within liberties, and of the sheriffs if without,
to be imprisoned until the coming of justices for gaol delivery ; and
now the king is informed that great number of evildoers and disturbers
of the peace, fearing not the said statutes and pains, have heretofore
made and cease [not] daily to make unlawful assemblies etc. by night
and day in that town and neighbouring places, have gone and go armed