Liber A

2^ly That noe one shall speake aboue once att one reading to any Bill w^th out lycence of the Gou^r. And if 2 psōns rise up together, the Gou^r shall Appoynt who shall speake first. And noe one shall interrupt another, or speake till the other hath ended.

3^ly That noe one shall deliuer his opinion or speake to any bill sitting, But shall stand up reuerently and bareheaded directing his speech to the Gou^r.

4^ly That euery Bill proposed to the howse shall be read 3 seuerall dayes before it shall be uoted to engrosm^t. And that betwixt euery such reading one day shall be intermitted unlesse w^th speciall lycence of the Gou^r.

5^ly That before the grāll day of Sessions for the enacting of all the Lawes, notice shall bee gyuen 3 dayes before, att the least to all the County of S^t Maries to make their personall appearance, if they shall like thereof.

p. 131

6^ly That noe one shall come into the howse of Assembly (whilst the howse is sett) w^th any weapon uppon perill of such fine or censure as the howse shall thinke fit

7^ly Any of the 16 members bownd to attend the Assembly th^t shall be absent from the howse att the hower & place appointed shall be fyned (after the number of Ten of them shall be pnt w^th the Gou^r & the Clerk) in the Summe of 50^l Tob. unlesse lawfull excuse shall be shewen: to be imployed in defraying the charges of this pñt Assembly.

8^ly All misdemean^rs w^ch shall happen in the howse shall be censured & fyned by the howse. To be imployed as afore.

9^ly Any one of the sixteen members th^t shall not attend the house, eyther through sicknes or other urgent occasion shall have power to constitute another Proxie in his roome during such his absence

The howse adiornd by the Gou^r till to morrow morning 9 clock

Saturday 22^th Jan.

M^r Rob^t Clerk proxie for Wal. Smith

George Akerick appointed M^r Clark proxie for himselfe, & all his uoices

J^no Medley appoynted ffran: Posey proxie for himselfe and all his uoices

The ffreemen bownd to attend the assembly assembled except George Saphyer

was read An Act for the extent of Attachm^ts & exequūons.

The howse adiornd by the Gou^r till Munday morning 9 clock