or any one or more of the Counsell for the Vpper howse. <span style="float:right">Liber A</span>
And mr John Hatch mr Walter Beane mr John Medley, mr Willm Brough, mr Robt Robins, mr ffrancis Poesey, mr Phillip Land, mr ffrancis Brooks, mr Tho: Mathews, mr Tho: Sherman, mr George Manners Burgesses for St Maries County Capt Robert Vaughan Comder. & Burgesse for the Ile of Kent County. mr George Puddington & mr James Coxe Burgesses for the part of the province, now Called Providence, or any fiue or more of them, for the Lower howse, together with the Clarke of tht howse for the time being, who shall from time to time assemble themselues at the time and place to bee by the Gour (or whomsoevr. of the Counsell hee shall by hand writing under his hand depute for tht purpose) from time to time appoynted during this prnt Assembly, Shall haue the full power of, & bee two howses of Assembly to all intents and purposes.  And all Bills that shall bee passed by the sd Two howses or the maior part of both of them, & Enacted or Ordered by the Gour shall bee Lawes of the province after publicōn thereof, under the hand of the Gour, & the Great Seale of the sd province as fully to all effects in Law as if they were aduised & assented unto by all the ffreemen of the province personally

<span style="margin-left:auto">Willm Stone</span>

*marginalia:* St. Marys Kent / Providence als. Anarrundell

Orders made & agreed vppon by the Assembly for the better ordering of Both Howses.

1 That noe member of eyther howse shall vse reuyling speeches or name any of the members of eyther howse by his owne name but by the terme or denominaōn of the Gentleman tht spoke last or the like

2 That none of eyther howse shall speake· aboue once, att one reading to any Bill wthout licence of the Gour or Speaker respectively.  And if 2 persons rise vp together the Gour or Speaker respectively, shall appoynt who shall speake first, & no one shall interrupt another, or speake till the other haue ended.

3 That none shall deliuer his opinion or speake to any Bill sitting, but shall stand up bare headed, directing his speech to the Gour or Speaker respectively.

4 That Every Bill proposed to the howse, shall bee read three severall dayes, before it be voted to Ingrosmt unlesse uppon urgent occasion, or in matters of lesser consequence, it bee otherwise thought fitt by both howses.

5 That none shall come into eyther of the houses whillst they are sett, with any gun or weapon uppon perill of such fine or censure as the howses shall thinke fitt