## ARTICLE IV.

SECTION
1. Recorder, jurisdiction of; his duties; who shall act when absent.
2. Vacancy in office of recorder, how filled.
3. Recorder's court, where and when held.
4. Title of prosecutions; duty of recorder; when complaint shall be in writing; when judgment may be rendered.
5. Recorder shall deliver books and papers to successor.
6. Warrants issued, how directed and executed; fees for making service; deputy may be appointed.
7. Persons brought before recorder, his duty; penaly for refusing to enter into recognizance.
8. Forfeiture of recognizance, duty of mayor.
9. When offense against criminal law appears, duty of recorder.
10. Duty of recorder to summons witnesses and enforce attendance; fees to witness.
11. When trial shall be continued; witness notified to attend.

SECTION
12. When defendant is found guilty, duty of recorder.
13. When defendant may be discharged.
14. Appeals, how taken.
15. When judgment may be rendered against complainant.
16. Recorder may administer oaths; may enforce obedience and imprison for contempt.
17. List of cases before recorder, when and how made; when filed with clerk; duty of clerk and marshal.
18. Chief of police, authority and duty of.
19. Policemen, powers and duty of.
20. Marshal subject to orders of mayor only; policemen subject to orders of mayor and marshal only.
21. Complaints against marshal to be laid before council.
22. Powers and duties of officers where defined by ordinance.
23. Violation of this act, misdemeanor.
24. Penalty for voting for or allowing fraudulent claims.
25. Inconsistent acts repealed.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

## ARTICLE I.

SECTION 1. Any city of the third class in this State may become a body corporate under the provisions of this act, in manner provided by law, under the name of the city of ............, and by that name shall have perpetual succession; may sue and be sued; implead and be impleaded; defend and be defended in all courts of law and equity, and in all actions whatsoever; may receive and hold property, both real and personal, within such city, and may purchase, receive and hold real estate outside such city for the burial of the dead of such city, and may lease, sell or otherwise dispose of the same; may receive bequests, gifts and donations of all kinds of property, and may have and hold one common seal, and may break, change or alter the same at pleasure, and all courts of this State shall take judicial notice thereof.

SEC. 2. The jurisdiction of any city which shall organize under the provisions of this act shall not in anywise be affected or changed in consequence of such reorganization, but the limits, wards and boundaries of such city shall remain, after such change of organization, the same as at the time of such organization, and all laws or parts of laws or ordinances not inconsistent with this act, which were in operation in such city prior to its organization, shall continue to be in full force until repealed. The mayor and council of such city, with the consent of a majority of the legal voters of such city, voting at an election therefor, shall have power to extend the limits of the city over territory adjacent thereto, and shall, in every case, have power,

Generated on 2023-02-09 23:43:48 GMT  /  https://hdl.handle.net/2027/uc1.a0001940014
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                Original from
                                   UNIVERSITY OF CALIFORNIA

quarantine laws for that purpose, and to enforce the same within five miles of the city.

SEC. 23. The council may prohibit and punish the carrying of firearms and other deadly weapons, concealed or otherwise, and may arrest or imprison, fine or set to work all vagrants and persons found in said city without visible means of support or some legitimate business.

SEC. 24. The council shall have power to regulate levees, depots, depot grounds and places for storing freight and goods, and to provide for the passage of railways through the streets and public grounds of the city; also to regulate the crossing of railway tracks, and to provide precautions and prescribe rules regulating the same, and to regulate the running of railway engines, cars and tracks within the limits of the city, and to prescribe rules relating thereto, and to govern the speed thereof, and to make any rules or restrictions to prevent accidents at crossings and on the tracks of railways, and to prevent fires from engines.

SEC. 25. Private property may be taken for public use or for the purpose of creating or establishing market houses or market places, or for any other necessary purpose; but in every case the city shall make the person or persons whose property shall be taken or injured thereby, adequate compensation therefor, to be determined by the assessment of five disinterested freeholders of the city, who shall, in discharge of their duties, act under oath, faithfully and impartially make the assessment to them submitted; and in determining the same said freeholders shall consider the benefit resulting to as well as the damage sustained by the owner of the property so taken. Appeals may be taken from the decision of said freeholders in the same manner and within the same time as from judgments of a justice of the peace.

SEC. 26. For any purpose or purposes mentioned in the preceding sections, the council shall have power to enact and make all necessary ordinances, rules and regulations; and they shall also have power to enact and make all such ordinances, by-laws, rules and regulations, not inconsistent with the laws of the State as may be expedient for maintaining the peace and good government and welfare of the city and its trade and commerce; and all ordinances may be enforced by prescribing and inflicting upon its inhabitants or other persons violating the same such fine, not exceeding one hundred dollars, and such imprisonment, not exceeding three months, or both such fine and imprisonment as may be just for any offense, recoverable, with costs of suit, together with judgment of imprisonment, until the fine and costs are paid or satisfied, and any person committed for the non-payment of fine and costs, or either, while in custody, may be compelled to work on the streets, alleys, avenues and public grounds of the city, under the direction of the proper officer, and at such rate per day as the council may by ordinance prescribe, until such fine and costs are satisfied.

SEC. 27. Before the city council shall make any contract for building bridges or sidewalks, or for any work on streets, or for any other work or improvements, an estimate of the cost thereof shall be made by the proper officer and submitted to the council, and no contract shall be entered into for any work or improvements for a price exceeding such estimate.

SEC. 28. All claims against the city must be presented in writing, with full account of the items, and verified by the oath of the claimant or his agent that the same is correct, reasonable and just,

Generated on 2023-02-09 23:23:49 GMT  /  https://hdl.handle.net/2027/uc1.a0001940014
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                                Original from
                                           UNIVERSITY OF CALIFORNIA