22-cv-07464-RMB-AMD   Document 86-18   Filed 02/13/23   Page 1 of 2 PageID

## COUNCIL BILL No. 607—ORDINANCE No. 577.

### MISDEMEANORS.

An Ordinance defining what shall constitute misdemeanors or offenses against the city of Webb City, and providing penalties therefor.

Be It Ordained by the Council of the City of Webb City, Missouri, as follows:

Section 1. **Disturbance of the Peace.** If any person shall wilfully disturb the peace of any neighborhood, or of any family, or of any person, by loud and unusual noise or by offensive or indecent conversation, or by threatening, quarreling, challenging or fighting, every person so offending shall, upon conviction, be adjudged guilty of a misdemeanor.

Sec. 2. **Drunk, Intoxication.** Any person who shall be found drunk or in a state of intoxication upon any street, alley, sidewalk, or in any business house or other public place within the city, to the annoyance of any person or persons, shall be deemed guilty of a misdemeanor.

Sec. 3. **Disturbing Religious Assemblies.** Every person who shall wilfully maliciously or contemptiously disquiet or disturb any camp meeting, congregation or other assembly met for religious worship, or when meeting at the place of worship or dispersing therefrom, or any school or other meeting or assembly of people met together for any lawful purpose whatever, by making a noise or by rude or indecent behavior or by profane or indecent discourse within the place of assembly or so near thereto as to interrupt or disturb the order or solemnity thereof, or who shall wilfully threaten or assault any person there being, shall be deemed guilty of a misdemeanor.

Sec. 4. **Assault.** Any person who shall in a rude, angry or threatening manner, touch, assault, strike, beat or wound another within this city, shall be deemed guilty of a misdemeanor.

Sec. 5. **Lewd Acts, Writings, Performances.** No person shall be or appear in or upon any street, avenue, sidewalk, alley or place open to public view in a state of nudity or

711803 A

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY

in a dress not belonging to or adapted to his or her sex, or in any indecent or lewd dress, or shall make any public, unusual or indecent exposure of his or her person, or be guilty of any unseemly, obscene, indecent, filthy or lewd act, or of any lewd, indecent, immoral or insulting conduct, language or behavior; or shall exhibit, circulate or distribute, sell, offer or expose for sale, or give or deliver to another, or cause the same to be done, any lewd, indecent or obscene book, picture, pamphlet, card, print, paper, writing, mold, cast, figure or other thing, or shall exhibit or perform, or cause or allow to be exhibited or performed in or upon any house, building, tent, wagon, lot or premises, owned, occupied or controlled by him or under his management or control, any lewd, indecent or immoral play, representation, contribution or performance. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor.

Sec. 6. **Carrying Deadly Weapons.** If any person shall carry concealed upon or about his person any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any **election day, or into any** court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meeting called under the militia laws of the state, having upon or about his person any kind of firearms, bowie knife, dirk, dagger, slung shot or other deadly or dangerous weapon, or shall in the presence of one or more persons exhibit any such weapon in a rude, angry, threatening, reckless or careless manner, or shall have or carry any such weapon on or about his person when intoxicated or under the influence of intoxicating drinks, or shall directly or indirectly sell, deliver, give, loan or barter to any minor any such weapon, without the written consent of the parent or guardian of such minor, shall upon conviction be punished by a fine of not less than fifty ($50.00) dollars nor more than two hundred ($200.00) dollars.

Sec. 7. **Discharging Firearms in City.** Any person not

Generated on 2023-02-10 03:33:30 GMT / https://hdl.handle.net/2027/nyp.33433014162436
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY