Case 1:22-cv-07464-RMB-AMD   Document 86-24   Filed 02/13/23   Page 1 of 2 PageID: 1489
Newspapers by ancestry
The Stockton Review and Rooks County Record (Stockton, Kansas) · Fri, Jul 1, 1887 · Page 1
https://www.newspapers.com/image/379709602
Downloaded on Oct 11, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.
Powered by Newspapers

Case 1:22-cv-07464-RMB-AMD   Document 86-24   Filed 02/13/23   Page 2 of 2 PageID: 1490

The Stockton Review and Rooks County Record (Stockton, Kansas) · Fri, Jul 1, 1887 · Page 1
https://www.newspapers.com/image/379709602
Downloaded on Oct 11, 2022

[SEAL] F. A. CHIPMAN,     C. W. SMITH,
City Clerk.          Mayor.

Published July 1, 1887.

## ORDINANCE NO. 76.

AN ORDINANCE PROHIBITING CARRYING DEADLY WEAPONS.

*Be it ordained by the Mayor and Councilmen of the City of Stockton, Kansas.*

SEC. 1.—If any person shall carry upon or about his person any deadly or dangerous weapons, or shall go into any church or place where people have assembled for public worship, or into any school room or place where people have assembled for educational, literary or social purposes, or to any election on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons not met for any unlawful purpose, or shall go upon the public streets or public places of the city having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, sling shot or other deadly weapon, or shall in any of the places above named exhibit such weapon in a rude, angry or threatening manner, or shall directly or indirectly, sell or deliver, loan or barter to any minor, any such weapon without the consent of the parent or guardian of said minor, he shall upon conviction be punished by a fine of not less than ten nor more than fifty dollars. Provided, this ordinance shall not apply to peace officers of the city or state.

SEC 2.–This ordinance shall take effect from and after its publication in The Rooks County RECORD.

Approved, C. W. SMITH,
Attest, F. A. CHIPMAN,     Mayor.
City Clerk.

Copyright © 2022 Newspapers.com. All Rights Reserved.