**Fee for tapping.**

45. That hereafter the fees for tapping the city's water main pipes shall be as follows: One-half-inch taps, each, $3.25; three-quarters-inch taps, each, $4.25; one-inch taps, each, $5.25. All taps in excess of one inch shall be paid for at the rate established by the board of water commissioners, according to the size of the water main pipe desired to be tapped. 21 March, 1905. D, 282, §1.

**Taps, how made.**

46. No taps shall be made except in the presence of the duly authorized representative of the water board, after the fees aforesaid shall have been duly paid into the city treasury. Id., §2.

**Penalty.**

47. Any person violating any of the provisions of this ordinance, and being convicted thereof before the mayor or any alderman of the city, shall pay a fine of ten dollars for each offense, and in default of the payment thereof shall be imprisoned in the jail of Dauphin county for a period not exceeding thirty days. Id., §3.

**Repeal.**

48. That all ordinances or parts of ordinances in conflict herewith, be and the same are hereby repealed. Id., §4.

**Water districts.**

49. That for the purpose of electing a board of commissioners of the water and lighting department in accordance with the provisions of an Act of Assembly entitled "An Act providing for the incorporation and government of cities of the third class," approved May 23, A. D. 1889, the City of Harrisburg is hereby divided into three districts as follows, viz:

The First, Second and Ninth wards shall constitute the First district.

The Third, Fourth and Fifth wards shall constitute the Second district.

The Sixth, Seventh, Eighth and Tenth wards shall constitute the Third district. 30 Dec., 1904. D, 237, §1.

**Repeal.**

50. That all ordinances or parts of ordinances in conflict herewith, be and the same are hereby repealed. Id., §2.

# Water Closets.

[See SEWERS.]

# Weapons.

**Carrying weapons regulated.**

1. That any person who shall carry any pistol, dirk-knife, slung-shot or deadly weapon, within the city limits of Harrisburg, ex-

16

cept police officers, shall be deemed guilty of misdemeanor, and being convicted thereof, shall be sentenced to undergo an imprisonment or be fined in any sum not less than fifty dollars, or both, at the discretion of the court; and in case of non-payment of the fine so imposed, shall be imprisoned for a period of not less than three months, and be required to give security for future good behaviour. The fines collected shall be paid into the city treasury for the use of the city. 12 April, 1873. P. L. 735, §1.

## Wires.

[See POLES AND WIRES.]