:22-cv-07464-RMB-AMD   Document 86-31   Filed 02/13/23   Page 1 of 1 PageID

disorderly house within the limits of this city, or who shall suffer or permit any drunkenness, quarreling, fighting, unlawful games, or riotous or disorderly conduct whatever on his premises shall be guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars or to be imprisoned in the city jail not exceeding one hundred days, or to both fine and imprisonment.

### Intoxication.

SEC. 110. Every person found drunk or intoxicated in or upon any street, alley, highways or public place within the limits of this city is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both fine and imprisonment.

### Concealed Weapons.

SEC. 111. Every person who shall wear, or carry upon his person any pistol, or other fire arm, slungshot, false-knuckles, bowieknife, dagger or any other dangerous or deadly weapon within the limits of this city is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding twenty-five dollars, or to be imprisoned in the city jail not exceeding twenty-five days, or to both fine and imprisonment; *Provided*, That nothing in this section shall be construed to apply to any peace officer of the United States, the Territory of Utah, or of this city.

### Resisting an Officer.

SEC. 112. Any person who shall attempt by means of any threat or violence, to deter or prevent any peace officer of this city from performing any of the duties imposed upon him by ordinance, order or resolution of the city council, or who shall knowingly resist, by the use of force or violence, any such officer in the performance of his duty, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both fine and imprisonment.

### Refusing to Assist Officer.

SEC. 113. Every person refusing or neglecting, when

Generated on 2023-02-10 04:04:04 GMT / https://hdl.handle.net/2027/njp.32101078192596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from PRINCETON UNIVERSITY