disorderly house within the limits of this city, or who shall
suffer or permit any drunkenness, quarreling, fighting, unlaw-
ful games, or riotous or disorderly conduct whatever on his
premises shall be guilty of an offense, and upon conviction
thereof shall be liable to a fine in any sum not exceeding one
hundred dollars or to be imprisoned in the city jail not exceed-
ing one hundred days, or to both fine and imprisonment.

### Intoxication.

SEC. 101.   Every person found drunk or intoxicated in or
upon any street, alley, highways or public place within the
limits of this city is guilty of an offense, and upon conviction
thereof shall be liable to a fine in any sum not exceeding one
hundred dollars, or to be imprisoned in the city jail not ex-
ceeding one hundred days, or to both fine and imprisonment.

### Concealed Weapons.

SEC. 102.   Every person who shall wear, or carry upon
his person any pistol, or other firearm, slungshot, false-
knuckles, bowieknife, dagger or any other dangerous or
deadly weapon within the limits of this city is guilty of an
offense, and upon conviction thereof shall be liable to a fine in
any sum not exceeding twenty-five dollars, or to be imprisoned
in the city jail not exceeding twenty-five days, or to both
fine and imprisonment; *Provided*, That nothing in this section
shall be construed to apply to any peace officer of the United
States, the Territory of Utah, or of this city.

### Resisting an Officer.

SEC. 103.   Any person who shall attempt by means of
any threat or violence, to deter or prevent any peace officer of
this city from performing any of the duties imposed upon him
by ordinance, order or resolution of the city council, or who
shall knowingly resist, by the use of force or violence, any
such officer in the performance of his duty, is guilty of an
offense, and upon conviction thereof shall be liable to a fine in
any sum not exceeding one hundred dollars, or to be imprisoned
in the city jail not exceeding one hundred days, or to both
fine and imprisonment.

### Refusing to Assist Officer.

SEC. 104.   Every person refusing or neglecting, when
called upon by the mayor, marshal or other peace officer of

Generated on 2023-02-10 04:05 GMT  /  https://hdl.handle.net/2027/njp.32101078168653
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                                    Original from
                                                    PRINCETON UNIVERSITY