instruments, by bawling or noisy acclamations, by tumultuous or offensive language or conduct, by using profane or obscene language, by indecent or disorderly conduct, or by lewd or lascivious behavior, or who shall in such manner disturb any lawful assembly within this city, he shall be guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and punishment.

### DISCHARGING FIRE ARMS.

Sec. 225. Every person who shall wantonly fire any gun, pistol or fire arms of any description, or discharge any anvil, or other device or instrument loaded with powder, within the settled portion of this city is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding twenty-five dollars, or to be imprisoned in the city jail not exceeding twenty-five days, or to both such fine and imprisonment.

### KEEPING DISORDERLY HOUSES.

Sec. 226. Any person who shall keep an ill-governed or disorderly house, or who shall suffer or permit any drunkenness, quarrelling, fighting, unlawful games, or riotous or disorderly conduct whatever on his premises shall be guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and imprisonment.

### INTOXICATION.

Sec. 227. Every person found so intoxicated within the limits of this city, as to in any manner endanger the peace and quiet of any neighborhood, and every person who disturbs the peace and good order of this city by being intoxicated, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or both such fine and imprisonment.

### CONCEALED WEAPONS.

Sec. 228. Every person who shall wear, or carry upon his person, any pistol or other fire arm, slungshot, false-knuckles, bowieknife, dagger or any other dangerous or deadly weapon, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding twenty-five dollars, or to be imprisoned in the city jail not exceeding twenty-five days, or to both such fine and imprisonment, Provided, That nothing in this section shall be construed to apply

to any peace officer of the United States, the Territory of Utah, or of this city.

### RESISTING AN OFFICER.

Sec. 229. Any person who shall attempt by means of any threat or violence, to deter or prevent any peace officer of this city, from performing any of the duties imposed upon him by ordinance, or who shall knowingly resist, by use of force or violence, any such officer in the performance of his duty, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and imprisonment.

### REFUSING TO ASSIST AN OFFICER.

Sec. 230. Every person refusing or neglecting, when called upon by the Mayor, marshal or other peace officer to aid in the suppression of a riot, or when called upon by the marshal or any policeman to aid in arresting and securing an offender, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding fifty dollars, or to be imprisoned in the city jail not exceeding fifty days, or to both such fine and imprisonment.

### OBSTRUCTING AN OFFICER.

Sec. 231. Every person who shall wilfully obstruct any city officer from collecting any taxes, licenses, or other funds, in which the people of the city are interested, and which such officer, is by ordinance empowered to collect, is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and imprisonment.

### AIDING PRISONERS TO ESCAPE.

Sec. 232. Any person who shall aid, or assist any person to escape from lawful confinement, or who shall aid or assist another to escape from any peace officer of this city is guilty of an offense, and upon conviction thereof shall be liable to a fine in any sum not exceeding one hundred dollars, or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and imprisonment.

Sec. 233. Every person who with intent, carries or sends into the city jail anything useful to aid a prisoner in making an escape or any intoxicating liquor is guilty of an offense, and upon conviction thereof shall be liable to a fine not exceeding one hundred dollars or to be imprisoned in the city jail not exceeding one hundred days, or to both such fine and imprisonment.

Digitized by Google  Original from PRINCETON UNIVERSITY