Case 1:22-cv-07464-RMB-AMD   Document 86-35   Filed 02/13/23   Page 1 of 2 PageID: 1506

Newspapers by ancestry
https://www.newspapers.com/image/383328894

The Burlington Democrat (Burlington, Kansas) · Fri, May 26, 1882 · Page 1
Downloaded on Oct 11, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.



Case 1:22-cv-07464-RMB-AMD   Document 86-35   Filed 02/13/23   Page 2 of 2 PageID: 1507

The Burlington Democrat (Burlington, Kansas) · Fri, May 26, 1882 · Page 2
https://www.newspapers.com/image/383328902
Downloaded on Oct 11, 2022

Burlington, Kas., May 24th, 1882.

[Published May 26, 1882.]

## ORDINANCE NO. 97.

### Ordinance Relating to Carrying Deadly Weapons.

*Be it ordained by the Mayor and Councilmen of the City of Burlington.*

SECTION 1. That it shall be unlawful for any person hereafter to carry on his or her person a pistol, bowie-knife, dirk or other deadly weapon, concealed or otherwise, within the corporate limits of the said City of Burlington, *Provided:* This Section shall not apply to any person carrying a deadly weapon while in the performance of his or her legitimate business, wherein the law commands such person to carry a deadly weapon.

SEC. 2. Any person who shall be found within the corporate limits of the said city of Burlington, carrying on his or her person a pistol, bowie-knife, dirk, or other deadly weapon, concealed or otherwise, except as provided in the first section of this ordinance, shall, upon conviction thereof, be fined in a sum not less than five nor more than twenty-five dollars and costs for each and every such offense.

SEC. 3. This ordinance shall take effect and be in force on and after its passage and publication once in the Burlington INDEPENDENT.

Passed the council and approved by the Mayor, May 17th, 1882.

(Attest.)　　　　　J. E. WOODFORD.
　　　　　　　　　　　　　　　　Mayor.
[SEAL.]　　　J. S. KING, City Clerk.

Copyright © 2022 Newspapers.com. All Rights Reserved.