Case 1:22-cv-07464-RMB-AMD  Document 86-36  Filed 02/13/23  Page 1 of 2 PageID: 1508

The Abilene Weekly Chronicle (Abilene, Kansas) · Thu, Jun 29, 1871 · Page 1
https://www.newspapers.com/image/384019148
Downloaded on Oct 11, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.



Case 1:22-cv-07464-RMB-AMD Document 86-36 Filed 02/13/23 Page 2 of 2 PageID: 1509

The Abilene Weekly Chronicle (Abilene, Kansas) · Thu, Jun 29, 1871 · Page 3
https://www.newspapers.com/image/384019163                                Downloaded on Oct 11, 2022

[Published June 29, 1871.]

## Miscellaneous Ordinance.

*Be it ordained by the Mayor and Councilmen of the city of Abilene:*

SEC. 1. The city clerk of the city of Abilene shall be entitled to the following compensation for services and no more, payable quarterly by order on the treasury of the city of Abilene: For attending the meetings of the city council and keeping a record of their proceedings, one dollar for each meeting that he attends and fifty dollars salary. For recording or engrossing ordinances and all papers required to be recorded or engrossed, aside from the minutes and proceedings of the council, 12½ cents per folio and no more. For copies of records or ordinances furnished, and all copying and transcribing done at the request of the council, 12½ cents per folio. For each certificate or commission requiring seal fifty cents.

SEC. 2. The marshal of the city of Abilene shall receive $150 per month for his services and in addition thereto shall receive 25 per cent. of all fines assessed for violation of city ordinances against criminals arrested by him.

SEC. 3. The marshal of the city of Abilene shall be street commissioner, with all the rights, powers and duties heretofore given by ordinance to street commissioners over criminal for which the marshall shall receive no additional compensation.

SEC. 4. The city treasurer shall receive one tenth of one per cent on all moneys paid out by him on all city orders.

SEC. 5. The police judge shall receive the following compensation for services, a salary of $250 a year payable quarterly, payable quarterly by order on the city treasury of Abilene. He shall also be entitled to the same fees allowed justices of the peace by statues.

SEC. 6. Be it ordained by the mayor and the council of the city of Abilene.

That Sec. one of an ordinance passed April 21st, 1871, and published May 18th 1871, be amended to read as follows: That E. H. Kilpatrick is hereby appointed city attorney within and for the city of Abilene.

SEC. 7. That any person who shall carry within the corporate limits of the city of Abilene or commons, a pistol, revolver, gun, musket, dirk, bowie knife, or other dangerous weapon upon his person, either openly or concealed, or it to bring the same and forthwith deposit it or them at their house, store room, or residence, shall be fined in a sum not more then seventy-five dollars. Provided that the provisions of this ordinance shall not apply to city and county officers while in the discharge of their duty.

SEC. 8. That any persons who shall intentionally discharge any pistol, revolver or gun, within the city of Abilene, in any street, alley, highway, lot, house or other place where the life or limb of any person could be endangered, shall be punished by a fine not less than ten nor more than three hundred dollars.

SEC. 9. This ordinance shall take effect and be in force from and after its publication, and all ordinances heretofore passed inconsistent with any of the provisions of this ordinance are hereby repealed.

Passed the council June 24th, A. D. 1871.

E. H. KILPATRICK,
City Clerk.

Approved June 24th, 1871.

J. A. GAUTHIE,
President.

I hereby certify that the above ordinance is a correct copy of the original now on file in my office.

E. H. KILPATRICK,
City Clerk.

Copyright © 2022 Newspapers.com. All Rights Reserved.

