


DATE DOWNLOADED: Thu Dec 29 11:57:33 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879 (1879).

ALWD 7th ed.
. Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879 (1879).

APA 7th ed.
(1879). Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879. Galveston, A.H. Belo & Co., State printers.

Chicago 17th ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879. Galveston, A.H. Belo & Co., State printers.

McGill Guide 9th ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879 (Galveston: A.H. Belo & Co., State printers., 1879)

AGLC 4th ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879 (A.H. Belo & Co., State printers., 1879

MLA 9th ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879. Galveston, A.H. Belo & Co., State printers. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of Texas: Adopted by the Regular Session of the Sixteenth Legislature, A.D. 1879. Galveston, A.H. Belo & Co., State printers.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

ises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

Art. 320. If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other fire-arm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of a knife manufactured and sold for the purposes of offense and defense, he shall be punished by fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person. *Carrying arms in church or other assembly (Act April 12, 1871, p. 25.)*

Art. 321. The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated. *Not applicable to whom. (Act April 12, 1871, p. 25.)*

Art. 322. Any person violating any of the provisions of articles 318 and 320, may be arrested without warrant by any peace officer, and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by fine not exceeding five hundred dollars. *Arrest without warrant. Officer failing punished. (Act April 12, 1871, p. 26.)*

Art. 323. The provisions of this chapter shall not apply to or be enforced in any county which the governor may designate, by proclamation, as a frontier county and liable to incursions by hostile Indians. *Not applicable to frontier counties. (Act April 12, 1871, p. 26.)*