


DATE DOWNLOADED: Fri Dec 30 14:22:19 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
R.H.; Cobb T.R.R.; Irwin Clark, D. Code of the State of Georgia (2).

ALWD 7th ed.
Clark, R.H.; Cobb T.R.R.; Irwin, D. Code of the State of Georgia (2).

APA 7th ed.
Clark, R. (2). Code of the State of Georgia. Macon, Ga, J.W. Burke.

Chicago 17th ed.
Clark R.H.; Cobb T.R.R.; Irwin, D. Code of the State of Georgia. Macon, Ga, J.W. Burke.

McGill Guide 9th ed.
R.H.; Cobb T.R.R.; Irwin Clark, D., Code of the State of Georgia (Macon, Ga: J.W. Burke., 2)


AGLC 4th ed.
R.H.; Cobb T.R.R.; Irwin Clark, D., Code of the State of Georgia (J.W. Burke., 2)

MLA 8th ed.
Clark, R.H., et al. Code of the State of Georgia. Macon, Ga, J.W. Burke. HeinOnline.

OSCOLA 4th ed.
Clark, R.H.; Cobb T.R.R.; Irwin, D. Code of the State of Georgia. Macon, Ga, J.W. Burke.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

Offenses against the public morality, health, police, etc.

§4528. *Deadly weapons not to be carried to public places.* [No person in this State is permitted or allowed to carry about his or her person, any dirk, bowie knife, pistol or revolver, or any kind of deadly weapon, to any Court of justice, or any election ground, or precinct, or any place of public worship, or any other public gathering in this State, except militia muster grounds; and if any person or persons shall violate any portion of this section, he, she or they shall be guilty of a misdemeanor, and upon conviction, shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the Court.] (a.)

(a) Acts of 1870, p. 421.

§4529. (4455.) *Other offenses against public peace.* All other offenses against the public peace, not provided for in this Code, shall be prosecuted and indicted as heretofore, and the punishment in every such case, shall be [as prescribed in section 4310 of this Code.] (a.)

(a) Acts of 1865-'66, p. 233.

## TENTH DIVISION.

OFFENSES AGAINST THE PUBLIC MORALITY, HEALTH, POLICE, ETC.

SECTION.
- 4530. Bigamy.
- 4531. Punishment on married person.
- 4532. On unmarried person.
- 4533. Incest.
- 4534. Adultery.
- 4535. Lewdness.
- 4536. Lewd houses.
- 4537. Disorderly houses.
- 4538. Gaming houses.
- 4539. Gaming in liquor shops.
- 4540. Gaming tables.
- 4541. Gambling.
- 4542. Gaming with minors.
- 4543. Minors not to play billiards.
- 4544. Gaming with clerks and bank officers.
- 4545. Players—witnesses.
- 4546. Judge's charge.
- 4547. Suspected houses.
- 4548. Sale of lottery tickets forbidden.
- 4549. Tickets in gift enterprises.
- 4550. Unwholesome provisions.
- 4551. Unwholesome bread, etc.
- 4552. Unlawful sale of kerosene.
- 4453. Test of kerosene.
- 4554. Other illegal oils.
- 4555. Sale of naptha.
- 4556. Sale of uninspected oils.
- 4557. Kerosene defined.
- 4558. Spreading small pox.

SECTION.
- 4559. Violating quarantine.
- 4560. Vagrants.
- 4561. Common rogues.
- 4562. Nuisances.
- 4563. Disinterring bodies.
- 4564. Bastardy.
- 4565. Retailing without license.
- 4566. Illegal marrying.
- 4567. Marrying white and colored.
- 4568. Illegal voting.
- 4569. Buying or selling votes.
- 4570. Sale of liquor on election days.
- 4571. Minors voting.
- 4572. Adultery with negroes.
- 4573. Whipping wife.
- 4574. Interferring with religious worship.
- 4575. Retailing near church.
- 4576. Vending near camp grounds.
- 4577. Police at places of worship.
- 4578. Running freight trains on Sunday.
- 4579. Violating Sabbath.
- 4580. Hunting on Sunday.
- 4581. Illegal bathing.
- 4582. Fines from Sabbath-breakers.
- 4583. Bonds in case of vagrancy.
- 4584. Attorney or Solicitor—duty in such case.
- 4585. Water and light on railroads.
- 4586. Equal accommodation of races.

4530. (4456.) *Polygamy and bigamy.* Polygamy, or bigamy, shall consist in knowingly having a plurality of husbands or wives at the same time.

Indictment for bigamy must set forth what—admissions of defendant as to marriage: 11 Ga., 53. Definition of bigamy: 20 Ga., 703. Principal in first and second degree: 34 Ga., 275. Bigamy under ¿1667: 40 Ga., 244. "Legitimate:" 20 Ga., 702; 34 Ga., 407.

4531. (4457.) *Punishment—if before marriage.* If any person or persons within this State, being married, do or shall at any time hereafter marry any person or persons, the lawful husband or wife being alive, and knowing that such lawful husband or wife is living, such person or persons so offending shall, on conviction, be punished by confinement at labor in the penitentiary, for any time not less than two years nor longer than four years, and the second marriage shall be void; but five years' absence of the husband or wife, and no information of the fate of such husband or wife, shall be sufficient cause of acquittal of the person indicted;