22-cv-07464-RMB-AMD   Document 88-25   Filed 02/13/23   Page 1 of 1 Page

## ARTICLE XI.

### PROTECTION OF BIRDS.

| SECTION | SECTION |
|---|---|
| 1. Disturbance of birds or nests prohibited. | 4. Penalty for throwing same. |
| 2. Penalty for disturbing same. | 5. Protection of all birds, except hawks, &c., intended. |
| 3. Throwing stones, wood, &c., prohibited. | 6. Duty of police. |

SECTION 1.  All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city. *Birds, or nests not to be disturbed. Ord. 8436, sec. 1.*

SEC. 2.  If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed. *Penalty for disturbing birds or nests. Ibid. sec. 2.*

SEC. 3.  No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance. *Throwing stones, wood, &c., prohibited. Ibid. sec. 3.*

SEC. 4.  If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub- *Penalty. Ibid. sec. 4.*

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY