# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

---

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

Digitized by Google

:-cv-07464-RMB-AMD Document 88-27 Filed 02/13/23 Page 2 of 2 Pag

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9. No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

<div style="text-align:right">JOHN D. ESTABROOK,<br/>Superintendent.</div>

