# COMMENTARIES

### ON THE

# L A W S

### O F

# E N G L A N D.

## BOOK THE THIRD.

B Y

### SIR WILLIAM BLACKSTONE, KNT.

ONE OF THE JUSTICES OF HIS MAJESTY'S
COURT OF COMMON PLEAS.

---

THE TENTH EDITION,
WITH THE LAST CORRECTIONS OF THE AUTHOR;
*ADDITIONS BY RICHARD BURN, LL.D.*
AND CONTINUED TO THE PRESENT TIME,
BY JOHN WILLIAMS, ESQ.

---

L O N D O N:

PRINTED FOR A. STRAHAN; T. CADELL, IN THE STRAND;
AND D. PRINCE, OXFORD.

M DCC LXXXVII.

## CHAPTER THE TWELFTH.

## OF TRESPASS.

IN the two preceding chapters we have confidered fuch injuries to real property, as confifted in an oufter, or amotion of the poffeffion. Thofe which remain to be difcuffed are fuch as may be offered to a man's real property without any amotion from it.

THE fecond fpecies therefore of real injuries, or wrongs that affect a man's lands, tenements, or hereditaments, is that of *trefpafs*. Trefpafs, in it's largeft, and moft extenfive fenfe, fignifies any tranfgreffion or offence-againft the law of nature, of fociety, or of the country in which we live; whether it relates to a man's perfon, or his property. Therefore beating another is a trefpafs; for which (as we have formerly feen) an action of trefpafs *vi et armis* in affault and battery will lie; taking or detaining a man's goods are refpectively trefpaffes; for which an action of trefpafs *vi et armis*, or on the cafe in trover and converfion, is given by the law: fo alfo nonperformance of promifes or undertakings is a trefpafs, upon which an action of trefpafs on the cafe in *affumpfit* is grounded: and, in general, any misfeafance, or act of one man whereby another is injurioufly treated or damnified, is a tranfgreffion, or trefpafs in it's largeft fenfe; for which we have already feen [a] that, whenever the act itfelf is directly and immediately injurious to the perfon or property of another,

[a] See pag. 123.

and

and therefore neceſſarily accompanied with ſome force, an action of treſpaſs *vi et armis* will lie ; but, if the injury is only conſequential, a ſpecial action of treſpaſs *on the caſe* may be brought.

BUT in the limited and confined ſenſe, in which we are at preſent to conſider it, it ſignifies no more than an entry on another man's ground without a lawful authority, and doing ſome damage, however inconſiderable, to his real property. For the right of *meum* and *tuum*, or property, in lands being once eſtabliſhed, it follows as a neceſſary conſequence, that this right muſt be excluſive ; that is, that the owner may retain to himſelf the ſole uſe and occupation of his ſoil : every entry therefore thereon without the owner's leave, and eſpecially if contrary to his expreſs order, is a treſpaſs or tranſgreſſion. The Roman laws ſeem to have made a direct prohibition neceſſary, in order to conſtitute this injury : " *qui ali-* " *enum fundum ingreditur, poteſt a domino, ſi is praeviderit,* " *prohiberi ne ingrediatur* [b]." But the law of England, juſtly conſidering that much inconvenience may happen to the owner, before he has an opportunity to forbid the entry, has carried the point much farther, and has treated every entry upon another's lands, (unleſs by the owner's leave, or in ſome very particular caſes) as an injury or wrong, for ſatisfaction of which an action of treſpaſs will lie ; but determines the *quantum* of that ſatisfaction, by conſidering how far the offence was wilful or inadvertent, and by eſtimating the value of the actual damage ſuſtained.

EVERY unwarrantable entry on another's ſoil the law entitles a treſpaſs by *breaking his cloſe* ; the words of the writ of treſpaſs commanding the defendant to ſhew cauſe, *quare clauſum querentis fregit.* For every man's land is in the eye of the law incloſed and ſet apart from his neighbours : and that either by a viſible and material fence, as one field is divided from another by a hedge ; or, by an ideal inviſible boundary,

Digitized by Google

exifting only in the contemplation of law, as when one man's
land adjoins to another's in the fame field.   And every fuch
entry or breach of a man's clofe carries neceffarily along with
it fome damage or other : for, if no other fpecial lofs can be
affigned, yet ftill the words of the writ itfelf fpecify one ge-
neral damage, *viz.* the treading down and bruifing his
herbage [c].

