

DATE DOWNLOADED: Mon Feb 13 09:40:22 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1869-1870 [i] .

ALWD 7th ed.
, , 1869-1870 [i] .

Chicago 17th ed.
"," Tennessee - 36th General Assembly, 2nd Session : [i]-[i]

AGLC 4th ed.
'' Tennessee - 36th General Assembly, 2nd Session [i]

OSCOLA 4th ed.
'' 1869-1870 [i]

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# ACTS

OF THE

# STATE OF TENNESSEE,

PASSED BY THE SECOND SESSION OF THE

## THIRTY-SIXTH GENERAL ASSEMBLY.

FOR THE YEARS 1869–70.

PUBLISHED BY AUTHORITY.

NASHVILLE:

JONES, PURVIS & CO., PRINTERS TO THE STATE.

1870

boundary line; thence with said Wandville and Chestnut Bluff road, in a north-eastern direction, to a point where the Haywood and Lauderdale County line crosses said road, and that portion of Haywood lying west of said line as designated, be stricken off from Haywood and attached to Lauderdale County, also that portion of Thos. Lea's land lying in Haywood County, being about ten acres, be attached to Lauderdale County.

SEC. 2. *Be it further enacted*, The public welfare requiring it, that this Act take effect from and after its passage.

Passed June 6, 1870.

W. O'N. PERKINS,
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Approved June 17, 1870.

D. W. C. SENTER,
*Governor.*

## CHAPTER XIII.

AN ACT to Preserve the Peace and Prevent Homicide.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee*, That it shall not be lawful for any person to publicly or privately carry a dirk, sword-cane, Spanish stiletto, belt or pocket pistol or revolver. Any person guilty of a violation of this section shall be subject to presentment or indictment, and on conviction, shall pay a fine of not less than ten nor more than fifty dollars, and be imprisoned at the discretion of the Court for a period of not less than thirty days nor more than six months, and shall give bond in a sum not exceeding one thousand dollars to keep the peace for the next six months after such conviction.

*[margin: Carrying of arms privately.]*
*[margin: Penalty.]*

SEC. 2. *Be it further enacted*, That it shall be the duty of all peace officers in this State to see that the first section of this Act is strictly enforced, and if they know of its violation, it is hereby made their duty to report the same to the Grand Jury of their county at its next term after such violation, who shall proceed to make present-

*[margin: Duty of officers.]*

ment without a prosecutor. All Sheriffs, Deputy Sheriffs, Coroners, Justices of the Peace and Constables shall be deemed peace officers under the provisions of this Act. If any of the aforesaid officers fail or refuse to perform the duties required of them by the provisions of this Act, they shall be liable to presentment or indictment, and on conviction shall be fined not less than ten nor more than fifty dollars, and shall be dismissed from office, and shall be disqualified from holding said office for the period of their unexpired term. It shall be the duty of the Grand Juries to send for witnesses in all cases where they have good reason to believe that the provisions of this Act have been violated, and upon satisfactory evidence of its violation, they shall make presentments of the same without a prosecutor. It shall be the duty of the Circuit and criminal Judges and all other Judges whose Courts have criminal jurisdiction, to give this Act specially in charge to the Grand Jury at each term of the Court. *Peace offic'rs. Penalty for neglect'g duty. Duty of gr'nd juries. Judges' duty.*

SEC. 3. *Be it further enacted*, That the provisions of the first section of this act shall not apply to an officer or policeman while *bona fide* engaged in his official duties in the execution of process, or while searching for or engaged in the arrest of criminals; nor to any person who is *bona fide* aiding the officers of the law or others in the legal arrest of criminals, or in turning them over to the proper authorities after arrest; nor to any person who is not on a journey out of their county or State. *Officers, policemen, etc.*

SEC. 4. *Be it further enacted*, It shall be the duty of the several courts in this State to give this act a liberal construction, so as to carry out its true intent and meaning. This act to take effect forty days from and after its passage. *Duty of Courts.*

Passed June 11th, 1870.

W. O'N. PERKINS,
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Approved June 16, 1870.
D. W. C. SENTER,
*Governor.*