

July 1677   by mr Jo: Frere

# In this vo-
## lume are
conteined the statutes
made and established
from the time of king
Henry the thirde,
vnto the first yere
of the reigne
of our most
gracious
and
victorious soue-
raigne lorde
kyng Hen-
ry the
viij.

Imprinted at London in Fleet-
streete by Henry Wykes.

ANNO DOMINI
1564.

Mr Wales sold me this booke 17º Aug: 1639. in the presence of Tho: Wales the sonne & Mr Thomas Caton
by me Jo: Frere

## TO THE READER.

There is nothynge so necessarye and profitable in a common weale as good lawes whiche are establyshed, not only to let & represse the malice of the il doers, but also to thentent that the good quiet people mought lyue in reste from spoyle and oppression. And as the frowarde wyly wittes haue ben daily occupied to imagine and put in vre newe kindes of iniuries and wronges, so the soueraigne gouernours, the kynges of this realme, haue ben no lesse diligent from time to time, with all pollitike industrie, to make and establishe holsome lawes for the conseruation of peace, and to withstade rauin and wronge to be done. And as at the begynninge, there were few dyseases of the body, and therfore neded fewe medicines: So lykewyse at the first as well in all other as this common weale, the transgressions were very fewe, and therfore neded fewe lawes, but afterwarde as they increased, the multitude of lawes grewe. And therfore it is nowe impossible, that (as many men argue) the lawes shoulde be fewe or breue, to thende the people shoulde soone knowe, cunne, and beare theim awaye. Wherfore my counsayle is, that euery man be alway obedient vnto the lawes and ministers of the same, and endeuour him selfe to lyue well and vprightly, and neuer intende worse to his neyghbour than he would his neighbour shuld vnto him & to lyue sobrely & temperatly, accordyng as the Gospell of Christe teacheth and he shal not lightly offend against the lawes. But neuerthelesse sowwhat to ease and helpe those as haue not time & leasur sufficient to rede ouer these statutes, or beare them in minde, I haue deuised a Table hereafter folowing wherin he that diligētly marketh it, shal sone find out what that be desireth to knowe, conteined within this volume. First ye shall vnderstand, that the figure or figures, folowyng the worde that ye desyre to fynde, signifieth anno, the yere. The letter nexte after the figure, E. H. or R. betokeneth Edwarde, Henry, or Richarde, the figure after the letter, sheweth whiche kyng in numbre: the letter .c. after that figure signifieth capite, the chapiter. the figure after that .c. betokeneth the numbre of the chaptre, as in example. Abbettour.
13. E. 1. c. 12. that is, anno. 13.
Edwardi primi, capite. 12.
and so lyke wyse
of other.



## HENRICI QVARTI.

or withoute in any countie, hundred, or courte within the lande of wales, of what so euer estate, but by englishmen and of the nert venue, and people of good fame, and not procured, nor that the englysche burgesses whiche haue maried walsh women, haue fraunchises with the english burgeses. — *Wales.*

¶ Item to eschewe many diseases and mischieues, whiche hath happened before this time in the land of wales, by many wasters, rimours, minstrels and other vacabondes. It is ordeined and stablished, that no master, rimour mynstrell, nor vacabonde be in any wyse susteyned in the lande of wales, to make commortbes nor gatherynge vpon the comon people there. — *Cap. xxvii. Wales. Rimer. minstrel.*

¶ Item it is ordeined and stablyshed, that no congregacions be made nor suffred to be made by ye welshmen in any place of wales, for to make or take any counsell, oneles it be for an euident and necessarie cause, and by lycence of the chiefe officers & ministers of the same seigniorie, where suche thynge shall be done, and in the presence of the same officers and ministers, vppon payne of imprisonment, and to make fyne and raunsom at the kynges wyll — *Ca. xxviii. Congregatio ¶wales.*

¶ Item it is ordeyned & stablished, that from hensforth no man be armed nor beare defensible armour to marchaunt to wnes churches nor congregacion in the same, nor in the highe waies, in affray of the peace of the kynges lyege people, vppon peine of imprisonment, and make fyne and raunsom at the kynges wyll, excepte those which be lauful liege people to our soueraine lorde the kyng. — *Cap. xxix. Armour.*

¶ Item it is ordeined and stablyshed, that no englysh man nor walsheman of what estate or condicion that he be, send or brynge by colour of marchandise or other waye, any bitayle or armour to any partie of wales, withoute the speciall lycence of our soueraigne lorde the kynge or of his counsell, oneles it be for stuffing or enstoring of castels and englishe townes, vpon peine of forfeiture the same bittailes and armour, and that in euerye parte of the marches of wales and townes of the marches, there be englysh constables for to enquyre serche and arrest all such vitayles and armour, and the same constables for theyr trauayle shall haue the .vi. parte of suche forfaitures so by them founde. — *Capi. xxx. Vittaple. Armour. Constable.*

¶ Item it is ordeined and stablyshed, that no walshman shall haue castell, fortresse, nor house defensiue of his owne nor of other to kepe, otherwyse than was vsed in the tyme of kynge Edwarde conquerour of wales, vpon peyne of forfaiture of the same. Except byshops and other temporall lordes for theyr owne bodies. — *Cap. xxxi.*

¶ Item it is ordeyned that no walshman be made iustice, chaumberlaine, chaunceler, treasorer, sheriffe, stewarde, constable of castell, receiuour, escheatour, coroner, nor chiefe forester nor other officer, nor keper of the recordes, nor lieutenaunte in any of the saide offices in no parte of wales, nor of the counsell of any englysche lorde, notwithstandynge any patente made to the contrarie with this clause, non obstant quod sit wallicus natus, except byshops in wales, and of those and other whom the king our soueraigne lord hath founde his good and laufull liege people he wyll to be adupsed by his counsell. — *Ca. xxxii. walshmen. Wales.*

Item