# AN EXACT Abridgment OF ALL STATUTES

In *Force* and *Use*.

From the beginning of

*MAGNA CARTA,*

Untill 1641.

By *EDM. WINGATE* of *Grayes-Inne*, Esq.

With a Continuation, under their proper Titles, of all ACTS in Force and Use, untill the Year, 1666. And Alphabetically Digested under apt Titles.

Whereto is annexed Four TABLES, directing to the several Matters and Clauses throughout the said Statutes.

*LONDON,*
Printed by *John Streater, James Flesher,* and *Henry Twyford,* Assigns of *Richard Atkyns,* and *Edward Atkyns,* Esquires; *Anno Dom.* 1666.

Cum gratia & Privilegio Regiæ Majestatis.

## ☞ Wales.

I. *The second Volume of the Book of Old Statutes is a long Act made Anno 12 E. 5. entituled, Statuta Walliæ, whereby it appeareth, that Wales was then incorporated and united to England, and there you shall also find many good Laws concerning the division of Wales into Counties, Trials and Division of Actions, together with divers forms of Writs, and the proceeding thereupon much like to the Laws of England; For all which, see there that Act at large.*

II. Stat. 28 E. 3. 2. All Lords of the Marches of *Wales* shall be perpetually attending and annexed to the Crown of *England*, as they and their Ancestors have been in times past, and not to the Principality of *Wales*, in whose hands soever the same shall come.

III. Stat. 9 H. 4. 4. No Thief or Felon in *Wales* (openly known) shall be suffered to disclaim out of the Seigniory, where the Felony was committed. But such manner of disclaimer, shall be from henceforth utterly put out: and such Thieves shall be put to answer to Indictments and other accusations in the Seigniory, where they are taken, without being delivered by disclaiming or Letters of Marque.

IV. Stat. 2 H. 5. Sta' 2. 5. If a Welsh-man that doth forcibly take and detain an English-man until he be ransomed, will not upon process awarded against him by the Justices, appear and answer the same untill he be outlawed; the Justices shall certifie the same under their seals to the Officers of the Seigniories, where such outlaw is, who shall apprehend and do execution upon him, according to the Law. *But this is now altered by 27 H. 8. 26. which see after.*

V. Stat. 26 H. 4. 8. Forthwith upon the charge given to an Enquest in *Wales*, or the Marches thereof, upon any traverse against the King, or trial of any recognizance broken, or any forfeiture due to the King, or upon trial of any murderer, felon, or accessary, an officer or other person shall be deputed and sworn in open Court for the true keeping of the Jurors, who (without special order of the Court) shall not suffer them to have any bread, drink, meat, fire, or light, nor to speak to any person whatsoever; nor speak to them himself, before they are agreed upon their verdict, unless it be only to ask them, whether or no they are agreed; and all this such Keeper shall observe, in pain to be imprisoned and fined, at the discretion of the Court.

Here,

VI. Here, if the Jurors give any untrue verdict against the King, contrary to good and pregnant evidence, or otherwise misdemean themselves, the Lord President and Council (upon complaint thereof) have power to convent them before the said Council, and to punish them at their discretions.

VII. ☞ Stat. 26 H.8.6. All persons dwelling in Wales or the Marches thereof, upon warning of any Court to be kept within their respective limits, shall appear there in proper person to do their service in pain of such Fines, forfeitures, and amerciaments, as shall be assessed upon them by the respective Courts, where they owe such service, to be levied by distress, to the use of the King within his Lordships there, and of other Lords marchers within theirs.

VIII. If any Steward or other Officer there do feign any untrue surmise against any person that shall so appear, as aforesaid, and thereupon commit him to prison, contrary to Law, or the custom of that Lordship, the Commissioners or Council (upon complaint) have power to send for such Steward or Officer, and if upon good proof it be found that the party was so imprisoned without lawful cause, they shall assess such Steward or Officer to pay him 6 s. 8 d. for every day of his imprisonment, or more at their discretions, as the damage shall deserve; the Commissioners shall also fine him to the Kings use, whether he appear or not, and may compell him by imprisonment to pay such fines and penalties both to the King and the party grieved.

IX. None in Wales or the Marches thereof, coming to any Sessions or Court there, shall bring or cause to be brought thither, or to any other place within two miles thereof, or to any Town, Church, Fair, Market, or other Congregation, except upon a Hue and Cry, or into the High-way, affray of the Peace of the Kings People, any Bill, Long-Bow, Cross-bow, hand-gun, Sword, Staff, Dagger, Halbert, Morespike, Spear or any other Weapon, Privy Coat or Armour, in pain to forfeit the same, unless it be by the command or license of the Justices, a Steward, or other Officer, or of the Commissioners or Council there.

X. None, without the Commissioners license in writing, shall there, or in the Counties thereto adjoyning, require or levy any *Commorth Eydal*, Tenants Ale, or other collection, or exact any money, goods, or other thing, under colour of marriage or suffering of their children saying or singing their first Masses, or Gospels of any Priests or Clerks, or for the redemption of any murder or other felony, or for any other cause whatsoever, or shall make or procure

to