# The Norman Transcript. (Norman, Okla. Terr.), Vol. 02, No. 05, Ed. 1 Saturday, November 22, 1890 Page: 1 of 4



Crawford, W. C. The Norman Transcript. (Norman, Okla. Terr.), Vol. 02, No. 05, Ed. 1 Saturday, November 22, 1890, newspaper, November 22, 1890; Norman, Oklahoma Territory. (https://gateway.okhistory.org/ark:/67531/metadc136964/m1/1/?q=%22the%20norman%20transcript%22%20+%20november%20+%201890: accessed January 5, 2023), The Gateway to Oklahoma History, https://gateway.okhistory.org; crediting Oklahoma Historical Society.

1/5/23, 1:56 BM
Case 1:22-cv-07464-RMB-AMD  Document 88-46  Filed 02/13/23  Page 2 of 2 PageID: 1839
The Norman Transcript. (Norman, Okla. Terr.), Vol. 02, No. 05, Ed. 1 Saturday, November 29, 1890 Page: 4 of 4 - The Gateway to …