Case 1:22-cv-07464-RMB-AMD   Document 88-48   Filed 02/13/23   Page 1 of 1 PageID: 1841

Moniteau Journal (California, Missouri) · Thu, Oct 3, 1872 · Page 3
https://www.newspapers.com/image/666920305
Downloaded on Jan 4, 2023

CONCEALED WEAPONS.—The practice of carrying concealed weapons is becoming quite common in these parts, and ought to be discontinued. In three or four instances, during the late Fair, it came nigh resulting in serious trouble. No good citizen will be found with a loaded revolver in his pocket, unless he knows his life to be in actual danger; indeed, to be known as carrying one is to imperil his personal safety. Every man is liable to have his temper excited by sudden and powerful provocative, and under the influence of that temporary excitement will do things he would not do otherwise; and, when maddened by liquor, if he has a deadly weapon on his person, he will be just as likely to use it upon his best friend as anybody else. Besides, the danger of carrying deadly weapons, it is, in itself, a mark of cowardice. Don't do it—it may get you into trouble when you least expect such a thing.

Copyright © 2023 Newspapers.com. All Rights Reserved.