# EXHIBIT "A"

Zoo Open Daily 10am to 3pm

ESSEX COUNTY   ZOOLOGICAL SOCIETY OF NEW JERSEY                                    MEMBERS 



ANIMALS    EXPERIENCES    VISITOR INFO    GROUPS & PARTIES    EDUCATION

VISITOR INFO

# ZOO RULES & FAQ'S

🕐 Hours & Admission

📖 Zoo Map

📍 Directions

✋ FAQ & Zoo Rules

## ✋ ZOO RULES

- Turtle Back Zoo is a smoke-free facility. Smoking permitted in designated areas only.

- Visitors age 17 and under must be accompanied by a chaperone.

- **Pets are NOT permitted.** Guests who rely on service animals may bring them into the Zoo, provided that the animals remain properly leashed. Guests are solely responsible for the care and control of their animals.

- Power wheel and remote controlled devices are not permitted on grounds.

- **Do NOT** feed our animal residents or throw things in exhibits. All guests should stay on public paths at all times.

- *Weapons of any kind, balloons, piñatas, radios, bikes, skateboards, or scooters are NOT permitted* in the Zoo or the surrounding complex. Styrofoam coolers and alcoholic beverages are also prohibited.

- Deposit trash in designated receptacles.

- Please **Do NOT** chase, feed or touch our free roaming animals such as the peacocks and peahens.

Zoo Open Daily 10am to 3pm

- Non-commercial photography for personal use is allowed, but tripods maybe restricted at the discretion of zoo staff. Commercial photography and filming requests must go through the *Guest Relations Office*.

- We reserve the right to escort from zoo grounds any individuals or groups who are acting in ways deemed harmful to our animals or the park that impinge upon the enjoyment of the park by other guests.

**Following these simple rules will make your visit and those of other guests enjoyable.**

## ⑦ FREQUENTLY ASKED QUESTIONS

| + Are there new directives due to COVID-19? |
| + Can I purchase tickets online? |
| + Can I bring my own food into the zoo? |
| + Are the zoo's hours different in the winter? |
| + Are admission prices lower in the winter months? |
| + Can I rent a wheelchair or stroller? |
| + Can I bring my own stroller? |
| + Does the zoo offer lockers available for rent? |

**Still have a question?** Contact us for further information, or give us a call 973-731-5800.

## ♿ ACCESSIBILITY

Turtle Back Zoo is **100% ADA compliant**.

*We have a limited number of wheelchairs and strollers that are available for rent on a first-come, first-served basis.*




# EXHIBIT "B"

# Policies

+ Code of Conduct

+ Coolers

+ Pets

+ Photography

+ Augmented Reality Games

− Prohibited Items

The following is a list of prohibited items at Adventure Aquarium.

- Weapons of any kind or objects that appear to be weapons including firearms, ammunition, fireworks, water grenades (metal or plastic) or knives.
- Alcoholic beverages of any type.
- Tripods/Monopods.
- Pepper spray/mace.
- Recreational devices with wheels, such as skateboards, hover boards, balance boards, scooters, inline skates or shoes with built-in wheels.
- Wheeled mobility:Devices with less than 3 wheels; devices that cannot maintain stability and balance when stopped, unpowered or unoccupied, training wheels or similar modifications; devices powered by any means other than manually or electrically; devices that travel faster than walking pace; multi-rider devices or devices that exceed 36 inches in width or 52 inches in length.
- Pets or other animals, except for approved service animals (e.g. dogs); service animals must be under the control of the owner at all times and should remain on a leash or harness (due to the nature of some attractions, service animals may not be permitted to ride or enter certain attractions).
- Any other items that the park determines may be suspicious, harmful, unsafe or disruptive.

All persons and bags are subject to screening prior to admission, this may include metal detection.

+ Smoking

+ Ticket Policy

# Get the latest news and special offers

Subscribe to our newsletter, special offers and promotional emails.

# EXHIBIT "C"



| CUS-2:  Customer Behavior Policy |
| --- |
| **Effective June 15, 2022,** Supersedes: April 13, 2022; March 7, 2022; August 19, 2021; July 13, 2021; June 8, 2021; April 13, 2021; September 8, 2020; October 14, 2014; November 18, 2008; November 16, 2006 |

| **Policy Statement:**  The Camden County Library System has established regulations for behavior to ensure that all patrons can use the Library safely and without disruption. |
| --- |

**The following activities are prohibited in Library buildings and grounds:**

1. Talking loudly, making noise or engaging in other disruptive conduct.

2. Disruptive use of personal entertainment and communication devices including loud cell phone conversations and volume high enough to be heard by others.

3. Leaving a child aged 7 or under unattended in the library without the supervision of a responsible person aged 13 or older.

4. Interfering with another person's use of the library or with the library personnel's performance of their duties.

5. Disobeying reasonable directives of a Library staff member.

6. Eating or drinking in unauthorized areas.

7. Not wearing shoes and shirt.

8. Misusing the restrooms (i.e., using as a laundry or washing facility).

9. Bringing animals into the library except those needed to assist a patron with a disability or for a Library-sponsored event.

10. Soliciting of any kind, including petitioning, canvassing, conducting surveys, and distributing written materials for political, charitable, commercial or religious purposes, within the Library, within ten (10) feet of all entrances or in any way that interferes with the ability of library customers to enter and exit the premises.

11. Excessive displays of public affection.

12. Entering staff areas without authorization.

1

13. Loitering outside on library property, including failure to vacate the property after removal from the property.

14. Rollerblading, skateboarding or bike riding in unauthorized areas.

15. Smoking.

16. Carrying a weapon into the Library unless authorized by law. Any patron authorized to carry a weapon must notify Library staff that he/she is carrying a weapon in the Library.

17. Damaging library property.

18. Stealing library materials.

19. Threatening, harassing or physically harming staff or customers.

20. Purposely circumventing computer security or filtering software or otherwise tampering with the operation of the computer network.

21. Engaging in any other activities prohibited by law including those regulating conduct in public places and computer tampering.


The Library Director is authorized to revoke or restrict Library privileges of any individual who behaves contrary to these rules and to promulgate procedures for enforcing the rules. The Director is also authorized to file charges against individuals who continually transgress these rules.

**Staff Responsibilities:**

All staff members are responsible for enforcing this policy and as infractions are witnessed will address them immediately in accordance with established procedures, including calling police as needed.

**Sanctions:**

The person in charge of a branch is authorized to utilize or initiate as indicated the sanctions listed below for additional responses to uncooperative or repeat violators.

1. Violations of minor offenses 1-15:

A customer who refuses to stop offending behavior after two verbal warnings will be banned from the Library branch by the person in charge for the rest of the day.

A customer with repeated violations may be banned from the Library branch by the person in charge for one week.

For continued violations a warning letter may be sent by the branch manager to the offending customer or his/her parent(s) or guardian(s).

If violations continue the customer may be banned from the entire system as determined appropriate by the Director.

2.   Violations of major offenses 16 - 21:

The customer will be immediately banned from the Library branch by the person in charge for two weeks and told to expect a letter about the length and nature of a longer ban.

The customer will be banned from the entire system as determined appropriate by the Director.

3.   Conditions of the ban:

The suspended customer may not enter the grounds or building of any branch of the system. If the suspended customer does enter the grounds or building, the police will be called and the customer will face charges of criminal trespass.

4.   Any individual who has been banned from the Library may have the decision of the Director reviewed by submitting a request in writing to the Camden County Library Commission at:

Camden County Library Commission
203 Laurel Road
Voorhees, NJ  08043

# EXHIBIT "D"



_(https://www.oldbridgelibrary.org/)

| Enter search terms here | Search |

Website    Catalog

(https://www.facebook.com/Old-
Bridge-
Public-
Library-
7701735617/www.twitter.com/#!/OBPublicLibrary/)                              (https://www.oldbridgelibrary.org/adults/computer-
center/wifi-
information/)

**Central Branch**
(732) 721-5600 x5010
One Old Bridge Plaza
Old Bridge NJ, 08857
**Hours**
Monday-Friday 10am-9pm
Saturdays 10am-5pm
Sundays 12pm-5pm

**Laurence Harbor (LH Recreation
Center)**
(908) 217-3620
58 Wilson Avenue
Laurence Harbor, NJ 08879
**Hours**
Tues. Wed. Thurs. 1pm-5pm

Home (https://www.oldbridgelibrary.org/)          Library Info (https://www.oldbridgelibrary.org/library-info/)

News Releases (https://www.oldbridgelibrary.org/news_releases/)

Resources (https://www.oldbridgelibrary.org/resources/)          Adults (https://www.oldbridgelibrary.org/adults/)

Teens (https://www.oldbridgelibrary.org/teens/)          Children (https://www.oldbridgelibrary.org/children/)

Events (https://www.oldbridgelibrary.org/events/)          Contact (https://www.oldbridgelibrary.org/contact/)



# Acceptable Behavior Policy

All members of the public are welcome at the Old Bridge Public Library. We expect all Library staff to treat customers of the Library with courtesy. In turn, we expect Library customers to behave in the Library with dignity and in such a way that they do not interfere with the functions of the Library or with the convenience and comfort of other patrons. While in the Library:

