

DATE DOWNLOADED: Fri Feb 10 15:27:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1921 53 .

ALWD 7th ed.
, , 1921 53 .

Chicago 17th ed.
"," North Carolina - Public Laws and Resolutions, Extra Session - 1921 : 53-54

AGLC 4th ed.
'' North Carolina - Public Laws and Resolutions, Extra Session - 1921 53

OSCOLA 4th ed.
'' 1921 53

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

Session]          1921—CHAPTER 5—6                              53

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties; <span style="float:right">Supplements to county funds.</span>

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months. <span style="float:right">Apportionment of residue.<br>County superintendents and assistants.<br>City superintendents.<br>Supervisors.<br>Principals of elementary and high schools.</span>

SEC. 5. That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: "*Provided*, that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly." <span style="float:right">Proviso: mandamus for increase of tax rate not to lie.</span>

SEC. 6. All laws and clauses of laws in conflict with the provisions of this act are hereby repealed. <span style="float:right">Repealing clause.</span>

SEC. 7. This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

### CHAPTER 6

AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation. <span style="float:right">Protection of game in parks or reservations.</span>

SEC. 2. That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation <span style="float:right">Misdemeanor.</span>

54                       1921—CHAPTER 6—7—8                 [Extra

Punishment.            as described in section one of this act, at any time during the year,
                       shall be guilty of a misdemeanor, and shall be fined or imprisoned
                       in the discretion of the court for each and every offense.
Carrying weapons         SEC. 3. That any person who shall carry a pistol, revolver, or
in parks or reser-     gun in any park or reservation such as is described in section one
vations.
Misdemeanor.           of this act, without having first obtained the written permission
                       of the owner or manager of said park or reservation, shall be
Punishment.            guilty of a misdemeanor, or shall be fined or imprisoned, in the
                       discretion of the court, for each and every offense.
Application of act.      SEC. 4. That the provisions of this act shall apply only to that
                       part of the State of North Carolina situated west of the main line
                       of the Southern Railway running from Danville, Virginia, by
                       Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.
Repealing clause.        SEC. 5. All laws and clauses of laws in conflict with this act
                       are hereby repealed.
                         SEC. 6. That this act shall be in force from and after its rati-
                       fication.
                         Ratified this the 15th day of December, A.D. 1921.

### CHAPTER 7

AN ACT TO CHANGE THE MONTH DURING WHICH AC-
COUNTS OF STATE OFFICERS ARE EXAMINED BY COM-
MISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

Date changed.            SECTION 1. That section seven thousand six hundred and ninety-
                       two of the Consolidated Statutes be and the same is hereby
                       amended by striking out the word "December" in line six of said
                       section and inserting in lieu thereof the word "July."
                         SEC. 2. That this act shall be in force from and after its rati-
                       fication.
                         Ratified this the 10th day of December, A.D. 1921.

### CHAPTER 8

AN ACT TO AUTHORIZE THE TREASURER TO BORROW
NOT EXCEEDING $710,000 FOR THE STATE PUBLIC
SCHOOL FUND.

Preamble: tax at         Whereas the special session of the General Assembly of one
special session.       thousand nine hundred and twenty, chapter ninety-one, section
Purpose.               one, Public Laws, provided a State tax of thirteen cents for the
                       purpose of paying "one-half the annual salary of the county super-
                       intendents and three months salary of all teachers of all sorts