

DATE DOWNLOADED: Fri Feb 10 15:33:01 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937 (1937).

ALWD 7th ed.
. Revised Statutes of New Jersey, 1937: Effective December 20, 1937 (1937).

APA 7th ed.
(1937). Revised Statutes of New Jersey, 1937: Effective December 20, 1937. Trenton, State of New Jersey.

Chicago 17th ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937. Trenton, State of New Jersey.

McGill Guide 9th ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937 (Trenton: State of New Jersey., 1937)

AGLC 4th ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937 (State of New Jersey., 1937)

MLA 8th ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937. Trenton, State of New Jersey. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of New Jersey, 1937: Effective December 20, 1937. Trenton, State of New Jersey.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

serve, care for and protect all the lands, parks and parkways under its jurisdiction.

Source. L. 1935, c. 114, §1, p. 303, suppl. to L. 1900, c. 87, p. 163.

**32:14-13.1. Acts prohibited; punishment.** No person shall:

1. Injure, deface, disturb, or befoul any part of the park nor any building, sign, equipment or other property found therein, nor remove, injure or destroy any tree, flower, shrub, rock or other mineral found therein; or

2. Deposit in any part of the park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided by the board of commissioners for such purpose; or

3. (a) Drive or propel or cause to be driven or propelled along or over any road within the park any vehicle at a greater rate of speed than twenty miles per hour, or (b) around curves at a greater rate of speed than fifteen miles per hour, or (c) between points so marked at a greater rate of speed than ten miles per hour; or

4. (a) Operate, or cause to be operated, a commercial vehicle on the Henry Hudson drive, or (b) if an operator of any commercial vehicle, in driving off any ferry boat landing in the park, drive otherwise than to the right of the road and stop, permitting all pleasure vehicles to pass ahead of such commercial vehicle, or (c) move out of his place in any line of traffic at any time established by the board of commissioners on any of the park roads, or (d) ride a bicycle on the Henry Hudson drive or on either of the two ferry approach drives, or (e) park or store any motor car, motor cycle, bicycle, wagon or other vehicle within the park except in places designated by the board of commissioners for such purpose, or (f) park or operate any vehicle in the park, after dark, without lights, or (g) park any vehicle in the park after midnight, during the hours of darkness, in areas other than those designated by the board of commissioners for such purpose; or

5. (a) Maintain any camp or camps in the park for any period except at such places as may from time to time be designated by the board of commissioners for camping, or (b) camp at any place in the park without obtaining a permit from the board of commissioners for such purpose; or

6. (a) Light any fire or fires at any time in any part of the park except on or between the shore path and the river, or in places designated by the board of commissioners for such purpose, or (b) leave a fire until same has been completely extinguished; or

7. (a) Sell or offer for sale within the park any property or privilege whatsoever, or (b) if a person to whom property of the park has been intrusted by the board of commissioners for personal use, hire, lease or let out the same to any other person, without a permit from the board of commissioners, or (c) take photographs or moving pictures within the park for the purpose of selling the negatives thereof or prints therefrom without a permit from the board of commissioners, or (d) operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the park without a permit from the board of commissioners, or (e) if a person operating a boat or airplane for hire, land or receive passengers at any of the docks or lands owned or controlled by the board of commissioners, without a permit from the board of commissioners; or

8. Except employees or officers of the board of commissioners, carry firearms of any description within the park, or carry any air gun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the board of commissioners; or

9. Hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the park, without a permit from the board of commissioners; or

10. (a) Gamble in the park, or (b) bring into the park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes; or

11. Erect or post any sign or notice at any place in the park without a permit from the board of commissioners; or

12. Herd, graze or drive any live stock of any kind in or through the park or let such live stock run at large in the park, without a permit from the board of commissioners; or

13. (a) Bring into, have or keep in the park any cat or other animal destructive of bird life, or (b) bring into, have or keep in the park any dog or any other pet or domesticated animal unless the same is in leash or in cage, without a permit from the board of commissioners; or

14. (a) Run or walk on any of the park drives except to cross the same at points designated by the board of commissioners for that purpose, or (b) climb the cliffs at points other than those designated by the board of commissioners for that purpose; or

15. (a) Use loud, boisterous or indecent language, or (b) interfere with any officer of the park in the performance of his duty, or (c) be indecently dressed or exposed within the confines of the park, or (d) conduct himself in such a manner as to endanger the life, limb or property of other visitors to the park; or

16. Possess within the park any narcotic drug or intoxicating liquor other than liquor on sale under state license; or

17. (a) Bathe, dive or swim in or off any property of the park, except at points designated by the board of commissioners for that purpose, or (b) change his clothing or disrobe except in the bath houses provided by the board of commissioners for that purpose, or (c) propel, land or store any canoe, boat or any other vessel in or near any waters within or off the park property, except at points designated by the board of commissioners for that purpose; or

18. Fish or crab off any docks or property of the park except at points designated by the board of commissioners for that purpose.

Every person who shall violate any of the provisions of this section shall be liable to a

penalty for each offense of a fine of not more than fifty dollars or imprisonment in the county jail for a term of not more than thirty days, or both.

Sources. L. 1935, c. 114, §§2, 3, pp. 304, 306, suppl. to L. 1900, c. 87, p. 163.

