

# THIRD ANNUAL REPORT

THE NEW YORK
PUBLIC LIBRARY
39797
ASTOR, LENOX AND
TILDEN FOUNDATIONS.

OF THE

# PARK COMMISSIONERS

OF THE

## CITY OF LYNN

For the Year Ending December 20, 1891.

☆ BOSTON PUB. LIBRARY

LYNN, MASS. :
WHITTEN & CASS, PRINTERS,
1892.

Digitized by Google

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden :

1.   To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2.   To have possession of any freshly-plucked tree or bush.

3.   To throw stones or other missiles ; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties ; to discharge or carry firecrackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, to offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.   To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5.   To drive a horse or horses at a rate faster than eight miles an hour.

6.   To ride a horse at a rate faster than ten miles an hour.

7.   To drive or ride any animal not well broken and under perfect control of the driver.

8.   To play ball or other games or sports, except on grounds provided therefor.

9.   To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

24          REPORT OF THE PARK COMMISSIONERS.

10.    To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the use of these premises.

Google