Case 1:22-cv-07464-RMB-AMD Document 89-15 Filed 02/13/23 Page 1 of 4 PageID: 2096

# LAWS AND ORDINANCES

## OF THE

# CITY OF PEORIA

## ILLINOIS

REVISED AND EDITED BY

WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

DANIEL F. RAUM

AND

PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL

PEORIA
J. W. FRANKS & SONS, PRINTERS AND BINDERS
1892

SEP 13 1927

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.
1721. Parks and Public Grounds--Superintendence of.
1722. Entrance and Egress.
1723. Animals Prohibited.
1724. Fire-arms, Missiles, etc.--Injury to Property.
1725. Sales--Peddling and Hawking—Prohibited.

Section.
1726. Indecent Words or Act--Fortune Telling--Gaming.
1727. Bill Posting Forbidden.
1728. Grass Not to be Trodden—Except.
1729. Police--Arrest of Offenders.
1730. Penalty.

---

**1721. Parks and Public Grounds—Superintendence of.]** § 1. The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722. Entrance and Egress.]** § 2. No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723. Animals Prohibited.]** § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724. Fire Arms, Missiles, Etc.—Injury to Property.]** § 4. All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city. All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725. Sales, Peddling and Hawking Prohibited.]** § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726. Indecent Words or Acts—Fortune Telling—Gaming.]** § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727. Bill Posting Forbidden.]** § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728. Grass Not to be Trodden—Except.]** § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729. Police—Arrest of Offender.]** § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730. Penalty.]** § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.