# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

WASHINGTON

TOGETHER WITH THE

## CITY CHARTER

AND AMENDMENTS, RULES OF THE CITY COUNCIL, AND LIST OF FRANCHISE ORDINANCES

REVISED, COMPILED AND CODIFIED BY

## E. O. CONNOR

OF THE SPOKANE BAR

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

THE INLAND PRINTING COMPANY
*Inland Press*
SPOKANE, WASHINGTON

FEB 18 1913

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

Sec. 2. This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

---

### ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

Section 1. The management and control of all public parks and public squares of the city is vested in the Park Commission.

Sec. 2. It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

SEC. 3. No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway. No person shall climb or walk upon their walls or fences.

SEC. 4. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SEC. 5. No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SEC. 6. No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 7. The Park Commission may direct that any of the entrances to the public park be closed at any time.

SEC. 8. No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

SEC. 9. No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement. Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SEC. 10. No person other than employes shall light, make or use any fire in said parks or other public grounds.

SEC. 11. No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass. The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SEC. 12. Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SEC. 13. Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15. This ordinance shall take effect ten days after its passage. Passed by the City Council March 11, 1892.

## ORDINANCE NO. 99.

AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1. No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2. Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3. No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4. No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6. This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.