


DATE DOWNLOADED: Fri Feb 10 15:38:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1874 3 .

ALWD 7th ed.
, , 1874 3 .

Chicago 17th ed.
"," Missouri - 27th General Assembly, Adjourned Session : 3-[ii]

AGLC 4th ed.
'' Missouri - 27th General Assembly, Adjourned Session 3

OSCOLA 4th ed.
'' 1874 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# LAWS OF MISSOURI.

## GENERAL AND LOCAL LAWS

PASSED AT THE

## ADJOURNED SESSION

OF THE

## XXVIITH GENERAL ASSEMBLY,

BEGUN AND HELD AT

## THE CITY OF JEFFERSON, WEDNESDAY, JANUARY 7, 1874.

*BY AUTHORITY.*



JEFFERSON CITY:
REGAN & CARTER, STATE PRINTERS.
1874.

SEC. 5. The clerks so appointed shall, before entering upon their duties, enter into bond, with two or more sufficient securities, in the sum of not exceeding five thousand dollars, payable to the state of Missouri, conditioned for the faithful performance of the duties devolved upon them by this act—said bond to be taken and the amount thereof fixed by the judge of the circuit court of the county in which such clerk shall be appointed; which bond shall be filed in the office of the clerk of the circuit court of said county, and may be sued on in the name of the state of Missouri, for the use of any one injured by the breach thereof.

SEC. 6. This act to take effect and be in force from and after its passage.

APPROVED March 19, 1874.

CRIMES AND MISDEMEANORS: CARRYING CONCEALED WEAPONS.

AN ACT to prevent the carrying of concealed weapons.

| SECTION | SECTION |
|---|---|
| 1. Carrying concealed weapons in public assemblages prohibited. | 2. Act to take effect immediately. |

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1. Whoever shall, in this state, go into any church or place where people have assembled for religious worship, or into any school-room, or into any place where people may be assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court-room during the sitting of court, or into any other public assemblage of persons met for other than militia drill or meetings, called under the militia law of this state, having concealed about his person any kind of fire-arms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not less than ten nor more than one hundred dollars, or by imprisonment in the county jail not to exceed six months, or by both such fine and imprisonment: *Provided*, that this act shall not apply to any person whose duty it is to bear arms in the discharge of duties imposed by law.

SEC. 2. This act shall take effect and be in force from and after its passage.

APPROVED March 26, 1874.