Twelfth Census of the United States.

# CENSUS BULLETIN.

No. 13.                              WASHINGTON, D. C.                              November 8, 1900.

## POPULATION OF MASSACHUSETTS BY COUNTIES AND MINOR CIVIL DIVISIONS.

This bulletin, prepared under the direction of Mr. WILLIAM C. HUNT, chief statistician for population, gives the aggregate population of Massachusetts by counties and minor civil divisions, according to the official count of the returns of the Twelfth Census, taken as of June 1, 1900.

Massachusetts was one of the original 13 states. Table 1 shows the population of Massachusetts at each census from 1790 to 1900, inclusive, together with the increase by number and per cent during each decade.

TABLE 1.—POPULATION OF MASSACHUSETTS: 1790 TO 1900.

| CENSUS YEARS. | Population. | INCREASE. | |
|---|---|---|---|
| | | Number. | Per cent. |
| 1900 | 2,805,346 | 566,403 | 25.2 |
| 1890 | 2,238,943 | 455,858 | 25.5 |
| 1880 | 1,783,085 | 325,734 | 22.3 |
| 1870 | 1,457,351 | 226,285 | 18.3 |
| 1860 | 1,231,066 | 236,552 | 23.7 |
| 1850 | 994,514 | 256,815 | 34.8 |
| 1840 | 737,699 | 127,291 | 20.8 |
| 1830 | 610,408 | 87,249 | 16.6 |
| 1820 | 523,159 | 51,119 | 10.8 |
| 1810 | 472,040 | 49,195 | 11.6 |
| 1800 | 422,845 | 44,058 | 11.6 |
| 1790 | 378,787 | | |

The population of the state in 1900 is 2,805,346 as compared with a population in 1890 of 2,238,943, showing an increase during the last ten years of 566,403, or 25.2 per cent. This is practically the same rate of increase as was shown for the preceding decade, when it was 25.5 per cent. This rate of increase has been exceeded but once in the history of the state, namely, from 1840 to 1850, when the population increased 34.8 per cent.

The present population of the state is very nearly seven and one-half times as large as the population reported at the first census in 1790, when it was 378,787.

The total land surface of Massachusetts is, approximately, 8,040 square miles, the average number of persons to the square mile at the censuses of 1890 and 1900 being as follows: 1890, 278.4; 1900, 348.9.

(C P 15 M)

Table 2 shows the population of Massachusetts by counties at each census from 1790 to 1900, inclusive, while table 3, which immediately follows, shows, for each county, the increase (or decrease) by number and per cent during the ten years from 1890 to 1900.

TABLE 2.—POPULATION OF MASSACHUSETTS BY COUNTIES: 1790 TO 1900.

| COUNTIES. | 1900 | 1890 | 1880 | 1870 | 1860 | 1850 | 1840 | 1830 | 1820 | 1810 | 1800 | 1790 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The State | 2,805,346 | 2,238,943 | 1,783,085 | 1,457,351 | 1,231,066 | 994,514 | 737,699 | 610,408 | 523,159 | 472,040 | 422,845 | 378,787 |
| Barnstable | 27,826 | 29,172 | 31,897 | 32,774 | 35,990 | 35,276 | 32,548 | 28,514 | 24,026 | 22,211 | 19,293 | 17,354 |
| Berkshire | 95,667 | 81,108 | 69,082 | 64,827 | 55,120 | 49,591 | 41,745 | 37,835 | 35,720 | 35,907 | 33,885 | 30,291 |
| Bristol | 252,029 | 186,465 | 139,040 | 102,886 | 93,794 | 76,192 | 60,164 | 49,592 | 40,908 | 37,168 | 33,880 | 31,709 |
| Dukes | 4,561 | 4,369 | 4,300 | 3,787 | 4,403 | 4,540 | 3,958 | 3,517 | 3,292 | 3,200 | 3,118 | 3,265 |
| Essex | 357,030 | 299,995 | 244,535 | 200,843 | 165,611 | 131,300 | 94,987 | 82,859 | 74,655 | 71,888 | 61,196 | 57,913 |
| Franklin | 41,209 | 38,610 | 36,001 | 32,635 | 31,434 | 30,870 | 28,812 | 29,501 | 29,268 | | | |
| Hampden | 175,603 | 135,713 | 104,142 | 78,409 | 57,366 | 51,283 | 37,366 | 31,639 | 28,021 | | | |
| Hampshire | 58,820 | 51,859 | 47,232 | 44,388 | 37,823 | 35,732 | 30,897 | 30,254 | 26,487 | 76,275 | 72,432 | 59,681 |
| Middlesex | 565,696 | 431,167 | 317,830 | 274,353 | 216,354 | 161,383 | 106,611 | 77,961 | 61,472 | 52,789 | 46,928 | 42,737 |
| Nantucket | 3,006 | 3,268 | 3,727 | 4,123 | 6,094 | 8,452 | 9,012 | 7,202 | 7,239 | 6,807 | 5,617 | 4,620 |
| Norfolk | 151,539 | 118,950 | 96,507 | 89,443 | 109,950 | 78,892 | 53,140 | 41,972 | 36,471 | 31,245 | 27,216 | |
| Plymouth | 113,985 | 92,700 | 74,018 | 65,365 | 64,768 | 55,697 | 47,373 | 43,044 | 38,106 | 35,169 | 30,073 | 29,535 |
| Suffolk | 611,417 | 484,780 | 387,927 | 270,802 | 192,700 | 144,517 | 95,773 | 62,163 | 43,890 | 34,381 | 28,015 | 44,875 |
| Worcester | 346,958 | 280,787 | 226,897 | 192,716 | 159,659 | 130,789 | 95,313 | 84,355 | 73,604 | 64,910 | 61,192 | 56,807 |

TABLE 3.—INCREASE IN POPULATION OF MASSACHUSETTS BY COUNTIES: 1890 TO 1900.

| COUNTIES. | INCREASE. Number. | INCREASE. Per cent. | COUNTIES. | INCREASE. Number. | INCREASE. Per cent. |
|---|---|---|---|---|---|
| The State | 566,403 | 25.2 | Hampden | 39,890 | 29.3 |
| Barnstable | [1] 1,346 | [1] 4.6 | Hampshire | 6,961 | 13.4 |
| Berkshire | 14,559 | 17.9 | Middlesex | 134,529 | 31.2 |
| Bristol | 65,564 | 35.1 | Nantucket | [1] 262 | [1] 8.0 |
| Dukes | 192 | 4.3 | Norfolk | 32,589 | 27.3 |
| Essex | 57,035 | 19.0 | Plymouth | 21,285 | 22.9 |
| Franklin | 2,599 | 6.7 | Suffolk | 126,637 | 26.1 |
| | | | Worcester | 66,171 | 23.5 |

[1] Decrease.

