

DATE DOWNLOADED: Fri Jan 27 12:18:02 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Revision of the Statutes of New Jersey (1877).

ALWD 7th ed.
. Revision of the Statutes of New Jersey (1877).

APA 7th ed.
(1877). Revision of the Statutes of New Jersey. Trenton, N.J., John L. Murphy.

Chicago 17th ed.
Revision of the Statutes of New Jersey. Trenton, N.J., John L. Murphy.

McGill Guide 9th ed.
Revision of the Statutes of New Jersey (Trenton, N.J.: John L. Murphy., 1877)

AGLC 4th ed.
Revision of the Statutes of New Jersey (John L. Murphy., 1877

MLA 9th ed.
Revision of the Statutes of New Jersey. Trenton, N.J., John L. Murphy. HeinOnline.

OSCOLA 4th ed.
Revision of the Statutes of New Jersey. Trenton, N.J., John L. Murphy.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

certain waters within the state of New Jersey," approved April eighth, eighteen hundred and seventy-five, and all acts or parts of acts inconsistent with this act, be and the same are hereby repealed.

### An act for the preservation of terrapin.

P. L. 1855, p. 132.                                    Approved March 2, 1855.

When unlawful to take terrapin.

69. SEC. 1. It shall not be lawful for any person, except upon his own premises, to take from the salt or fresh waters of this state, or from the land adjacent to the same, any of the species of tortoise commonly called terrapin, between the first day of April and the first day of October.

Penalty.

70. SEC. 2. Every person offending against the foregoing section of this act shall forfeit and pay, for each offence, the sum of ten dollars, to be sued for and recovered, in an action of debt, by any person who will sue for the same with costs.

Action by summons or warrant.

71. SEC. 3. It shall be lawful to proceed, in any action under this act, by summons or warrant, at the option of the plaintiff.

(See Title, FISHERIES).

# Gaming.

1. All wagers unlawful.
2. Money if paid, may be recovered back.
3. Promises, etc., on account of any money wagered void.
4. Property transferred for gaming debts shall go to heirs.
5. Suit for money lost.
6. If the loser does not sue within six months any other person may prosecute.
7. Winner compelled to answer bills in equity.
8. Penalty for opening and drawing a lottery.
9. Sales and conveyance by lottery invalid.

R. S. 572, 589.

P. L. 1871, p. 109.

### An act to prevent gaming.

Revision—Approved March 27, 1874.

All wagers unlawful.
P. L. 1871, p. 109, § 1.

1. That all wagers, bets or stakes made to depend upon any race or game, or upon any gaming by lot or chance, or upon any lot, chance, casualty, or unknown or contingent event, shall be unlawful.

Money may be recovered back. Ib. § 2. Amended.

2. Any person who shall pay, deliver or deposit any money, property or thing in action, upon the event of any wager or bet herein prohibited, or which is or shall be prohibited by any law of this state, may sue for and recover the same of the winner, or person to whom the same shall be paid or delivered, or of the stakeholder, or other person in whose hands the same shall be deposited, or any part thereof, whether the same shall have been delivered or paid over by such depositary or stakeholder or not, and whether any such wager be lost or not.(a)

Promises, agreements, etc., on account of any money or property wagered, void.
R. S. 572, § 2.
P. L. 1871, p. 109, § 1.

3. That all promises, agreements, notes, bills, bonds, contracts, judgments, mortgages, leases, or other securities or conveyances, which shall be made, given, entered into, or executed by any person, where the whole or any part of the consideration thereof shall be for money, property, or thing in action whatsoever, laid, won or betted in violation of the first section of this act, or for reimbursing or repaying any money knowingly lent or advanced to help or facilitate such violation, shall be utterly void and of none effect.

Property transferred for gaming debts shall go to heirs, &c.
R. S. 572, § 3. Amended.

4. That if any such sale, conveyance, lease, or mortgage of either real or personal estate, as is made void in the preceding section shall be made, the same shall enure to the use of the heirs or legal representatives of such vendor, bargainor, lessor, or mortgagor, and shall vest the whole estate and interest so attempted to be transferred in such property, to all intents and purposes, in such heirs or legal representatives, in the same manner as though such vendor, bargainor, lessor or mortgagor had died intestate; and all conveyances or other devices to evade this provision shall be utterly void.

(a) See *Moore* v. *Trippe*, Spen. 263. *Huncke* v. *Francis*, 3 Du'ch. 55. *Sulphin* v. *Crozer*, 1 Vr. 257, reversed in 3 Vr. 462 *State* v. *Hall*, 3 Vr. 158.