# December 2021 Traffic Report
## AVIATION DEPARTMENT



## Revenue Passengers

|  | Curr Month | % Change |
|---|---|---|
|  | 3,477,630 | 169.1% ▲ |
| Domestic | 2,641,148 | 165.0% |
| International | 836,482 | 182.8% |
| Non-Revenue | 83,412 | 82.4% |

| Load Factors | Curr Month |
|---|---|
| Domestic | 77.8% |
| International | 69.3% |

75.5% Avg Load Factor



## Total Flights

|  | Curr Month | % Change |
|---|---|---|
|  | 34,528 | 95.6% ▲ |
| *Excl GA* | 34,064 | 95.2% ▲ |
| Domestic | 27,458 | 97.2% |
| International | 6,606 | 87.7% |
| Gen Aviation | 464 | 127.5% |
| Cargo Flights* | 2,629 | -7.1% |

\* Cargo flights included in above totals



## Cargo (Short Tons)

|  | Curr Month | % Change |
|---|---|---|
|  | 83,362 | 4.3% ▲ |
| Domestic | 57,811 | -5.7% |
| International | 25,550 | 37.7% |
| Mail | 6,156 | 15.5% |



### Top 5 Declines in Revenue Passengers by Airline

| Airline | Pax Decline | % Decline |
|---|---|---|
| TACA INTERNATIONAL | (1,433) | -100.0% |

### Top 5 Increases in Revenue Passengers by Airline

| Airline | Pax Increase | % Increase |
|---|---|---|
| UNITED | 1,514,988 | 190.6% |
| JETBLUE AIRWAYS | 131,168 | 82.6% |
| AMERICAN | 106,733 | 155.7% |
| ALASKA AIRLINES | 77,991 | 696.4% |
| DELTA | 70,010 | 132.2% |

Any questions, please contact Brian Levine, Manager, Strategic Analysis & Forecasting at blevine@panynj.gov

Report Generated: 2/8/2022 9:17:45 AM

Page: 1

# December 2021 Traffic Report
## AVIATION DEPARTMENT



## 12 Months Ending Passenger & Freight Statistics

### Top 20 Airlines Ranking by Passengers & Freight: 12 Months Ending Dec 2021

| Airline Name | Domestic | International | Total Pax | % of Tot | Airline Name | Short Tons | % of Tot |
|---|---|---|---|---|---|---|---|
| UNITED | 13,531,617 | 4,317,182 | 17,848,799 | **61.3%** | FEDERAL EXPRESS | 344,876 | 43.6% |
| JETBLUE AIRWAYS | 2,938,343 | 845,339 | 3,783,682 | **13.0%** | UNITED | 216,349 | 27.3% |
| AMERICAN | 1,801,927 | - | 1,801,927 | **6.2%** | UNITED PARCEL | 146,448 | 18.5% |
| SPIRIT AIRLINES | 1,642,367 | - | 1,642,367 | **5.6%** | KALITTA AIR LLC | 18,588 | 2.3% |
| DELTA | 1,268,559 | 285 | 1,268,844 | **4.4%** | SAS | 12,494 | 1.6% |
| FRONTIER AIRLINES | 650,792 | 52,720 | 703,512 | **2.4%** | SWISS INT'L AIR LINES LTD | 7,872 | 1.0% |
| ALASKA AIRLINES | 506,581 | - | 506,581 | **1.7%** | LUFTHANSA | 7,086 | 0.9% |
| AIR CANADA | - | 181,141 | 181,141 | **0.6%** | AIR PORTUGAL(TAP) | 6,455 | 0.8% |
| LUFTHANSA | - | 180,672 | 180,672 | **0.6%** | EMIRATES AIRLINES | 5,820 | 0.7% |
| AIR PORTUGAL(TAP) | - | 147,307 | 147,307 | **0.5%** | 21 AIR | 3,571 | 0.5% |
| ALLEGIANT AIR | 139,106 | - | 139,106 | **0.5%** | AIR INDIA | 2,523 | 0.3% |
| AIR INDIA | - | 127,455 | 127,455 | **0.4%** | TURKISH AIR | 2,187 | 0.3% |
| TURKISH AIR | - | 85,822 | 85,822 | **0.3%** | AUSTRIAN AIRLINES | 1,981 | 0.3% |
| SAS | - | 84,598 | 84,598 | **0.3%** | ATLAS AIR | 1,843 | 0.2% |
| EL AL | - | 79,410 | 79,410 | **0.3%** | LOT POLISH | 1,527 | 0.2% |
| AUSTRIAN AIRLINES | - | 77,684 | 77,684 | **0.3%** | CARGOJET AIRWAYS | 1,487 | 0.2% |
| EMIRATES AIRLINES | - | 69,097 | 69,097 | **0.2%** | BRITISH AIRWAYS | 1,430 | 0.2% |
| PORTER AIRLINES | - | 63,472 | 63,472 | **0.2%** | DELTA | 1,304 | 0.2% |
| ETHIOPIAN AIRLINES | - | 63,337 | 63,337 | **0.2%** | ETHIOPIAN AIRLINES | 1,112 | 0.1% |
| SWISS INT'L AIR LINES LTD | - | 58,625 | 58,625 | **0.2%** | JETBLUE AIRWAYS | 903 | 0.1% |

