168 1768. and all deeds or conveyances made and executed as aforesaid, in virtue hereof, are hereby declared to be good and valid; and shall be as effectual in law for conveying the legal title of the lands therein mentioned to the purchaser thereof, his or her representative as aforesaid, as if the same conveyance had been made at the time of the sale on execution, by the sheriff selling the same.

CHAP. 8.
See p. 166.
All of this act private but the 3d session,

*An act to amend the act for establishing public warehouses in the town of Halifax and Campbelton, for the inspection of hemp and flax and other purposes.*

and that (concerning the act for encouraging the culture of hemp and flax, and other purposes) expired.

CHAP. 9.
Ante, p 51.
Vol. 2. 182.

*An act to amend an act entitled* " *An act to restrain the keeping of too great a number of horses and mares and for amending the breed.*"

WHEREAS by an act of Assembly, passed at Edenton, on the twenty-third day of November, in the year of our Lord one thousand seven hundred and twenty-three, entitled, "An act to restrain the keeping of too great a number of horses and mares, and for amending the breed;" it is enacted, among other things, that no person whatsoever shall suffer, or let go at large, any stone horse or horses, of two years old, unless such horse or horses shall be at least thirteen hands in height, under certain penalties and forfeitures in said act specified: and whereas the suffering horses of that age and size is found prejudicial to the breed:

Stone horses under 14 hands, not to run at large.

II. *Be it enacted by the Governor, Council, and Assembly, and by the authority of the same,* That from and after the passing of this act, no person whatsoever in this province shall suffer, or let go at large, any stone horse or horses, of two years old or upwards, unless such horse or horses shall be at least fourteen hands in height, upon penalty of forfeiting such horse or horses, or the sum of twenty shillings, to the taker-up of every such stone horse, provided the same be found running at large not within the confine of any fence, water, marsh, or swamp; any thing contained in the aforesaid act, to the contrary, notwithstanding.

CHAP. 10.

*An act for dividing the county of Mecklenburg, and other purposes.*

WHEREAS by reason of the large extent of the county of Mecklenburg, it is greatly inconvenient for the inhabitants to attend the courts of the aforesaid county, and other public duties by law required.

Tryon erected.

II. *Be it therefore enacted by the Governor, Council, and Assembly, and by the authority of the same,* That from and after the tenth day of April next, the said county of Mecklenburg shall be, and is hereby divided into two distinct counties and parishes, by a line beginning at earl Granville's line where it crosses the Catawba river; and the said river to be the line to the South-Carolina line; and that all that part of the said county which lies to the eastward of the said dividing line shall be a distinct county and parish, and remain and be called by the name of Mecklenburg county, and faint Martin's parish; and that all that part of the county lying to the westward of the said dividing line, shall be one other distinct county and parish, and be and remain by the name of Tryon county, and faint Thomas' parish.

*The remaining eleven sections altogether of a private or temporary nature.*

CHAP. 13.
Ante, p. 4, 69.
1, 1764, 33.

*An act to amend an act entitled,* " *An additional act to an act, entitled, An act to prevent killing deer at unseasonable times; and for putting a stop to many abuses committed by white persons under pretence of hunting.*"

WHEREAS by the before recited act, persons who have no settled habitation, or not tending five thousand cornhills, are prohibited from hunting, under the penalty of five pounds, and forfeiture of his gun; which, by experience, has been found not to answer the purposes intended by the said act; many disorderly and dissolute persons, having no habitation of their own, still continue to hunt on the king's waste, and the lands of other persons, and kill deer, and leave the carcases in the woods; by which means the wolves, bears, and other vermin, are fed and raised; to the great damage of many of the inhabitants of this province; and the fines being difficult of recovery, by means of persons, having no property of their own, assembling in great numbers, and camping in the woods, and kill deer, burn and destroy the range, burn fences, and commit many other injuries to the inhabitants of this province; and associate, for the mutual protection and defence of each other, against any person or persons who shall attempt to execute any precept on any of them; for remedy whereof;

What persons allowed to hunt.

II. *Be it enacted by the Governor, Council and Assembly, and by the authority of the same,* That from and after the first day of January next, no person whatever (masters of slaves excepted) not having a freehold of one