# A DIGEST

## OF THE

# LAWS

## OF THE

# State of Georgia.

*FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1798, INCLUSIVE,*

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the alterations and amendments in 1794.

ALSO THE

## Constitution of 1798.

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory of existing Laws; together, with the

### TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

With an Appendix containing the original Charters and other Documents, ascertaining and defining the Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

---

### ROBERT & GEORGE WATKINS.

---

Philadelphia:

PRINTED BY *R. AITKEN*, N°. 22, MARKET STREET.

..........................

## 1800.

A. D. 1790.
No. 443.
And for the like purpose in Camden shall give bond and security.

court houfe and goal in the county of †Effingham; and that Jacob Weed, Henry Wright, and Thomas Stafford, be appointed commiffioners for the county of †Camden, for the like purpofe; which commiffioners fhall give bond, as is herein before directed, for the faithful performance of the duties required of them.

All laws relating to the clearing of Brier creek, repealed.

V. *And be it further enacted by the authority aforefaid,* That all laws heretofore made, fo far as relate to the clearing of Brier creek, be, and the fame is hereby repealed.

JOSEPH HABERSHAM, *Speaker of the Houfe of Reprefentatives.*
NATHAN BROWNSON, *Prefident of the Senate.*
EDWARD TELFAIR, GOVERNOR.
*December* 10, 1790.

† Other commiffioners appointed. See act of 1791, No. 452.

---

No. 444. *An Act to prevent the pernicious practice of hunting deer in the night time by fire light.*

Perfons hunting deer in the night by fire light to forfeit £5.

I. BE *it enacted by the fenate and houfe of reprefentatives of the State of Georgia in general affembly met,* That from and immediately after the paffing of this act, any perfon or perfons who fhall hunt with a gun by fire light or kill any deer fo hunting by fire light in the night time without his or their own enclofures, every fuch perfon or perfons being thereof convicted, upon the oath of one or more credible witnefs, before any juftice of the peace for the county where fuch offence fhall be committed, fhall for every fuch offence forfeit and pay, not exceeding the fum of five pounds,

How to be applied.

one half thereof fhall be paid to the informer or informers, and the other half into the clerks office of the inferior court, and to be applied to the ufe of the poor of the county where fuch offence fhall be committed.

How recovered

II. *And be it further enacted,* That the forfeitures incurred by this act, as aforefaid, fhall be levied by diftrefs and fale of the offender's goods and chattels, lands and tenements, by warrant under the hand and feal of the juftice before whom the perfon or perfons fo incurring fhall be convicted, returning the overplus, if any, to the owner or owners thereof, after deducting the faid penalty or forfeiture and lawful charges; and in cafe the perfon or perfons fo offending and convicted fhall not have goods and chattels, lands or tenements, fufficient to anfwer fuch forfeiture and charges,

Offenders unable to pay, fhall receive 39 lafhes.

it fhall and may be lawful for fuch juftice to order fuch offender or offenders fo convicted, feverally to receive not exceeding thirty-nine lafhes, well laid on his or their bare back.

III. *And be it alfo enacted,* That this fhall be deemed a public act, and given in evidence.

JOSEPH HABERSHAM, *Speaker of the Houfe of Reprefentatives.*
NATHAN BROWNSON, *Prefident of the Senate.*
EDWARD TELFAIR, GOVERNOR.
*December* 10, 1790.

*An*