1:22-cv-07464-RMB-AMD   Document 89-47   Filed 02/13/23   Page 1 of 2 PageID

# PUBLIC ACTS

## PASSED BY THE GENERAL ASSEMBLY

OF THE

## STATE OF CONNECTICUT,

IN THE YEAR 1872.



PUBLISHED BY AUTHORITY.

HARTFORD:
CASE, LOCKWOOD & BRAINARD, PRINTERS.
1872.

1:22-cv-07464-RMB-AMD   Document 89-47   Filed 02/13/23   Page 2 of 2 PageID

108                        CIVIL ACTIONS.—GAME.—COUNTY COMMISSIONERS.

CHAPTER CXIV.

An Act in Addition to an Act for the regulation of Civil Actions.

*Be it enacted by the Senate and House of Representatives, in General Assembly convened:*

Exemption from attachment or execution of boat used in fishery.

That one boat, owned by one person, engaged in the business of planting or taking oysters, clams and shad, and used by him in that business, together with the sails, tackle, rigging, and the implements used in said business, not exceeding in value the sum of two hundred dollars, shall be exempt, and not liable to be taken by attachment or execution: *provided*, that this act shall not affect any suit now pending.

Approved, Aug. 2d, 1872.

CHAPTER CXV.

An Act in Addition to an Act for the Preservation of Game.

*Be it enacted by the Senate and House of Representatives, in General Assembly convened:*

Certain game birds protected.

SEC. 1. No person shall kill or expose for sale, or have in his possession after the same has been killed, any wild duck, goose or brant, between the first day of May and the first day of September, under a penalty of seven dollars for each bird killed or had in possession.

With what weapon only such birds may be killed.

SEC. 2. No person shall at any time kill any wild duck, goose or brant with any instrument known as a punt gun or swivel, or with any other than such guns as are habitually raised at arms' length and fired from the shoulder, or shall use any instrument or gun other than such gun as aforesaid, with attempt to capture or kill any such wild duck, goose or brant, under a penalty of seven dollars.

Use of boats propelled by steam or sails for hunting such birds prohibited.

SEC. 3. No person shall sail for any wild fowl, or shoot at any wild goose, brant or duck from any vessel propelled by steam or sails, or from any boat or other structure attached to the same, under a penalty of seven dollars.

Approved, August 2d, 1872.

CHAPTER CXVI.

An Act relating to County Commissioners.

*Be it enacted by the Senate and House of Representatives, in General Assembly convened:*

County commissioners to publish accounts of county receipts and expenses, &c.

SEC. 1. The county commissioners of each county, and in case of their neglect, any one of said commissioners, shall, on or before the twentieth day of April in each year, make and file with