# ACTS AND RESOLUTIONS

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

# STATE OF OREGON,

PASSED AT

THE SEVENTH REGULAR SESSION—1872

AND

DECISIONS OF THE SUPREME COURT.



SALEM, OREGON:
EUGENE SEMPLE, STATE PRINTER.
1872.

Digitized from Best Copy Available

from killing geese or ducks in said months if it be necessary to protect their growing crops.

Sec. 3. It shall be unlawful for any person or persons to take, kill or destroy any elk or deer at any time for the sole purpose of obtaining the horns or hide, or skin of the same. The person or persons so offending shall be fined a sum not less than twenty dollars for each offence.

Sec. 4. It shall be unlawful for any person or persons to take, kill, destroy or injure, or to have in possession or offer for sale any grouse, pheasant or sage hen during the months of April, May, and prior to the 15th day of June of each year, and it shall be unlawful for any person hereafter to take, kill, destroy or injure, or to have in possessisn or offer for sale, any prairie chicken during the months of March, April, May and June of each year.

Sec. 5. It shall be unlawful for any person or persons hereafter to take, kill, destroy or injure, or to have in possession or offer for sale, any quail or partridge, during the months of April, May, June and July of each year, and any person violating any of the provisions of Sections 2, 4 or 5 of this Act, shall be fined five dollars for the first offence, and double that sum for each succeeding offence, to be recovered in manner hereinafter provided.

Sec. 6. It shall be unlawful for any person or persons, at any time, to place, or use, in any of the streams or rivers of this State, any drugs, charms, or powder, or to use any giant blasting, or gun-powder, or other explosive material, for the purpose of catching, killing, or destroying fish; and any person violating the provisions of this Section, shall be fined twenty dollars for the first offence, double that sum for the second, and treble that sum for each succeeding offence, to which may be added imprisonment for any time not exceeding ninety days.

Digitized from Best Copy Available