# THE REVISED STATUTES·

OF THE

# STATE OF SOUTH CAROLINA,

Prepared by Commissioners under an Act of the General Assembly, Approved March 9, 1869,
to which is prefixed the

## CONSTITUTION OF THE UNITED STATES

AND THE

## CONSTITUTION OF SOUTH CAROLINA.



PUBLISHED BY AUTHORITY OF THE GENERAL ASSEMBLY.

COLUMBIA, S. C.:
REPUBLICAN PRINTING COMPANY, STATE PRINTERS.
1873.

404                                REVISED STATUTES

Non-residents
not to hunt.        Sec. 21. That it shall not be lawful for any non-resident of this
1855,XII,406,§1.  State to use a gun, set a trap or decoy, or to employ any other de-
vice for killing or taking deer, turkeys, ducks or any other game,
nor to set a trap, seine, or net, or draw or use the same, or any other
contrivance for taking or killing fish, within the territorial limits of
this State.

Penalty.            Sec. 22. Every person who shall offend against the provisions of
Ib., § 2.         the preceding Section shall be deemed guilty of a misdemeanor,
and, on conviction thereof, shall be liable to a penalty not exceed-
ing two hundred dollars, nor less than one hundred dollars, and im-
prisonment not exceeding three months, nor less than one month,
for each and every violation of any of the said provisions.

Non-residents       Sec. 23. All persons shall be deemed and taken as non-residents,
may hunt by
authority of       within the meaning of the last two Sections, who shall not have
landlord.         had their actual domicil in this State for one year next preceding
Ib., § 3; Con.,
Art. VIII, § 2.   their use of any of the implements of the chase or fishery forbid-
den by the twenty-first Section of this Chapter.   But nothing herein
contained shall be construed as prohibiting any landholder from
authorizing any person to hunt or shoot ducks or other game, or to
fish within the boundaries of his own land.

---

# CHAPTER LXXVIII.

## Of the Protection of Oyster Beds.

Sec.
1. Penalty for stealing oysters from
   oyster beds.
2. Penalty for using nets, dredges,
   &c.

Sec.
3. Oyster shells may be carried off
   from certain lands.
4. Not to apply to fishing.

Penalty for         Section 1. That if any person or persons shall feloniously
stealing oysters
from beds.         gather, remove, take, or steal, from any oyster bed, laying, or
1848,XI, 448, § 1.  fishery, any oysters, or oyster brood, there growing, lying, or being,
such oyster bed, laying, or fishery, being the property of any other
person or persons, and cultivated and used by the proprietor or
proprietors thereof, for the production, growing and improvement
of oysters, and being sufficiently marked out, every person or per-
sons so offending shall be deemed and held guilty of larceny, and
he, she, or they, or his, her, or their, aiders, helpers, abettors, or ac-
cessories, being thereof convicted by due course of law, shall be
punished as in cases of larceny.