# STATE OF KANSAS.

# SESSION LAWS OF 1881,

PASSED AT THE NINETEENTH REGULAR, THE SAME BEING THE SECOND BIENNIAL SESSION OF THE LEGISLATURE OF THE STATE OF KANSAS.

DATE OF PUBLICATION OF VOLUME, MAY 10, 1881.

TOPEKA, KANSAS:
GEO. W. MARTIN, KANSAS PUBLISHING HOUSE.
1881.

Extent of tax levy.  current year for all purposes, exclusive of school, water works and special-improvement taxes, exceed two per cent. of the taxable property of the city.

Bridges, sidewalks, etc., estimate of cost to be made.  SEC. 22. Before the city council shall make any contract for building bridges or sidewalks, or for any work on streets, or for any other work or improvement, a detailed estimate of the cost thereof shall be made under oath by the city engineer, and submitted to the council; and no contract shall be entered into for any work or improvement for a price exceeding such estimate. And in no case shall the city be liable for any allowance beyond the original contract price for such work.

Punishment for carrying firearms.  SEC. 23. The council shall prohibit and punish the carrying of firearms, or other dangerous or deadly weapons, concealed or otherwise, and cause to be arrested and imprisoned,

Vagrants, tramps, etc.  fined or set to work, all vagrants, tramps, confidence men and persons found in said city without visible means of support, or some legitimate business.

General fund to be used to compromise indebtedness, when.  SEC. 24. The mayor and council shall have power in their discretion to use any or part of the general fund of the city not necessary for the general purposes of the city, and when the city is not indebted in any manner for debts payable out of such general fund for the purchase or compromise of any outstanding indebtedness of the city: *Provided,* That the bonds so purchased shall be immediately canceled in manner and form as directed by the mayor and council: *And provided further,* Said bonds shall not be purchased at a price exceeding the market value for the time being, and in no case at a price in excess of fifty per cent. of their face value.

Sinking fund.  SEC. 25. The city council is hereby authorized to make provision for a sinking fund, to redeem at maturity the bonded indebtedness of the city; and the tax levied for said sinking fund shall be payable in cash.

Mayor and council may compel sidewalks, etc., to be kept in good order.  SEC. 26. The mayor and council shall have power to prescribe by ordinance rules and regulations, compelling owners or occupants of real property to keep in good order and proper place any of the improvements of any sidewalk, gutters, and also to clean or remove from sidewalks and gutters ice, snow, or other substances. Such rules and regulations shall be deemed police regulations, and violations thereof may be punished accordingly by fine or imprisonment.

Liabilities to be paid monthly.  SEC. 27. Each month the mayor and council shall provide by ordinance for the payment of all liabilities of the city in-