person or persons shall, upon conviction before the Po-
lice Judge, be subject besides the payment of the license,
to a fine not exceeding one hundred dollars, or imprisonment
not exceeding twenty days for every offence.

SEC. 6.  If any person or persons shall carry on dancing
as provided in section 3 of this Ordinance, without taking
out license therefor as provided by this Ordinance, such
person or persons shall, upon conviction before the Po-
lice Judge, be subject besides the payment of the license,
to a fine of one hundred dollars, or imprisonment for a term
not exceeding twenty days for every offence.

SEC. 7.  That Ordinance No. 334 and Ordinance No. 918,
amendatory to Ordinance No. 324, be and are hereby re-
pealed.

---

## TO REGULATE THE STORAGE AND SALE OF GUNPOWDER, AND OTHER EXPLOSIVE MATERIALS.

[No. 1108—Approved November 16, 1871.]

*The City of Portland does ordain as follows:*

SECTION 1.  No person shall keep or offer for sale any
gunpowder in any building, store or place in the City of
Portland, without having first obtained a license therefor.

SEC. 2.  The license for selling gunpowder shall be five
dollars per quarter, to be issued as other licenses are issued,
under the provisions of Ordinance 984, entitled, "An Or-

Digitized by Google

dinance to impose and regulate licenses in the City of Portland."

SEC. 3. No person shall receive, keep or store, or aid or assist any person in receiving, keeping or storing gunpowder in a larger quantity than five pounds, in or into any building, or upon any premises, unless the person receiving, keeping or storing the same is duly licensed to sell gunpowder.

SEC. 4. No person or persons duly authorized to sell gunpowder, as hereinbefore provided, shall keep, store, or have in any one place more than twenty-five pounds of powder, which shall be kept in an air-tight, metallic vessel marked with the word " Gunpowder," in plain Roman letters, not less than three inches in hight, and of proportionate width, which vessel shall be placed or kept at all times, conspicuously in view near the entrance of the premises where kept, and convenient for removal therefrom.

SEC. 5. Upon the front of every building or premises where powder is kept there shall be kept in a conspicuous place a sign with the word " Gunpowder " painted thereon in Roman letters, not less than three inches in hight.

SEC. 6. No person shall convey, cause to be conveyed, or assist in conveying in any vehicle any gunpowder, unless the same shall be securely packed in close packages, nor unless such packages shall be securely covered while on the vehicle.

SEC. 7. No vessel shall be allowed to remain at any

Digitized by Google