# THE
# LAWS
## OF THE
# STATE OF INDIANA,

PASSED AT THE FOURTH SESSION OF THE

# GENERAL ASSEMBLY,

HELD AT CORYDON ON THE FIRST MONDAY IN DECEMBER IN THE YEAR ONE THOUSAND EIGHT HUNDRED AND NINETEEN.

(BY AUTHORITY.)

---

JEFFERSONVILLE:
PRINTED AND PUBLISHED BY ISAAC COX,
PRINTER OF THE STATE LAWS.

1820.

Digitized from Best Copy Available

[ 39 ]

## CHAPTER XXIII.

*AN ACT to prohibit the wearing of concealed weapons.*

APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General Assembly of the State of Indiana,* That any person wearing any dirk, pistol, sword in cane, or any other unlawful weapon, concealed, shall be deemed guilty of a misdemeanor, and on conviction thereof, by presentment or indictment, shall be fined in any sum not exceeding one hundred dollars, for the use of county seminaries: *Provided however,* that this act shall not be so construed as to affect travellers. [margin: Persons wearing concealed weapons indictable] [margin: Proviso]

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the appointment of County Surveyors.*

APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General Assembly of the State of Indiana,* That whenever hereafter any dispute may arise about the division of any land within this state, wherein the county surveyor of the county, where the lands lie, may be a party, or in any manner interested, it shall be lawful for the Circuit Court on application of either par- [margin: County surveyor interested in partition Circuit court to appoint surveyor]

Digitized from Best Copy Available