


DATE DOWNLOADED: Tue Nov 29 14:04:14 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Minnesota. Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851 (1851).

ALWD 7th ed.
Minnesota. Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851 (1851).

APA 7th ed.
Minnesota. (1851). Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851. St. Paul, J.M. Goodhue.

Chicago 17th ed.
Minnesota. Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851. St. Paul, J.M. Goodhue.

McGill Guide 9th ed.
Minnesota, Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851 (St. Paul: J.M. Goodhue., 1851)

AGLC 4th ed.
Minnesota, Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851 (J.M. Goodhue., 1851

MLA 9th ed.
Minnesota. Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851. St. Paul, J.M. Goodhue. HeinOnline.

OSCOLA 4th ed.
Minnesota. Revised Statutes, of the Territory of Minnesota, Passed at the Second Session of the Legislative Assembly, Commencing January 1, 1851. St. Paul, J.M. Goodhue.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

deem the complaint unfounded, frivolous, or malicious, he shall order the complainant to pay the costs of prosecution, who shall thereupon be answerable to the magistrate and the officer for their fees as for his own debt.

**Costs by whom paid**

SEC. 10. When no order respecting the costs is made by the magistrate, they shall be allowed and paid in the same manner as costs before justices in criminal prosecutions; but in all cases where a person is required to give security for the peace or for his good behavior, the magistrate may further order the costs of prosecution or any part thereof to be paid by such person, who shall stand committed until such costs are paid, or he is otherwise legally discharged.

**Appeal when allowed.**

SEC. 11. Any person aggrieved by the order of any justice of the peace requiring him to recognize as aforesaid, may, on giving the security required, appeal to the district court next to be holden in the same county, or that county to which said county is attached for judicial purposes.

**When magistrate may require witness to recognize.**

SEC. 12. The magistrate from whose order an appeal is so taken, shall require such witnesses as he may think necessary to support the complaint, to recognize for their appearance at the court to which appeal is made.

**District court how to proceed upon such appeal.**

SEC. 13. The court before which such appeal is prosecuted, may affirm the order of the justice or discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum and for such time as the court shall think proper, and may also make such order in relation to the costs of prosecution as he may deem just and reasonable.

**When appellant fails to prosecute appeal, recognizance to be in force.**

SEC. 14. If any party appealing, shall fail to prosecute his appeal, his recognizance shall remain in full force and effect as to any breach of the condition, without an affirmation of the judgment or order of the magistrate, and shall also stand as a security for any costs which shall be ordered by the court appealed to, to be paid by the appellant.

**After commitment, how defendant may be discharged.**

SEC. 15. Any person committed for not finding sureties, or refusing to recognize as required by the court or magistrate, may be discharged by any judge or justice of the peace on giving such security as was required.

**Recognizance to be transmitted to district court.**

SEC. 16. Every recognizance taken in pursuance of the foregoing provision, shall be transmitted by the magistrate to the district court for the county, on or before the first day of the next term, and shall be there filed of record by the clerk.

**When person may be ordered to recognize without warrant.**

SEC. 17. Any person who shall in the presence of any magistrate mentioned in the first section of this chapter, or before any court of record make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person, who, in the presence of such court or magistrate, shall contend with hot and angry words, to the disturbance of the peace, may be ordered without process or any other proof, to recognize for keeping the peace, and being of good behavior, for a term not exceeding six months, and in case of a refusal, may be committed as before directed.

**Persons carrying offensive weapons how punished.**

SEC. 18. If any person shall go armed with a dirk, dagger, sword, pistol or pistols, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury or violence to his person, or to his family, or property, he may, on complaint of any other person having reasonable cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

**Suit brought on recognizance.**

SEC. 19. Whenever upon a suit brought on any such recognizances, the penalty thereof shall be adjudged forfeited, the court may remit such