


DATE DOWNLOADED: Tue Nov 29 13:43:03 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

ALWD 7th ed.
. Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

APA 7th ed.
(1841). Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.

Chicago 17th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.

McGill Guide 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Augusta: W.R. Smith, Printers to the State., 1841)

AGLC 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (W.R. Smith, Printers to the State., 1841)

MLA 8th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

refusing to recognize, as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security, as was required. <span style="float:right">Chap. 169.<br>may be taken after commitment.</span>

Sect. 14. Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted to the district court, on or before the first day of the next ensuing term, and shall there be filed by the clerk, as of record. <span style="float:right">Return of such recognizance.</span>

Sect. 15. Whoever, in the presence of any magistrate, mentioned in the second section of this chapter, or before any court of record, shall make any affray or threaten to kill or beat another, or commit any violence against his person or property, or shall contend, with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, or being of the good behavior for a term, not exceeding three months, and, in case of refusal, may be committed to prison as before directed. <span style="float:right">When magistrate may require sureties, without a formal complaint, &c.</span>

Sect. 16. Any person, going armed with any dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without a reasonable cause to fear an assault on himself, or any of his family or property, may, on the complaint of any person having cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace for a term, not exceeding one year, with the right of appeal as before provided. <span style="float:right">Persons going armed, without reasonable cause.<br>1821, 76, § 1.</span>

Sect. 17. In a suit, on such recognizance taken in a criminal case, if a forfeiture is found or confessed, the court, on petition, may remit the penalty, or such part of it as they may think proper, on such terms as they may think right. <span style="float:right">Power of court, to remit the penalty of a recognizance.<br>1821, 50, § 4.</span>

Sect. 18. Any surety in a recognizance may surrender the principal in the same manner, as if he had been his bail in a civil cause, and, on such surrender, shall be discharged from all liability for any act of the principal after such surrender, which would be a breach of the recognizance; and, upon such surrender, the principal may recognize anew with sufficient surety or sureties for the residue of the term, before any justice of the peace, and shall thereupon be discharged. <span style="float:right">Sureties on recognizances may surrender their principals as in case of bail in civil actions.</span>

## CHAPTER 170.

### OF THE POWER AND PROCEEDINGS OF JUSTICES OF THE PEACE IN CRIMINAL CASES.

Sect. 1. Justices may require aid, on view, without a warrant.
2. Their jurisdiction.
3. When a justice shall issue his warrant.
4. Examination, on trial, of the party accused.
5. Of commitment or binding over to a higher court.
Sect. 6. Duty of justices, as to arrests, and examinations into treasons, felonies, &c.
7. Trial and sentence within their jurisdiction.
8. Respondent may appeal; but required to recognize.
9. To carry up copies of the case.