


DATE DOWNLOADED: Tue Nov 29 14:09:45 2022
SOURCE: Content Downloaded from *HeinOnline*


Citations:

Bluebook 21st ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress (1857).

ALWD 7th ed.
. Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress (1857).

APA 7th ed.
(1857). Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress. Washington, A.O.P. Nicholson, Public Printer.

Chicago 17th ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress. Washington, A.O.P. Nicholson, Public Printer.

McGill Guide 9th ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress (Washington: A.O.P. Nicholson, Public Printer., 1857)


AGLC 4th ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress (A.O.P. Nicholson, Public Printer., 1857)

MLA 8th ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress. Washington, A.O.P. Nicholson, Public Printer. HeinOnline.

OSCOLA 4th ed.
Revised Code of the District of Columbia, Prepared under the Authority of the Act of Congress. Washington, A.O.P. Nicholson, Public Printer.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

570

discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum and for such time as the court shall think proper, and may also make such order in relation to the costs of prosecution as may be deemed just and reasonable.

Sec. 12. If any party appealing shall fail to prosecute his appeal, his recognizance shall remain in full force and effect, as to any breach of the condition, without an affirmation of the judgment or order of the magistrate, and shall also stand as a security for any costs which shall be ordered by the court appealed to, to be paid by the appellant.

Sec. 13. Any person committed for not finding sureties, or refusing to recognise, as required by the court or magistrate, may be discharged by any judge or justice of the peace on giving such security as was required.

Sec. 14. Every recognizance taken pursuant to the foregoing provisions shall be transmitted by the magistrate to the criminal court on or before the first day of the next term, and shall be there filed by the clerk.

Sec. 15. Every person who shall, in the presence of any officer mentioned in the first section of this chapter, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person who, in the presence of such officer, shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognise for keeping the peace, or being of good behavior, for a term not exceeding one year, and in case of refusal may be committed as before directed.

Sec. 16. If any person shall go armed with a dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury or violence to his person, or to his family or property, he may, on complaint of any person having reasonable cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace for a term not exceeding six months, with the right of appealing as before provided.

Sec. 17. If any justice of the peace suspect any person of selling, by retail, wine or ardent spirits, or a mixture thereof, contrary to law, he shall summon the person and such witnesses as he may think