# A DIGEST

## OF THE

# LAWS OF PENNSYLVANIA,

### FROM THE

## YEAR ONE THOUSAND SEVEN HUNDRED

### TO THE

## TWENTY-FIRST DAY OF MAY, ONE THOUSAND EIGHT HUNDRED AND SIXTY-ONE.

ORIGINALLY COMPILED BY
JOHN PURDON, ESQ.

NINTH EDITION.

Revised, with Marginal References; Foot Notes to the Judicial Decisions; Analytical Contents;
a Digested Syllabus of each Title; and a New, Full and Exhaustive Index.

BY

FREDERICK C. BRIGHTLY, ESQ.,

AUTHOR OF "EQUITY JURISPRUDENCE;" "UNITED STATES DIGEST," ETC.

PHILADELPHIA:
KAY & BROTHER, 19 SOUTH SIXTH STREET,
LAW BOOKSELLERS, PUBLISHERS & IMPORTERS.
1862.

Digitized by Google

| | |
|---|---|
| supposed to be stolen, found in the possession of one accused. | tion, of the crime of burglary, robbery or larceny, and the said magistrate shall have issued his warrant to apprehend such person or persons, or to search for such goods as have been described, on oath or affirmation, to have been stolen goods, if any shall be found in the custody or possession of such person or persons, or in the custody or possession of any other person or persons, for his, her or their use, and there is probable cause, supported by oath or affirmation, to suspect that other goods, which may be discovered on such search, are stolen, it shall and may be lawful for the said magistrate to direct the said goods to be seized, and to secure the same in his own custody, unless the person in whose possession the same were found shall give sufficient surety to produce |
| Inventory. | the same at the time of his or her trial. And the said magistrate shall forthwith cause an inventory to be taken of the said goods, and shall file the same with the clerk of that court in which the accused person is intended to be prosecuted, and shall give public |
| Notice. | notice in the newspapers, or otherwise by advertising the same in three or more public places in the city or county where the offence is charged to have been committed, before the time of trial, noting in such advertisement the said inventory, the person charged |
| Restitution. | and time of trial. And if, on such trial, the accused party shall be acquitted, and no other claimant shall appear or suit be commenced, then, at the expiration of three months, such goods shall be delivered to the party accused, and he, she or they shall be discharged, and the county be liable to the costs of prosecution ; but if he be convicted of larceny only, and, after restitution made to the owner and the sentence of the court being fully complied with, shall claim a right in the residue of the said goods, and no other shall appear or claim the said goods, or any part of them, then it shall be lawful, notwithstanding the claim of the said party accused, to detain such goods for the term of nine months, to the end that all persons having any claim thereto may have full opportunity to come, and to the satisfaction of the court, prove their property in them ; on which proof the said owner or owners, respectively, shall receive the said goods, or the value thereof, if from their perishable nature it shall have been found necessary to make sale thereof, upon paying the reasonable charges incurred by the securing the said goods and establishing their property in the same ; but if no such claim shall be brought and duly supported, then the person so convicted shall be entitled to the remainder of the said goods, or the value thereof, in case the same shall have been sold agreeably to |
| When to be delivered to county commissioners. | the original inventory. But if, upon an attainder of burglary or robbery, the court shall, after due inquiry, be of opinion that the said goods were not the property of such burglar or robber, they shall be delivered, together with a certified copy of the said inventory, to the commissioners of the county, who shall indorse a receipt therefor on the original inventory, register the said inventory in a book, and also cause the same to be publicly advertised, giving notice to all persons claiming the said goods to prove their property therein to the said commissioners ; and unless such proof shall be made within three months from the date of such advertisement, the said goods shall be publicly sold, and the net moneys arising from such sale shall be paid into the county treasury for the use |
| Disposition of proceeds. | of the commonwealth : *Provided always,* That if any claimant shall appear within one year, and prove his or her property in the said goods to the satisfaction of the commissioners, or in the case of dispute, shall obtain the verdict of a jury in favor of such claim, the said claimant shall be entitled to recover, and receive from the said commissioners, or treasurer, the net amount of the moneys paid as aforesaid into the hands of the said commissioners, or by them paid into the treasury of this commonwealth.(*a*) |
| Surety of the peace. | 6. If any person shall threaten the person of another to wound, kill or destroy him, or to do him any harm in person or estate,(*b*) and the person threatened shall appear before a justice of the peace, and attest, on oath or affirmation, that he believes that by such threatening he is in danger of being hurt in body or estate, such person so threatening as aforesaid, shall be bound over, with one sufficient surety, to appear at the next sessions,(*c*) according to law, and in the meantime to be of his good behavior, and keep the peace toward all citizens of this commonwealth.(*d*) If any person, not being an officer on duty in the military or naval service of the state or of the United States, shall go armed with a dirk, dagger, sword or pistol, or other offensive or dangerous weapon, without reasonable cause to fear an assault or other injury or violence to his family, person or property, he may, on complaint of any person having reasonable cause to fear a breach of the peace therefrom, be required to find surety of the peace as aforesaid.(*e*) |
| Bail. | 7. In all cases the party accused, on oath or affirmation, of any crime or misdemeanor against the laws, shall be admitted to bail by one or more sufficient sureties, to be taken before any judge, justice, mayor, recorder or alderman where the offence charged has been committed, except such persons as are precluded from being bailed by the constitution of this commonwealth :(*g*) *Provided also,* That persons accused as aforesaid, of |

6. Act 31 March 1860, § 6. P. L. 432.                                       7. Ibid. § 7.

(*a*) This section is taken from the 10th section of the act 23d September 1791. 3 Sm. 42.   Report on the Penal Code 39.
(*b*) Surety of the peace is demandable of right by any individual who will make the necessary oath.   1 B. 102, n.   See 1 Ash. 46.   2 P. 458.
(*c*) A committing magistrate has no authority to bind a person to keep the peace, or for his good behavior, longer than the next term of the court.   2 P. 458
(*d*) Surety for good behavior may be ordered by the court, after the acquittal of a prisoner, in such sum. and for such length of time, as the public safety requires.   2 Y. 437.   10 Barr 339.   2 Hayw. 73-4.   See 12 Eng. L. & Eq. 462.
(*e*) This section is partly taken from the act of 1700. 1 Sm. 5 ; the addition thereto provided by this section, against the unnecessarily carrying deadly weapons, is introduced from an obvious necessity, arising from daily experience and observation.   Report on the Penal Code 39.
(*g*) A justice may take bail after commitment for trial.   6 W. & S. 314.   2 P. 458.   And see 7 W. 454.   5 B. 512.   1 Sm. 57. n. A recognisance taken by a justice to answer the charge of arson is *coram non judice,* and void.   Com. *v.* Phillips, 2 U. S. Law Mag. 316.

Digitized by Google