# LAWS

### OF THE

# STATE OF MISSISSIPPI,

### PASSED AT A CALLED SESSION

### OF THE

# MISSISSIPPI LEGISLATURE,

### HELD IN THE

## CITY OF JACKSON,

### October, 1866, and January and February, 1867.

---

JACKSON, MISS.:
J. J. SHANNON & CO., STATE PRINTERS.

1867.

Digitized by Google

ander R. Richmon, minors of Pike county, and John S. Roberts, minor of Monroe county, be, and the same are hereby removed; that they may contract and be contracted with, sue and be sued, plead and be impleaded and enjoy all other privileges of citizenship the same as though they had attained the full age of majority, except the right to vote and hold office.

SEC. 2. *Be it further enacted*, That this take effect and be in force from and after its passage.

Approved Feb. 7, 1867.

---

## CHAPTER CCXLIX.

AN ACT to tax Guns and Pistols in the county of Washington.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That a tax of not less than five dollars or more than fifteen dollars shall be levied and assessed annually by the Board of Police of Washington county upon every gun and pistol which may be in the possession of any person in said county, which tax shall be payable at any time on demand, by the Sheriff, and if not so paid, it shall be the duty of the Sheriff to forthwith distrain and seize such gun or pistol, and sell the same for cash at the door of the Court House, after giving ten days notice by advertisement, posted in front of said Court House, and out of the proceeds of such sale, there shall be paid the amount of such tax and the cost of sale, and if any surplus remains, it shall be paid to the owner of such

*(marginal notes: Extent of tax; Notice to be given.)*



gun or pistol. The amount of the tax so assessed and collected, shall be paid to the county Treasurer; and shall constitute a part of the bridge fund of said county.

SEC. 2. *Be it further enacted*, That this act take effect and be in force from and after its passage.

Approved Feb. 7, 1867.

## CHAPTER CCL.

**AN ACT for the relief of Martha B. Pittman, of Coahama county.**

WHEREAS, Martha Pittman became the executrix, in the county of Choctaw, in this State, of the estate of the late M. B. Pittman, of said county, deceased, and whereas, the estate of the said deceased consists chiefly of land which is situated in the county of Coahoma, where the said Martha Pittman resides: and whereas, it is attended with great inconvenience to said Martha Pittman to attend the Probate Court of said county of Choctaw, and would be to the advantage of said estate to have the same administered in the county of Coahoma; therefore,

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That the Judge of Probate in and for the county of Choctaw, be, and is hereby authorized and required, at the cost and charges of the said estate of M. B. Pittman, to transfer and trans-

*Records to be transferred.* mit to the Judge of Probate of the county of Coahoma, a full and complete copy of the

Digitized by Google