# SUPPLEMENT

## TO THE

# REVISED STATUTES

### OF THE

# STATE OF OHIO

CONTAINING

ALL THE STATUTES AMENDATORY OF OR SUPPLEMENTARY TO THE RE-
VISED STATUTES, TOGETHER WITH THE MISCELLANEOUS ACTS,
GENERAL OR PERMANENT IN THEIR NATURE,

**In Force January 1, 1884.**

EDITED BY

**JAMES M. WILLIAMS**

*Of the Ohio Bar.*



CINCINNATI, O.:

**H. W. DERBY & CO., PUBLISHERS.**

**1884.**

Digitized by Google

lane, avenue, market-place or common, in the making of any connection with any public or private sewer as aforesaid; and further, that he will promptly at the proper time replace and restore the street over such opening to as good condition as he found it previous to opening the same; provided, that no license shall be issued, except by the consent of the board of public works.

SEC. 22. Every proprietor or lessee of any theater, concert-hall, or any place of amusement, entertainment, or exhibition, shall pay license, according to their seating capacity—one seat is twenty inches—as follows: *Theaters, concert-halls, etc.*

First—Those seating nine hundred and seventy-five (975) persons or more, shall pay a license, if issued for one year, of three hundred (300) dollars; if for three months, one hundred (100) dollars; if for one month, fifty (50) dollars; if for one day, five (5) dollars.

Second—Those seating less than nine hundred and seventy-five (975) persons, shall pay a license, if issued for one year, of two hundred (200) dollars; if for three months, seventy-five (75) dollars; if for one month, forty (40) dollars; if for one day, five (5) dollars; provided, however, that no license shall be issued without consent of the mayor.

SEC. 23. All keepers of hotels, boarding-houses, lodging-houses, dining-saloons, restaurants, ice-cream saloons, or places of amusement, shall pay an annual license fee as follows: *Hotels, boarding-houses, lodging-houses, restaurants, etc.*

Those whose gross receipts are over one million (1,000,000) dollars per annum, five hundred (500) dollars.

Those whose gross receipts are over six hundred thousand (600,000) dollars per annum, and less than one million (1,000,000) dollars per annum, three hundred and fifty (350) dollars.

Those whose gross receipts are over three hundred thousand (300,000) and less than six hundred thousand (600,000) dollars per annum, two hundred and fifty (250) dollars.

Those whose gross receipts are over two hundred thousand (200,000) and less three hundred thousand (300,000) dollars per annum, one hundred and fifty (150) dollars.

Those whose gross receipts are over one hundred thousand (100,000) and less than two hundred thousand (200,000) dollars per annum, one hundred (100) dollars.

Those whose gross receipts are over sixty thousand (60,000) and less than one hundred thousand (100,000) dollars per annum, seventy-five (75) dollars.

Those whose gross receipts are more than twenty-five thousand (25,000) and less than sixty thousand (60,000) dollars per annum, fifty (50) dollars.

Those whose gross receipts are more than five thousand (5,000) and less than twenty-five thousand (25,000) dollars per annum, twenty-five (25) dollars.

Those whose gross receipts are more than three thousand (3,000) dollars per annum and under five thousand (5,000) dollars per annum, ten (10) dollars.

SEC. 24. All venders of gunpowder shall pay a license fee of fifteen (15) dollars per annum. *Vendors of gunpowder.*

All keepers or owners of gunpowder magazines shall pay a license fee of one hundred (100) dollars per annum.

SEC. 25. All keepers of shooting-galleries shall pay a license fee of thirty (30) dollars per annum, exclusive of the license fee for gunpowder. *Shooting-galleries.*

Digitized by Google