


DATE DOWNLOADED: Tue Feb  7 13:34:10 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
William Waller Hening. Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature (1777).

ALWD 7th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Ls of Virginia, from the First Session of the Legislature (1777).

APA 7th ed.
Hening, W. (1777). Statutes at Large; Being Collection of All the Laws of Virginia, from the First Session of the Legislature. & supp., New York, R. & W. G. Bartow.

Chicago 17th ed.
Hening William Waller. Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G. Bartow.

McGill Guide 9th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Ls of Virginia, from the First Session of the Legislature (& supp., New York: R. & W. & G. Bartow., 1777)

AGLC 4th ed.
William Waller Hening, Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature (R. & W. & G. Bartow., 1777)

MLA 8th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G. Bartow. HeinOnline.

OSCOLA 4th ed.
Hening, William Waller. Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature. & supp., New York, R. & W. & G. Bartow.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## CHAP. III.

### *An act to oblige the free male inhabitants of this state above a certain age to give assurance of Allegiance to the same, and for other purposes.*

All free born males, above 16 years old, to take the oath of allegiance.

WHEREAS allegiance and protection are reciprocal, and those who will not bear the former are not entitled to the benefits of the latter, Therefore *Be it enacted by the General Assembly*, that all free born male inhabitants of this state, above the age of sixteen years, except imported servants during the time of their service, shall, on or before the tenth day of October next, take and subscribe the following oath or affirmation before some one of the justices of the peace of the county, city, or borough, where they shall respectively inhabit; and the said justice shall give a certificate thereof to every such person, and the said oath or affirmation shall be as followeth, viz. 'I do swear or affirm, that I renounce and refuse all allegiance to George the third, king of Great Britain, his heirs and successours, and that I will be faithful and bear true allegiance to the commonwealth of Virginia, as a free and independent state, and that I will not, at any time, do, or cause to be done, any matter or thing that will be prejudicial or injurious to the freedom and independence thereof, as declared by congress; and also, that I will discover and make known to some one justice of the peace for the said state, all treasons or traiterous conspiracies which I now or hereafter shall know to be formed against this or any of the United States of America.' And the form of the said certificate shall be as follows, to wit: 'I do hereby certify, that                hath taken and subscribed the oath or affirmation of allegiance and fidelity, as directed by an act of general assembly intituled An act to oblige the free male inhabitants of this state above a certain age to give assurance of allegiance to the same, and for other purposes. Witness my hand and seal, this                day of

A. B.'

Form of the oath.

Justices to keep registers; and transmit re-

*And be it farther enacted*, That the justice of the peace before whom such oath or affirmation shall be subscribed shall keep fair registers of the names of the

1:22-cv-07464-RMB-AMD Document 90-33 Filed 02/13/23 Page 3 of 4 PageID



turns to clerks of courts,

names of the persons so sworn or affirmed, and the time when; and shall, on or before the first day of January in every year, transmit, in writing, under his hand and seal, to the clerk of the court of the county, city, or borough, a true list of the names of those who, within the same year, have so sworn or affirmed before them respectively.

Persons appointed to tender oath.

*And be it farther enacted, by the authority aforesaid,* That within one month after the passing of this act, or at the next succeeding court, the court of every county in this commonwealth shall appoint some of their members to make a tour of the county, and tender the oath or affirmation aforesaid to every free born male person above the age of sixteen years, except as before excepted; and that in the certificate directed to be returned, of those who take the oath or affirmation, shall be mentioned the names of such as refuse. And the justices tendering such oath or affirmation are hereby directed to deliver a list of the names of such recusants to the county lieutenant, or chief commanding officer of the militia, who is hereby authorised and directed forthwith to cause such recusants to be disarmed.

Those refusing to be noted.

*Recusants* to be reported to county lieutenant, who is forthwith to disarm them.

Person disarmed compelled to attend musters but exempted from fines for not appearing armed.

*Provided,* That the person so disarmed shall, nevertheless, be obliged to attend musters, but shall be exempted from the fines imposed for appearing at such musters without arms, accoutrements, and ammunition.

Incapacities of those refusing to take the oath of allegiance.

*And be it farther enacted,* That every person above the age before mentioned, except as before excepted, refusing or neglecting to take and subscribe the oath or affirmation aforesaid, shall, during the time of such neglect or refusal, be incapable of holding any office in this state, serving on juries, suing for any debts, electing or being elected, or buying lands, tenements, or hereditaments.

Oath to be taken by those coming from any of the United States.

*And be it farther enacted,* That all persons coming from any of the other United States into this state are hereby required to apply to one of the nearest justices after he enters this state, and take or subscribe an oath or affirmation, renouncing all allegiance to the king of Great Britain, and promising that he will not do any thing prejudicial to the independence of the United States of America, as declared by the general congress; and upon neglecting so to do, he shall be liable to be taken before a justice, who shall tender him the said oath or affirmation, and upon his refusal to take and subscribe the same, the said justice shall, and is here-

Consequence of neglect.

by required, to commit him to the jail of the county, city, or borough, there to remain without bail or mainprize, until he shall take and subscribe the said oath or affirmation, or give bond and security immediately to depart this commonwealth, which bond shall be payable to the governour, for the time being, for the use of the commonwealth.

Who not within the meaning of this act.

*Provided nevertheless*, That prisoners of war, regular officers and soldiers in the pay of the continent or of this state, merchants and mariners trading in the ports of this state from foreign powers in amity with the United States, and not become resident, are declared not to be within the intent and meaning of this act.

How this act to be published.

*And be it farther enacted*, That this act shall be publickly read by the sheriff of every county in this commonwealth at the door of the courthouse of his county, on some court day, on or before the first day of September next, and also by every minister of the gospel, or reader, immediately after divine service, at every church or meeting-house where they officiate, on some Sunday within the said time. And every sheriff, minister, or reader, failing so to do, shall forfeit and pay the sum of ten pounds, to be recovered, with costs, by the informer, before the court of the county where the offence shall be committed.

---

## CHAP. IV.

### *An act for establishing a Loan office for the purpose of borrowing money for the use of the United States, and appointing a Commissioner for superintending the same.*

[Chan. Rev. p. 50.]

United States, loan office established.

I. WHEREAS the general congress, on the third day of October last, did resolve that five millions of continental dollars should be immediately borrowed for the use of the United States of America, for the re-payment of which money lent, at the end of three years, with the interest annually, at the place where the same is