# DEBATES AND PROCEEDINGS

IN THE

# CONVENTION

OF THE

# Commonwealth of Massachusetts,

HELD IN THE YEAR

# 1788,

AND WHICH FINALLY RATIFIED THE

## CONSTITUTION OF THE UNITED STATES.

Printed by authority of Resolves of the Legislature, 1856.



BOSTON:
WILLIAM WHITE,
PRINTER TO THE COMMONWEALTH.
1856.

## AFTERNOON.

Met according to adjournment.

The Convention proceeded in the consideration of the motion, that, for the purpose of informing the good people of this Commonwealth of the principles of the proposed Federal Constitution, and the amendments offered by his Excellency the President, and reported by the Committee, and of uniting their opinions respecting the same, this Convention do adjourn to a future day, and, after debate, the question being put, was determined in the negative, 329 members being present, and 115 only voting in the affirmative.

Adjourned to Wednesday morning, 10 o'clock.

---

WEDNESDAY, February 6, 1788.

Met according to adjournment.

The Convention proceeded in the consideration of the motion that to-morrow, 11 o'clock, A. M., be assigned to take the question, by yeas and nays, whether this Convention will accept of the report of the Committee made on Monday last; and, the question being put, passed in the negative.

It was then voted that 4 o'clock, P. M., be assigned for that purpose.

A motion was made and seconded, that the report of the Committee made on Monday last, be amended, so far as to add the following to the first article therein mentioned, viz.: " And that the said Constitution be never construed to authorize Congress to infringe the just liberty of the press, or the rights of conscience; or to prevent the people of the United States, who are peaceable citizens, from keeping their own arms; or to raise standing armies, unless when necessary for the defence of the United States, or of some one or more of them; or to prevent the people from petitioning, in a peaceable and orderly manner, the federal legislature, for a redress of grievances; or to subject the people to unreasonable searches and seizures of their