Davis, Thomas D. The Code of the City of Lynchburg, Va., Containing the Charter of 1880, with the Amendments of 1884, 1886 and 1887, and the General Ordinances in Force July 1st, 1887, Also a Digest of Acts of Assembly and of Ordinances Affecting the Rights and Interests of the City of Lynchburg and its Citizens, Together with a Brief Sketch, Historical and Statistical. J. P. Bell & Co., 1887. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0106162178/MMLP?u=camb55135&sid=bookmark-MMLP&xid=c3eab047&pg=129. Accessed 13 Feb. 2023.

Case 1:22-cv-07464-RMB-AMD  Document 90-48  Filed 02/13/23  Page 2 of 3 PageID: 2930

dynamite or other explosives as they may deem necessary. Said wholesale dealers may also, for the purposes of their trade, have in their possession elsewhere than in a magazine, between the hours 7 A. M. and 5 P. M., any quantity of such explosives not exceeding three hundred pounds.

18. Every dealer in gunpowder, blasting powder, dynamite or other high explosive, shall place on the building containing the same, over or at the side of the front door thereof, a sign with the words "Powder for Sale," printed or painted thereon in legible characters at least three inches in height ; he shall store said powder or other explosives, including explosive cartridges, within fifteen feet of the front entrance to the building, and shall notify the Chief of the Fire Department in writing that the same has been done.

The Chief of the Fire Department is hereby authorized to enter any building in which powder or other explosives may be habitually kept for sale and familiarize himself with the location of such explosives, to the end that he may be able to take the necessary steps to prevent disaster therefrom in case of a fire.

19. No person shall carry gunpowder, blasting powder, dynamite or other explosives on a vehicle in any part of the city unless the same shall be secured in kegs, boxes, or canisters, so that no part thereof can fall out or escape.

20. No person shall allow any vehicle under his charge or control, containing more than one keg or case of twenty-five pounds of gunpowder, blasting powder, dynamite or other high explosives, to remain within the city limits more than two hours, and no person shall permit more than the said quantity of any of the said articles to be upon any street or sidewalk more than thirty minutes ; *provided*, however, that said articles may, during the day, be brought from magazines or depots in such quantities as may be required to supply the trade of merchants and wholesale dealers.

21. Any person who shall violate any of these ordinances in

regard to gunpowder, or other explosives, or permit the same to be violated with his consent by any person in his employment or under his control, shall, upon conviction, be fined not less than five dollars nor more than fifty dollars for each offence.