

DATE DOWNLOADED: Mon Feb 13 12:56:23 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
L. Bradford Prince, Compiler. General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880 (1880).

ALWD 7th ed.
Prince, L. Bradford, Compiler. General Ls of New Mexico including All the Unrepealed General Ls from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880 (1880).

APA 7th ed.
Prince, L. (1880). General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880. Albany, N.Y., W.C. Little & Co.

Chicago 17th ed.
Prince L. Bradford, Compiler. General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880. Albany, N.Y., W.C. Little & Co.

McGill Guide 9th ed.
L. Bradford Prince, Compiler, General Ls of New Mexico including All the Unrepealed General Ls from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880 (Albany, N.Y.: W.C. Little & Co., 1880)

AGLC 4th ed.
L. Bradford Prince, Compiler, General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880 (W.C. Little & Co., 1880

MLA 9th ed.
Prince, L. Bradford, Compiler. General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880. Albany, N.Y., W.C. Little & Co. HeinOnline.

OSCOLA 4th ed.
Prince, L. Bradford, Compiler. General Laws of New Mexico including All the Unrepealed General Laws from the Promulgation of the Kearney Code in 1846, to the End of the Legislative Session of 1880. Albany, N.Y., W.C. Little & Co.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

312                    MISCELLANEOUS.

shall be responsible for the payment of the expenses of his retention in jail.

### Rewards for the Apprehension of Escaped Prisoners. Act of February 1, 1860.

SECTION 1. When any person shall make his escape from any county of this Territory after having been sentenced by the court to suffer any penalty, it shall be the duty of the court to inform immediately the governor thereof, giving a description of such fugitive.

§ 2. The governor is hereby authorized to offer a reward, to be paid out of the funds of the Territory, to any person who shall find and deliver such fugitive: *Provided*, that such reward shall be at the will of the governor.

### Reward for Accused Persons. Act of 1874, Ch. 12.

SECTION 1. In cases of murder or other felony, when the person or persons accused of the crime shall be at large, the governor, when in his judgment it shall be necessary to secure the apprehension of the accused, shall be authorized to issue his proclamation offering a reward, not exceeding five hundred dollars, for the apprehension and delivery of the accused to the proper office.

§ 2. The auditor of public accounts is hereby authorized to draw a warrant on the treasury of the Territory, in favor of the person entitled to a reward, under the provisions of the preceding section, for the amount thereof, upon the presentation by such person of his account certified and approved by the governor.

### Deadly Weapons. Act of 1869, Ch. 32.

SECTION 1. It shall be unlawful for any person to carry deadly weapons, either concealed or otherwise, on or about their persons within any of the settlements of this Territory, except it be in the lawful defense of themselves, their families or their property, and the same being then and there threatened with danger, or by order of legal authority, or on their own landed property, or in execution of an order of court.

§ 2. Deadly weapons, in the meaning of this act, shall be construed to mean all kinds and classes of pistols,

whether the same be a revolver, derringer, repeater, or any other kind or class of pistol; any and all kinds of bowie knives, daggers, poniards, butcher knives, dirk knives and all such weapons with which cuts can be given or by which wounds can be inflicted by thrusting, including sword canes and such sharp-pointed canes with which deadly thrusts can be given, and all kinds of slung-shots, and any other kinds of deadly weapon, by whatever name it may be called, by which a dangerous wound can be inflicted.

§ 3. The penalty for the violation of the preceding sections of this act shall not be less than ten dollars nor more than fifty dollars for each offense, or not less than ten days' imprisonment nor more than fifty days' imprisonment in the county jail, or both; such fine and imprisonment in the discretion of the jury trying the case.

§ 4. Any person who shall draw a deadly weapon on another, or who shall handle a deadly weapon in a threatening manner at or towards another, in any part of this Territory, except in the lawful defense of himself, his family, or his property, or by order of legal authority, upon conviction thereof before the proper tribunal, shall, for each offense, be fined in a sum not less than twenty-five dollars nor more than seventy-five dollars, or by imprisonment in the county jail for a term of not less than twenty days or more than sixty days, or be punished by both such fine and imprisonment, in the discretion of the jury trying the cause.

§ 5. Any person who shall draw or use any deadly weapon in any ball, dance, or other public gathering of the people, or near where any election authorized by law is being held in any part of the Territory, except it be in the lawful defense of himself, his family, or his property, or in obedience to legal authority, shall, upon conviction before the proper tribunal, be punished by a fine not less than fifty dollars nor more than one hundred dollars for each offense, or by imprisonment in the county jail for a term of not less than one month nor more than three months for each offense, or by both such fine and imprisonment, in the discretion of the jury trying the cause.

§ 6. Justices of the peace, as well as the District Court, shall have jurisdiction of all offenses under the preceding sections of this act; and in all cases of prosecution under this act, in which a plea of guilty shall be entered, the court shall proceed to hear and determine the case, and