# THE
# GENERAL LAWS

OF

# Massachusetts,—

FROM THE ADOPTION OF THE CONSTITUTION,

TO FEBRUARY, 1822.

WITH THE

# CONSTITUTIONS

OF THE

# United States and of this Commonwealth,

TOGETHER WITH

THEIR RESPECTIVE AMENDMENTS, PREFIXED.

---

REVISED AND PUBLISHED, BY

## AUTHORITY OF THE LEGISLATURE,

IN CONFORMITY WITH A RESOLUTION PASSED

22D. FEBRUARY, 1822.

---

By ASAHEL STEARNS & LEMUEL SHAW, Esquires,
COMMISSIONERS.
THERON METCALF, Esq. Editor.

---

IN TWO VOLUMES.

..............................
## VOL. I.
..............................

BOSTON:

PUBLISHED BY WELLS & LILLY AND CUMMINGS & HILLIARD.
..............
1823.

Digitized by Google

| | |
|---|---|
| *Chap.* 21. | An Act to incorporate certain persons by the name of The Northwest Congregational Society in North-Yarmouth. [*June* 26, 1794.] Add. act—1795 ch. 15. |
| *Chap.* 22. 1793 ch. 65. | An Act to suspend the operation of an Act, entitled "An Act ascertaining the Quality of Stone-Lime, and the size of Lime Casks, and for repealing all Laws heretofore made relative thereto." [*June* 27, 1794.] Original act repealed—1809 ch. 62. |
| *Chap.* 23. | An Act to repeal all Laws of this Commonwealth imposing Duties and Excise on Carriages, and inflicting Penalties for selling Wines and foreign distilled Spirits, so far as the same respect said matters. [*June* 27, 1794.] Add. act—1796 ch. 21. |
| *Chap.* 24. | An Act for dividing the Commonwealth into Districts for the Choice of Representatives in the Congress of the United States, and prescribing the Mode of Election. [*June* 27, 1794.] Add. act—1796 ch. 15. See 1801 ch. 47. All expired. |
| *Chap.* 25. | An Act for incorporating certain Land in Dedham and Sharon, in the County of Norfolk, into a Common Field. [*Jan.* 22, 1795.] |
| *Chap.* 26. 4 W.& M.ch.6. | An Act for repealing an Act, made and passed in the year of our Lord one thousand six hundred and ninety-two, entitled, "An Act for punishing Criminal Offenders," and for re-enacting certain Provisions therein. |

Act repealed.

SECT. 1. BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That the said Act be and hereby is repealed, and made wholly null and void.

Justices of the Peace empowered to stay affrayers, rioters, &c. and bind them to keep the peace.

SECT. 2. And be it further enacted by the authority aforesaid, That every Justice of the Peace, within the county for which he may be commissioned, may cause to be staid and arrested, all affrayers, rioters, disturbers, or breakers of the peace, and such as shall ride or go armed offensively, to the fear or terror of the good citizens of this Commonwealth, or such others as may utter any menaces or threatening speeches, and upon view of such justice, confession of the delinquent, or other legal conviction of any such offence, shall require of the offender to find sureties for his keeping the peace, and being of the good behaviour; and in want thereof, to commit him to prison until he shall comply with such requisition: And may further punish the breach of the peace in any person that shall assault or strike another, by fine to the Commonwealth, not exceeding twenty shillings, and require sureties, as aforesaid, or bind the offender to appear and answer for his offence at the next Court of General Sessions of the Peace, as the nature or circumstances of the case may require. [*Jan.* 29, 1795.]

And to punish breaches of the peace.

1803 ch.154,§3.

| | |
|---|---|
| *Chap.* 27. | An Act to set off William Goodspeed, with his estate, from the Town of Washington in the County of Berkshire, and annex him and his estate to the Town of Lenox, in the same County. [*Jan.* 31, 1795.] |
| *Chap.* 28. | An Act to incorporate Valentine Rathburn, and others, inhabitants of the Town of Pittsfield, into a religious Society, by the name of The Baptist religious Society in the Town of Pittsfield. [*Feb.* 10, 1795.] |
| *Chap.* 29. | An Act for incorporating certain persons therein named, by the name of The Trustees of the Church and Congregation in the second Precinct in Pembroke. [*Feb.* 10. 1795.] Add. act—1816 ch. 93. |
| *Chap.* 30. | An Act for erecting and maintaining a Bridge over Westfield-River, in the Town of Norwich, in the County of Hampshire. [*Feb.* 10, 1795.] |
| *Chap.* 31. | An Act to ascertain the Jurisdiction and Limits of the Counties of Suffolk and Middlesex, over and upon Charles River. |

SECT. 1. *BE it enacted by the Senate and House of Represen-*

Digitized by Google