AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Ronald Koons, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-07464 |
| Matthew Platkin, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Professors of Property Law, Amici.

Date: 02/14/2023

/s/ Alan Schoenfeld
*Attorney's signature*

Alan Schoenfeld (285532018)
*Printed name and bar number*

7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

Alan.Schoenfeld@wilmerhale.com
*E-mail address*

(212) 937-7294
*Telephone number*

(212) 230-8888
*FAX number*