# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, and ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br>  Defendants. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> C.A. No. 22-CV-7463 <br><br><br> **(PROPOSED) ORDER** |
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY, <br><br>  Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> C.A. No. 22-CV-7464 |

of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,

                        Defendants.

**THIS MATTER** having come before the Court upon the unopposed motion of Professors of Property Law for an Order granting them leave to file a brief as amici curiae; and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this \_\_\_ day of _____, 202\_, that:

The Motion is **GRANTED**;

The proposed amicus brief is deemed **FILED**.

_____
Hon. Renée Marie Bumb
United States District Judge

Hon. Ann Marie Donio
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2023, I electronically filed the foregoing Unopposed Motion for Leave to File Amicus Curiae Brief and accompanying papers with the Clerk of the Court of the United States District Court for the District of New Jersey by using the CM/ECF system. Counsel for all parties are registered CM/ECF users, and will be served by the CM/ECF system.

                                              /s/ Alan Schoenfeld
                                              Alan Schoenfeld
                                              WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              Tel. 212-230-8800