AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey        ▼

| | | |
|---|---|---|
| Koons, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-07464 |
| Platkin, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Brady, as Amicus Curiae                                                                                           .

Date:      02/16/2023                                   /s/ David A. Luttinger, Jr.
                                                                         *Attorney's signature*

                                                               David A. Luttinger, Jr. (DL3180)
                                                                  *Printed name and bar number*
                                                               The New York Times Building
                                                                   620 Eighth Avenue
                                                               New York, NY 10018-1405

                                                                              *Address*

                                                                  dluttinger@cov.com
                                                                       *E-mail address*

                                                                    (212) 841-1134
                                                                    *Telephone number*

                                                                    (646) 441-9134
                                                                        *FAX number*