# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| --------------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

## SECOND SUPPLEMENTAL DECLARATION OF JASON COOK IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1.   I, Jason Cook, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I own my own home, and I have homeowners insurance. The coverage limit on my policy for personal liability is $100,000. Accordingly, in order to comply with the insurance requirement of Chapter 131 Section 4, I will be required to purchase additional insurance in order to exercise my right to carry a handgun for personal protection, and I do not wish to buy more insurance.

3. Further, as I indicated in both of my previous declarations, I like to visit movie sets on location.

4. According to an article from February 17, 2023 on NJ.1015.com, "Joker 2" will be filming on location in New Jersey in late March 2023. The article notes "It looks like New Jersey will be standing in for Gotham City again." *See* https://nj1015.com/parts-of-the-joker-sequel-will-be-shot-in-new-jersey/?utm_source=tsmclip&utm_medium=referral (last visited February 24, 2023).

5. I will be researching to see where the filming will be taking place so I can go there and watch. According to the article, Newark and Jersey City may be the places to start my research. *Id*.

7. I would carry my handgun at these filming locations, but I will refrain from doing so because of Chapter 131 Section 7(a)(23), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____  2/24/2023_____
Jason Cook                      Date