# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| ------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

**SUPPLEMENTAL DECLARATION OF NICOLE CUOZZO IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Nicole Cuozzo, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I have a renters insurance policy. The coverage limit on my policy for personal liability is $100,000. Accordingly, in order to comply with the insurance

requirement of Chapter 131 Section 4, I will be required to purchase additional insurance in order to exercise my right to carry a handgun for personal protection, and I do not wish to buy more insurance.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____  
Nicole Cuozzo

2/24/2023_____  
Date