# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> WILLIAM REYNOLDS, *et al.* ) <br> ) <br> *Defendants* ) <br> ) <br> ------------------------------------------------- ) <br> ) <br> AARON SIEGEL, *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MATTHEW PLATKIN, *et al.* ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:22-cv-07464-RMB-AMD <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** <br><br> **CONSOLIDATED ACTIONS** |

## DECLARATION OF RONALD D'ANGELO IN SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1. I, Ronald D'Angelo, am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I own a small airplane that I keep at Monmouth Executive Airport in Wall Township, New Jersey. I fly once or twice per week among various airports in New Jersey, including but not limited to Lakewood Airport, Old Bridge Airport, Trenton Airport, Cape May/Wildwood Airport, and Atlantic City Airport. I also spend 4 or 5 days per week at Monmouth Executive Airport maintaining my plane.

3. I am also the holder of a New Jersey permit to carry a handgun.

4. I would carry my handgun to these airports and have it with me when I fly, but I refrain from doing so because of Chapter 131 Section 7(a)(20), as I fear arrest and prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____
Ronald D'Angelo

2/24/2023
Date