UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* <br><br> *Plaintiffs* <br><br> v. <br><br> WILLIAM REYNOLDS, *et al.* <br><br> *Defendants* <br> ---------------------------------------------- <br><br> AARON SIEGEL, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> MATTHEW PLATKIN, *et al.* <br><br> *Defendants.* | Civil Action No. 1:22-cv-07464-RMB-AMD <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** <br><br><br> **CONSOLIDATED ACTIONS** |

**ORDER GRANTING LEAVE FOR SIEGEL PLAINTIFFS TO FILE A 73 PAGE REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Siegel Plaintiffs, for leave to file a 73 page reply brief in further support of Plaintiffs' motion for a preliminary injunction; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

Siegel Plaintiffs' Motion to file a 73 page reply brief in further support of their motion for a preliminary injunction is granted.

_____<br>
RENEE MARIE BUMB, U.S.D.J.