UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONALD KOONS, *et al.* | ) ) ) | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | ) ) | |
| v. | ) ) | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | ) ) | **(ELECTRONICALLY FILED)** |
| *Defendants* | ) ) ) | |
| ------------------------------------------------ | ) ) | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| MATTHEW PLATKIN, *et al.* | ) ) | |
| *Defendants*. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2023, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion to File Overlength Reply Brief;

2. Declaration of Daniel L. Schmutter;

3. Proposed Form of Order; and

4. Certificate of Service.

I further certify that on or about February 27, 2023, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 25th day of February 2023 upon the following counsel:

ANGELA CAI, ESQ.
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
TRENTON, NJ 08625

DAVID JENSEN
DAVID JENSEN PLLC
33 HENRY STREET SUITE 420
BEACON, NY 12508

LEON JOSEPH SOKOL
CULLEN AND DYKMAN, LLP
433 HACKENSACK AVE.
HACKENSACK, NJ 07601

EDWARD J. KOLOGI
KOLOGI SIMITZ
COUNSELLORS AT LAW
923 NORTH WOOD AVENUE
LINDEN, NJ 07036

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

Dated: February 25, 2023                                   s/ Daniel L. Schmutter
                                                           DANIEL L. SCHMUTTER