UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AARON SIEGEL, *et al.*, | : | |
| Plaintiffs, | : | No. 1:22-cv-07463-RMB-AMD |
| v. | : | |
| MATTHEW J. PLATKIN, *et al.*, | : | **DECLARATION OF** <br> **DAVID D. JENSEN, ESQ.** |
| Defendants. | : | |
| RONALD KOONS, *et al.*, | : | |
| Plaintiffs, | : | No. 1:22-cv-07464-RMB-EAP |
| v. | : | |
| MATTHEW J. PLATKIN, *et al.*, | : | |
| Defendants. | : | |

I, David D. Jensen, declare as follows:

1. I am counsel for Plaintiffs in *Koons, et al. v. Platkin, et al.*, captioned above. My primary office is in the City of Beacon in Dutchess County, New York. I am over 18 years of age and am competent to testify on my own behalf. I submit this declaration to provide courtesy copies of certain historical authorities cited in Plaintiffs' briefings.

2. Attached hereto are true and correct copies of the following documents, the numbers of which correspond to references in Plaintiffs' Reply Brief (Doc. No. 101):

| Exhibit | Document |
|---|---|
| 1 | 1777 N.J. Laws 26-36, ch. XX |
| 2 | 1780 N.J. Laws 39-54, ch. XIII |
| 3 | 1798 N.J. Laws 609-28, ch. DCCCXXII |

| Exhibit | Document |
|---|---|
| 4 | 1806 N.J. Laws 771-83, ch. CLVI |
| 5 | 1829 N.J. Laws 109-33, An Act for the punishment of crimes |
| 6 | Act of May 28, 1746, ch. X, Acts and Laws of Massachusetts Bay 207-08 |
| 7 | 19 Colonial Records of the State of Georgia: Part I, Statutes, Colonial and Revolutionary 137-40 |
| 8 | Digest of the Laws of Georgia 157-58 (1800) |
| 9 | 1812 Del. Laws 522-24, ch. CXCV |
| 10 | 1818 Vermont Acts & Resolves 22-65, ch. II |
| 11 | 1823 N.H. Laws 72-75, ch. XXXIV |
| 12 | 1885 N.J. Laws 52, ch. XLIV |
| 13 | 1799 N.J. Laws 561-63, ch. DCCCVI |
| 14 | 1811 N.J. Laws 300 |
| 15 | Public Laws of South Carolina 275-76 (1790) |
| 16 | Acts and Laws of the State of Connecticut 36-37 (1784) |
| 17 | Manual of the Laws of North Carolina 234-36 (1814) |
| 18 | Digest of the Laws of Georgia 428 (1800) |
| 19 | Public Laws of Rhode-Island and Providence Plantations 568 (1798) |
| 20 | 1812 Del. Laws 522-24, ch. CXCV |
| 21 | 5 Laws of the Colony of New York 11-13, ch. 1410 (1894) |

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 27, 2023

                                                                         s/ David D. Jensen
                                                                         David D. Jensen