# A C T S

OF THE

# GENERAL ASSEMBLY

OF THE

## STATE OF NEW-JERSEY,

At a SESSION begun at PRINCETON on the 27th Day of *August* 1776, and continued by Adjournments.

TO WHICH IS PREFIXED,

THE

# CONSTITUTION

OF THE

# S T A T E.

---

BURLINGTON:
Printed by ISAAC COLLINS, M.DCC.LXXVII.

## C H A P.   XX.

### An A C T *for the better regulating the Militia.*

Preamble.

WHEREAS it is at all Times of great Importance to the Safety of the State, that the Militia fhould be under proper Regulation and Government ; but more efpecially fo at the prefent critical and interefting Period, in which the utmoft Exertions of a well-difciplined Militia are occafionally neceffary to defeat the Defigns of the *Britifh* Court, and to preferve and defend the Freedom and Independence of tne United States of *America ;*

Lifts to be made.

*Sect.* 1. BE IT THEREFORE ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That every Captain or Commanding Officer of a Company, who now is or hereafter fhall be duly appointed and commiffioned by the Governor, fhall, immediately after the Publication of this Act, take a Lift of all able-bodied Men, not being Slaves (except as is herein after excepted) between the Ages of fixteen and fifty Years, who refide in his Diftrict, and are capable of bearing Arms ; a Copy of which Lift he fhall deliver to the Colonel or commanding Officer of the Regiment or Battalion to which he belongs.

Returns to be made.

2. THAT every Captain or commanding Officer fhall make Return of the Number of Men in his Company, their Accoutrements and Ammunition, at leaft quarterly, to the Colonel or commanding Officer of the Regiment to which he belongs ; and that every Colonel or commanding Officer of a Regiment fhall make Return of the Condition of his Regiment, at leaft once in every fix Months, to the Brigadier-General of the Brigade to which he fhall belong ; on Failure whereof the Captain fhall forfeit the Sum of *Thirty Shillings,* and the Colonel *Three Pounds* for each and every Offence, to be levied and appropriated in the Manner herein after directed.

Returns of the Brigades.

3. THAT each Brigadier-General fhall make Return of the Condition of his Brigade once in fix Months to the Commander in Chief of this State, under Penalty of *Ten Pounds* for each Default, to be levied and appropriated as herein after directed.

How to be equipped,

4. THAT every Perfon above directed to be enrolled fhall bear Arms, attend Mufters, and in all Things be conformable to the Rules and Orders herein after mentioned ; and fhall, as foon as poffible, furnifh himfelf with a good Mufket, well fitted with a Bayonet, Steel Ramrod, Worm, Priming-wire and Brufh, a Knapfack, Canteen, twelve Flints, Cartouch-Box, and twenty-three Rounds of Cartridges fuited to his Gun, under the Forfeiture of *Five Shillings* for Want of a Mufket, and *One Shilling* for the Want of any of the other Articles ; provided, that in cafe any Perfon fhall be furnifhed with a good Rifle Gun, with all its neceffary Apparatus, and a Sword, Cutlafs or Tomahawk, it fhall be accepted in Lieu of a Mufket and the Accoutrements proper thereto.

Q

5. THAT every Perfon, directed to be enrolled as aforefaid, fhall, at his

'his Place of Abode, be provided with one Pound of good merchantable  and provided,
Gun-Powder, and three Pounds of Ball fitted to the Size of his Muf-
ket or Rifle, under the Forfeiture of *Three Shillings* for Want of
either.

6. That each whole Company of Militia do affemble, properly  Times of
accoutred as aforefaid, on the firft *Monday* in every Month (except the  Mufter.
Companies in the County of *Cape-May*, and thofe of the firft Battalion
of Militia in the County of *Salem*, who fhall affemble, accoutred as
aforefaid, on the firft *Saturday* in every Month) at fuch Place as the
Captain or commanding Officer fhall direct, *That is to fay*, From the
Month of *October* to the Month of *April* inclufive, they fhall meet at
ten o'Clock in the Forenoon, and from the Month of *May* to the Month
of *September* inclufive, they fhall meet at two o'Clock in the Afternoon,
and there fhall fpend the Remainder of the Day in improving them-
felves in military Difcipline, Exercife and Knowledge; and that a
general Mufter or Review be had of each Regiment three Times in
every Year, at fuch Times and Places as the Field-Officers, or a Majo-
rity of them, fhall direct : But if the local Situation of the Companies,
which compofe any Regiment, render it inconvenient to have a regi-
mental Review, the Field-Officers, or a Majority of them, may review
fuch Regiment in Divifions, provided each Divifion be reviewed three
Times in a Year.