ONE muft have a property (either abfolute or temporary)
in the foil, and actual poffeffion by entry, to be able to main-
tain an action of trefpafs : or at leaft, it is requifite that the
party have a leafe and poffeffion of the vefture and herbage of
the land [d].   Thus if a meadow be divided annually among
the parifhioners by lot, then, after each perfon's feveral por-
tion is allotted, they may be refpectively capable of maintain-
ing an action for the breach of their feveral clofes [e] : for they
have an exclufive intereft and freehold therein for the time.
But before entry and actual poffeffion, one cannot maintain
an action of trefpafs, though he hath the freehold in law [f].
And therefore an heir before entry cannot have this action
againft an abator ; though a diffeifee might have it againft the
diffeifor, for the injury done by the diffeifin itfelf, at which
time the plaintiff was feifed of the land : but he cannot have
it for any act done after the diffeifin, until he hath gained
poffeffion by re-entry, and then he may well maintain it for
the intermediate damage done ; for after his re-entry the law,
by a kind of *jus poftliminii*, fuppofes the freehold to have all
along continued in him [g].   Neither, by the common law,
in cafe of an intrufion or deforcement, could the party kept
out of poffeffion fue the wrongdoer by a mode of redrefs,
which was calculated merely for injuries committed againft the
land while *in the poffeffion* of the owner.   But now by the fta-
tute 6 Ann. c. 18. if a guardian or truftee for any infant, a
hufband feifed *jure uxoris*, or a perfon having any eftate or
intereft determinable upon a life or lives, fhall, after the deter-

c F. N. B. 87, 88.                    f 2 Roll. Abr. 553.
d Dyer. 285.   2 Roll. Abr. 549.      g 11 Rep. 5.
e Cro. Eliz. 421.

mination

Digitized by Google

mination of their refpective interefts, hold over and continue
in poffeffion of the lands or tenements, without the confent of
the perfon intitled thereto, they are adjudged to be trefpaffers;
and any reverfioner or remainder-man, expectant on any
life-eftate, may once in every year, by motion to the court
of chancery, procure the *ceftuy que vie* to be produced by the
tenant of the land, or may enter thereon in cafe of his refufal
or wilful neglect.    And, by the ftatutes of 4 Geo. II. c. 28.
and 11 Geo. II. c. 19. in cafe after the determination of any
term of life, lives, or years, any perfon fhall wilfully hold
over the fame, the leffor or reverfioner is entitled to recover
by action of debt, either at the rate of double the annual va-
lue of the premifes, in cafe he himfelf hath demanded and
given notice in writing to the tenant to deliver the poffeffion;
or elfe double the ufual rent, in cafe the notice of quitting
proceeds from the tenant himfelf, having power to determine
his leafe, and he afterwards neglects to carry that notice into
due execution.

A MAN is anfwerable for not only his own trefpafs, but
that of his cattle alfo: for, if by his negligent keeping they
ftray upon the land of another (and much more if he permits,
or drives them on) and they there tread down his neighbour's
herbage, and fpoil his corn or his trees, this is a trefpafs for
which the owner muft anfwer in damages.  And the law gives
the party injured a double remedy in this cafe; by permitting
him to diftrein the cattle thus *damage-feafant*, or doing da-
mage, till the owner fhall make him fatisfaction; or elfe by
leaving him to the common remedy *in foro contentiofo*, by ac-
tion.   And the action that lies in either of thefe cafes, of
trefpafs committed upon another's land either by a man him-
felf or his cattle, is the action of trefpafs *vi et armis*; whereby
a man is called upon to anfwer, *quare vi et armis claufum ip-
fius A. apud B. fregit, et blada ipfius A. ad valentiam centum
folidorum ibidem nuper crefcentia cum quibufdam averiis depaftus
fuit, conculcavit, et confumpfit, &c.* [b] : for the law always cou-
ples the idea of force with that of intrufion upon the property
of another.   And herein, if any unwarrantable act of the

[b] *Regiftr.* 94.

O 4                          defendant

defendant or his beasts in coming upon the land be proved, it is an act of trespass for which the plaintiff must recover some damages; such however as the jury shall think proper to assess.

IN trespasses of a permanent nature, where the injury is continually renewed, (as by spoiling or consuming the herbage with the defendant's cattle) the declaration may allege the injury to have been committed by *continuation* from one given day to another, (which is called laying the action with a *continuando*) and the plaintiff shall not be compelled to bring separate actions for every day's separate offence[i]. But where the trespass is by one or several acts, each of which terminates in itself, and being once done cannot be done again, it cannot be laid with a *continuando*; yet if there be repeated acts of trespass committed, (as cutting down a certain number of trees,) they may be laid to be done, not continually, but at divers days and times within a given period[k].