- All persons shall respect the rights of individuals and not harass, annoy or interfere with any other persons, nor shall loud coarse communication or other intrusive behavior. No one shall interfere with Library personnel in the performance of their duties.
- Conversations shall be conducted quietly and, if possible, outside of quiet study areas. Shouting, loud voices and abusive language are not acceptable behavior.
- Ringing cell phones are disruptive. The Library requires that cell phones be turned off or set to "manner mode" while in the Library. While conversing on cell phones, customers must speak quietly and with discretion.
- Smoking is not permitted anywhere in the Library building.
- Nonalcoholic beverages in covered containers are permitted only in some areas of the Library. Food and drink are not allowed in computer areas or on computer tables and stands.
- Consumption of snack food is allowed in all areas of the Library except for the computer areas. It is expected that customers will dispose of litter and debris in trash containers and leave table tops and chairs clean.
- Meals may not be eaten in the Library. The delivery of food to the Library is not allowed and will not be accepted.
- Animals, except for service animals as defined in the Americans With Disabilities Act, are not permitted except in connection with Library programs.
- No one may deface, destroy, steal or misuse any Library materials, furnishings, equipment or other Library property. Library restrooms shall not be used as a laundry or for personal bathing.
- The use of alcohol or any drug constituting a controlled, dangerous substance as defined by New Jersey Law is not permitted. No one under the influence of alcohol or such drugs shall be permitted into the Library.
- Shirts and shoes must be worn at all times. Improper attire, including bare feet or chests, is not permitted in the Library. Library staff shall have the discretion to determine whether any person is improperly attired.
- Personal use of audio, visual or electronic equipment must not disturb others.
- No person shall possess or carry any weapons into the Library unless authorized to do so by law. Any person authorized to carry weapons must notify Library staff that they are in possession of a weapon in the library.
- Personal belongings are subject to inspection by Library personnel.
- Personal belongings are not to be left unattended for more than 30 minutes.
- Running, rollerblading, skateboarding and similar activities are not permitted in the Library or on Library grounds.
- Bicycles must be parked outside of the building and cannot be brought inside.
- No sales or solicitations of contributions or signatures by any outside organization or individual is permitted in the Library facility or on its grounds.
- All persons must leave the Library premises by closing time, when evacuation of the building is necessary or at any time when requested to do so by Library personnel.
- Parents are responsible for the behavior of their children while the children are in the Library. Library staff will notify the parent or guardian of any child who is not behaving in accordance with this "Acceptable Library Behavior Policy." If it is not possible to contact a parent or guardian, the police may be notified.
- The Library is not responsible for the safety of any child in the Library.
- No child under eight (8) years of age shall be left without adult supervision for any reason in any part of the Library.
- Librarians will attempt to locate the parents of children left unattended in the Library. In the event a parent or caregiver cannot be located, the police will be notified and asked to supervise the child until the parents or caregiver can be located.
- Anyone who fails to meet these standards of acceptable behavior or any other Library policy may be required to leave the premises. If unacceptable behavior occurs again, the individual may be denied the privilege of Library use for a set period of time or indefinitely.

Approved by the Library Board of Trustees: 09/08/99; Amended: 03/10/2010

## Library Policies

**Acceptable Behavior Policy**

Circulation Policy

Computer & Internet Use Policy

For Parents: Our Youth Services Policy

Gift and Donation Policy

Policy for Displays and Exhibits

Quiet Study Room Policy

Social Media Policy

Idea Farm Workshop & 3D Printing Usage Policy

Meeting Room Rental Policy

Notary Public Service Policy

Collection Development Policy

EXHIBIT "E"

P ⦿ 🛏 ☁ 50°

MENU ≡








CORNERSTONE PARTNERS

OFFICIAL SITE

# GUEST POLICIES

## Alcohol Policy

MetLife Stadium Company strives to present a safe, pleasant and family-friendly environment for every guest who visits the Stadium. To achieve this goal, the following policies have been established to promote the responsible use of alcohol.

- Any guest who appears to be 40 years of age or younger will be required to provide appropriate proof of age with a one the following forms of identification:
  - Valid United States Driver's License
  - Any valid US State or Federal Government issued ID
  - Any Valid US Passport and/or Passport Card
  - U.S. Military ID
  - Valid Foreign Passport with a completed NJABC Age Representation Form

- ***International guests looking to purchase alcohol must present a valid passport in order to complete a transaction as part of New Jersey State Law.  MetLife Stadium cannot accept a driver's license from another country to establish proof of age.  Please note, guests with a valid passport may also be subject to an additional age verification form to complete a transaction.***

- Guests may not possess or purchase more than two (2) alcoholic beverages at a time.
- All outdoor concession stands and portable units will stop serving alcohol at the beginning of the third quarter. For non-football events, alcohol cut-off times will be determined by MetLife Stadium Company management.
- Alcohol of any kind may not be brought into or removed from the Stadium
- Any guest who is determined to be deliberately concealing alcohol while entering the Stadium will not be permitted to enter the building
- A person exhibiting visible signs of impairment will not be permitted into the Stadium
- Any guest who exhibits behavior that distracts, inconveniences or otherwise interferes with another guest's enjoyment of the event may be removed from the Stadium
- Alcohol will not be served to any underage person or visibly impaired guest
- Alcohol beverage sales may be curtailed or prohibited at the discretion of management

**Chat with Us**

# Carry-In Policy

**Guests are welcome to carry-in the following items into MetLife Stadium:**

- Clear bags that are 12" x 6" x 12" or less in size (1 bag per person)
- Small purses/handbags (clutch-type bags) that are 4.5" x 6.5" or less in size (1 per person)
- Hand sanitizer 6 oz. or less in size and disinfecting wipes
- Food of any kind that is contained in a clear plastic bag
- Factory-sealed water or soft drinks that are 20 oz. or less in size
- Reusable water bottles (both plastic and aluminum). **Bottles must be empty upon entry.** See <u>Water Fountains</u> in our A-Z Guide for a list of water fountain locations where bottles may be filled.
- Still-photography cameras with a lens that is 6" or less in length **not contained in a case**
- Hand-carried jackets, blankets, or other items, which will be patted down or searched
- Official national flags that can reasonably be hand-held by a single person and do not obstruct the view of other guests (no sticks or poles)

**All bags and other permissible items will be subject to multiple screenings prior to entering MetLife Stadium.**

**The following items are not permitted to be carried into MetLife Stadium:**

- Seat cushions of any size except those for medical needs
- Battery operated clothing (socks, jackets, etc.)
- Glass bottles, coolers of any kind, thermoses or ice chests
- Alcohol of any kind
- Banners of any size
- Flags that are not the official flag of a country, ones that are displayed on a stick or a pole or cannot reasonably be hand-held by a single person
- Umbrellas, strollers, laser pointers, and balls of any kind including full-sized footballs
- Single purpose video cameras or still-photography cameras with a lens longer than 6"
- Drones
- Selfie Sticks
- Weapons, any item that may be used as a projectile or one that is deemed dangerous by Stadium management
- Adult sized football helmets with facemasks
- Any animal with the exception of a service animal
- Any other item deemed inappropriate by Stadium management

# Search Procedures

To ensure the highest level of safety and security, all guests will be subject to a courteous screening by Safety Services team members prior to entering the Stadium. All vehicles are subject to inspection prior to entering the MetLife Sports Complex and all bags will be inspected prior to entering the Stadium. Ticket holders who refuse to allow their vehicles to be inspected will be denied entry into the Sports Complex and those who refuse to be screened or have their bags inspected will be denied entry into the Stadium. By having a ticket, the ticket holder consents to such inspections and waives any and all related claims against MetLife Stadium, the New York Jets and the New York Football Giants. Alcohol, weapons, or any items that the Safety Services team deems dangerous will be confiscated. Illegal items will be turned over to the New Jersey State Police.

EXHIBIT "F"

(https://prucenter.com/events/eagles)

(/)

Our Family

(https://www.nhl.com/devils/)

(https://whiteeaglehalljc.com/)

(https://shupirates.com/sports/mens-basketball)

(https://www.grammymuseumexp.org/)

# Arena Policy

All guests are subject to a security screening prior to entering Prudential Center. For safety reasons the arena prohibits certain items from entering facility. Guests in possession of prohibited items will be denied entry or the items will be confiscated and not returned to the guest. In the event an illegal item is discovered, security staff will immediately notify the local law enforcement personnel detailed to the event. If a guest is found to have a prohibited item while inside the arena the item will be confiscated and the guest is subject to an official ejection.