**32:14-13.2. Jurisdiction of prosecutions; procedure.** The court or judges before whom any proceedings for the recovery of any penalty under section 32:14-13.1 of this title shall be brought and the proceedings and processes by which such actions shall be enforced shall be those provided for in sections 32:14-22 to 32:14-27 of this title.

Source. L. 1935, c. 114, §4, p. 306, suppl. to L. 1900, c. 87, p. 163.

**32:14-14. Roads and ways in and to park.** The board of commissioners shall have power to lay out, construct and maintain roads, pathways and boulevards upon, across and over the park; lay out, construct and maintain roads between and connecting any separated portions of the park, and, for this purpose, may acquire right of ways upon and across any intervening lands; and lay out, construct and maintain roads and ways connecting the roads and ways within the park with other public roads outside of and adjacent thereto.

Source. L. 1900, c. 87, §5, p. 164, as am. by L. 1901, c. 112, §1, p. 247 [C. S. p. 3891, §5], L. 1915, c. 259, §1, p. 462, L. 1921, c. 269, §1, p. 797, L. 1922, c. 154, §1, p. 268 [1924 Suppl. §147-5], L. 1925, c. 160, §2, p. 401.

**32:14-15. Continuity of park with New York park.** The said board of commissioners shall, in laying out and maintaining said park, have regard for the laying out and maintenance of such park as may be established by the state of New York along the Palisades and Hudson river, and shall, so far as may be, lay out and maintain said park in such manner that it, together with such park as may be established by the state of New York, shall form a continuous park, the intention of this chapter being to provide, in conjunction with the state of New York, for the establishment of a park along the front of the Palisades, from Fort Lee in this state to the termination thereof in New York, thereby preserving the scenic beauty of the Palisades.

Source. L. 1900, c. 87, §5, p. 164, as am. by L. 1901, c. 112, §1, p. 247 [C. S. p. 3891, §5], L. 1915, c. 259, §1, p. 462, L. 1921, c. 269, §1, p. 797, L. 1922, c. 154, §1, p. 268 [1924 Suppl. §147-5], L. 1925, c. 160, §2, p. 401.

**32:14-16. Access to lands not in park upon and across park lands.** Nothing contained in this chapter shall prevent access upon and across lands which have been acquired by the board of commissioners as portions of the park, to or from lands of private individuals or corporations lying along the foot of the Palisades within the limits of the park in this state which have not been so acquired, or from the lands lying on the top of the Palisades to the Hudson river, by elevator, highway, steam, electric or other road; and such access may be acquired in the manner provided by law, as though the park lands were privately owned.

Source. L. 1900, c. 87, §11, p. 167 [C. S. p. 3892, §11].

**32:14-17. Use of park lands by municipalities for pipe lines and public sewage and drainage outlets.** Any municipality in this state, lying adjacent to lands belonging to, controlled or held by the board of commissioners, under and by virtue of the provisions of this chapter, shall have the right to cross, occupy and use the lands belonging to, controlled or held by the board of commissioners, lying between such municipality and the Hudson river, for the purpose of constructing, operating and maintaining a pipe line or lines and outlet or outlets for public sewage and drainage purposes in such municipality, and to repair, relay, enlarge, operate and maintain such line or lines, outlet or outlets at all times.

The location of such pipe line or lines or outlet or outlets and the plans and specifications therefor shall be approved by the state department of health; which approval shall only be given upon application of the municipality after hearing, notice of which has been given to the board of commissioners.

The lands so crossed, occupied and used shall, after the construction, repairing, relaying or enlarging of any pipe line or outlet, be replaced in a condition satisfactory to the board of commissioners, and shall be maintained in a condition satisfactory to the board of commissioners at all times.

Source. L. 1925, c. 43, §1, p. 116, suppl. to L. 1900, c. 87, p. 163.

**32:14-18. Grants of lands to port authority for bridge purposes.** The board of commissioners may, at any time upon application therefor, make a grant or grants of lands to the Port of New York Authority (a body corporate and politic, created and existing under and by virtue of a compact between the states of New York and New Jersey, with the consent of the congress of the United States), for the purpose of enabling the port authority to construct, operate and maintain a bridge or any part thereof on, over or under lands under the control of the Palisades Interstate park, whether the same are on the top, edge or base of the Palisades, or the crest or slope thereof.

Such grant or grants may include any interests of the board of commissioners in any and all lands which may be in the ownership of and under the control of the board of commissioners and lying under the waters of the Hudson river to the east of such lands.

The grant or grants may be made for such consideration, nominal or otherwise, as the board of commissioners may deem proper, and, when made, shall be signed by the president and attested by the secretary of the board of commissioners, and the seal of the board of commissioners shall be affixed thereto.

Source. L. 1927, c. 64, §1, p. 118, suppl. to L. 1900, c. 87, p. 163.

**32:14-19. Sale of unnecessary lands.** The board of commissioners may sell such lands on the top of the Palisades as, in its judgment, may not be necessary for park purposes, together with a right to grant easements over such lands for public improvements.

Source. L. 1900, c. 87, §5, p. 164, as am. by L. 1901, c. 112, §1, p. 247 [C. S. p. 3891, §5], L. 1915, c. 259, §1, p. 462, L. 1921, c. 269, §1, p. 797, L. 1922, c. 154, §1, p. 268 [1924 Suppl. §147-5], L. 1925, c. 160, §2, p. 401.