There has been no territorial change in the counties of Massachusetts since 1890.

Of the 14 counties in the state all but 2 have increased in population during the decade, the counties showing the largest percentages of increase being Bristol, 35.1 per cent; Middlesex, 31.2 per cent; Hampden, 29.3 per cent; Norfolk, 27.3 per cent; and Suffolk, 26.1 per cent.

The 2 counties showing a decrease are Barnstable and Nantucket.

Table 4 shows the population of Massachusetts by minor civil divisions, as returned at the censuses of 1890 and 1900.

TABLE 4.—POPULATION OF MASSACHUSETTS BY MINOR CIVIL DIVISIONS: 1890 AND 1900.

| MINOR CIVIL DIVISIONS. | 1900 | 1890 | MINOR CIVIL DIVISIONS. | 1900 | 1890 |
|---|---|---|---|---|---|
| BARNSTABLE COUNTY | 27,826 | 29,172 | BERKSHIRE COUNTY—Continued. | | |
| Barnstable town | 4,364 | 4,023 | Great Barrington town | 5,854 | 4,612 |
| Bourne town | 1,657 | 1,442 | Hancock town | 451 | 506 |
| Brewster town | 829 | 1,003 | Hinsdale town | 1,485 | 1,789 |
| Chatham town | 1,749 | 1,954 | Lanesboro town | 780 | 1,018 |
| Dennis town | 2,833 | 2,899 | Lee town | 3,596 | 3,785 |
| Eastham town | 502 | 602 | Lenox town | 2,942 | 2,889 |
| Falmouth town | 3,500 | 2,567 | Monterey town | 455 | 495 |
| Harwich town | 2,334 | 2,734 | Mount Washington town | 122 | 148 |
| Mashpee town | 303 | 298 | New Ashford town | 107 | 125 |
| Orleans town | 1,128 | 1,219 | New Marlboro town | 1,282 | 1,305 |
| Provincetown town | 4,247 | 4,642 | North Adams city [1] | 24,200 | 16,074 |
| Sandwich town | 1,448 | 1,819 | Ward 1 | 3,242 | |
| Truro town | 767 | 919 | Ward 2 | 3,232 | |
| Wellfleet town | 988 | 1,291 | Ward 3 | 2,765 | |
| Yarmouth town | 1,682 | 1,760 | Ward 4 | 4,369 | |
| | | | Ward 5 | 3,190 | |
| | | | Ward 6 | 2,995 | |
| BERKSHIRE COUNTY | 95,667 | 81,108 | Ward 7 | 4,407 | |
| | | | Otis town | 476 | 583 |
| Adams town | 11,134 | 9,213 | Peru town | 253 | 305 |
| Alford town | 272 | 297 | Pittsfield city [2] | 21,766 | 17,281 |
| Becket town | 994 | 946 | Ward 1 | 3,360 | |
| Cheshire town | 1,221 | 1,308 | Ward 2 | 4,046 | |
| Clarksburg town | 943 | 884 | Ward 3 | 2,615 | |
| Dalton town | 3,014 | 2,885 | Ward 4 | 2,807 | |
| Egremont town | 758 | 845 | Ward 5 | 2,733 | |
| Florida town | 390 | 436 | Ward 6 | 3,808 | |
| | | | Ward 7 | 2,397 | |

[1] Formerly North Adams town; incorporated as a city since 1890; part of Williamstown town annexed since 1890.

[2] Formerly Pittsfield town; incorporated as a city since 1890.

TABLE 4.—POPULATION OF MASSACHUSETTS BY MINOR CIVIL DIVISIONS: 1890 AND 1900—Continued.