### Passengers & Freight by Market - 12 Months Ending

| Market | Passengers | | Freight (Short Tons) | |
|---|---|---|---|---|
| TRANSATLANTIC | 2,854,587 | | 222,369 | |
| CANADA | 303,530 | | 29 | |
| CARIBBEAN + BERMUDA | 2,144,592 | | 6,476 | |
| CENTRAL AND SOUTH AMERICA | 632,903 | | 12,238 | |
| DOMESTIC | 21,628,975 | | 530,645 | |
| MEXICO | 639,347 | | 668 | |
| TRANSPACIFIC | 28,066 | | 14,272 | |
| PUERTO RICO | 905,989 | | 4,664 | |

# December 2021 Traffic Report
## AVIATION DEPARTMENT

**EWR** — PORT AUTHORITY NY NJ AIR

## Additional Data

### Airline Schedules (ADI): Non-Stop Destinations

| | Region | Flights (Daily) | Cities |
|---|---|---|---|
| Domestic | Domestic | 810.2 | 77 |
| | Puerto Rico | 16.1 | 2 |
| | **Total** | **826.3** | **79** |
| International | Canada | 43.4 | 3 |
| | Caribbean & Bermuda | 54.9 | 16 |
| | Central & South America | 18.9 | 10 |
| | Mexico | 19.0 | 4 |
| | Trans-Atlantic | 75.3 | 30 |
| | Trans-Pacific | 1.9 | 1 |
| | **Total** | **213.5** | **64** |
| **Total** | | **1039.8** | **143** |

### Airline Schedules (ADI): Carriers & Aircraft Type

| | Aircraft Type | Flights (Daily) | Carriers |
|---|---|---|---|
| Domestic | Commuter | 300.8 | 5 |
| | Narrow Body | 490.9 | 9 |
| | Wide Body | 34.5 | 1 |
| | **Total** | **826.3** | **15** |
| International | Commuter | 43.4 | 3 |
| | Narrow Body | 98.7 | 7 |
| | Wide Body | 71.3 | 14 |
| | **Total** | **213.5** | **24** |
| **Total** | **Total** | **1039.8** | **39** |

### Passenger Demographics (ACI ASQ Surveys - 2019)

**Connect**
| | |
|---|---|
| Local Origin/Destination | 76.2% |
| Connecting | 23.8% |

**Transport Mode**
| | |
|---|---|
| Bus/Shuttle | 10.1% |
| Other | 15.1% |
| Private/Company Car | 36.4% |
| Rail/Subway | 8.0% |
| Rental Car | 6.9% |
| Taxi/Limo | 23.5% |

**Gender**
| | |
|---|---|
| F | 54.2% |
| M | 45.8% |

**Trip Type**
| | |
|---|---|
| Business | 26.2% |
| Leisure | 73.8% |

**Annual Flights**
| | |
|---|---|
| 1-2 | 34.5% |
| 3-5 | 32.5% |
| 6-10 | 18.0% |
| 11-20 | 8.7% |
| 21+ | 6.3% |

**Residency**
| | |
|---|---|
| United States | 79.8% |
| Other | 20.2% |

### Ground Transportation

| | Curr Month | % Change | | Curr Month | % Change |
|---|---|---|---|---|---|
| *Paid Parked Cars* | 158,394 | 171.3 | *Total Air Train Passengers* | 740,753 | 134.8 |
| *GTC Bookings* | 0 | | Paid Passengers | 203,645 | 300.9 |
| *Airport Coach Passengers* | 23,219 | 1,218.5 | On-Airport (Unpaid) Passengers | 537,108 | 102.9 |
| *Taxis Dispatched* | 47,021 | 287.5 | | | |