7. That every Regiment be officered with a Colonel, Lieutenant-  How the Re-
Colonel, two Majors, an Adjutant and Quarter-Mafter, and may be  giments and
provided with a Chaplain, Surgeon and Mate ; and that every Compa-  Companies are to be
ny fhall be officered with a Captain, two Lieutenants and an Enfign ;  officered.
and that each Company fhall appoint any Number not exceeding four
Sergeants, four Corporals, one Drummer and one Fifer.

8. That in cafe any Perfon fhall refufe or neglect to ferve as a Ser-  Fines for non-
geant, Corporal, Drummer or Fifer in any Company, being thereunto  commiffioned
appointed as aforefaid, he fhall forfeit the Sum of *Forty Shillings* ; and  Officers refuf-
any Sergeant who fhall neglect or refufe to warn the Company to meet  ing Duty.
when required by the Captain or commanding Officer, fhall forfeit the
Sum of *Three Pounds* for every fuch Refufal or Neglect; provided that
none be appointed Sergeants or Corporals but fuch as have actually
appeared or fhall appear in Arms ; Provided alfo, That no Perfon
be fined more than once a Year for refufing to accept any of faid
Offices.

9. That the following Penalties be inflicted on thofe who do not  Penalties for
attend and obey orders on the Days appointed for general Mufters or  Non-Attend-
Reviews, *to wit*, On a Colonel the Sum of *Six-Pounds*, on a Lieutenant-  ance on gene-
Colonel *Five Pounds*, on a Major *Four Pounds*, on a Captain *Three*  ral Mufters.
*Pounds*, Lieutenants, Enfigns, Adjutants and Quarter-Mafters *Two*
*Pounds* each, and upon Sergeants, Corporals, Drummers, Fifers,
and all Privates directed to be enrolled as aforefaid, not lefs than *Seven*
*Shillings and Six-pence*, nor more than *Twenty-two Shillings and Six-*
*pence* for each and every Default, to be affeffed at the Difcretion of
the Field-Officers of the Regiment, or a Majority of them, due Regard
being had to the Eftate and Circumftances of the Delinquents ; and

K that

Case 1:22-cv-07464-RMB-AMD   Document 103-1   Filed 02/27/23   Page 4 of 12 PageID: 3363

that the fame Penalties be inflicted on thofe Officers and Privates of Companies who do not attend properly accoutred, and obey Orders on the Times appointed for the Meeting of Companies, at the Difcretion of the commiffioned Officers of the Company to which the Delinquents belong. And if any commiffioned Officer, at fuch Meeting of the Company or general Review, fhall mifbehave or demean himfelf in an unofficer-like Manner, he fhall, for fuch Offence, be cafhiered or otherwife punifhed by Fine, at the Difcretion of a general or regimental Court-Martial, as the Cafe may require, fo that fuch Fine exceed not the Sum of *Ten Pounds*, and in fuch Cafe due Regard fhall be had to the Rank and Circumftances of the Offender.

Non-commiffioned Officers or Soldiers mifbehaving on Duty,

10. THAT any non-commiffioned Officer or Soldier who fhall, while on Duty, be found drunk, or who fhall ufe reproachful or abufive Language towards any of his fuperior Officers, or fhall quarrel himfelf, or promote any Quarrel among his Fellow-Soldiers, fhall be difarmed by the Captain or commanding Officer at the Head of the Company, be turned out of the Ranks for that Day, and be fined by the faid Captain or commanding Officer in any Sum not more than *Twenty Shillings*; and, if neceffary, fhall be put under Guard during the Time the Company fhall continue under Arms, but no longer.

or appearing with bad Arms or Accoutrements.

11. THAT any non-commiffioned Officer or Soldier who fhall, on the Day appointed for the Meeting of the Company, or of a general Review, appear with his Arms or Accoutrements in an Order or Condition unfit for Service, fhall be fined by the Captain or commanding Officer, in any Sum not lefs than *One Shilling*, nor more than *Five Shillings*.

Non-Attendance in due Seafon.

12. THAT any non-commiffioned Officer or Soldier, who fhall not attend in due Seafon on the Day appointed for the Meeting of the Company, or of a general Review, fhall, in the firft Cafe, be fined by the Captain or commanding Officer in any Sum not exceeding *Ten Shillings*, and, in the fecond Cafe, in any Sum not exceeding *Twenty Shillings*.