IN some cases trespass is justifiable; or, rather, entry on another's land or house shall not in those cases be accounted trespass: as if a man comes thither to demand or pay money, there payable: or to execute, in a legal manner, the process of the law. Also a man may justify entering into an inn or public house, without the leave of the owner first specially asked; because when a man professes the keeping of such inn or public house, he thereby gives a general licence to any person to enter his doors. So a landlord may justify entering to distrein for rent; a commoner to attend his cattle, commoning on another's land; and a reversioner, to see if any waste be committed on the estate; for the apparent necessity of the thing[l]. Also it hath been said, that by the common law and custom of England the poor are allowed to enter and glean upon another's ground after the harvest, without

[i] 2 Roll. Abr. 545. Lord Raym. 240.   7 Mod. 152.
[k] Salk. 638, 639. Lord Raym. 823.   [l] 8 Rep. 146.

being

being guilty of trefpafs[m] : which humane provifion feems bor-
rowed from the mofaical law[n].   In like manner the common
law warrants the hunting of ravenous beafts of prey, as
badgers and foxes, in another man's land ; becaufe the de-
ftroying fuch creatures is faid to be profitable to the public[o].
But in cafes where a man mifdemeans himfelf, or makes an
ill ufe of the authority with which the law entrufts him, he
fhall be accounted a trefpaffer *ab initio*[p] : as if one comes
into a tavern and will not go out in a reafonable time, but
tarries there all night contrary to the inclinations of the
owner ; this wrongful act fhall effect and have relation back
even to his firft entry, and make the whole a trefpafs[q].   But a
bare non-feafance, as not paying for the wine he calls for,
will not make him a trefpaffer ; for this is only a breach of
contract, for which the taverner fhall have an action of debt
or *affumpfit* againft him[r].   So if a landlord diftreined for rent,
and wilfully killed the diftrefs, this by the common law made
him a trefpaffer *ab initio*[s] : and fo indeed would any other ir-
regularity have done, till the ftatute 11 Geo. II. c. 19.
which enacts, that no fubfequent irregularity of the landlord
fhall make his firft entry a trefpafs ; but the party injured
fhall have a fpecial action of trefpafs or on the cafe, for the
real fpecific injury fuftained, unlefs tender of amends hath
been made.   But ftill, if a reverfioner, who enters on pre-
tence of feeing wafte, breaks the houfe, or ftays there all
night ; or if the commoner who comes to tend his cattle, cuts
down a tree; in thefe and fimilar cafes the law judges that
he entered for this unlawful purpofe, and therefore, as the
act which demonftrates fuch his purpofe is a trefpafs, he fhall
be efteemed a trefpaffer *ab initio*[t].   So alfo in the cafe of
hunting the fox or the badger, a man cannot juftify break-
ing the foil, and digging him out of his earth : for though

m Gilb. Ev. 253.   Trials *per pais.*
ch. 15. pa. 438.
n Levit. c. 19. v. 9. & c. 23. v. 22.
Deut. c. 24. v. 19, &c.
o Cro. Jac. 321.

p Finch. L. 47.   Cro. Jac. 148.
q 2 Roll. Abr. 561.
r 8 Rep. 147.
s Finch. L. 47.
t 8 Rep. 146.

the

the law warrants the hunting of fuch noxious animals for the public good, yet it is held [u] that fuch things muft be done in an ordinary and ufual manner; therefore, as there is an ordinary courfe to kill them, *viz.* by hunting, the court held that the digging for them was unlawful.

A MAN may alfo juftify in an action of trefpafs, on account of the freehold and right of entry being in himfelf; and this defence brings the title of the eftate in queftion. This is therefore one of the ways devifed, fince the difufe of real actions, to try the property of eftates; though it is not fo ufual as that by ejectment, becaufe that, being now a mixed action, not only gives damages for the ejection, but alfo poffeffion of the land: whereas in trefpafs, which is merely a perfonal fuit, the right can be only afcertained, but no poffeffion delivered; nothing being recovered but damages for the wrong committed.

IN order to prevent trifling and vexatious actions of trefpafs, as well as other perfonal actions, it is *(inter alia)* enacted by ftatutes 43 Eliz. c. 6. and 22 & 23 Car. II. c. 9. §. 136. that where the jury, who try an action of trefpafs, give lefs damages than forty fhillings, the plaintiff fhall be allowed no more cofts than damages; unlefs the judge fhall certify under his hand that the freehold or title of the land came chiefly in queftion. But this rule now admits of two exceptions more, which have been made by fubfequent ftatutes. One is by ftatute 8 & 9 W. III. c. 11. which enacts, that in all actions of trefpafs, wherein it fhall appear that the trefpafs was wilful and malicious, and it be fo certified by the judge, the plaintiff fhall recover full cofts. Every trefpafs is *wilful,* where the defendant has notice, and is efpecially forewarned not to come on the land; as every trefpafs is *malicious,* though the damage may not amount to forty fhillings, where the intent of the defendant plainly appears to

[u] Cro. Jac. 321.

be

be to harafs and diftrefs the plaintiff.    The other exception is
by ftatute 4 and 5 W. & M. c. 23. which gives full cofts
againft any inferior tradefman, apprentice, or other diffo-
lute perfon,  who is convicted of a trefpafs in hawking,
hunting, fifhing, or fowling upon another's land.. Upon
this ftatute it has been adjudged, that if a perfon be an
inferior tradefman, as a clothier for inftance, it matters
not what qualification he may have in point of eftate ; but,
if he be guilty of fuch trefpafs, he fhall be liable to pay full
cofts ᵂ.

ᵂ Lerd Raym. 149.

Digitized by Google