## Prohibited Items Include

- Weapons (e.g. ,Firearms, Guns, Knives, Bats, Brass Knuckles, Black Jacks, Billy Clubs, Night Sticks, Spikes, Handcuffs, Stun Guns, etc.)
- All Electronic Devices with the Exception of Cell Phones and Non-Professional Cameras
- Aerosol Cans, Self Defense Sprays, Hazardous Substances and Chemicals (e.g., Pepper Spray, Mace Tear Gas, Lighter Fluid)
- Tools, Razor Blades, Box Cutters and Scissors
- Animals / Pets (except service animals)
- Audio / Video Equipment
- Projectiles (e.g., Frisbees, Balloons and Beach Balls)
- Backpacks of Any Size
- Bags or Purses Over 12"x14"Inches in Size (with the exception of childcare or medical bags)
- Cans, Bottles, Glass or Other Beverage Containers
- Chains, Studded Bracelets, etc.
- Coolers or Ice Chests
- Hard Sided Bags of Any Size
- Alcohol, Illegal Drugs or Paraphernalia
- Laser Pens and Pointers
- Noisemaking Devices (e.g., Whistles, Air Horns, Drums, Horns, Vuvuzelas)
- Outside Food and Beverage
- Professional Photography Equipment
- Drones (UAS Unmanned Aircraft Systems) or other aircraft
- Explosives, Fireworks and Ammunition
- Selfie Sticks, Tripods and GoPros
- Poles to Display Banners, Flags, etc.
- Signs with wires, lights, and/or batteries
- Un-approved Pamphlets, Handouts, Advertisements, etc.
- Skateboards, Hoverboards and/or Rollerblades
- Packages of Any Kind
- Any Other Item Deemed to be Inappropriate or Dangerous by Prudential Center Management



If you are having problems using this website, including problems accessing any portion of this site using screen reader technology, please call **973-757-6000 (tel:973-757-6000)** or email **guestservices@prucenter.com (mailto:guestservices@prucenter.com)** for assistance.

x

# EXHIBIT "G"

Home 

# PNC BANK ARTS CENTER

Latest Events & Tickets

## FAQ

➕ **Is Parking Free at the PNC Bank Arts Center?**

➕ **Can I get alcohol at the PNC Bank Arts Center?**

➕ **Can I bring food into the PNC Bank Arts Center?**

➕ **Are all seats covered at the PNC Bank Arts Center?**

➕ **Can I bring chairs to the PNC BANK Arts Center?**

➕ **Are you allowed to bring a bag into the Pnc Arts center?**

➖ **ITEMS NOT ALLOWED**

Weapons of any kind

Alcohol

Illegal drugs/substances

Glass and metal containers

Cans

Hard sided/large coolers

Large or oversized bags/back packs, such as luggage, duffel bags, or industrial/camping-sized back packs (Bags larger than 16x16x8)

Laser pointers

GoPro Cameras

Chairs of any kind

Animals (except service animals)

Fireworks

iPads

Selfie sticks

Menu ✕

Home

Schedule

Covid-19 Info

Privacy & Cookies Policy

# EXHIBIT "H"



welcome    directions & parking    box office    our spaces    dining & exploring    accessibility    faq

the basics

where is njpac?    +

where is the njpac arts education building?    +

which events are coming up?    +

how do i get the best seats or prices?    +

can i get a refund if i miss my performance?    +

before the show

if the weather's bad, will you cancel a performance?    +

how do i get to njpac?    +

where do i park?    +

can i bring my kids? what's the recommended age limit?    +

how do i use a ticket on my mobile device?    +

how do i transfer my tickets to someone else?    +

what is will call and where is it?    +

i lost my tickets or i never got my tickets in the mail. what do i do?    +

inside njpac

what time do the doors open?    +

can i still be seated if i arrive late?    +

is there anywhere to eat nearby?    +

can i bring a drink inside?    +

**can i film the performance?** +

**is there an atm?** +

**are there a lot of stairs?** +

**what's your bag search policy? are there any prohibited items?** —

- All bags are subject to search. Backpacks, suitcases, bags and women's purses larger than 12" x 12" x 8" may not be taken into the theaters. Patrons carrying larger bags will be asked to bring them to the coat check at no charge and will be given a plastic bag for carrying select items, such as wallets and cell phones, into the theater.

language

- Violators of this policy may be subject to ejection from NJPAC property and/or civil or criminal penalties.
- To ensure the safety and comfort of our patrons, the following items are prohibited on NJPAC property. For safety reasons, guests will be refused entry onto NJPAC property if they are in possession of any prohibited item. Illegal items will be confiscated and turned over to the police. If a patron is found on NJPAC property with any prohibited item, the item will be confiscated and the patron may be ejected from the property. NJPAC property includes all buildings, performance venues, restaurants, outdoor and common areas, surface parking lots and the Military Park Garage.
- Prohibited items:
  - firearms, stun guns, cutting weapons, striking weapons, chemical weapons, fireworks, explosives, or any other dangerous or hazardous devices or weapons.
  - animals other than a registered service animal assisting persons with disabilities.
  - signs, posters, banners, balloons, flags, laser pointers/pens.
  - any item with offensive writing or images.
  - any food or beverage not purchased from an NJPAC approved vendor.
  - cans, bottles, glass or other beverage container.
  - illegal drugs.
  - aerosol cans.
  - any noisemaking device (i.e. whistles, air horns, drums, horns, vuvuzelas).
  - selfie sticks or gopros.
  - cameras, video or audio equipment.
  - unapproved pamphlets, handouts, advertisements etc.
  - pedi cycles, skateboards, roller blades/skates, hover boards, drones or other model aircraft or remote controlled device of any kind, may not be operated on NJPAC property.
  - any other item deemed to be inappropriate or dangerous by njpac management.

**is there a coat check?** +

**is there an njpac gift shop or merchandise stand?** +

**is there wifi?** +

**can i get an autograph?** +

**do you have opera glasses to rent?** +

**is there a dress code?** +

**what kind of restrooms do you have?** +

**i lost something at the theater. who do i call?** +

**renting our spaces**

**how can i rent your theater?** +

where can i find your tech specs? +

what are your broadcast capabilities? +

i'm a location scout. what kind of spaces do you offer? +

can i host an event at njpac? +

can i get married at njpac? +

**accessibility**

For a more comprehensive list of accessibility info visit our [accessibility page.](accessibility page.)



1 center street newark, nj 07102

1.888.696.5722

accessibility

**about**
our story
our impact
contact us
venue rentals
careers
njpac productions
community engagement
accessibility
reports and financials

**tickets & events**
box office
directions & parking
group sales
calendar
ticket discounts
gift certificates
faq

**education**
classes for students
scholarships
schooltime performances
school assemblies
in-school residencies
professional development
teacher resources
contact education

**sponsors**
Learn more about our generous sponsors.



EXHIBIT "I"

Home (/)  >  Admittance Procedures

# Admittance Procedures

## Regal Age Policy

It is REG's policy to support the MPAA ratings system to the fullest extent possible.

For films rated "R" by the MPAA:

1. REG will not sell tickets to any person under the age of 17 (18 where applicable).
2. A person must be at least 21 years old in order to purchase multiple tickets without providing additional photo I.D. for additional tickets.
3. The purchaser must also attend the movie for which the additional tickets are purchased.
4. Patrons 17 to 20 years of age may only purchase more than one ticket if they are able to provide photo I.D. for proof of age for each additional ticket being purchased.
5. Children under the age of 6 years old will not be admitted.
6. Managers may empower Ushers to check for photo identification if a guest appears to be underage and is holding a ticket for an "R" rated feature.
7. Kiosk ticket sales are an important service for our guests. Tickets can be purchased online and picked up at the theatre, or an individual may purchase tickets directly from the kiosk. It is important to remember that the admittance procedures still apply to those individuals that make purchases or redeem on-line ticket purchases from a ticketing kiosk.
8. Theatre Employees may be stationed at the entrance to theatre(s) playing MPAA rated "R" films to check tickets and photo identification for all who enter to prevent minors from improperly entering.
9. REG reserves the right to refuse entrance to anyone that cannot present valid photo identification along with a ticket for the proper show time of the "R" rated film.

Note: Admission policies may vary by location due to state or local ordinances. Contact your local theatre if you have questions regarding any state or local requirements.

For films rated "NC17" by the MPAA:

1. No one under the age of 18 is allowed admittance to the feature, regardless of accompaniment or consent.
2. A patron desiring to purchase multiple tickets must provide a valid photo I.D. for each ticket they purchase.
3. Ushers may conduct additional photo I.D. checks for MPAA guideline adherence at the doorman's post and theatre checks.
4. Kiosk ticket sales are an important service for our guests. Tickets can be purchased online and picked up at the theatre, or an individual may purchase tickets directly from the kiosk. It is important to remember that the admittance procedures still apply to those individuals that make purchases or redeem on-line ticket purchases from a ticketing kiosk.
5. Theatre Employees may be stationed at the entrance to theatre(s) playing MPAA rated "NC17" films to check tickets and photo identification for all who enter to prevent minors from improperly entering.
6. REG reserves the right to refuse entrance to anyone that cannot present valid photo identification along with a ticket for the proper show time for the "NC17" rated film.

Regal Cinemas

Children under 3 are free except in reserved seating and recliner locations. Children 3 to 11 must pay the child admission price. Senior tickets are valid for adults 60 years and older. Not all ticket types are available for all performances.

Cinebarre

Please call theatre for any local restrictions.

# Regal Admittance Policy

### Covid-19 Safety and Procedures

1. Due to the current Coronavirus pandemic, all guests will be required to wear face masks in the lobby, hallways, restrooms, and auditoriums. Masks can be removed inside the auditorium only while eating and drinking.
2. To learn more about our Coronavirus Safety and Response protocols, please see our Reopening Safety Measures Against Coronavirus (/static/en/us/corona-virus-response) page.

### ADA Seating & Companion Pass:

1. Regal Entertainment Group theatres are handicap accessible. All seating designated as "handicapped" with the familiar wheelchair symbol is reserved for the disabled and their companions.
2. Guests attending our theatres in an assistant/companion role for one of our guests with disabilities may be passed in by management.
3. If you need assistance for any reason, please ask one of our theatre personnel for assistance.