| MINOR CIVIL DIVISIONS. | 1900 | 1890 | MINOR CIVIL DIVISIONS. | 1900 | 1890 |
|---|---:|---:|---|---:|---:|
| BERKSHIRE COUNTY—Continued. | | | ESSEX COUNTY—Continued. | | |
| Richmond town | 679 | 796 | Haverhill city [5] | 37,175 | 27,412 |
| Sandisfield town | 661 | 807 | Ward 1 ... 2,780 | | |
| Savoy town | 506 | 569 | Ward 2 ... 2,586 | | |
| Sheffield town | 1,804 | 1,954 | Ward 3 ... 3,298 | | |
| Stockbridge town | 2,081 | 2,132 | Ward 4 ... 4,179 | | |
| Tyringham town | 386 | 412 | Ward 5 ... 12,064 | | |
| Washington town | 377 | 434 | Ward 6 ... 7,245 | | |
| West Stockbridge town | 1,158 | 1,492 | Ward 7 ... 5,123 | | |
| Williamstown town [1] | 5,013 | 4,221 | Ipswich town | 4,658 | 4,439 |
| Windsor town | 507 | 612 | Lawrence city | 62,559 | 44,654 |
| | | | Ward 1 ... 9,804 | | |
| | | | Ward 2 ... 8,537 | | |
| BRISTOL COUNTY | 252,029 | 186,465 | Ward 3 ... 10,159 | | |
| | | | Ward 4 ... 11,722 | | |
| Acushnet town | 1,221 | 1,027 | Ward 5 ... 11,821 | | |
| Attleboro town | 11,335 | 7,577 | Ward 6 ... 10,516 | | |
| Berkley town | 949 | 894 | Lynn city | 68,513 | 55,727 |
| Dartmouth town | 3,669 | 3,122 | Ward 1 ... 1,828 | | |
| Dighton town | 1,802 | 1,889 | Ward 2 ... 4,310 | | |
| Easton town | 4,837 | 4,493 | Ward 3 ... 15,343 | | |
| Fairhaven town | 3,567 | 2,919 | Ward 4 ... 12,808 | | |
| Fall River city | 104,863 | 74,398 | Ward 5 ... 13,879 | | |
| Ward 1 ... 16,175 | | | Ward 6 ... 17,219 | | |
| Ward 2 ... 10,154 | | | Ward 7 ... 3,126 | | |
| Ward 3 ... 13,446 | | | Lynnfield town | 888 | 787 |
| Ward 4 ... 11,422 | | | Manchester town | 2,522 | 1,789 |
| Ward 5 ... 10,718 | | | Marblehead town | 7,582 | 8,202 |
| Ward 6 ... 16,059 | | | Merrimac town | 2,131 | 2,633 |
| Ward 7 ... 6,212 | | | Methuen town | 7,512 | 4,814 |
| Ward 8 ... 8,115 | | | Middleton town | 889 | 924 |
| Ward 9 ... 12,562 | | | Nahant town | 1,152 | 880 |
| Freetown town | 1,394 | 1,417 | Newbury town | 1,601 | 1,427 |
| Mansfield town | 4,006 | 3,432 | Newburyport city | 14,478 | 13,947 |
| New Bedford city | 62,442 | 40,733 | Ward 1 ... 2,352 | | |
| Ward 1 ... 16,765 | | | Ward 2 ... 2,076 | | |
| Ward 2 ... 8,285 | | | Ward 3 ... 2,777 | | |
| Ward 3 ... 5,826 | | | Ward 4 ... 2,283 | | |
| Ward 4 ... 6,632 | | | Ward 5 ... 2,288 | | |
| Ward 5 ... 9,139 | | | Ward 6 ... 2,702 | | |
| Ward 6 ... 15,795 | | | North Andover town | 4,243 | 3,742 |
| North Attleboro town | 7,253 | 6,727 | Peabody town | 11,523 | 10,158 |
| Norton town | 1,826 | 1,785 | Rockport town | 4,592 | 4,087 |
| Raynham town | 1,540 | 1,340 | Rowley town | 1,391 | 1,248 |
| Rehoboth town | 1,840 | 1,786 | Salem city | 35,956 | 30,801 |
| Seekonk town | 1,673 | 1,317 | Ward 1 ... 4,899 | | |
| Somerset town | 2,241 | 2,106 | Ward 2 ... 5,705 | | |
| Swansea town | 1,645 | 1,456 | Ward 3 ... 4,489 | | |
| Taunton city | 31,036 | 25,448 | Ward 4 ... 5,153 | | |
| Ward 1 ... 3,116 | | | Ward 5 ... 11,144 | | |
| Ward 2 ... 3,104 | | | Ward 6 ... 4,566 | | |
| Ward 3 ... 3,143 | | | Salisbury town | 1,558 | 1,316 |
| Ward 4 ... 3,953 | | | Saugus town | 5,084 | 3,673 |
| Ward 5 ... 4,403 | | | Swampscott town | 4,548 | 3,198 |
| Ward 6 ... 3,384 | | | Topsfield town | 1,030 | 1,022 |
| Ward 7 ... 3,375 | | | Wenham town | 847 | 886 |
| Ward 8 ... 6,558 | | | West Newbury town | 1,558 | 1,796 |
| Westport town | 2,890 | 2,599 | | | |
| | | | FRANKLIN COUNTY | 41,209 | 38,610 |
| DUKES COUNTY | 4,561 | 4,369 | | | |
| | | | Ashfield town | 955 | 1,025 |
| Chilmark town | 324 | 353 | Bernardston town | 792 | 770 |
| Cottage City town | 1,100 | 1,080 | Buckland town | 1,446 | 1,570 |
| Edgartown town | 1,209 | 1,156 | Charlemont town | 1,094 | 972 |
| Gay Head town | 173 | 139 | Coleraine town | 1,749 | 1,671 |
| Gosnold town | 164 | 135 | Conway town | 1,458 | 1,451 |
| Tisbury town [2] | 1,149 | 1,506 | Deerfield town [6] | 1,969 | 2,910 |
| West Tisbury town [2] | 442 | | Erving town | 973 | 972 |
| | | | Gill town | 1,015 | 960 |
| | | | Greenfield town [6] | 7,927 | 5,252 |
| ESSEX COUNTY | 357,030 | [3] 299,995 | Hawley town | 429 | 515 |
| | | | Heath town | 441 | 503 |
| Amesbury town | 9,473 | 9,798 | Leverett town | 744 | 702 |
| Andover town | 6,813 | 6,142 | Leyden town | 379 | 407 |
| Beverly city [4] | 13,884 | 10,821 | Monroe town | 305 | 282 |
| Ward 1 ... 3,005 | | | Montague town | 6,150 | 6,296 |
| Ward 2 ... 2,534 | | | New Salem town | 807 | 856 |
| Ward 3 ... 2,594 | | | Northfield town | 1,966 | 1,869 |
| Ward 4 ... 2,748 | | | Orange town | 5,520 | 4,568 |
| Ward 5 ... 1,403 | | | Rowe town | 549 | 541 |
| Ward 6 ... 1,600 | | | Shelburne town | 1,508 | 1,553 |
| Boxford town | 704 | 865 | Shutesbury town | 382 | 453 |
| Danvers town | 8,542 | 7,454 | Sunderland town | 771 | 663 |
| Essex town | 1,663 | 1,713 | Warwick town | 619 | 565 |
| Georgetown town | 1,900 | 2,117 | Wendell town | 492 | 505 |
| Gloucester city | 26,121 | 24,651 | Whately town | 769 | 779 |
| Ward 1 ... 2,952 | | | | | |
| Ward 2 ... 4,814 | | | HAMPDEN COUNTY | 175,603 | 135,713 |
| Ward 3 ... 4,342 | | | | | |
| Ward 4 ... 2,554 | | | Agawam town | 2,536 | 2,352 |
| Ward 5 ... 4,274 | | | Blandford town | 836 | 871 |
| Ward 6 ... 3,260 | | | Brimfield town | 941 | 1,096 |
| Ward 7 ... 2,309 | | | Chester town | 1,450 | 1,295 |
| Ward 8 ... 1,616 | | | Chicopee city [7] | 19,167 | 14,050 |
| Groveland town | 2,376 | 2,191 | Ward 1 ... 2,900 | | |
| Hamilton town | 1,614 | 961 | Ward 2 ... 1,978 | | |

[1] Part given to North Adams city since 1890.
[2] West Tisbury town organized from part of Tisbury town since 1890.
[3] Includes Bradford town (population 3,720 in 1890).
[4] Formerly Beverly town; incorporated as a city since 1890.
[5] Bradford town annexed since 1890.
[6] Part of Deerfield town annexed to Greenfield town since 1890.
[7] Formerly Chicopee town; incorporated as a city in 1890.