Perfons unable to purchafe Arms and Accoutrements, when to be exempted.

13. THAT any Perfon who, by a Majority of the commiffioned Officers of the Company to which he belongs, fhall be deemed unable to purchafe the Arms, Accoutrements and Ammunition afore-mentioned, fhall be exempted from the Payment of Fines, on appearing at the Time of Meeting or Review, without the neceffary Equipment, until the fame be provided for him.

Fines of Infants and Servants.

14. THAT the Fines of young Men living with their Mafters, Miftreffes, or Parents, who are above the Age of fixteen Years, and under that of twenty-one, and of white Servants who fhall neglect or refufe to do the Duties enjoined by this Act, fhall be levied on the Eftates of the Mafters, Miftreffes, or Parents.

Lifts of Delinquents, when and how to be tranfmitted.

15. THAT the Field-Officers, once in every fix Months, and the Captains and Subalterns, once in every two Months, do tranfmit a Lift of Delinquents in their refpective Departments, with the Fines annexed and properly attefted, to any Juftice of the Peace for the County in
which

# WILLIAM LIVINGSTON, Eſquire, GOVERNOR. 29

which ſuch Delinquents reſide. PROVIDED ALWAYS, That no ſuch
Liſt ſhall be ſo returned till two Weeks after ſuch Fines ſhall be awarded.

16. THAT the military Officers, in all Caſes where they are empow- *Reaſonable Excuſes.*
ered to impoſe Fines on Delinquents, are hereby directed to admit rea-
ſonable Excuſes, and thereon to diſcharge any Perſon fined from Pay-
ment of his Fine ; provided ſuch Fine be not returned to the Juſtice.

17. THAT the commanding Officer of every Regiment be and here- *Who are to receive Fines.*
by is empowered and directed to receive any Fine awarded by the Field-
Officers of the ſame, and to give Receipt therefor ; and the command-
ing Officer of every Company is hereby empowered and directed to re-
ceive any Fine awarded by the Officers of the ſame, and to give Receipt
therefor ; provided the Payment of ſuch Fine be offered before the De-
linquent's Name be returned as aforeſaid ; and ſuch commanding Of-
ficer ſhall, once in every ſix Months, tranſmit to the County Collector
all Fines by him, and the Names of the Perſons from whom, received ;
and, in caſe of Default, ſhall forfeit the Sum of *Five Pounds ;* to be
recovered by ſaid County Collector in any Court of Record where the
ſame ſhall be cognizable, the one Half for the Uſe of the Poor of the
Townſhip where the Defaulter reſides, and the other Half for the Uſe
of the County Collector ſo ſuing for the ſame, with Coſts of Suit ; and
ſuch commanding Officer ſhall alſo, in ſuch Caſe, be ſubject to an Ac-
tion of Debt, at the Suit of ſuch Collector, for the Recovery of the
whole Sum by him received, with Intereſt on the ſame, and Coſts of Suit.

18. THAT in all Caſes, where the Age of any Perſon ſhall be diſput- *Age diſputed.*
ed, ſuch Perſon ſhall prove his Age to the Satisfaction of a Majority of
the Officers in the Limits of whoſe Company he reſides.

19. THAT all Militia Officers ſhall take an Oath or Affirmation for *Militia Offi- cers to be qualified.*
the due Performance of their Truſt, with Reſpect to the Aſſeſſment of
Fines by Virtue of this Act.

20. THAT if any Perſon remove from the Limits of his own into *Perſons re- moving and Strangers coming.*
thoſe of any other Company, he ſhall be conſidered as belonging to
the Company into the Limits of which he may remove, and ſhall be
enrolled accordingly ; and every Perſon, between the Ages of ſixteen
and fifty Years, capable of bearing Arms as aforeſaid, who ſhall come
from any of the neighbouring States into this State, ſhall, within two
Weeks after his Arrival, be enrolled in the Company within the Li-
mits of which he may happen to reſide, and thereafter in every Reſpect
be deemed to be one of ſaid Company.

21. THAT all Fines, herein before impoſed upon any Officer or Sol- *Fines, how to be levied,*
dier, ſhall, in caſe of Refuſal of Payment, be levied on the Goods and
Chattels of the Offender, by Warrant of Diſtreſs from a Juſtice of the
Peace, directed to the Conſtable of the Townſhip or Diſtrict wherein
ſuch Offender ſhall reſide ; who ſhall, at leaſt five Days before the Sale,
give Notice thereof by Advertiſements, in three publick Places in the
Neighbourhood.