### Costumes with Masks and Props:

Protecting the safety of our clientele and cast members is always top priority at Regal Entertainment Group. Therefore, REG does not allow admission to our locations for guests of any age wearing masks*, face paint or face-obscuring hood; or possessing weapons, props or fake weapons. *(Facemasks for health and safety reasons are allowed.)

### Backpacks/Packages/Bags:

Security issues have become a daily part of our lives in America. Regal Entertainment Group wants our customers and staff to feel comfortable and safe when visiting or working in our theatres. In that regard, as a general rule all backpacks, packages and large bags of any kind are subject to inspection. However, our admission policies may be modified periodically as necessary to ensure, to the extent possible, the safety of our guests. We acknowledge that this procedure can cause some inconvenience and that it is not without flaws, but hope these are minor in comparison to increased safety.

### Skateboards and Hoverboards:

In the interest of safety in the lobby and auditoriums, skateboards and hover boards are not allowed on theatre property. These boards can cause slip, trip and fall hazards for our guests as well as our staff. Management cannot hold these items for guests and guests will be asked to remove them from the theatre entirely.

### Lost and Found:

Regal Entertainment is not responsible for lost, stolen, or recovered personal items. Before leaving the auditorium, please check around your seat for any personal belongings. For assistance, contact a staff member.

Film Theft:

No recording devices (cameras, video recorders, sound recorders, etc.) are permitted to be used within any Regal Entertainment Group facility.

Personal Communication Devices:

In consideration of all our guests, Regal Entertainment group asks that you please refrain from using cell phones, pagers, or any other personal communication device while in the auditorium.

No Solicitation:

Soliciting or loitering on Regal Entertainment Group premises is not allowed.

No Smoking:

All Regal Entertainment Group theatres are smoke-free environments.

Outside Food or Drink:

No outside food or drink is permitted in the theatre.

3-D Presentations:

Films in 3-D may not be available at all locations. In some cases, theatre locations may show a particular film in both the 3-D and 35mm (2D) formats. When purchasing tickets for a 3-D film, please confirm with the box office cashier that the ticket you purchased is in fact for the 3-D presentation. Please see one of our theatre managers if you have any questions regarding 3-D films.

Refund Policy:

Refunds are available in certain limited circumstances described below. Movie tickets purchased through Regal's mobile apps or websites include non-refundable convenience fees. Before purchasing, we urge you to confirm the title, time, location and quantity of tickets for the movie you wish to see.

You can receive refunds for tickets up to 60 minutes before the showtime. For purchases made online via Regal's mobile apps or websites please use the contact us (https://account.regmovies.com/rcc/contact-us) form on our site or follow the link to refund tickets on your confirmation email. Funds will be returned to the same payment card or gift card used to make the booking and Crown Club movie ticket rewards loaded to your Crown Club card will be restored to your Crown Club account, but please note that (i) convenience fees for tickets booked online via Regal's mobile apps or websites will not be refunded, and (ii) redeemed Crown Club credits cannot be refunded or restored by Regal or re-used by you. For tickets purchased through other ticketing agencies, guests must contact the agency directly before the scheduled movie showtime to request a refund, and refunds are subject to the refund policies of those agencies. There are no refunds after the printed showtime. For extenuating circumstances, please consult theatre management.

EXHIBIT "J"

# FREQUENTLY ASKED QUESTIONS

**Questions about the Show**

What exactly is Medieval Times?                                                    ⌄

What should be expected at a Medieval Times performance?          ⌄

Is the show historically accurate?                                                 ⌄

What else does Medieval Times have besides a feast and show?      ⌄

Is the show appropriate for all ages?                                            ⌄

What is the running time of the show?                                          ⌄

Chat With Us

Will strobe lights be used in the show?                                          ⌄

Is the show accessible to those with disabilities?                          ⌄

How early should I get there?                                               ⌄

What is the dress code?                                                     ⌄

Do you sell merchandise?                                                    ⌄

## Questions about Tickets

How can I purchase tickets?                                                 ⌄

What is the performance schedule?                                          ⌄

Do the tickets include parking?                                            ⌄

What's the difference between the different packages?                      ⌄

At what age does a child require a ticket?                                  ⌄

I am having an issue purchasing tickets online. Who can I contact?         ⌄

I have a promo code that is not working at checkout? How do I use it?      ⌄

I can no longer go – how do I get a refund on my tickets?   ⌄

---

How can I add a guest to my order?   ⌄

---

How can I be seated with other guests?   ⌄

---

I didn't receive my ticket confirmation email   ⌄

---

Can I book tickets from outside the United States or Canada?   ⌄

---

Can I change the date on my reservation?   ⌄

---

How old do you have to be to attend Medieval Times?   ⌄

---

Is gratuity included?   ⌄

---

Can I purchase tickets as a gift for someone else?   ⌄

---

## Questions about Groups

Do you offer any special ticket pricing for large groups?   ⌄

---

What type of group celebrations do you offer? ⌄

## Questions about the Food

What's on the banquet menu? ⌄

Do you offer options for vegetarians or vegans? ⌄

Do you have gluten-free options? ⌄

Do you offer nutritional and allergen information? ⌄

Will I leave hungry? ⌄

Is identification required to purchase alcohol? ⌄

What if I don't want to use my hands to eat? ⌄

Can I bring in outside food/cake? ⌄

## Other General Questions

Can I bring my camera or video camera to the show? ⌄

Can we meet the cast?                                                      ⌄

---

Who do I contact about my experience at the show?                         ⌄

---

Where can I get information about and press, media samples, or an
interview?                                                                ⌄

---

Can I bring in balloons?                                                   ⌄

---

Can I bring in a weapon/toy weapon?                                       ⌃
Medieval Times does not allow weapons of any kind (real or fake!) into the
Castle.

---



EXHIBIT "K"

 _(/)_

**BUY TICKETS**

**(HTTPS://WWW.TICKETMASTER.COM/CURE-INSURANCE-ARENA-TICKETS-TRENTON/VENUE/1502)**

| EVENTS & TICKETS (#) | ARENA INFO (#) | PLAN YOUR VISIT (#) | BOOK AN EVENT (#) | NEWS (/NEWS) |
|---|---|---|---|---|

CYBER CLUB (/CYBER-CLUB)

KIDS CLUB (/KIDS-CLUB)

WAR MEMORIAL PATRIOTS THEATER (/WAR-MEMORIAL-PATRIOTS-THEATER)

PREMIUM SEATING (/PREMIUM-SEATING)

## Arena Policies

🔍

f (https://www.facebook.com/CUREInsuranceArena/)

🐦 (https://twitter.com/curearena?lang=en)

📷 (https://www.instagram.com/curearena/?hl=en)

| BAG POLICY | ⌄ |
|---|---|

| ALCOHOL | ⌄ |
|---|---|

| CAMERAS AND RECORDING DEVICES | ⌄ |
|---|---|

| GENERAL RULES | ⌄ |
|---|---|

| GUEST CONDUCT | ⌄ |
|---|---|

| LEAFLETS/BROCHURES | ⌄ |
|---|---|

| RE-ENTRY INTO ARENA | ⌄ |
|---|---|

| SELLING OF ILLEGAL MERCHANDISE (BOOTLEGGING) | ⌄ |
|---|---|

**CURE INSURANCE**

SMOKING (/) ˅

BUY TICKETS
(HTTPS://WWW.TICKETMASTER.COM/CURE-INSURANCE-
ARENA-TICKETS-TRENTON/VENUE/1502)

SPONSORSHIPS

| EVENTS & TICKETS (#) | PROHIBITED ITEMS ARENA INFO (#) | PLAN YOUR VISIT (#) | BOOK AN EVENT (#) | NEWS (/NEWS) |
|---|---|---|---|---|

CYBER CLUB (/CYBER-CLUB)

KIDS CLUB (/KIDS-CLUB)

WAR MEMORIAL PATRIOTS THEATER (/WAR-MEMORIAL-PATRIOTS-THEATER)

PREMIUM SEATING (/PREMIUM-SEATING)

f (https://www.facebook.com/CUREInsuranceArena/)

 (https://twitter.com/curearena?lang=en)

 (https://www.instagram.com/curearena/?hl=en)

- Aerosol cans
- Air horns
- Alcoholic beverages or illegal drugs
- Animals (except certified service dogs for the disabled)
- Beach balls and other inflatables
- Bota bags or wine skins
- Bullhorns or noise makers
- Cameras or recording devices (varies by event)
- Confetti
- Fireworks, firearms, or other weapons
- Framed Backpacks
- Glass bottles or aluminum cans
- Ice chests (coolers) or thermos containers
- Laser pointers
- Outside food or beverage
- Skateboards or roller blades
- Sticks or clubs (including signs attached to sticks)
- Stools or folding chairs
- Water bottles or mugs

OUTSIDE FOOD & BEVERAGE ˅

METAL DETECTORS (MAGNETOMETERS) ˅

EXHIBIT "L"

# STATE THEATRE NEW JERSEY

(/)

# ABOUT

## POLICIES

## COVID-19 SAFETY GUIDELINES

*Updated July 1, 2022*

**Thank you for helping ensure we are all able to gather safely to enjoy the transformative POWER OF LIVE PERFORMANCES.**

During the Covid-19 pandemic the theater underwent extensive renovations to its facilities and systems, many of which were designed with the health and safety of our patrons in mind:

- All new restrooms with touchless technology.
- New HVAC system that exceeds industry standards for virus filtration and air flow.
- Brand-new theater seats.
- Fully renovated lobbies and concessions.
- Hand Sanitizer stations are throughout the facility.
- Protective Barriers at Concessions and Guest Services.