TABLE 4.—POPULATION OF MASSACHUSETTS BY MINOR CIVIL DIVISIONS: 1890 AND 1900—Continued.

| MINOR CIVIL DIVISIONS. | 1900 | 1890 | MINOR CIVIL DIVISIONS. | 1900 | 1890 |
|---|---|---|---|---|---|
| HAMPDEN COUNTY—Continued. | | | MIDDLESEX COUNTY—Continued. | | |
| Chicopee city—Continued. | | | Everett city [3] | 24,336 | 11,068 |
| Ward 3 | 3,053 | | Ward 1 | 3,568 | |
| Ward 4 | 2,830 | | Ward 2 | 4,020 | |
| Ward 5 | 3,059 | | Ward 3 | 5,519 | |
| Ward 6 | 2,312 | | Ward 4 | 3,204 | |
| Ward 7 | 3,040 | | Ward 5 | 3,515 | |
| East Longmeadow town [1] | 1,187 | | Ward 6 | 4,510 | |
| Granville town | 1,050 | 1,061 | Framingham town | 11,302 | 9,239 |
| Hampden town | 782 | 831 | Groton town | 2,052 | 2,057 |
| Holland town | 169 | 201 | Holliston town | 2,598 | 2,619 |
| Holyoke city | 45,712 | 35,637 | Hopkinton town | 2,623 | 4,088 |
| Ward 1 | 6,930 | | Hudson town | 5,454 | 4,670 |
| Ward 2 | 9,528 | | Lexington town | 3,831 | 3,197 |
| Ward 3 | 6,313 | | Lincoln town | 1,127 | 987 |
| Ward 4 | 7,106 | | Littleton town | 1,179 | 1,025 |
| Ward 5 | 4,296 | | Lowell city | 94,969 | 77,696 |
| Ward 6 | 6,214 | | Ward 1 | 8,248 | |
| Ward 7 | 5,325 | | Ward 2 | 10,821 | |
| Longmeadow town [1] | 811 | 2,183 | Ward 3 | 10,052 | |
| Ludlow town | 3,536 | 1,989 | Ward 4 | 9,315 | |
| Monson town | 3,402 | 3,650 | Ward 5 | 8,973 | |
| Montgomery town | 273 | 266 | Ward 6 | 10,706 | |
| Palmer town | 7,801 | 6,520 | Ward 7 | 18,490 | |
| Russell town | 793 | 879 | Ward 8 | 9,655 | |
| Southwick town | 1,040 | 914 | Ward 9 | 8,709 | |
| Springfield city | 62,059 | 44,179 | Malden city | 33,664 | 23,031 |
| Ward 1 | 10,148 | | Ward 1 | 4,578 | |
| Ward 2 | 8,739 | | Ward 2 | 5,565 | |
| Ward 3 | 5,579 | | Ward 3 | 4,349 | |
| Ward 4 | 6,813 | | Ward 4 | 4,705 | |
| Ward 5 | 6,462 | | Ward 5 | 4,654 | |
| Ward 6 | 7,103 | | Ward 6 | 5,285 | |
| Ward 7 | 7,054 | | Ward 7 | 4,528 | |
| Ward 8 | 10,151 | | Marlboro city | 13,609 | 13,805 |
| Tolland town | 275 | 393 | Ward 1 | 1,271 | |
| Wales town | 773 | 700 | Ward 2 | 1,927 | |
| Westfield town | 12,310 | 9,805 | Ward 3 | 2,746 | |
| West Springfield town | 7,105 | 5,077 | Ward 4 | 3,217 | |
| Wilbraham town | 1,595 | 1,814 | Ward 5 | 1,687 | |
| | | | Ward 6 | 1,543 | |
| HAMPSHIRE COUNTY | 58,820 | 51,859 | Ward 7 | 1,218 | |
| | | | Maynard town | 3,142 | 2,700 |
| Amherst town | 5,028 | 4,512 | Medford city [4] | 18,244 | 11,079 |
| Belchertown town | 2,292 | 2,120 | Ward 1 | 4,022 | |
| Chesterfield town | 611 | 608 | Ward 2 | 2,380 | |
| Cummington town | 748 | 787 | Ward 3 | 2,061 | |
| Easthampton town | 5,603 | 4,395 | Ward 4 | 2,362 | |
| Enfield town | 1,036 | 952 | Ward 5 | 4,843 | |
| Goshen town | 316 | 297 | Ward 6 | 2,576 | |
| Granby town | 761 | 765 | Melrose city [5] | 12,962 | 8,519 |
| Greenwich town | 491 | 526 | Ward 1 | 1,577 | |
| Hadley town | 1,789 | 1,669 | Ward 2 | 2,044 | |
| Hatfield town | 1,500 | 1,246 | Ward 3 | 1,954 | |
| Huntington town | 1,475 | 1,385 | Ward 4 | 1,460 | |
| Middlefield town | 410 | 455 | Ward 5 | 1,774 | |
| Northampton city | 18,643 | 14,990 | Ward 6 | 2,168 | |
| Ward 1 | 2,590 | | Ward 7 | 1,985 | |
| Ward 2 | 3,840 | | Natick town | 9,488 | 9,118 |
| Ward 3 | 3,218 | | Newton city | 33,587 | 24,379 |
| Ward 4 | 2,862 | | Ward 1 | 4,509 | |
| Ward 5 | 2,372 | | Ward 2 | 5,719 | |
| Ward 6 | 1,874 | | Ward 3 | 5,493 | |
| Ward 7 | 1,887 | | Ward 4 | 3,912 | |
| Pelham town | 462 | 486 | Ward 5 | 5,663 | |
| Plainfield town | 401 | 435 | Ward 6 | 5,151 | |
| Prescott town | 380 | 376 | Ward 7 | 3,140 | |
| Southampton town | 1,012 | 1,017 | North Reading town | 1,035 | 874 |
| South Hadley town | 4,526 | 4,261 | Pepperell town | 3,701 | 3,127 |
| Ware town | 8,263 | 7,329 | Reading town | 4,969 | 4,088 |
| Westhampton town | 469 | 477 | Sherborn town | 1,483 | 1,381 |
| Williamsburg town | 1,926 | 2,057 | Shirley town | 1,680 | 1,191 |
| Worthington town | 675 | 714 | Somerville city | 61,643 | 40,152 |
| | | | Ward 1 | 10,017 | |
| MIDDLESEX COUNTY | 565,696 | 431,167 | Ward 2 | 12,066 | |
| | | | Ward 3 | 7,088 | |
| Acton town | 2,120 | 1,897 | Ward 4 | 6,818 | |
| Arlington town | 8,603 | 5,629 | Ward 5 | 9,022 | |
| Ashby town | 876 | 825 | Ward 6 | 8,934 | |
| Ashland town | 1,525 | 2,532 | Ward 7 | 7,668 | |
| Ayer town | 2,416 | 2,148 | Stoneham town [6] | 6,197 | 6,155 |
| Bedford town | 1,208 | 1,092 | Stow town | 1,002 | 903 |
| Belmont town [2] | 3,929 | 2,098 | Sudbury town | 1,150 | 1,197 |
| Billerica town | 2,775 | 2,380 | Tewksbury town | 3,683 | 2,515 |
| Boxboro town | 316 | 325 | Townsend town | 1,804 | 1,760 |
| Burlington town | 593 | 617 | Tyngsboro town | 773 | 662 |
| Cambridge city [2] | 91,886 | 70,028 | Wakefield town | 9,290 | 6,982 |
| Ward 1 | 17,088 | | Waltham city | 23,481 | 18,707 |
| Ward 2 | 26,728 | | Ward 1 | 3,139 | |
| Ward 3 | 13,551 | | Ward 2 | 3,217 | |
| Ward 4 | 21,079 | | Ward 3 | 4,267 | |
| Ward 5 | 13,440 | | Ward 4 | 3,341 | |
| Carlisle town | 480 | 481 | Ward 5 | 3,084 | |
| Chelmsford town | 3,984 | 2,695 | Ward 6 | 3,255 | |
| Concord town | 5,652 | 4,427 | Ward 7 | 3,178 | |
| Dracut town | 3,253 | 1,996 | Watertown town | 9,706 | 7,073 |
| Dunstable town | 427 | 416 | Wayland town | 2,303 | 2,060 |
| | | | Westford town | 2,624 | 2,250 |
| | | | Weston town | 1,834 | 1,664 |
| | | | Wilmington town | 1,596 | 1,213 |