22. THAT the Fines and Forfeitures aforeſaid, levied by any Con- *and paid.*
ſtable,

ftable, fhall, when recovered, be paid to the Juftice who iffued the Warrant, who is hereby directed to pay the fame to the Collector of the Diftrict in which the Offender refides.

Three Companies of Horfe ;

23. AND WHEREAS light Horfe are extremely ufeful and necef-fary, BE IT THEREFORE ENACTED *by the Authority aforefaid*, That three Companies of Horfe fhall be embodied in this State, and no more ; that each Company fhall confift of thirty-three Privates, and be offi-cered by a Captain, Lieutenant and Cornet, who fhall be confidered as of equal Rank with the Captains, firft Lieutenants and Enfigns of Foot Militia.

their Regula-tions,

24. THAT the Officers and Privates in every Troop fhall, in every Refpect (fave that of Equipment and Forfeiture for Want thereof) be conformable to the Regulations herein eftablifhed for the Government of the Foot Militia.

and Accou-trements.

25. THAT every Trooper fhall furnifh himfelf with a good Horfe, a good Bridle and Saddle, Holfters and Cafe of Piftols well fitted, a Sword or Cutlafs, a well fixed Carbine, with Belt, Swivel and Sling, and a Cartouch Box that will contain twelve Rounds of Cartridges, under the Forfeiture of *Six Pounds* for the Want of a Horfe, and of *Twenty Shillings* for the Want of a Saddle and Bridle, or Carbine, or Holfters and Cafe of Piftols, and of *Three Shillings* for the Want of any of the other Articles.

Troopers to have Powder and Ball.

26. THAT every Trooper fhall, at his Place of Abode, be pro-vided with one Pound of good merchantable Gun-Powder, and three Pounds of Ball fitted to his Carbine and Piftols, under the Forfeiture of *Three Shillings* for the Want of any of the faid Articles : All which Fines and Forfeitures fhall be levied and paid in Manner aforefaid.

Who may en-lift in the Horfe.

27. THAT no Perfon, fave fuch only as is able to furnifh himfelf with all the Accoutrements neceffary to equip a Trooper, fhall enlift in any of the faid Companies of Horfe.

Pay and Ra-tions of the Horfe.

28. THAT the Horfe Militia, when in actual Employ, fhall, as a Compenfation for their perfonal Service, have the fame Pay, Rations and Allowance as the Horfe of the United States of *America* ; and, as the Horfemen furnifh themfelves with Horfes, they fhall, when in actual Service, be allowed at the Rate of *One Shilling and Six-pence* a Day over and befides the Continental Pay, as a Compenfation for the Ufe of their Horfes.

Power of the Captain-Ge-neral.

29. THAT the Captain-General or Commander in Chief for the Time being, in cafe of Invafion, Infurrection or Alarm, or in Time of War, may, and he is hereby empowered to call into actual Service the whole Militia, or to order fuch Detachments as he fhall judge neceffary ; and on Application of the Congrefs, or the Commander in Chief of the Continental Army, it fhall and may be lawful for the Commander in Chief of this State for the Time being, with the Advice of the Legif-lature when fitting, or, in their Recefs, with the Advice of the Privy Council, to order the faid Militia, or any Part thereof, to affift the Con-

tinental

## WILLIAM LIVINGSTON, Esquire, Governor.  31

tinental Army in any of the neighbouring States : And that any Militia Officer, in cafe of fudden Alarm, may and is hereby required to affemble the Men under his Command, and to ufe his beft Endeavours to annoy the Enemy, or to repel an Invafion, without waiting for Orders from the Commander in Chief, making Return of fuch his Proceedings to the Commander in Chief, or to his Brigadier-General as foon as poffible.

30. THAT, in order the more effectually to fecure perfonal Service in Times of imminent Danger, every non-commiffioned Officer or Soldier, directed to be enrolled as aforefaid, who fhall neglect or refufe to march when called upon on an Invafion or Alarm, or who, when the Company to which he belongs fhall be convened for the Purpofe of raifing Levies, or detaching the Whole or Part of the Militia for the Defence of the State, or any of the neighbouring States, fhall neglect or refufe to march when detached in his Turn, or to provide a fit Perfon to march in his Stead, fhall, for each Offence, be fined at the Difcretion of the Perfons herein after named, and in the Manner herein after directed, in any Sum not lefs than *Five Pounds*, nor more than *Thirty Pounds*.