Based on advice from the CDC and the state of New Jersey as well as best practices adopted by the performing arts industry, State Theatre has implemented the following health and safety guidelines.

- As of July 1, 2022, proof of vaccination status or results of a negative Covid-19 test are no longer required to enter the theater.
- Masks are strongly encouraged but not required.
- If you are feeling ill the day of an event or have been exposed to someone who has Covid-19, we kindly ask that you do not attend the performance. Call Guest Services no later than 3 hours before performance time to discuss your options at 732-246-7469.

*Guidelines are subject to change at any time, and some artists and shows may require more stringent measures. Please refer to the performance page on this website before coming to the theater or your preshow email for the latest policies applicable to your show. Failure to follow posted guidelines will result in denial of entry or expulsion from the theater without a refund.*

# TICKET EXCHANGES

**There are no ticket exchanges unless you fall within one of the following categories listed below:**

- **President's Council member and above** (donors at $2,500 and above): For a $5 fee, ticket exchanges are permitted for State Theatre New Jersey-presented events no later than 72 hours prior to a performance (and during Guest Services operating hours). The original ticket purchaser must call their Ticket Concierge, Guest Services at 732-246-7469, or visit Guest Services to exchange tickets. The value of exchanged ticket monies must be redeemed within one year (365 days) of the date of the exchange and will expire thereafter. Exchange values can only be applied to tickets for State Theatre New Jersey-presented events and cannot be used for any other goods or services. All exchanges are subject to availability. Ticket sales for rental and special events are final sales and exchanges are not permitted. Tickets purchased from GoldStar or TodayTix cannot be exchanged through State Theatre New Jersey Guest Services.
- **Broadway Series Season Ticket Holders:** Ticket exchanges are permitted within the same show at least 24 hours in advance, subject to availability. The original season ticket purchaser must call the Season Ticket Concierge at 732-246-7469, ext. 555 or visit Guest Services to exchange tickets.

You can donate the value of your ticket(s) to State Theatre New Jersey as a tax-deductible contribution by 1pm the day prior to the performance date. Please note donated tickets only apply to State Theatre-presented event, rental and special events (/events/special-events) are excluded.

## TICKET CREDITS & REFUNDS

Once an order is placed, there are NO REFUNDS on tickets unless the event is cancelled. Refunds are only made to the original purchaser and are issued for the value of the tickets only. In the event of a cancellation, every effort will be made to notify the purchaser.

**If a show is impacted due to Covid-19 mitigation efforts original ticket holders can choose from these options within 30 days of notification of the performance change:** If a show is rescheduled to a new date you can keep your existing tickets and they will be valid for the new date, or if a show is rescheduled and you cannot make the new date, or a show is cancelled you can: 1) Donate your tickets, the total ticket value will count toward member benefits and you can receive a tax deduction (ticket donations do not normally count towards membership but considering the circumstances we've decided to change our standard procedures for events affected by Covid-19). 2) Exchange your tickets for a STNJ gift certificate. 3) Receive a full refund for the value of the ticket and associated fees.

## TICKET FEES

There is a $4 facility fee assessed to each individual ticket and a transaction fee is applied to all phone and online orders. The transaction fee for group orders is $12 per order. The transaction fee is waived for walk up orders at State Theatre New Jersey Guest Services (15 Livingston Avenue, New Brunswick, NJ). Season Ticket packages have a $4 per ticket facility fee and a transaction fee.

## TICKET UPGRADES

Based upon availability, ticket upgrades are permitted at the discretion of the presenter up until curtain and patron must pay any difference in the cost of the upgraded ticket price plus a $9 upgrade fee.

# TICKETS FROM UNAUTHORIZED SOURCES

State Theatre New Jersey strongly cautions against guests buying tickets from ticket sources not officially sanctioned by us. Many guests that have purchased tickets from brokers or scalpers find themselves in possession of counterfeit tickets at inflated prices. This is especially true on sold out shows. A counterfeit ticket will not be accepted. State Theatre New Jersey values customers' privacy and security, and we will not access records nor reprint tickets for anyone who cannot be verified as the original ticket buyer. The name on the ticket must match the name of the party presenting the ticket for entry. If you wish to change the name on your ticket, please contact Guest Services at least two business days in advance of the performance date to update your ticket. We will not be able to offer any refunds or exchanges if the ticket is deemed counterfeit or the name of the party presenting the ticket for entry into the performance does not match the name on the ticket order. We can only guarantee entry for tickets purchased from our official source: STNJ.org. Tickets for State Theatre performances are also occasionally offered on these approved sites: Goldstar, Groupon, TDF, and TodayTix. Watch our video on how to make sure you are purchasing official State Theatre New Jersey tickets. (/about/official-ticket-source)

# SECURITY

## BAG CHECKS

For the safety of our guests, bags may be searched upon entry and patrons may be asked to pass through magnetometers or hand held metal detectors. Sharp objects, weapons, and illegal contraband are not permitted into the venue. The items listed below, and any additional items that State Theatre New Jersey determines could potentially distract from the audience's safety and enjoyment, are prohibited items which will not be allowed inside the venue. State Theatre reserves the right to eject or ban entry to patrons who have such prohibited items in their possession. Items include but are not limited to: cameras, audio / video recording devices, tripods / monopods, or selfie sticks; laser pointers; illegal drugs / substances; weapons; chemical weapons, including mace and pepper spray; noise making devices; signs / flags / banners; outside food or beverage, including alcohol; oversized bags or backpacks; pets (service animals exempt); or laptops / tablets.

# SEATING POLICIES

## LATE SEATING

Traffic and parking in New Brunswick can become congested prior to a performance. We suggest that you allow extra time to arrive relaxed and ready to enjoy your event. Those arriving after a performance has begun will be seated at the discretion of the State Theatre New Jersey staff and should expect that they will miss a portion of the show, based on their arrival time and artist policies.

## CHILD SEATING POLICY

No children under the age of 14 are permitted into the theater without a parent or guardian. Children under the age of 14 must be seated directly adjacent to parent or guardian and will not be seated without a parent or guardian. Please refer to each event page for the ages we strongly

recommend as appropriate for each performance.

Please reference our Guest Code of Conduct (/your-visit/guest-code-of-conduct) regarding expected behavior of both children and adult guests.

## INFANT VOUCHER

Occasionally, for certain events geared towards very young children, free infant lap vouchers are available for children 11 months or younger (lap vouchers require that children must be sitting on the lap of a parent or guardian). When available, information regarding free infant lap vouchers will be posted on the webpage for that specific event, or please call Guest Services. If your child will have reached their first birthday by the date of the performance, they must have a paid ticket and must be seated next to a parent or guardian. No individual will be admitted into the audience chamber without either a ticket or infant voucher.

## CAMERAS AND ELECTRONIC DEVICES

All audio / visual devices and photography, filming, recording, and taping is strictly prohibited. State Theatre New Jersey reserves the right to deny entry to, or to remove any guest from the premises that refuses to comply with this policy.

## VENUE RECORDING CONSENT

**By entering facilities where State Theatre New Jersey is presenting programming, you consent to be photographed, filmed and/or otherwise recorded.** Your entry constitutes consent on behalf of yourself and your minor children to such photography, filming, and/or recording and to any use in any and all media in perpetuity. You understand that all photography, filming, and/or recording will be done in reliance on this consent given by you entering these areas. If you do not agree to the foregoing, do not enter.

## INCLEMENT WEATHER POLICY

In the case of inclement weather, refunds will be awarded only if the show is cancelled. Every effort will be made to contact the original ticket buyers if a show is cancelled.

If you purchased tickets from Groupon, please call 888-664-4482. If you purchased tickets from Goldstar, please call 626-204-3960.

## DISCOUNTS

If discounts or promotions are offered, those discounts are not retroactive and cannot be combined (*unless otherwise specified*). Discounts and promotions have terms which may include expiration dates, limited availability, or additional fees and restrictions. Please read terms carefully before making your purchase.

# VOUCHERS & COUPONS

Vouchers and coupons are valid for up to one year from the date issued and are only valid for select State Theatre New Jersey events *(not all events apply).* View a complete listing of events that are voucher and coupon eligible (/vouchers). To receive your tickets you must hand deliver or mail your voucher or coupons to State Theatre New Jersey Guest Services (15 Livingston Ave, New Brunswick, NJ 08901) with your performance request(s). When mailing or handing in your voucher, please be sure to include your contact information (address, phone, email, etc.). Vouchers and coupons do not serve as admission and must be redeemed for actual tickets. Tickets are subject to availability and section and location of seats is at the discretion of Guest Services (vouchers or coupons cannot be redeemed for select seating). Seats are not offered in all sections. Vouchers or coupons will not be honored if altered or reproduced in any way. They are not transferable and are not redeemable for cash. Vouchers or coupons cannot be combined with other discounts or offers. No upgrades in seating area are permitted. Vouchers and coupons are not valid for rental events. State Theatre New Jersey complimentary ticket vouchers and coupons have no monetary value. Vouchers will not be extended beyond the date for which they are valid. Tickets redeemed from a voucher are delivered via email or Will Call pick-up only.