[1] East Longmeadow town organized from part of Longmeadow town since 1890.
[2] Part of Belmont town annexed to Cambridge city and part of Cambridge city annexed to Belmont town since 1890.
[3] Formerly Everett town; incorporated as a city since 1890.
[4] Formerly Medford town; incorporated as a city since 1890.
[5] Formerly Melrose town; incorporated as a city since 1890.
[6] Part of Woburn city annexed since 1890.

TABLE 4.—POPULATION OF MASSACHUSETTS BY MINOR CIVIL DIVISIONS: 1890 AND 1900—Continued.

| MINOR CIVIL DIVISIONS. | 1900 | 1890 | MINOR CIVIL DIVISIONS. | 1900 | 1890 |
|---|---|---|---|---|---|
| MIDDLESEX COUNTY—Continued. | | | SUFFOLK COUNTY—Continued. | | |
| Winchester town | 7,248 | 4,861 | Boston city—Continued. | | |
| Woburn city [1] | 14,254 | 13,499 | Ward 9 | 24,583 | |
| Ward 1 | 2,627 | | Ward 10 | 22,142 | |
| Ward 2 | 2,809 | | Ward 11 | 19,275 | |
| Ward 3 | 2,337 | | Ward 12 | 23,641 | |
| Ward 4 | 2,604 | | Ward 13 | 22,835 | |
| Ward 5 | 1,192 | | Ward 14 | 21,453 | |
| Ward 6 | 1,678 | | Ward 15 | 19,700 | |
| Ward 7 | 1,007 | | Ward 16 | 20,017 | |
| | | | Ward 17 | 25,038 | |
| NANTUCKET COUNTY | 3,006 | 3,268 | Ward 18 | 22,401 | |
| | | | Ward 19 | 27,178 | |
| Nantucket town | 3,006 | 3,268 | Ward 20 | 32,556 | |
| | | | Ward 21 | 23,868 | |
| NORFOLK COUNTY | 151,539 | 118,950 | Ward 22 | 25,610 | |
| | | | Ward 23 | 23,637 | |
| Avon town | 1,741 | 1,384 | Ward 24 | 27,126 | |
| Bellingham town | 1,682 | 1,334 | Ward 25 | 19,279 | |
| Braintree town | 5,981 | 4,848 | Chelsea city | 34,072 | 27,909 |
| Brookline town | 19,935 | 12,103 | Ward 1 | 7,598 | |
| Canton town | 4,584 | 4,538 | Ward 2 | 8,018 | |
| Cohasset town | 2,759 | 2,448 | Ward 3 | 7,787 | |
| Dedham town [2] | 7,457 | 7,123 | Ward 4 | 5,723 | |
| Dover town | 656 | 727 | Ward 5 | 4,946 | |
| Foxboro town | 3,266 | 2,933 | Revere town | 10,395 | 5,668 |
| Franklin town | 5,017 | 4,831 | Winthrop town | 6,058 | 2,726 |
| Holbrook town | 2,229 | 2,474 | | | |
| Hyde Park town | 13,244 | 10,193 | WORCESTER COUNTY | 346,958 | 280,787 |
| Medfield town | 2,926 | 1,493 | | | |
| Medway town | 2,761 | 2,985 | Ashburnham town | 1,882 | 2,074 |
| Millis town | 1,053 | 786 | Athol town | 7,061 | 6,319 |
| Milton town | 6,578 | 4,278 | Auburn town | 1,621 | 1,592 |
| Needham town | 4,016 | 3,035 | Barre town | 2,059 | 2,239 |
| Norfolk town | 980 | 913 | Berlin town | 1,003 | 884 |
| Norwood town | 5,480 | 3,733 | Blackstone town | 5,721 | 6,138 |
| Quincy city | 23,899 | 16,723 | Bolton town | 770 | 827 |
| Ward 1 | 4,258 | | Boylston town | 1,364 | 770 |
| Ward 2 | 2,844 | | Brookfield town | 3,062 | 3,352 |
| Ward 3 | 5,073 | | Charlton town | 1,850 | 1,847 |
| Ward 4 | 5,297 | | Clinton town | 13,667 | 10,424 |
| Ward 5 | 3,617 | | Dana town | 790 | 760 |
| Ward 6 | 2,810 | | Douglas town | 2,113 | 1,908 |
| Randolph town | 3,993 | 3,946 | Dudley town | 3,553 | 2,944 |
| Sharon town | 2,060 | 1,634 | Fitchburg city | 31,531 | 22,037 |
| Stoughton town | 5,442 | 4,852 | Ward 1 | 4,845 | |
| Walpole town | 3,572 | 2,604 | Ward 2 | 8,519 | |
| Wellesley town | 5,072 | 3,600 | Ward 3 | 4,972 | |
| Westwood town [2] | 1,112 | | Ward 4 | 3,664 | |
| Weymouth town | 11,324 | 10,866 | Ward 5 | 3,791 | |
| Wrentham town | 2,720 | 2,566 | Ward 6 | 5,740 | |
| | | | Gardner town | 10,813 | 8,424 |
| PLYMOUTH COUNTY | 113,985 | 92,700 | Grafton town | 4,869 | 5,002 |
| | | | Hardwick town | 3,263 | 2,922 |
| Abington town | 4,489 | 4,260 | Harvard town | 1,139 | 1,095 |
| Bridgewater town | 5,806 | 4,249 | Holden town | 2,464 | 2,623 |
| Brockton city [3] | 40,063 | 27,294 | Hopedale town | 2,087 | 1,176 |
| Ward 1 | 4,824 | | Hubbardston town | 1,227 | 1,346 |
| Ward 2 | 5,063 | | Lancaster town | 2,478 | 2,201 |
| Ward 3 | 6,173 | | Leicester town | 3,416 | 3,120 |
| Ward 4 | 5,366 | | Leominster town | 12,392 | 7,269 |
| Ward 5 | 6,027 | | Lunenburg town | 1,332 | 1,146 |
| Ward 6 | 6,912 | | Mendon town | 911 | 912 |
| Ward 7 | 5,698 | | Milford town | 11,376 | 8,780 |
| Carver town | 1,104 | 994 | Millbury town | 4,460 | 4,428 |
| Duxbury town | 2,075 | 1,908 | New Braintree town | 500 | 573 |
| East Bridgewater town | 3,025 | 2,911 | Northboro town | 2,164 | 1,952 |
| Halifax town | 522 | 562 | Northbridge town | 7,036 | 4,603 |
| Hanover town | 2,152 | 2,093 | North Brookfield town | 4,587 | 3,871 |
| Hanson town | 1,455 | 1,267 | Oakham town | 583 | 788 |
| Hingham town | 5,059 | 4,564 | Oxford town | 2,677 | 2,616 |
| Hull town | 1,703 | 989 | Paxton town | 459 | 415 |
| Kingston town | 1,955 | 1,659 | Petersham town | 853 | 1,050 |
| Lakeville town | 958 | 935 | Phillipston town [4] | 441 | 502 |
| Marion town | 902 | 871 | Princeton town | 975 | 982 |
| Marshfield town | 1,810 | 1,713 | Royalston town | 958 | 1,030 |
| Mattapoisett town | 1,061 | 1,148 | Rutland town | 1,334 | 980 |
| Middleboro town | 6,885 | 6,065 | Shrewsbury town | 1,626 | 1,449 |
| Norwell town | 1,560 | 1,635 | Southboro town | 1,921 | 2,114 |
| Pembroke town | 1,240 | 1,320 | Southbridge town | 10,025 | 7,655 |
| Plymouth town | 9,592 | 7,314 | Spencer town | 7,627 | 8,747 |
| Plympton town | 488 | 597 | Sterling town | 1,420 | 1,244 |
| Rochester town | 986 | 1,012 | Sturbridge town | 2,058 | 2,074 |
| Rockland town | 5,327 | 5,213 | Sutton town | 3,328 | 3,180 |
| Scituate town | 2,470 | 2,318 | Templeton town [4] | 3,489 | 2,999 |
| Wareham town | 3,432 | 3,451 | Upton town | 1,937 | 1,878 |
| West Bridgewater town [3] | 1,711 | 1,917 | Uxbridge town | 3,599 | 3,408 |
| Whitman town | 6,155 | 4,441 | Warren town | 4,417 | 4,681 |
| | | | Webster town | 8,804 | 7,031 |
| SUFFOLK COUNTY | 611,417 | 484,780 | Westboro town | 5,400 | 5,195 |
| | | | West Boylston town | 2,314 | 3,019 |
| Boston city | 560,892 | 448,477 | West Brookfield town | 1,446 | 1,592 |
| Ward 1 | 22,832 | | Westminster town | 1,327 | 1,688 |
| Ward 2 | 22,924 | | Winchendon town | 5,001 | 4,390 |
| Ward 3 | 14,564 | | Worcester city | 118,421 | 84,655 |
| Ward 4 | 13,248 | | Ward 1 | 12,889 | |
| Ward 5 | 12,840 | | Ward 2 | 16,502 | |
| Ward 6 | 30,546 | | Ward 3 | 16,369 | |
| Ward 7 | 14,782 | | Ward 4 | 16,852 | |
| Ward 8 | 28,817 | | Ward 5 | 18,624 | |
| | | | Ward 6 | 14,929 | |
| | | | Ward 7 | 12,852 | |
| | | | Ward 8 | 10,004 | |