*Fines of non-commiffioned Officers and Soldiers for not marching.*

31. THAT every commiffioned Officer, who fhall neglect or refufe to march with the Battalion or Company to which he belongs, at the Time of an Invafion or Alarm, or to take his Tour of Duty when called upon, fhall, if a Field-Officer, be tried by a general Court-Martial ; and, if under the Rank of a Field-Officer, be tried by a regimental Court-Martial ; and, if convicted, fhall be cafhiered and deemed unfit for further Service as an Officer ; and, on Certificate of fuch Conviction returned to the Affeffor herein after mentioned, fhall alfo, at the Difcretion of the Perfons herein after named, and in the Manner herein after directed, be fined in any Sum not lefs than *Eight Pounds*, nor more than *Forty Pounds*.

*Fines and Punifhment of commiffioned Officers for not marching.*

32. THAT, when Part only of the Militia fhall be called for, the Field-Officers of each Battalion fhall afcertain the Proportion to be taken from each Company in their Battalion, obferving as a Rule the Number of Men in the feveral Companies which compofe fuch Battalion ; and, in fuch Cafe, the commiffioned Officers of each Company fhall be, and they are hereby empowered to count off fuch Proportion, and to determine who fhall go from their Company, paying due Attention to, and keeping in View as a general Rule, the Courfe or Tour of Duty.

*Detachments from the Militia.*

33. THAT, in order to equip as far as poffible every Man who fhall be detached, the commiffioned Officers of every Company are hereby empowered and directed to imprefs and take from fuch of the Militia in their Company, as are not ordered into Service, a Number of Mufkets with their Accoutrements, fufficient to equip thofe who are detached as aforefaid, giving Receipts and taking Appraifements under Oath for the fame : And the Mufkets and Accoutrements fo at any Time taken, if loft or damaged in the Service, fhall be made good by the State : PROVIDED ALWAYS, That it be in the Option of any Owner to take back his Mufket or Accoutrements, and have the Damage valued by

*How to equip the Detachments.*

L                                                    the

the former Appraifers, and made good, or to be paid the full Price of the fame, as afcertained by the afore-mentioned Appraifers. And the County Collector is hereby empowered and directed to pay, as the Cafe may require, the full Value of fuch Mufket and Accoutrements, or the Amount of the Damage fo as aforefaid appraifed ; which faid Mufket and Accoutrements, if fully paid for, fhall be delivered to the commanding Officer of the Battalion for the Ufe of the State ; and the Treafurer is hereby empowered and directed to repay the Sum fo as aforefaid advanced by fuch County Collector.

Commiffioned Officers to judge of Excufes.

34. THAT the commiffioned Officers of every Company fhall be, and they hereby are authorifed and directed to hear and adjudge of any Excufe that may be offered by any non-commiffioned Officer or Soldier of their Company, for not performing any Duty enjoined by the thirtieth Section of this Act ; and they fhall, by Advertifements, in two publick Places in the Limits of faid Company, give Notice of the Time and Place of their Meeting to hear and adjudge thereof : And the faid Officers are hereby further directed to obferve as a general Rule (although there may be fome fpecial Exceptions, of which too they are to judge) that no Excufe, fave that of Sicknefs, fhall be admitted as legal and valid for not performing any Duty enjoined by the Section laft above-mentioned ; and, in order to enable faid Officers fairly and fully to decide upon any Excufe, they are hereby empowered to examine on Oath, which any of them may adminifter, any Perfon touching the Truth of fuch Excufe.

How the Fines are to be affeffed.

35. AND WHEREAS it is highly proper and neceffary that the Fines directed to be levied in Confequence of any Violation of the thirtieth and thirty-firft Sections of this Act, fhould be in Proportion as well to the Eftate as to the military Rank of the Offenders, BE IT THEREFORE ENACTED *by the Authority aforefaid,* That the Field-Officers of every Battalion, or a Majority of them, and the commiffioned Officers of every Company, or a Majority of them, (as the Cafe may require) fhall, as foon as poffible, make Return of the Names of the Offenders againft the Sections laft mentioned to the Affeffor within whofe Diftrict fuch Offenders refide ; and the faid Affeffor fhall, and he is hereby directed and empowered to call to his Affiftance any two Juftices of the Peace of the County, and, in Conjunction with them, to afcertain and affefs the Fine to be paid by every Perfon in fuch Diftrict, who fhall have offended againft the two Sections aforefaid ; obferving always, neither to go above nor below the Sums mentioned therein. PROVIDED, That the Agreement of any two of the three, as to faid Affeffments, fhall be conclufive.