Please note that coupon offers, such as those in the Entertainment Book as well as from other sources, listing State Theatre are not valid, have not been authorized by State Theatre New Jersey, and cannot be honored. We apologize for any inconvenience. Please contact the resource the coupon was purchased from directly with any questions.

---

*Policies, programs, artists, dates, times, and prices are subject to change without notice. Additional fees may apply.*

---

15 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ 08901

PHONE: 732-246-7469
EMAIL: INFO@STNJ.ORG (MAILTO:INFO@STNJ.ORG)

GUEST SERVICES HOURS
*BY PHONE/EMAIL:* TUE-FRI 11AM-5PM
*IN-PERSON:* TUE-FRI 12PM-4:30PM

STATE THEATRE NEW JERSEY
IS A 501(c)(3) ORGANIZATION.
NJ CHARITABLE REGISTRATION #CH-2457300



(HTTP://WWW.YOUTUBE.COM/STATETHEATRENJ)

(HTTP://WWW.FACEBOOK.COM/STATETHEATRENJ)

(HTTP://TWITTER.COM/STATETHEATRENJ)

(HTTP://WWW.INSTAGRAM.COM/STATETHEATRENJ)

ALL RIGHTS RESERVED. USE OF THIS SITE IS GOVERNED BY OUR PRIVACY POLICY (/PRIVACY-POLICY). SITE MAP (/SITE-MAP).

© 2023 STATE THEATRE NEW JERSEY

Designed by L2 Interactive. Powered by eRube 2.

EXHIBIT "M"

https://www.boardwalkhall.com/plan-your-visit/a-to-z-guide

Events & Tickets     Plan Your Visit     Arena Info     BOARDWALK HALL (JIM WHELAN)     Connect With Us     Atlantic City Convention Center

## Prohibited Items

- Alcoholic beverages, controlled or unlawful substances, and controlled substance paraphernalia

- Items that could be used as weapons, such as firearms, knives, chains, and spiked jewelry

- Cans, bottles (glass or plastic), or coolers

- Outside food or beverages

- Professional cameras, audio or video recording devices, and tripods

- Mobile tablet devices and laptops

- Laser pointers and pens, pepper spray, and Mace

- Noisemakers, such as air horns, fireworks, Frisbees, balls, and other projectiles

- Umbrellas

- Baggage, such as shopping bags, briefcases, backpacks (of any size), duffle bags, luggage, and diaper bags, is strictly prohibited.

- Any other item deemed unacceptable by the event or building management

- Jim Whelan Boardwalk Hall does not provide storage for any confiscated baggage, so visitors should leave these items at home or in a secured area prior to arrival at the

English  ›

EXHIBIT "N"



## Event Center

Definitive proof that bigger really is better: We have 30,000 square feet of event space, 30-foot ceilings, immense stars and huge acts. The Event Center houses everything in an intimate venue with remarkable acoustics and optimal sightlines. Come on in and live large in the Atlantic City event venue just for you.

## Contact

**General Information**
609.317.1000

## Box Office Hours

**Mon - Tue** Closed

**Wed - Sun** 3:00 PM - 9:00 PM

The Box Office will remain open later on headliner event days.

**Seating Chart**

Entertainment Calendar

## Ticketing Policy

- **See Below:**

Counterfeit tickets will not be honored. Tickets from unauthorized sources will not be honored. Borgata can only guarantee the validity of event tickets purchased from Ticketmaster, Faciolan, The Borgata Box Office, and other sanctioned MGM Box Offices. Please retain your ticket at all times.

Overview

- Entertainment Calendar

## Prohibited Items

- Venue Details
  - No bags will be permitted into the venue except for small purses (14" x 14"x 6" max). Backpacks or suitcases of any size are not allowed.
  - Cameras with interchangeable/detachable lens or external flash (No Professional Photography)
- Audio/Visual Recording Devices (includes GoPro, Google Glass, Spectacles, etc.)
- Prohibited Items
  - Selfie Sticks, Tripods, Monopods
  - Outside Food, Beverage or Alcohol – One Drink Poured into Plastic Container. No Outside Food Allowed.
  - Cans, Metal/Glass/Plastic Containers, Bottles, or Flasks (empty or sealed bottles included)
  - Laptops, Tablets, Personal Computers, or Two-Way Radios
  - Weapons, Firearms, Pepper Spray, Pocket Knives or Mace
  - Bats, Poles or Clubs
  - Illegal Drugs or Substances
  - Flammable Liquids, Aerosol Cans, or Permanent Markers
  - Flashlights, Laser Pointers, Flares, or Fireworks
  - Noise Making Devices (i.e. Air Horns, whistles, bells, vuvuzelas, etc.)
  - Balloons, Balls, Projectiles, or Optical Illusions
  - Skateboards, Segways, Scooters, Rollerblades, Bicycles, Hover boards, and Helmets
  - Strollers

  - Coolers, Ice Chests, Folding Chairs, or Umbrellas
  - Flowers (unless otherwise permitted by Tour Production)
  - Seat Cushions or Booster Seats
  - Patrons Without Shoes or Shirt
  - Masks, Chains, or Studded Belts/Bracelets
  - Drones (without prior written consent from Arena Management)
  - Animals or Pets (accommodations made for trained, harnessed, and housebroken service animals)
  - Unapproved Pamphlets, Handouts, Ads, or Flyers without prior consent from Arena Management
  - Clothing, garments, or signs displaying explicit language, profanity, or derogatory characterization toward any person(s)
  - Signs, Flags, or Banners
  - No bag check-in services are available for guests. Guests attempting to enter the arena with prohibited items will be turned away and asked to return the items to their hotel rooms and/or vehicles.

Any such items should be returned to your vehicle or discarded.

CloseDining Reservation      Make a Free Reservation

Back to Top

EXHIBIT "O"

## Attending Performances at bergenPAC

**Can I bring a firearm or other weapon to the concert?**

No. The safety and well-being of our patrons are of the utmost importance to us.

Please be aware that firearms and other weapons are not permitted in the venue and/or public spaces owned or operated by Bergen Performing Arts Center, Inc. (bergenPAC or The Performing Arts School at bergenPAC).

What security measures are used for entering the theater?

What items are prohibited?

What is your late seating policy?

Is dancing allowed?

What is your recording/photograph policy?

Are pets allowed inside the theater?

Is bergenPAC accessible to people with disabilities?

Are there elevators to all floors of the theater?

What is your bag policy?

Do you allow drinks or food to be brought into the theater?

Is there a place to check my coat or briefcase?

Do you have a lost and found?

EXHIBIT "P"



☎ (856) 327-6400
📍 126-130 N. High Street, Millville, NJ 08332
✉ info@levoy.net



# Policies

There is a non-refundable service fee per ticket through all sales channels.

**TICKET RESERVATIONS AND VOUCHERS**

We encourage all patrons to purchase tickets in full in advance of every performance to ensure they get the seats they want. Tickets can be reserved without payment for a period of 72 hours prior to two weeks from a performance date. After the 72 hour period, tickets without payment will be released and made available for sale.

Gift Certificates, Levoy Dollars, and other performance vouchers do not constitute a ticket and must be redeemed in person at the Box Office at least 48 hours prior to the performance date. They cannot be taken as payment online or over the phone.

**WILL CALL**

Any patrons picking up tickets at Will Call, located in the theatre lobby next to our concession stand, must have their driver's license or purchasing credit card ready before coming to the window. Sales of tickets for future performances must be completed during non-performance hours.

Lost tickets may be reprinted at the Box Office with proof of purchase.

**REFUND/EXCHANGE POLICY**

**All sales are final**. There are no refunds or exchanges unless a performance is cancelled. Event artists, dates and times are subject to change. Broadway season subscription shows are also subject to substi-

tution when necessary. Only Levoy Theatre Members can exchange tickets into another performance for a $3 fee per ticket. Premium Seat Donations are not eligible for refunds, credits, or exchanges. Because of contractual relationships with artists, we must have a 48-hour notice to make exchanges. See membership guide for exchange limitations.

**THIRD PARTY TICKET SELLERS**

The Levoy Theatre does not endorse or partner with any third party ticket sellers. We are not responsible for any purchases made through third party services. If a performance is cancelled, and you purchased tickets through a third party ticketing service, you must contact them.

Purchase from or resale by an unauthorized source may invalidate your ticket. The Levoy Theatre Box Office will only assist original ticket purchaser with potential issues with this ticket, including but not limited to refunding for rescheduled or cancelled events and duplicate transactions.

**INCLEMENT WEATHER POLICY**

If the performance continues despite inclement weather, the Levoy is not required to issue a refund or an exchange. In the event of a cancellation, the Levoy will notify patrons in a timely manner, at which point a refund or exchange into another performance will be offered.

**LIABILITY AND RELEASE POLICY**

Ticket holder voluntarily assumes all risks in attending the event, whether occurring before, during or after the event and releases the Levoy Theatre from all related claims. Ticket holder grants permission to utilize the holder's image or likeness in connection with any photograph, video or other recording means for transmission, broadcast, or promotional use on any media.

**AGE RESTRICTIONS**

While there is not a strict policy on whether or not a child should attend a performance, please note that the content of performances may vary. Many comedy shows contain language and content best suited for a mature audience.