[1] Part given to Stoneham town since 1890.
[2] Part of Dedham town taken to form Westwood town since 1890.
[3] Part of West Bridgewater town annexed to Brockton city since 1890.
[4] Part of Phillipston town annexed to Templeton town since 1890.

There are 33 incorporated cities in Massachusetts, and these incorporated places are presented in table 5 in alphabetical order, being abstracted from table 4, in which they are presented in detail under the counties in which they are severally situated.

TABLE 5.—POPULATION OF THE INCORPORATED CITIES OF MASSACHUSETTS: 1890 AND 1900.

| CITIES. | POPULATION. 1900 | POPULATION. 1890 | CITIES. | POPULATION. 1900 | POPULATION. 1890 | CITIES. | POPULATION. 1900 | POPULATION. 1890 |
|---|---|---|---|---|---|---|---|---|
| Beverly city | 13,884 | 10,821 | Holyoke city | 45,712 | 35,637 | North Adams city | 24,200 | 16,074 |
| Boston city | 560,892 | 448,477 | Lawrence city | 62,559 | 44,654 | Northampton city | 18,643 | 14,990 |
| Brockton city | 40,063 | 27,294 | Lowell city | 94,969 | 77,696 | Pittsfield city | 21,766 | 17,281 |
| Cambridge city | 91,886 | 70,028 | Lynn city | 68,513 | 55,727 | Quincy city | 23,899 | 16,723 |
| Chelsea city | 34,072 | 27,909 | Malden city | 33,664 | 23,031 | Salem city | 35,956 | 30,801 |
| Chicopee city | 19,167 | 14,050 | Marlboro city | 13,609 | 13,805 | Somerville city | 61,643 | 40,152 |
| Everett city | 24,336 | 11,068 | Medford city | 18,244 | 11,079 | Springfield city | 62,059 | 44,179 |
| Fall River city | 104,863 | 74,898 | Melrose city | 12,962 | 8,519 | Taunton city | 31,036 | 25,448 |
| Fitchburg city | 31,531 | 22,037 | New Bedford city | 62,442 | 40,733 | Waltham city | 23,481 | 18,707 |
| Gloucester city | 26,121 | 24,651 | Newburyport city | 14,478 | 13,947 | Woburn city | 14,254 | 13,499 |
| Haverhill city | 37,175 | 27,412 | Newton city | 33,587 | 24,379 | Worcester city | 118,421 | 84,655 |

Of the above named 33 cities 8 have between 12,000 and 20,000 inhabitants; 5 have between 20,000 and 25,000 inhabitants; and 20 have more than 25,000 inhabitants.