Affeffors Qualification.

36. THAT every Affeffor, previous to his doing any Thing in the Affeffment-Way by Virtue of this Act, fhall make Oath before fome Juftice of the Peace for the County in which he refides, *That he will truly and impartially, according to the beft of his Skill and Underftanding, afcertain and affefs the Fine of every Offender agreeably to his ratable Eftate, and military Rank, and to the true Intent and Meaning of this Act.*

37. THAT every fuch Affeffor fhall, with all convenient Speed, tranfmit to the Collector, in whofe Diftrict fuch Offenders refide, an Account

of

# WILLIAM LIVINGSTON, Efquire, Governor.

of all Fines fo as aforefaid affeffed; and every fuch Collector fhall make a Demand of all fuch Fines fo tranfmitted to him, within ten Days after receiving the Account. <span style="float:right">Account of Fines to be tranfmitted to the Collector.</span>

38. THAT in cafe any Perfon fhall refufe or neglect to pay fuch Fine to the Collector when demanded, or on Notice properly given at the Place of his Abode, fuch Collector, within fifteen Days after the Demand or Notice, fhall return the Name of the Offender, with the Sum he is to pay, to any Juftice of the Peace in the County in which the Offender refides; which Juftice is hereby empowered and directed to adminifter an Oath or Affirmation to faid Collector, that the Fine had been demanded of, or Notice thereof given to, the Offender, and thereupon to iffue his Warrant to the Conftable to raife from any Goods and Chattels of the Offender (except Arms, Accoutrements and Ammunition) by Diftrefs and Sale, after proper Advertifement as aforefaid, the Sum in which he was affeffed, with Cofts, as herein after is directed. And the Conftable is hereby required to pay the faid Sum to the Collector in whofe Diftrict the Offender refides, and the Overplus, if any, to return to the Owner. <span style="float:right">Mode of recovering the Fine.</span>

39. THAT every Conftable fhall forfeit the Sum of *Six Pounds* for Breach of any Part of the Duty enjoined on him by this Act, to be recovered by the Collector in whofe Townfhip or Diftrict he refides, in any Court of Record where the fame fhall be cognizable, with Cofts of Suit, to be appropriated the one Half to the Ufe of the Poor of the faid Townfhip or Diftrict, and the other Half to the Ufe of the Collector fo fuing for the fame : And in cafe any Collector fhall knowingly conceal the Affair, or neglect to fue the Conftable offending as aforefaid, for the Space of ten Days after receiving Notice of fuch Offence, or fhall any otherwife commit a Breach of the Duty enjoined him by this Act, he fhall forfeit the Sum of *Six Pounds* for every Offence, to be recovered by any Perfon who will fue for the fame; the one Half for the Ufe of the Poor of the Townfhip or Diftrict in which the Collector refides, and the other Half, with Cofts of Suit, for the Ufe of the Perfon fuing. <span style="float:right">Conftables Forfeiture.</span>

40. THAT any Juftice of the Peace, who fhall neglect or refufe to perform any Act or Duty hereby enjoined on him, fhall forfeit for each Offence the Sum of *Twelve Pounds*; to be recovered by any Perfon who will fue for the fame, of which the one Half fhall be paid to the Overfeer of the Poor, in whofe Townfhip or Diftrict the Offender refides, for the Ufe of the Poor in faid Diftrict; and the other Half, with Cofts of Suit, to the Perfon fuing for the fame. <span style="float:right">Juftices Forfeiture.</span>

41. PROVIDED ALWAYS, That any Perfon, who fhall think himfelf aggrieved by any fuch Affeffment, may, on Payment of the fame, and at any Time within the Space of ten Days after Demand or Notice thereof as aforefaid, appeal therefrom to the next, but no other, Court of General Quarter Seffions of the Peace for the County; which Court is hereby empowered to decide thereon, and faid Decifion fhall be conclufive. <span style="float:right">Appeal.</span>

42. THAT the Affeffors fhall have and receive the Sum of *One Shilling*

34          S T A T E  of  *N E W - J E R S E Y*,  1777.

**Affessors and Collectors Fees.**

*ling* for every Fine, as a Compensation for their Trouble in Affessing ; and the Collector shall receive *Four-pence* in the *Pound* for collecting the Fines herein directed to be by them affessed and collected ; except the County Collectors, who shall have only *Two-pence* in the *Pound* allowed them.