The Levoy Theatre does not require a ticket for children under the age of three as long as the child is sitting on a lap.

**LATE SEATING**

Latecomers will be seated at the discretion of the Levoy Theatre and the visiting artist(s). Patrons arriving late to their scheduled performance may be required to wait in the lobby, or be seated in a designated area until intermission or an appropriate break allows seating without disruption to the audience.

**BAG INSPECTION POLICY/PROHIBITED ITEMS**

All bags, including handbags and purses, will be subject to inspection upon entry to detect prohibited items for your safety and the safety of the other patrons, staff, and performers. Bags that have passed inspection and not on the prohibited list must fit comfortably under your seat or side. The Levoy Theatre does not provide an area to check bags, or any other personal belongings. We are not responsible for any property that is lost, stolen, or damaged.

The following items are **not allowed inside** the Levoy Theatre.  If you have any questions in regards to what can or cannot be brought into the Theatre, please contact Levoy Theatre:

– Weapons or knives of any kind or type
– Full facial coverings (such as costume face masks)
– Outside food and beverage*
– Illegal drugs
– Outside alcohol is not allowed in the building.  Alcohol must be purchased from the Vaudeville Bar. No exceptions.
– Cigarettes, vaping devices and other tobacco materials such as pipes and pipe tobacco, cigars and chewing tobacco
– Professional photography equipment
– Audio and video recording devices
– Noisemaking devices (Ex. air horns)
– Laser pointers
– Any animal with the exception of a service animal
– Any other item deemed inappropriate or dangerous by Levoy Theatre staff

*An exception will be made for medical needs after proper inspection.

## ACCESSIBILITY

The Levoy Theatre offers elevator access on every floor. Seating for wheelchair accessibility is available both on the orchestra and balcony levels – please fill out the request form online or call the Box Office to request special seating. All wheelchair accessible spaces have 3 companion seats reserved until 1 week prior to the show, then only 1 companion seat will be reserved. All remaining ADA and companion seating will be released for regular sale 24 hours prior to the show.

## GROUP SALES AND DISCOUNTS

Group discounts are available for parties of 10 or more for some programming at the Levoy Theatre. Cannot be combined with other discounts. Group rates may be limited to rear orchestra and/or balcony. Call our Box Office or email us at info@levoy.net for more information.

Children (Ages 3 to 12) and seniors (65 or older) are currently entitled to discounts for our Broadway programming. Questions about what shows qualify? Give us a call or stop in at our Box Office!

Discounted Student Rush tickets are available for our Broadway shows. Student discount tickets are available only on the day of the given performance with valid student ID at time of purchase. One dis-

EXHIBIT "Q"

# The Wellmont Theater
# THEATER POLICIES AND FAQS

## COVID-19 POLICIES

In the best interest of fans and staff, the Wellmont Theater will continue to monitor local COVID-19 trends and meet or exceed protocols mandated by local governments. By purchasing tickets to this event, unless prohibited by law, you agree that you and all individuals in your attending party will abide by the health and safety measures in effect at the time of the event, which may include, but not be limited to, providing proof of vaccination status and/or providing proof of a negative COVID-19 test.

## SECURITY CHECK

All persons entering the theater will undergo a courteous security screening procedure performed by our trained security safety team. The Wellmont Theater reserves the right to deny admission to anyone who does not undergo security screenings and/or is in possession of a prohibited item.

## BAGS

All bags, including handbags and purses, are permitted but will be subject to inspection upon entry to detect prohibited items for your safety and the safety of the other patrons, staff, and performers. **Backpacks of any kind are prohibited from entering the theater.** The

Wellmont Theater does not provide an area to check bags, or any other personal belongings not permitted in the theater. We are not responsible for any property that is lost, stolen, or damaged.

# PROHIBITED ITEMS
## The Wellmont Theater

The items listed below, and any                    mont Theater management
determines could potentially distract the audience's safety and enjoyment from are
prohibited items which will not be allowed inside the venue. Any confiscated illegal items will
be turned over to the Montclair Police Department, not held or returned, and no refunds will
be issues.

• Cans, glass bottles, and open containers
• Outside food and beverages
• Luggage, computer bags, briefcases, backpacks or camera cases
• CamelBak, thermoses, coolers, or similar apparatus
• Skateboards, hoverboards, rollerblades, scooters, or bicycles
• Alcohol, illegal substances, or drugs of any kind. Any prescriptions medication must be in
its original bottle and match your state issued identification card
• Weapons of any kind including pocket knives, spikes, sharp studs, excessively long
wallet/key chains, or any item that may be used weapon/projectile that is deemed dangerous
by Wellmont Theater management
• Firearms regardless of a permit
• Noisemakers, horns, whistles, or laser pointers
• Flammable liquids, aerosol cans, markers, paint pens, paint sticks, or stickers of any kind
• Professional photo, video, or audio recording equipment (including detachable lenses and
tripods/monopods)
• Fireworks, flares, smoke bombs, or any similar type of item
• Pets or animals of any kind with the exception of certified service animals with proper
documentation.

• Clothing that contain explicit language, may be offensive, or gang related (see Sign Policy)
• Large signs, banners, or other similar items that may be deemed inappropriate by theater
management (see Sign Policy)

Sign Policy

The Wellmont
Theater

- Banners and signs may no anderous, (ii) is obscene,
offensive, vulgar or indecent and inappropriate for viewing by children, (iii) contains
"fighting words" likely to provoke a breach of the peace, (iv) contains commercial
advertising or commercial product or service identification, or (v) contains derogatory
matter relating to race, age, color, ethnicity, sex, pregnancy, sexual orientation, gender
identity, religion, national origin, ancestry, mental or physical disability, marital status,
familial status, military or veteran status, or any other category protected by federal,
New Jersey state or local law.

*\*\*The Wellmont Theater reserves the right to prohibit any item, including items not listed
above, from entering the premises based on any particular show request or requirement.\*\**

# BOX OFFICE INFORMATION

## HOURS OF OPERATION

The Wellmont Theater box office is open Monday through Friday from 12pm to 5pm. If there
is an evening performance, the box office stays open until fifteen minutes after the headliner
takes the stage. If there is a Saturday performance, the box office opens on Saturday from
1pm until fifteen minutes after the headliner takes the stage. If there is no performance, the
box office is closed on weekends.

## PAYMENTS

• The box office accepts Cash, Visa, MasterCard, American Express, Discover, and a
Wellmont Theater gift certificate as forms of payment.

EXHIBIT "R"



## BOX OFFICE  >  THEATER POLICIES & FAQS

MENU ▾

Read more about Mayo Performing Arts Center policies and frequently asked questions. Find out about box office hours, healthy and safety guidelines, gift certificates, accessibility, and more.

# FAQ

+ **Refund Policy**

+ **Box Office Assistance**

+ **Box Office Hours**

Live Chat 💬

**+ Health and Safety Precautions**

---

**+ Third Party Ticket Sellers And Authorized Partners**

---

**✖ What Items Are Prohibited?**

The following items are not allowed inside Mayo Performing Arts Center.  If you have any questions in regard to what can or cannot be brought into the Theatre, please contact MPAC:

– Weapons of any kind or type

– Knives or blades of any kind or type

– Flares or Fireworks

– Pepper spray or mace

– Full facial coverings (such as masks)

– Outside food and beverage*

–  Illegal drugs & outside alcohol or opened bottles of water or soda

– Cigarettes, vaping devices and other tobacco materials such as pipes and pipe tobacco, cigars and chewing tobacco

– Professional photography equipment

– Audio and video recording devices

– Selfie sticks

– Items with offensive writing or images

– Posters and signs

– Noisemaking devices (Ex. air horns)

– Laser pointers

– Any animal with the exception of a service animal

– Any other item deemed inappropriate or dangerous by MPAC staff

*An exception will be made for medical needs after proper inspection.

*MPAC has the right to inspect any bags brought into the building.*

---

**+ Inclement Weather Policy**

---

**+ VIP Packages Policy**

---

Live Chat 💬

EXHIBIT "S"

**South Orange Performing Arts Center**
**Audience Services Department**

**SOPAC Security Policies**
**Revised 01.08.20**

To ensure the safety of SOPAC patrons, artists, staff and volunteers, the following policies are in effect.

**Search/Inspection**

All bags are subject to search upon entry and re-admittance to the theatre.

SOPAC employees and security personnel may search patrons' personal belongings such as handbags, briefcases, handbags, backpacks or other packages.

Any patron who refuses to permit a search will be denied entrance to the performance and will receive a refund for the ticket price.

Any personal item or bag larger than 12"x 12" x 8" that will not safely stow under seats are strictly prohibited in the theatre.

Unattended items are subject to search.

SOPAC is not responsible for any property that is lost, stolen or damaged.

Hand held metal detector screening or security wanding may be instituted if a guest speaker or artist requires this as a precondition to performing at SOPAC. In such cases, SOPAC will make every effort to provide attending patrons with reasonable advance notice via website, email and on-site signage.

SOPAC employees and security personnel will not conduct any pat down searches or require patrons to empty their pockets. They do reserve the right to deny entrance to any patron who is believed to be a danger to themselves or others or is otherwise in possession of any item that violates a SOPAC policy.

**Prohibited Items**

Patrons will be refused entry to SOPAC if in possession of any prohibited item.