Table 6 gives for each of the 20 cities having upwards of 25,000 inhabitants in 1900, the population at each census from 1790 to 1900, inclusive, so far as the population is separately stated in the census reports at each decennial period. Table 7, which immediately follows, shows for each city the increase by number and per cent during each of the ten-year periods.

TABLE 6.—POPULATION OF THE PRINCIPAL CITIES OF MASSACHUSETTS: 1790 TO 1900.

| CITIES. | 1900 | 1890 | 1880 | 1870 | 1860 | 1850 | 1840 | 1830 | 1820 | 1810 | 1800 | 1790 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston city | 560,892 | 448,477 | 362,839 | 250,526 | 177,840 | 136,881 | 93,383 | 61,392 | 43,298 | 33,250 | 24,937 | 18,038 |
| Brockton city | 40,063 | 27,294 | 13,608 | 8,007 | 6,584 | 3,939 | 2,616 | 1,953 | | | | |
| Cambridge city | 91,886 | 70,028 | 52,669 | 39,634 | 26,060 | 15,215 | 8,409 | 6,072 | 3,295 | 2,323 | 2,453 | 2,115 |
| Chelsea city | 34,072 | 27,909 | 21,782 | 18,547 | 13,395 | 6,701 | 2,390 | 771 | 642 | 594 | 849 | 472 |
| Fall River city | 104,863 | 74,398 | 48,961 | 26,766 | 14,026 | 11,524 | 6,738 | 4,158 | 1,594 | 1,296 | | |
| Fitchburg city | 31,531 | 22,037 | 12,429 | 11,260 | 7,805 | 5,120 | 2,604 | 2,179 | 1,736 | 1,566 | 1,390 | 1,151 |
| Gloucester city | 26,121 | 24,651 | 19,329 | 15,389 | 10,904 | 7,786 | 6,350 | 7,501 | 6,384 | 5,943 | 5,313 | 5,317 |
| Haverhill city | 37,175 | 27,412 | 18,472 | 13,092 | 9,995 | 5,877 | 4,336 | 3,896 | 3,070 | 2,682 | 2,730 | 2,408 |
| Holyoke city | 45,712 | 35,637 | 21,915 | 10,733 | 4,997 | 3,245 | | | | | | |
| Lawrence city | 62,559 | 44,654 | 39,151 | 28,921 | 17,639 | 8,282 | | | | | | |
| Lowell city | 94,969 | 77,696 | 59,475 | 40,928 | 36,827 | 33,383 | 20,796 | 6,474 | | | | |
| Lynn city | 68,513 | 55,727 | 38,274 | 28,233 | 19,083 | 14,257 | 9,367 | 6,138 | 4,515 | 4,087 | 2,837 | 2,291 |
| Malden city | 33,664 | 23,031 | 12,017 | 7,367 | 5,865 | 3,520 | 2,514 | 2,010 | 1,731 | 1,384 | 1,059 | 1,033 |
| New Bedford city | 62,442 | 40,733 | 26,845 | 21,320 | 22,300 | 16,443 | 12,087 | 7,592 | 3,947 | 5,651 | 4,361 | 3,313 |
| Newton city | 33,587 | 24,379 | 16,995 | 12,825 | 8,382 | 5,258 | 3,351 | 2,877 | 1,850 | 1,709 | 1,491 | 1,360 |
| Salem city | 35,956 | 30,801 | 27,563 | 24,117 | 22,252 | 20,264 | 15,082 | 13,895 | 11,346 | 12,613 | 9,457 | 7,921 |
| Somerville city | 61,643 | 40,152 | 24,933 | 14,685 | 8,025 | 3,540 | | | | | | |
| Springfield city | 62,059 | 44,179 | 33,340 | 26,703 | 15,199 | 11,766 | 10,985 | 6,784 | 3,914 | 2,767 | 2,312 | 1,574 |
| Taunton city | 31,036 | 25,448 | 21,213 | 18,629 | 15,376 | 10,441 | 7,645 | 6,042 | 4,520 | 3,907 | 3,860 | 3,804 |
| Worcester city | 118,421 | 84,655 | 58,291 | 41,105 | 24,960 | 17,049 | 7,497 | 4,173 | 2,962 | 2,577 | 2,411 | 2,095 |

TABLE 7.—INCREASE IN POPULATION OF THE PRINCIPAL CITIES OF MASSACHUSETTS: 1790 TO 1900.