**Justices Fees.**

43. THAT the Justice shall receive the Sum of *One Shilling* for every Warrant of Distrefs issued for military Default, the same to be levied, with the Penalty, on the Estate of the Offender.

**Constables Fees.**

44. THAT every Constable shall levy upon the Estate of each Offender, mentioned in the Warrant to him directed, the following Sums, over and besides the Penalties laid in the Warrant, as a Compensation for his Trouble, *to wit*, For every non-commissioned Officer and Soldier the Sum of *One Shilling and Six-pence*, and for every Field-Officer, Captain, Lieutenant, Enfign, Adjutant, and Quarter-Master, the Sum of *Two Shillings and Six-pence.*

**Town Collectors to pay the County Collectors.**

45. THAT every Town Collector shall, once in six Months, pay the Collector of the County in which he resides, the Sum of Money he may collect and receive by Virtue of the Directions of this Act ; and any such Collector, who shall neglect or refuse to pay all such Sums to the County Collector in Manner aforesaid, shall, besides the Penalty before mentioned for the Breach of Duty, be subject to an Action of Debt, at the Suit of such County Collector, for the Recovery of the whole Sum by him received, with Interest on the same, and Costs of Suit. And that the County Collectors pay to the Captains of each Company as much Money out of the Fines paid into his Hands, as the Field-Officers of each Battalion, in Conjunction with the Justices and Affessor herein before mentioned, or a Majority of them, shall judge necessary to be expended for the instructing Drummers and Fifers in the respective Companies ; which Adjudication, with the Captain's Receipt thereon, shall be a Discharge for so much of the publick Money to the said Collector.

**County Collector to pay the Treasurer annually.**

46. THAT every County Collector shall annually pay to the Treasurer of this State the Sums of Money he shall receive from the Township Collectors as aforesaid, except so much as shall have been adjudged to be expended for the Instruction of Drummers and Fifers as aforesaid ; and any County Collector, who shall neglect or refuse to pay the same, shall forfeit for every Offence the Sum of *Fifty Pounds*, to be recovered by the Treasurer in any Court of Record where the same shall be cognizable, the one Half for the Use of the State, and the other Half for the Use of the Treasurer, with Cost of Suit ; and such County Collector shall also in such Case be subject to an Action of Debt, at the Suit of the Treasurer, for Recovery of the whole Sum by him received, with Interest, and Cost of Suit.

**County Collectors to transmit Accounts to the Legislature.**

47. THAT all the County Collectors shall annually transmit to the Legislature of this State an Account of the Monies which they shall have received and transmitted to the Treasurer by Virtue of the Directions of this Act.

48. THAT

# WILLIAM LIVINGSTON, Efquire, GOVERNOR.   35

48. THAT the Foot Militia, when in actual Service, fhall have the fame Pay, Rations and Allowance, as the Forces of the United States of *America*. <small>Pay and Rations of the Foot Militia.</small>

49. THAT no Procefs whatever, unlefs in Behalf of the State, fhall be ferved on any Officer or Soldier, who fhall appear and obey Orders on the Day and at the Place appointed for any private or general Muf-ter ; or while in actual Service ; or in going to or returning from fuch Place of Mufter or Service. <small>Officers and Soldiers, when exempted from Procefs.</small>

50. THAT no Officer or Soldier, in going to or returning from his Place of Training, fhall pay more than one third Ferriage ; and any Ferryman refufing to ferry at that Rate fhall forfeit the Sum of *Twenty Shillings*, the one Half to the Profecutor with Cofts of Suit, and the other Half to the Ufe of the Poor of the Townfhip or Precinct where fuch Ferry is kept ; and every Officer and Soldier fhall pafs free over Toll-Bridges in going to or returning from Training. <small>What Exemption from Ferriages and Tolls.</small>

51. THAT Offenders fhall, in all Cafes, be committed to Gaol when Effects cannot be found whereon to levy Execution. <small>Where Offenders are to be committed to Gaol.</small>

52. THAT the Militia, as well Horfe as Foot, fhall, when in actual Service, be fubject to Courts-Martial, and be under the fame Regulati-ons, as the Troops of the United States of *America*. Provided, That the Militia of this State fhall be tried by their own Officers only ; and provided alfo, that the Pains and Penalties impofed by a Court-Martial fhall not extend to the taking of Life or Member, or to the Infliction of any corporal Punifhment, unlefs in the Cafes following, to wit, *Any Officer or Soldier, who fhall hold a treacherous Correfpondence with or give Intelligence to the Enemy, or who fhall defert to the Enemy, and after-wards be taken, or who fhall misbehave himfelf before the Enemy, or fhamefully abandon any Poft committed to his Charge, or fhall fpeak Words inducing others to do the like, fhall fuffer Death, or fuch other Punifh-ment as a general or regimental Court-Martial fhall direct.* <small>Courts-Martial.</small>