Illegal and prohibited items will be confiscated and turned over to local law enforcement.

The following are prohibited:

> Weapons including but not limited to firearms, knives and chemical defense weapons such as pepper spray or mace.

> Fireworks, explosives, illegal drugs or any other dangerous, hazardous or suspicious devices or weapons.

# EXHIBIT "T"







Home  >  Visit  >  Health, Accessibility & Safety  >  Code of Conduct

# Code of Conduct

**Liberty Science Center is a community of people committed to providing a safe, welcoming, awesome space for learners of all ages.** We value scientific inquiry, discovery, and curiosity. We treat each other with kindness. We care about the well-being and safety of LSC staff and guests. We celebrate the diversity of our community, respect our different backgrounds and perspectives, and foster inclusivity. We model courteous and responsible behavior for our younger guests.

**Visitors to LSC shall conduct themselves in ways that enable other guests to enjoy the Center and allow staff to do their jobs.** All visitors must adhere to posted instructions and follow any directions from staff. All children under the age of 16 must be accompanied by an adult at all times.

The following items and behaviors are prohibited at LSC:

Chat with Us

Guns, knives, martial arts weapons, ceremonial weapons, tasers, explosives, and pepper spray (except guns carried by active law enforcement personnel)

Illegal drugs

Bikes, scooters, skates, and wheelie shoes

Dogs and other pets (except service animals)

Outside food or beverages (except reusable water bottles and baby bottles)

Eating and/or drinking in exhibits, theaters, the planetarium, and other prohibited areas

Smoking or vaping in LSC or within 50 feet of the building or within 50 feet of an LSC outdoor activity

Running, pushing, or shoving

Climbing on exhibits that aren't meant to be climbed on

Creating a disturbance, yelling, or using audible music devices

Using abusive, profane, racist, or other offensive language

Violence or threats of violence

Stealing or damaging museum property

Indecent exposure or sexual acts

Soliciting for commercial or noncommercial purposes

Posting or distributing any sign, notice, ad, or printed material

Entering non-public areas without authorization

Being shirtless or barefoot or wearing offensive clothing

Unauthorized commercial photography/videography

Adherence to the Center's Code of Conduct is mandatory, and noncompliance may result in removal. LSC reserves the right to prohibit other kinds of behavior and items and to change these policies at any time.

# EXHIBIT "U"

**Plan Your Thrills at**  📍  Six Flags Great Adventure  ⌄

 

Buy now!

# Park Policies

Because Six Flags is a family park, we expect guests to behave appropriately. Violating our park policies may be cause for ejection from the park without refund. For more information, please review the park policies below.

NEW: Card Payments

**Six Flags Great Adventure accepts card payments only at all locations** including restaurants, retail stores, games, ticket windows, and parking toll booths. You can either pay for purchases using a Visa, Mastercard, American Express, Discover, or debit card. Only have cash? You can convert your cash to a prepaid debit card at one of the multiple kiosks located throughout the park and anywhere in the U.S. where Visa is accepted. We highly encourage you to pre-purchase your parking, tickets, and more online before visiting the park.

[Buy Tickets & Parking](#)

*For the duration of Fright Fest, Six Flags has implemented enhanced public safety measures, including x-ray screening of all bags and limiting bag size. Bags, including backpacks and purses, must be no larger than*
*12"x 12" x 6" to enter the park. Exceptions will be made for bags carried for medical reasons and diaper bags that accompany infants and young children.*

Because Six Flags is a family park, we expect guests to behave appropriately. Violating our park policies may be cause for ejection from the park without refund. For more information, please review the park policies below.

## NEW: Card Payments

**Six Flags Great Adventure accepts card payments only at all locations** including restaurants, retail stores, games, ticket windows, and parking toll booths. You can either pay for purchases using a Visa, Mastercard, American Express, Discover, or debit card. Only have cash? You can convert your cash to a prepaid debit card at one of the multiple kiosks located throughout the park and anywhere in the U.S. where Visa is accepted. We highly encourage you to pre-purchase your parking, tickets, and more online before visiting the park. Buy Tickets & Parking

▸ **Alcoholic Beverages**

▸ **Animal Exhibits**

▸ **Behavior**

▸ **Filming**

▸ **Dress Code**

▸ **Drink Bottles**

▸ **Food, Drinks, and Coolers**

▸ **Food Allergies**

▸ **Fright Fest**

▸ **Language**

▸ **Line Jumping**

▸ **Loose Articles**

Plan Your Thrills at





**Buy now!**



In addition to items identified in our Guest Code of Conduct and other park policies, the following are prohibited items:

- Firearms, ammunition, knives and weapons of any kind.
- Mace/pepper spray and other self-defense or restraining devices.
- Marijuana (including marijuana enriched products) or any illegal substance.
- Fireworks or other similarly explosive and/or flammable objects.
- Spiked clothing/jewelry.
- Lawn/folding chairs.
- Glass bottles (excluding small containers such as baby food jars).
- Spray paint/markers.
- Recreational devices such as drones, remote controlled devices, laser pointers, scooters, skateboards and shoes with built-in wheels.
- Selfie sticks, tripods, monopods and similar hand held extension poles for cameras or mobile devices are all prohibited.

▶ **Rain and Severe Weather**

▶ **Restricted Areas**

▶ **Ride Restrictions**

▶ **Rider Responsibility**

▶ **Season Passes and Hand Stamp for Re-Entry:**

▶ **Selfie Sticks, Monopods, and Similar Devices**

▶ **Service Animals**

▶ **Smoking**

▶ **Unmanned Aerial Vehicles (UAVs)**

▶ **Additional Questions**

| Things to Do | Plan Your Visit | Park Support | About Six Flags | Tickets & Passes | Tickets & Passes |
|---|---|---|---|---|---|
| All Rides | Park Hours & Schedule | FAQ | About Us | One Day Add-Ons | Jobs |
| Thrill Rides | Health & Safety Guide | Help | News Room | Season Pass Add-Ons | Events |
| Family Rides | Park Map | Email Signup | Corporate Partners | Groups | Health & Safety |
| Kids Rides | Accessibility | Mobile App | Community | VIP Tours | Contact Us |
| Event Schedule | Español | Connect | Diversity & Inclusion | Military | Español |
| Live Shows | Guest Safety | Guest Advisory Panel | National Site | | |
| Restaurants & Dining | Park Policies | Guest Relations | Investor Site | | Terms of Use |
| Shops & Gifts | Driving Directions | Lost & Found | Careers | | Privacy Policy |
| Merch Store | | Member Support | Terms of Use | | |



#mysixflags

https://www.sixflags.com/greatadventure/plan-your-visit/park-policies    2/3

# EXHIBIT "V"

Flags no bigger than 3' x 5' without poles are permitted. Flags must be event related and may not cover any Arena signage. All flags or banners deemed inappropriate by Arena management are subject to removal.

Laptops and tablet devices without bags. All must be powered on during entry.

Small, fold up umbrella strollers are allowed in Red Bull Arena. Fold-up strollers should be stored under your seat. Strollers that cannot fit under your seat will not be permitted. Strollers will be subject to an X-Ray search.

Baby seat carriers are permitted but will require a ticket for the carrier. Baby seat carries will be subject to an X-Ray search.

For more information or to confirm anything for a specific event, contact us.

## PLAYER ENTRY AND BENCHES

Teams will enter at midfield from the west side of the Arena between Sections 109 and 110, which is the same side the player benches are located. The Red Bulls player bench will be located in front of Section 109.

## PROHIBITED ITEMS & BAG POLICY

No Luggage, Computer Bags, Briefcases, Backpacks, Large Purses, Camera Cases, Coolers of any kind, Thermoses or Ice Chests of any size permitted

Red Bull Arena has introduced a new bag policy beginning with the 2022 season. Fans are permitted to bring clear bags sized 14"x14"x6" or smaller. All bags sized 4"x7" are still permitted. Medical and Baby Bags are an exception but will be subject to an X-Ray search. (It should also be noted that the Bag Check trailer will no longer be available, however, a limited number of secure bag lockers will be available for rent for $5. The lockers will be located next to gate B1.)

Weapons

Bottles, cans, coolers, containers

Red Bull Arena | New York Red Bulls.com

Noisemakers, plastic horns, air horns, whistles, drums, musical instruments of any kind

Fireworks, flares, smoke bombs or any similar type item

Pets or animals of any kind with the exception of certified service animals

Selfie sticks, professional camera equipment, tripods, laser pointers, etc.

Water guns, toy/replica type **weapons**, squirt bottles, soap bubbles, etc.

Beach balls, frisbees, balloons, skateboards, hoverboards, rollerblades, brooms, skates, etc.

Streamers or confetti

Strollers that do not fit under the seats

Prohibited items discovered during inspections at the Arena entrances must either be returned to the owner's vehicle or discarded. The Arena will not provide a storage area for these items. Unlawful items that are discovered during security inspections are subject to confiscation and the person in possession of those items subject to arrest. Guests arriving by mass transit must take particular caution not to bring any prohibited items, as no exceptions will be made. Thank you for your continued cooperation and please be assured that the comfort and safety of all our guests is our primary goal. For more information or to confirm anything for a specific event, contact us.

## PUBLIC TRANSPORTATION

View Transportation Hub

## RAMPS

There is a ramp located by Gate D

## REENTRY

Exit/Reentry to the stadium is prohibited.