| CITIES. | INCREASE FROM 1890 TO 1900. Number. | Per cent. | INCREASE FROM 1880 TO 1890. Number. | Per cent. | INCREASE FROM 1870 TO 1880. Number. | Per cent. | INCREASE FROM 1860 TO 1870. Number. | Per cent. | INCREASE FROM 1850 TO 1860. Number. | Per cent. | INCREASE FROM 1840 TO 1850. Number. | Per cent. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston city | 112,415 | 25.0 | 85,638 | 23.6 | 112,313 | 44.8 | 72,686 | 40.8 | 40,959 | 29.9 | 43,498 | 46.5 |
| Brockton city | 12,769 | 46.7 | 13,686 | 100.5 | 5,601 | 69.9 | 1,423 | 21.6 | 2,645 | 67.1 | 1,323 | 50.5 |
| Cambridge city | 21,858 | 31.2 | 17,359 | 32.9 | 13,035 | 32.8 | 13,574 | 52.0 | 10,845 | 71.2 | 6,806 | 80.9 |
| Chelsea city | 6,163 | 22.0 | 6,127 | 28.1 | 3,235 | 17.4 | 5,152 | 38.4 | 6,694 | 99.8 | 4,311 | 180.3 |
| Fall River city | 30,465 | 40.9 | 25,437 | 51.9 | 22,195 | 82.9 | 12,740 | 90.8 | 2,502 | 21.7 | 4,786 | 71.0 |
| Fitchburg city | 9,494 | 43.0 | 9,608 | 77.3 | 1,169 | 10.3 | 3,455 | 44.2 | 2,685 | 52.4 | 2,516 | 96.6 |
| Gloucester city | 1,470 | 5.9 | 5,322 | 27.5 | 3,940 | 25.6 | 4,485 | 41.1 | 3,118 | 40.0 | 1,436 | 22.6 |
| Haverhill city | 9,763 | 35.6 | 8,940 | 48.3 | 5,380 | 41.0 | 3,097 | 30.9 | 4,118 | 70.0 | 1,541 | 35.5 |
| Holyoke city | 10,075 | 28.2 | 13,722 | 62.6 | 11,182 | 104.1 | 5,736 | 114.7 | 1,752 | 53.9 | | |
| Lawrence city | 17,905 | 40.0 | 5,503 | 14.0 | 10,230 | 35.8 | 11,282 | 63.9 | 9,357 | 112.9 | | |
| Lowell city | 17,273 | 22.2 | 18,221 | 30.6 | 18,547 | 45.3 | 4,101 | 11.1 | 3,444 | 10.3 | 12,587 | 60.5 |
| Lynn city | 12,786 | 22.9 | 17,453 | 45.6 | 10,041 | 35.5 | 9,150 | 47.9 | 4,826 | 33.8 | 4,890 | 52.2 |
| Malden city | 10,633 | 46.1 | 11,014 | 91.6 | 4,650 | 63.1 | 1,502 | 25.6 | 2,345 | 66.6 | 1,006 | 40.0 |
| New Bedford city | 21,709 | 53.2 | 13,888 | 51.7 | 5,525 | 25.9 | ¹980 | 14.3 | 5,857 | 35.6 | 4,356 | 36.0 |
| Newton city | 9,208 | 37.7 | 7,384 | 43.4 | 4,170 | 32.5 | 4,443 | 53.0 | 3,124 | 59.4 | 1,907 | 56.9 |
| Salem city | 5,155 | 16.7 | 3,238 | 11.7 | 3,446 | 14.2 | 1,865 | 8.3 | 1,988 | 9.8 | 5,182 | 34.3 |
| Somerville city | 21,491 | 53.5 | 15,219 | 61.0 | 10,248 | 69.7 | 6,660 | 82.9 | 4,485 | 126.6 | | |
| Springfield city | 17,880 | 40.4 | 10,839 | 32.5 | 6,637 | 24.8 | 11,504 | 75.6 | 3,433 | 29.1 | 781 | 7.1 |
| Taunton city | 5,588 | 21.9 | 4,235 | 19.9 | 2,584 | 13.8 | 3,253 | 21.1 | 4,935 | 47.2 | 2,796 | 36.5 |
| Worcester city | 33,766 | 39.8 | 26,364 | 45.2 | 17,186 | 41.8 | 16,145 | 64.6 | 7,911 | 46.4 | 9,552 | 127.4 |

¹ Decrease.

TABLE 7.—INCREASE IN POPULATION OF THE PRINCIPAL CITIES OF MASSACHUSETTS: 1790 TO 1900—Continued.

| CITIES. | INCREASE FROM 1830 TO 1840. | | INCREASE FROM 1820 TO 1830. | | INCREASE FROM 1810 TO 1820. | | INCREASE FROM 1800 TO 1810. | | INCREASE FROM 1790 TO 1800. | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number. | Per cent. | Number. | Per cent. | Number. | Per cent. | Number. | Per cent. | Number. | Per cent. |
| Boston city | 31,991 | 52.1 | 18,094 | 41.7 | 10,048 | 30.2 | 8,313 | 33.3 | 6,899 | 38.2 |
| Brockton city | 663 | 33.9 | | | | | | | | |
| Cambridge city | 2,337 | 38.4 | 2,777 | 84.2 | 972 | 41.8 | ¹130 | ¹5.2 | 398 | 15.9 |
| Chelsea city | 1,619 | 209.9 | 129 | 20.0 | 48 | 8.0 | ¹255 | ¹30.0 | 377 | 79.8 |
| Fall River city | 2,580 | 62.0 | 2,564 | 160.8 | 298 | 22.9 | | | | |
| Fitchburg city | 425 | 19.5 | 443 | 25.5 | 170 | 10.8 | 176 | 12.6 | 239 | 20.7 |
| Gloucester city | ¹1,151 | ¹15.3 | 1,117 | 17.4 | 441 | 7.4 | 630 | 11.8 | ¹4 | (²) |
| Haverhill city | 440 | 11.2 | 826 | 26.9 | 388 | 14.4 | ¹48 | ¹1.7 | 322 | 13.3 |
| Holyoke city | | | | | | | | | | |
| Lawrence city | | | | | | | | | | |
| Lowell city | 14,322 | 221.2 | | | | | | | | |
| Lynn city | 3,229 | 52.6 | 1,623 | 35.9 | 428 | 10.4 | 1,250 | 44.0 | 516 | 23.8 |
| Malden city | 504 | 25.0 | 279 | 16.1 | 347 | 25.0 | 325 | 30.6 | 26 | 2.5 |
| New Bedford city | 4,495 | 59.2 | 3,645 | 92.3 | ¹1,704 | ¹30.1 | 1,290 | 29.5 | 1,018 | 31.6 |
| Newton city | 974 | 40.9 | 527 | 28.4 | 141 | 8.2 | 218 | 14.6 | 131 | 9.6 |
| Salem city | 1,187 | 8.5 | 2,549 | 22.4 | ¹1,267 | ¹10.0 | 3,156 | 33.3 | 1,536 | 19.3 |
| Somerville city | | | | | | | | | | |
| Springfield city | 4,201 | 61.9 | 2,870 | 73.3 | 1,147 | 41.4 | 455 | 19.6 | 738 | 46.8 |
| Taunton city | 1,603 | 26.5 | 1,522 | 33.6 | 613 | 15.6 | 47 | 1.2 | 56 | 1.4 |
| Worcester city | 3,324 | 79.6 | 1,211 | 40.8 | 385 | 14.9 | 166 | 6.8 | 316 | 15.0 |

¹ Decrease.   ² Less than one-tenth of 1 per cent.

All of the above named cities show an increase in population since 1890, the largest percentages being 53.5 for Somerville and 53.2 for New Bedford, and the smallest 5.9 for Gloucester. Boston, with 560,892 inhabitants in 1900, shows an increase of 25 per cent since 1890, which is a slightly higher rate of increase than that for the preceding decade, when it was 23.6 per cent. Worcester, the second largest city in the state, has a population in 1900 of 118,421 as compared with 84,655 in 1890, constituting an increase during the ten years of 33,766, or 39.8 per cent. Fall River, with 104,863 inhabitants, is the third city in the state, and shows an increase since 1890 of nearly 41 per cent. Lowell, with 94,969, and Cambridge, with 91,886 inhabitants rank fourth and fifth among the cities of the state, the next largest city being Lynn, with a population in 1900 of 68,513.

*William R. Merriam,*
*Director of the Census.*