53. THAT the Members of the Legiflative Council and Affembly, the Delegates of the Honourable Congrefs for this State, the Attorney-General, the Secretary and Treafurer of this State, the Judges and Juftices of the Supreme and Inferior Courts and Courts of Admiralty, the Clerks of the Council and Affembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Minifters of the Gofpel of every Denomination, the Prefident, Profeffors and Tutors of Colleges, the Sheriffs and Coroners of this State, one Conftable for each Town-fhip, to be felected by the Court of Quarter-Seffions, in cafe neither Conftable in the Townfhip fhall be exempted by Age, and Ferrymen, *That is to fay,* Two for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, fhall be, and they hereby are exempt from military Duty. <small>Exceptions.</small>

54. THAT nothing in this Act contained fhall be conftrued to oblige the Men, not exceeding ten in Number, employed at the Salt Works erected by Doctor *Samuel Bard*, and exempted by an Ordinance of the Convention of this State, to do any military Duty during the Conti-nuance of this Act. <small>Ten Men at Dr. *Bard's* Salt Works exempted.</small>

M

36          STATE of *NEW-JERSEY*, 1777.

*Persons exempted, to pay a Tax.*

55. AND WHEREAS it is highly reasonable that the Burden of the publick Service should be laid as equal as possible on all the Inhabitants: AND WHEREAS every Principle of Justice and civil Society requires, that all such as are exempted from actual Service in the Militia should, in a pecuniary Way, contribute their just Proportion towards the Defence and Preservation of the Government, under which they claim, and are entitled to receive, Protection; BE IT THEREFORE ENACTED *by the Authority aforesaid*, That upon and out of the Estates, Real and Personal, of such Persons within this State as are of the Age of fifty Years and upwards, and are exempted from military Service on the Score of Age, and of such as are between the Ages of sixteen and fifty Years, and are exempted on the Score of Inability of Body, and of such as are exempted on the Score of Profession, or Office, or otherwise, there shall yearly and every Year, during the Continuance of this Act, be assessed, levied, and collected, over and besides all other Taxes, a Rate or Tax to the same Amount, in the same Proportion, and in the same Manner, as such Persons and their Estates would be rated and assessed at in Taxes for the Sinking Fund, in such Year when the Sum of *Fifteen Thousand Pounds* was directed to be raised in this State, and in every Respect agreeably to and under the same Penalties as are expressed in an Act, entitled, *An Act to settle the Quotas of the several Counties in this Colony, for the levying Taxes*, and passed the sixth Day of *December*, in the Year of our Lord One Thousand Seven Hundred and Sixty-nine. PROVIDED ALWAYS, That every Person, exempted as aforesaid from actual Service in the Militia, who shall, at his own Expence, fit out any one or more Son or Sons, under Age, and living in his Service, Apprentice or Apprentices, Servant or Servants, and keep him or them properly equipped and accoutred as by this Act is required, shall, for every Son, Apprentice or Servant, so kept equipped and accoutred as aforesaid, be entitled to a Deduction of one Third Part of the said Tax; and if he shall so fit out and keep equipped and accoutred three or more Sons, Apprentices and Servants, he shall not be subject to the Payment of any such Tax.

*Fund for Relief of disabled Soldiers, and of Widows and Children.*

56. THAT the Money, arising from the Fines aforesaid, and from the Taxation of Exempts, and directed to be deposited in the State Treasury, shall be set a part and appropriated, as a Fund, for the Relief and Benefit of such Soldiers, as may be wounded or disabled, and of the Widows and Children of such as may lose their Lives in the Service of this State, in Proportion to their respective Necessities, and to such other Purposes as the Legislature shall direct.

*Former Militia Laws repealed.*

57. THAT all Laws made by any former Legislature of this State, and Ordinances of any Congress or Convention, for regulating the Militia, or in anywise respecting the same, shall be, and they are hereby repealed and made void.

*Continuance.*

58. THAT this Act shall continue in Force for the Space of one Year, and from thence to the End of the next Sitting of General Assembly, and no longer.

*Passed at* Haddonfield, March 15, 1777.

C H A P.