# A C T S

#### OF THE

### *TWENTY-THIRD*

## GENERAL ASSEMBLY

#### OF THE

## S T A T E

#### O F

## N E W - J E R S E Y.

AT A SESSION BEGUN AT TRENTON, ON THE TWENTY-THIRD DAY OF OCTOBER,
ONE THOUSAND SEVEN HUNDRED AND NINETY-EIGHT, AND CON-
TINUED BY ADJOURNMENTS.

*BEING THE THIRD SITTING.*



### *T R E N T O N :*

PRINTED BY *GERSHOM CRAFT*, PRINTER TO THE STATE.

M,DCC,XCIX.

be received or read in any court of law or equity in this state, as law or evidence of the law, or elucidation or explanation thereof, any practice, opinion or sentiment of the said courts of justice, used, entertained or expressed to the contrary hereof notwithstanding.

6. *And be it enacted,* That the act, entitled, " An act to alter " the appropriation of fees, on passing of private laws," passed the twentieth day of February, in the year of our Lord, one thousand, seven hundred and ninety-four, be and the same is hereby repealed.

*Former act repealed.*

A.              Passed at Trenton, June 13, 1799.

---

## C H A P.  DCCCXXII.

## An Act for the Regulation of the Militia of New-Jersey.

WHEREAS the several laws heretofore enacted for the regulation of the militia, have been found to require material alterations, in order to which, it is deemed adviseable to revise the whole system : Therefore,

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same,* That every free able-bodied white male inhabitant of this state, who is, or shall be of the age of eighteen years, and under the age of forty-five years, (except ministers of the gospel, the vice-president of the United States ; the officers judicial and executive of the government of the United States ; the members of both houses of Congress, and their respective officers ; all custom-house officers, with their clerks ; all post-officers and stage-drivers, who are employed in the care and conveyance of the mail of the post-office of the United States ; all ferrymen usually employed at any ferry on the post-road ; all inspectors of exports ; all pilots, all mariners actually employed in the sea-service of any citizen or merchant within the United States) shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company within whose bounds such citizen shall reside. *Provided always,* That in all cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

*Who shall be enrolled in the militia.*

2. *And be it enacted,* That the militia shall continue their present arrangements in brigades and divisions, as follows :

Militia divided into brigades and divisions.

The militia in the counties of Gloucester and Burlington, shall form one brigade, and the militia in the counties of Cumberland, Salem and Cape-May, shall form one brigade; which brigades shall form the first division: The militia in the counties of Bergen, Essex and Morris, shall each form a brigade; which brigades shall form the second division: The militia in the counties of Somerset, Middlesex and Monmouth, shall each form a brigade; which brigades shall form the third division: The militia in the counties of Hunterdon and Sussex, shall each form a brigade; which brigades shall form the fourth division. And the several regiments, independent battalions, battalions and companies of infantry, light-infantry and grenadiers, shall also continue as at present arranged. The cavalry of this state shall be formed into one brigade, and squadrons, and regiments, as follows: The troops of horse in the county of Bergen, shall form one squadron, and the troops of horse in the county of Essex, shall form one squadron; which two squadrons shall form one regiment: The troops of horse in the county of Morris, shall form one squadron, and the troops of horse in the county of Sussex, shall form one squadron; which two squadrons shall form one regiment: The troops of horse in the county of Middlesex, shall form one squadron, and the troops of horse in the county of Monmouth, shall form one squadron; which two squadrons shall form one regiment: The troops of horse in the county of Hunterdon, shall form one squadron, and the troops of horse in the county of Somerset, shall form one squadron; which two squadrons shall form one regiment: The troops of horse in the counties of Burlington and Gloucester, shall form one squadron, and the troops of horse in the counties of Salem, Cumberland and Cape-May, shall form one squadron; which two squadrons shall form one regiment. The artillery of this state shall be formed into one regiment, as follows: The companies now formed, and that may hereafter be formed, in the counties of Bergen, Essex, Middlesex, Monmouth, Somerset and Morris, of the second and third division, shall form one battalion: And the companies of artillery now formed, or which hereafter may be formed, in the counties of Hunterdon, Sussex, Burlington, Gloucester, Cape-May, Salem and Cumberland, of the first and fourth division, shall form one other battalion.

Militia officers to hold their present rank.

Vacancies how supplied.

3. *And be it enacted,* That the present officers of the militia of this state, shall continue and exercise the several ranks and commissions which they now respectively hold. Vacancies by death, removal, resignation or otherwise, shall be filled up, so that the militia shall be officered, as follows: To each division there shall be one major-general and two aids-de-camp, with the rank of major; to each brigade, one brigadier-general, with one brigade-inspector, to serve also as brigade-major, with the rank of major, one brigade or senior surgeon, and one bri-

OF THE STATE OF NEW-JERSEY.                611

gade quartermaster; one adjutant-general, with the rank of brigadier-general; to each regiment, one lieutenant-colonel commandant; and to each battalion and squadron, one major; to each company of infantry, light-infantry and grenadiers, one captain, one lieutenant and one ensign, four serjeants, four corporals, one drummer, one fifer, and not more than fixty-four nor less than forty private individuals, or as near as may be, having regard to their local situation; to each troop of horse, there shall be one captain, two lieutenants and one cornet, four ferjeants, four corporals, one saddler, one farrier and one trumpeter, and not more than forty-eight nor less than thirty-two troopers; to each company of artillery, there shall be one captain and two lieutenants, four serjeants, four corporals, fix gunners, fix bombadiers, one drummer, one fifer, and not more than thirty-two nor less than twenty matroffes. There shall be a regimental-staff, to confift of one adjutant and one quartermafter, to rank as lieutenants, one paymafter, one furgeon and one furgeon's mate, one ferjeant-major, one drum-major, and one fife-major. All officers shall take rank according to the date of their commiffions; and when two of the fame grade bear an equal date, then their rank shall be determined by lot, to be drawn by them before the commanding officer of the divifion, brigade, regiment, battalion, company or detachment. The regimental-ftaff shall be appointed by the field-officers. The brigade and regimental-ftaff shall be commiffioned by the commander in chief, on certificates of their appointment, under the hands and feals of the officers making the fame: *And further,* There shall be one adjutant to each fquadron of cavalry.

4. *And be it enacted,* That the whole of the militia of this ftate shall be fubject to be muftered and exercifed in companies, battalions and regiments, by their refpective officers, to wit: In companies, on the firft Monday in October of every year, at fuch place within the bounds of the companies, as the refpective captains or commanding officers of companies shall order: In battalions as follows: The firft battalion of the firft regiment, on the third Monday in May; the fecond battalion of the firft regiment, on the Tuefday following; the firft battalion of the fecond regiment, on the Wednefday following; the fecond battalion of the fecond regiment, on the Thurfday following; the firft battalion of the third regiment, on the fourth Monday in May; the fecond battalion of the third regiment, on the Tuefday following; the firft battalion of the fourth regiment, on the Wednefday following, and the fecond battalion of the fourth regiment, on the Thurfday following: And in regiments as follows; the firft regiment in each and every brigade, shall be exercifed on the firft Tuefday in June; the fecond regiment on the Wednefday following; the third regiment on the Thurfday following, and fo on, according to the numerical rank, on every

*Time of company trainings.*

*Battalion trainings.*

*And regimental trainings.*

C c

day thereafter (Saturday and Sunday excepted) until the whole number of regiments in every brigade fhall have muftered in the order aforefaid: *Provided*, That the regimental training in the county of Cumberland, fhall begin on the fecond Tuefday in June, and continue on in the above order; and where there fhall be any battalions not annexed to any regiment, the faid battalions fhall exercife on the third and fourth Mondays of May, yearly, except the battalion in the county of Cape-May, which fhall exercife on the fecond Tuefday in April: *Provided always*, That the militia of the townfhips of Little Egg-Harbour, in the county of Burlington, and of Great Egg-Harbour, and Galloway, in the county of Gloucefter, and of Stafford and Dover, in the county of Monmouth, and the over-mountain battalion in the county of Suffex, and all fuch companies as may be formed at any manufactory or iron-works, not within twenty miles of the places of their battalion or regimental trainings, may meet and exercife at the ufual place or places of parade in the faid townfhips or diftricts, or at the faid manufactories or iron-works, on the days appointed for regimental and battalion trainings, which fhall be confidered inftead of meeting in regiments and battalions: *And further*, That if the order aforefaid, in which the regiments and battalions are directed to exercife, fhall be found inconvenient, it fhall be lawful for the brigadier-general and field-officers of each brigade, or a majority of them, to change the order in which the regiments and battalions aforefaid fhall be exercifed, at their difcretion, not altering the days of training and exercife, but confining fuch difcretion to naming the particular regiment or battalion that fhall train or exercife on a particular day, fo that the infpection thereof may be rendered more convenient to the brigade-infpector, who is hereby directed to give notice, by advertifements in three of the moft public places within the limits of the brigade, at leaft thirty days previous to the day of meeting.

*Brigadier-general may change the order of exercife, &c.*

*Brigade-infpector to advertife.*

5. *And be it enacted*, That every troop of horfe and company of artillery, attached to any of the brigades of infantry of this ftate, fhall be confidered as being attached to the regiment or independent battalion, within the bounds of which the major part of the company was raifed, and fhall affemble for exercife and infpection with fuch regiment or independent battalion; and it fhall be the duty of the captain or commanding officer to make a return of all delinquents in their refpective companies, in the fame manner as the captains or commanding officers of the infantry are by law directed to make returns. And the cavalry fhall affemble in fquadron or troop, at fuch place as the commanding officer thereof may direct, on the fame days as are directed by law, for the infantry in the feveral counties of this ftate, and fhall in all things be fubject to the rules, regulations and penalties prefcribed and impofed by this act, on the militia of this ftate.

*Of artillery and cavalry trainings.*

6. *And be it enacted*, That the fines for non-attendance on days of exercife fhall be as follows: On a field-officer, the fum of fix dollars per day; on every other commiffioned officer, three dollars per day, and on every non-commiffioned officer and private, one dollar per day; and the fame fines fhall be refpectively paid by every officer, non-commiffioned officer and private, who fhall leave the parade or abfent himfelf from his regiment, battalion, fquadron, troop or company, without leave of the commanding officer, before the faid regiment, battalion, fquadron, troop or company fhall be difcharged; and if any militia-man fhall appear on parade without a mufket or firelock, or if any trooper fhall appear without his fword or piftols, he fhall forfeit and pay fifty cents, and for want of other accou- trements, excepting knapfacks and ammunition, fhall forfeit and pay fix cents for each and every article fo deficient: *Provided*, That no militia-man fhall be liable to fuch fines, who, in the opi- nion of a majority of the commiffioned officers of the company, may be deemed unable to procure arms or accoutrements, or either of them.

*Fines for non- attendance on days of exer- cife.*

7. *And be it enacted*, That in order to afcertain thofe perfons, who by their abfence on days of exercife, fhall be liable to the fines and forfeitures of this act, a fergeant of the troop or com- pany fhall, on every fuch day, in the prefence of the captain or commanding officer of the troop or company, one hour after the time appointed for the meeting of the troop, company, bat- talion, fquadron or regiment, and alfo after the exercife is over, and before the men are difcharged, call over the roll of the troop or company, noting thofe who are abfent.

*Roll when to be called.*

8. *And be it enacted*, That the commanding officer of each re- giment, fhall hear and decide upon the reafons affigned by the other field-officers thereof, for the non-performance of duties for which they are punifhable by fine, provided fuch reafons be offered within ten days: and the field-officers of each regi- ment, or commandants of independent battalions, fhall meet at fome convenient time and place, not exceeding twelve days after any regimental or battalion training, or after the call of the whole or a part thereof into actual fervice, if it may be ne- ceffary, of the time and place of which meeting, at leaft eight days notice fhall be given by the commandants of regiments or independent battalions; and the faid officers, when fo met, fhall hear and decide upon the reafons affigned by the captains, fubalterns and ftaff-officers, for the non-performance of duties for which they are punifhable by fine; and the commiffioned officers of each troop or company, or a majority of them, fhall meet at fome convenient time and place, not exceeding fifteen days after any regimental, battalion, or troop or company train- ing, or the call of a part or the whole into actual fervice, of

*Excufes for non-perform- ance of militia duty, &c. by whom to be heard and when.*

ACTS OF THE GENERAL ASSEMBLY

which time and place, due notice shall be given, by advertisements set up in at least three of the most public places in the bounds of the troop or company, at least eight days previous thereto, and shall then hear and decide upon the reasons assigned by the non-commissioned officers and privates, for the non-performance of duties for which they are punishable by fine; and the said officers, respectively, so appointed to hear and decide upon the reasons offered by the commissioned officers, non-commissioned officers and privates, for non-performance of duties and deficiency of equipments, for which they are punishable by fine, shall, at the expiration of twenty days, make out duplicate lists of such assessment, noting the names of such delinquents as have paid, one whereof he or they shall, without delay, deliver to the paymaster of the regiment, who shall deliver the same to a justice of the peace, within the bounds of the regiment or independent battalion, who is hereby required, forthwith to issue execution against the persons named in the said list, for the sums annexed to their respective names, with the same costs as are allowed them on the return of the state taxes, directed to one of the constables of the county, who is hereby required to levy the same of the goods and chattels of the respective delinquents, and to pay the several sums contained in the said execution, within thirty days, to the paymaster of the regiment or independent battalion, to whom the said delinquents belong; and the other of the said lists, he or they shall deliver or safely transmit to the commanding officer of the regiment or independent battalion, to serve as a check on the said paymasters, in the settlement of their accounts.

*Duplicate lists of delinquents to be made out, and how to be disposed of.*

9. *And be it enacted*, That if any money shall remain in the hands of any constable, after making sale of the property of a delinquent, and paying the fines of such delinquent, such money shall be paid by the said constable to the said delinquent; but if he shall refuse to receive the same, then the constable shall pay the said money to the paymaster of the regiment or independent battalion, to which such delinquent belongs, to and for the use of such delinquent.

*Overplus money how to be disposed of.*

10. *And be it enacted*, That the fines and forfeitures imposed by this act on minors, living with their parents, and others having the proper care or charge of them, and those of apprentices, shall be paid by their respective parents, guardians, masters or mistresses, or levied of their respective goods and chattels.

*Fines on minors, by whom to be paid.*

11. *And be it enacted*, That the commanding officer of each battalion or squadron, shall call to his assistance the surgeon or surgeon's mate of the same, and a justice of the peace, or one of the chosen freeholders, residing within the limits thereof,

*Who shall compose the court of appeals, in cases of fines for non-performance of military duty.*

who shall constitute a court for hearing and deciding on appeals, and shall meet for that purpose on the first Monday in November, yearly, at some convenient place, to be appointed by the said commanding officer, public notice whereof shall be given by advertisements, fixed up in at least three of the most public places within the limits of the said battalion or squadron, at least ten days previous to the day of meeting; and all persons supposing themselves aggrieved by any fines or forfeitures imposed on them for the non-performance of military duty, may apply to the said court, who are hereby vested with full power and authority, to hear and decide upon the excuses offered, and to remit any fines or forfeitures for just and equitable reasons, and a certificate from the said court, or any two of the members thereof, shall entitle the appellant to receive from the paymaster of the regiment or independent battalion, any sum so remitted: *Provided always*, That no appeal shall be allowed, unless the fines and forfeitures be first paid.

12. *And be it enacted*, That the following fees shall be paid to the officers hereafter named, to wit: To the major, for advertising and attending every election of company officers, two dollars; to the members composing the board of officers for settling the accounts of the paymasters, one dollar each, for every day they may be engaged in the settlement of the said accounts; to the members of the court of appeals, one dollar each, for every day they may be engaged therein; and to the adjutant, one dollar, for every day necessarily employed in summoning courts-martial, or other extra service in the execution of his office: All which sums shall be paid by the respective paymasters, on a certificate under the hand of the commanding officer of the regiment or independent battalion, to which they respectively belong, and shall be allowed in the settlement of their accounts. *(margin: Fees to be paid to officers for their services.)*

13. *And be it enacted*, That all fines and forfeitures that shall be incurred, as well for non-attendance on days of exercise, and deficiency of equipments, as for neglect of performing tours of duty, and also all such fines as shall be imposed by courts-martial, or otherwise, on persons made liable by this act, shall be returned, and paid into the hands of the paymaster of the regiment or independent battalion, from which such fines and forfeitures may be due, and shall be applied to the use of such regiment or independent battalion, in the manner by this act directed. And it shall be the duty of the said paymasters, respectively, to pay all such drafts as shall from time to time be made on him, agreeably to this act, by the commanding officer of the regiment or independent battalion, to which they respectively belong. *(margin: Fines to be paid to the paymaster. His duty.)*

D d

616                ACTS of the GENERAL ASSEMBLY

*Of the fettle-ment with the paymafters.*

14. *And be it enacted,* That the paymafters of the different re-giments or independent battalions for the time being, fhall keep proper and diftinct accounts of all monies received for fines and forfeitures, and enter the fame feparately in a book to be kept for that purpofe; and all drafts of the commanding officer of the regiment or independent battalion, for which proper vouch-ers fhall be produced, fhall be allowed to the faid paymafters, refpectively, in the fettlement of their accounts; and the field-officers of each regiment, and commandants, and two fenior captains of independent battalions, are hereby conftituted a board for that purpofe, and are authorized and empowered, every twelve months, to infpect, and if approved by them, finally to allow the fame; and the faid paymafters are hereby

*Allowance to paymafters.*

allowed and authorized, to retain in their hands five per cent. on all monies by them received and paid, which fhall be allow-ed them in the fettlement of their accounts; and if it fhall ap-

*Penalty for mal-practice.*

pear that any of the faid paymafters have been guilty of mal-practice or embezzlement, the faid board of officers of each re-giment or independent battalion, fhall put fuch delinquent pay-mafter under arreft, and if upon trial by a court-martial, he fhall be found guilty, he fhall be cafhiered and fined by the faid court, in any fum not exceeding fixty dollars; and the fuc-ceeding paymafter fhall profecute faid delinquent, for any fum or fums of money remaining in his hands, belonging to the re-giment or independent battalion to which fuch delinquent did belong, in any court where the fame may be cognizable, and recover the fame, with cofts.

*Perfons may be employed to inftruct drum-mers, &c.*

15. *And be it enacted,* That one drum and one fife-major and one trumpeter, may be employed by the commanding officer of each regiment or independent battalion, whofe duty it fhall be to inftruct and exercife the drummers, fifers and trumpeters of each company or troop in the neceffary military mufic, at fuch times and under fuch regulations, as the commanding officer of the regiment or independent battalion may direct, not exceed-ing twelve days in the year, and fhall for fuch fervices be paid

*Allowance to them.*

the fum of two dollars per day each, by the county collector of each county, out of the exempt monies, on the certificate of the commanding officer of the regiment or independent batta-lion where he may fo practife or be employed; and the faid drummers, fifers and trumpeters, fhall each be paid as afore-faid, fifty cents per day, for the time they fhall attend to fuch inftruction.

*Monies may be drawn to re-pair drums, &c.*

16. *And be it enacted,* That it fhall be lawful for the command-ing officers of the refpective regiments, independent battalions and fquadrons, from time to time, to draw from the collectors of the refpective counties, fuch fums as may be neceffary for the purchafe or repair of drums, fifes, trumpets or colours for

OF THE STATE OF NEW-JERSEY.                                    617

their refpective regiments, battalions and fquadrons; and the
faid drafts fhall be allowed the faid county collectors, in the fet-
tlement of their accounts with the treafurer, as fo much of the
exempt fines hereby directed to be raifed in the faid county;
but if a fufficiency for that purpofe fhould not be in the treafu-
ry from faid county, the treafurer is hereby directed to pay the
faid deficiency unto the faid county collector, out of the exempt
money in the treafury.

17. *And be it enacted*, That the commander in chief of this
flate, for the time being, may, in cafe of invafion or other emer-
gency, when he fhall judge it neceffary, order out any propor-
tion of the militia of this flate, to march to any part thereof,
and continue as long as he may think it neceffary, not exceed-
ing two months.

<div style="float:right">Governor may
order out mili-
tia in cafe of
invafion.</div>

18. *And be it enacted*, That all able bodied white male inhabit-
ants, between the ages of eighteen and forty-five years, who
have been or may be exempted from military duty, on paying
annually the fum of three dollars for fuch exemption, fhall, not-
withftanding, be liable to be drafted in the fame manner as the
enrolled militia, when called into actual fervice; for which pur-
pofe the feveral captains of militia within this flate, fhall enter
upon their lifts the names of all fuch exempts as may refide
within the bounds of their refpective companies; and the ex-
empts, when fo drafted, fhall be under the fame regulations,
and liable to the fame fines and penalties with the enrolled mi-
litia of this flate.

<div style="float:right">Exempts from
training liable
to be drafted
for actual fer-
vice.</div>

19. *And be it enacted*, That when a part of the militia fhall be
called into actual fervice, it fhall be the duty of the captain or
commanding officer, to divide his troop or company (including
the exempts referred to in the preceding fection) into as many
claffes as there fhall be men required of him, and by lot, enlift-
ment or draft, to detach one man from each clafs; and fuch
draft or detachment fhall be officered with fuch officer or offi-
cers, and of fuch grades as fhall be proper, agreeably to mili-
tary difcipline; the tour of duty of which commiffioned officers
fhall be determined by a roafter to be kept by the adjutant for
that purpofe: *And further*, That no non-commiffioned officer or
private fhall (after the making of the firft draft) be liable to per-
form actual fervice, until it fhall become his proper tour agree-
ably to a roafter of the company, to be kept by the command-
ing officer of the fame; and that no draft or detachment fhall
be continued in fervice, more than two months at any one time,
and if neceffary, they fhall be relieved by a detachment to be
made in the manner aforefaid; which relief fhall arrive at leaft
two days before the expiration of the term of the detachment to
be relieved; but nothing herein contained fhall prevent the

<div style="float:right">Of making the
drafts for ac-
tual fervice.</div>

<div style="float:right">Roafters to be
kept, and per-
fons to take
their tour a-
greeably there-
to.</div>

<div style="float:right">Not exceeding
two months.</div>

518                ACTS of the GENERAL ASSEMBLY

commander in chief from calling into fervice the whole or any
part of the militia, when the exigencies of the ftate fhall, in
his opinion, require it: *And further*, That the pay of the militia

*Pay when to commence.* in actual fervice, fhall commence two days before marching,
and that they fhall receive pay and rations at the rate of fifteen
miles per day, on their return home ; and in requifitions by
the Prefident or Congrefs of the United States, the like mode
fhall be purfued in drafting and turning out the quota of this
ftate.

*Perfons may find fubftitutes.* 20. *And be it enacted*, That it fhall and may be lawful for any
perfon, called to do a tour of duty, to find a fubftitute, who,
if approved of by the captain or commanding officer of the com-
pany, may ferve in the place of fuch perfon.

*Notice of draft how to be given.* 21. *And be it enacted*, That when any draft or drafts of the
militia fhall be called to perform any tour of duty, the majors
of the battalions fhall caufe each and every perfon fo called, to
be notified of fuch call, by a written or printed notice being de-
livered to him perfonally, or left at his houfe or ufual place of
abode, by fome officer or other fuitable perfon employed for
that purpofe by the commanding officer of the faid company, at
leaft three days before the time of affembling faid militia, unlefs
the commander in chief, on a fudden exigency, fhall think pro-
per to order any part of the militia into immediate and actual
fervice, and then the notice mentioning fuch fpecial order, fhall
be given for immediate attendance ; and any perfon refufing or

*Penalty for re- fufing to do duty.* neglecting to perform fuch tour of duty, or to procure a fubfti-
tute, fhall pay a fine of twenty dollars for every fuch neglect or
refufal ; which fines as aforefaid, fhall be paid to the captain or
commanding officer of the company to which fuch delinquent
belongs, and be by him appropriated, under the direction of

*Fines may be appropriated to the hiring of fubftitutes.* the commander of the regiment or battalion to which the faid
company belongs, for the purpofe of hiring fubftitutes to fup-
ply the place of the delinquents belonging to the faid company ;
and in cafe of a furplufage of money arifing from fuch fines, it
fhall be paid to the paymafter of the regiment, to be appropri-
ated and accounted for as other fines are directed to be by law.
And every non-commiffioned officer, whilft engaged in warning
the company to which he belongs, under the orders of the com-
manding officer of the company, fhall receive one dollar per
day, for the time he may be neceffarily engaged in fuch duty.

22. *And be it enacted*, That the militia of this ftate fhall be
governed by the following articles, rules and regulations :

*Rules for the government of the militia.* Art. 1. If any field or other commiffioned officer, at any re-
view, or on any other occafion, when the regiment, battalion
or company to which he may belong, or in which he holds a

command, is paraded in arms, fhall mifbehave, or demean him-
felf in an unofficer-like manner, he fhall, for fuch offence, be
cafhiered, or punifhed by fine, at the difcretion of a general
court-martial, as the cafe may require, in any fum not exceed-
ing thirty dollars ; and if any non-commiffioned officer or pri-
vate, fhall, on any occafion of parading the company to which
he belongs, appear drunk, or fhall difobey orders, or ufe any
reproachful or abufive language to his officers, or any of them,
or fhall quarrel himfelf, or promote any quarrel among his fel-
low-foldiers, he fhall be difarmed and put under guard, by or-
der of the commanding officer prefent, until the company is
difmiffed, and fhall be fined at the difcretion of a regimental
court-martial, in any fum not exceeding eight dollars.

Art. 2. If the commanding officer of any regiment, battalion
or fquadron, fhall neglect or refufe to give orders for affembling
his regiment, battalion or fquadron at the time appointed by
this law, or at the direction of the infpector of the brigade to
which he belongs, when the faid infpector is thereto command-
ed by the commander in chief, or in cafe of an invafion of the
city or county to which fuch regiment, battalion or fquadron
belongs, he fhall be cafhiered, and punifhed by fine not exceed-
ing one hundred dollars, at the difcretion of a general court-
martial ; and if a commiffioned officer of any company or troop,
fhall on any occafion, neglect or refufe to give orders for affem-
bling the company to which he belongs, or any part thereof, at
the direction of the commanding officer of the regiment, batta-
lion or fquadron to which fuch company or troop belongs, he
fhall be cafhiered or punifhed by fine not exceeding thirty dol-
lars, at the difcretion of a regimental court-martial ; and a
non-commiffioned officer offending in fuch cafe, fhall be fined
at the difcretion of a regimental court-martial, in any fum not
exceeding twenty dollars.

Art. 3. If any captain or commanding officer of a company or
troop, fhall refufe or neglect to make out a lift of the perfons
noticed to perform any tour of duty, and fend or convey the
fame to the commanding officer of the regiment, battalion or
fquadron to which fuch company or troop may belong ; for fuch
neglect or refufal, he fhall be cafhiered or fined, at the difcre-
tion of a regimental court-martial, in any fum not exceeding
thirty dollars.

Art. 4. If any militia-man fhall defert while he is on a tour
of duty, he fhall be fined in any fum not exceeding twenty dol-
lars for every fuch offence, or may be imprifoned for any time
not exceeding two months, at the difcretion of a court-martial ;
and if a non-commiffioned officer, he fhall alfo be degraded, and
placed in the ranks.

E e

620          ACTS of the GENERAL ASSEMBLY

Art. 5. Every general court-martial shall consist of thirteen members, all of whom shall be commissioned officers, and of such rank as the case may require; and the senior officer shall be president, and not under the rank of a field-officer.

Art. 6. Every regimental court-martial shall be composed of five members, all commissioned officers, the senior officer to be president, not under the rank of a captain.

Art. 7. In any court-martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Art. 8. The president of each and every court-martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation, that the evidence they shall give is the truth, the whole truth, and nothing but the truth; and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality; and the officer next in rank to the president, shall administer the like oath or affirmation to the president.

Art. 9. Every militia-man, called as a witness in any case, before a general court-martial, who shall neglect or refuse to attend and give evidence, shall be censured or fined at the discretion of the court, not exceeding one hundred dollars, and if before a regimental court-martial, not exceeding twenty-five dollars, unless he shall render a satisfactory reason to the president of the court for his non-attendance, in one month thereafter.

Art. 10. No officer or private, being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has had his trial by a court-martial; and every person so charged, shall be tried as soon as a court-martial can be conveniently assembled.

Art. 11. If any officer or private shall think himself injured by the commanding officer of the regiment, battalion or squadron, and shall, upon due application made to him, be refused redress, he may complain to the brigadier-general, who shall direct the inspector of the brigade to summon a general court-martial, that justice may be done.

Art. 12. If any inferior officer or private shall think himself injured by his captain or other superior officer in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment or independent battalion,

OF THE STATE OF NEW-JERSEY. 621

who fhall fummon a regimental court-martial, for doing juftice according to the nature of the cafe.

Art. 13. No penalty fhall be inflicted at the difcretion of a court-martial, other than degrading, cafhiering, fining or im-prifoning agreeable to the fourth article.

Art. 14. Every offender convicted by any regimental court-martial, may be pardoned or have the penalty mitigated by the commanding officer of the regiment or independent battalion, excepting only where fuch cenfures or penalties are directed as a fatisfaction for injuries received by any officer or private from another; but in cafe of officers, every fentence of a court-mar-tial fhall be approved of by the commander in chief, or the ma-jor-general of the divifion, who are refpectively empowered to pardon or mitigate fuch fentence.

Art. 15. The militia on the days of exercife, may be detain-ed under arms, on duty in the field, any time not exceeding fix hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refrefh themfelves.

Art. 16. Any perfon who fhall bring any kind of fpirituous liquors to the place of exercife, fhall forfeit fuch liquors, for the ufe of the poor, belonging to the city or townfhip where fuch exercife is had; and the commanding officer of the regi-ment, battalion or company, is charged with the execution of this article.

Art. 17. The rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the twenty-ninth day of March, one thoufand feven hundred and feventy-nine, fhall be the rules of difcipline to be obferved by the militia throughout this ftate, except fuch deviations from faid rules, as may be ren-dered neceffary by the requifitions of the acts of Congrefs, or fome other unavoidable circumftances. It fhall be the duty of the commanding officer, at every training, whether by regiment or fingle company, to caufe the militia to be exercifed and trained, agreeably to the faid rules of difcipline; and the in-ftructions laid down by the Baron Steuben, and annexed to the faid rules of difcipline, pointing out the refpective duties of the officers, non-commiffioned officers and privates, are recom-mended and enjoined upon the militia of this ftate, as particu-larly and fully as if the faid inftructions were repeated in this act at length.

Sect. 23. *And be it enacted,* That every officer who fhall at-tend on courts-martial, or courts of enquiry, fhall be entitled

622        ACTS OF THE GENERAL ASSEMBLY

Allowance to officers attending court-martial.

to receive from the paymaster of the regiment or independent battalion in which the offender refides, the fum of one dollar each, for every day they fhall refpectively attend; and all perfons attending before faid courts, or either of them, as witneffes, fhall be entitled to receive from the faid paymafter, fifty cents each per day, provided that no more than two witneffes on the part of the ftate, and two witneffes on the part of the offender, fhall be entitled to pay; all which fums fhall be paid by the faid paymafter, on certificates figned by the prefident of the court-martial.

Salary of the adjutant-general and brigade-infpectors

24. *And be it enacted*, That the adjutant-general for the time being, fhall be allowed as a compenfation for his fervices, the fum of one hundred and fifty dollars, annually, on his producing a certificate from the governor of the ftate, certifying that he has performed the fervices required of him by law; and the feveral brigade-infpectors of infantry, fhall be entitled to receive of the treafurer for the time being, out of the exempt money in the treafury, the fum of thirty dollars each, annually, after the paffing of this act, upon their producing to the faid treafurer, a certificate from the brigadier-general of the brigade to which they belong, certifying that they have performed the fervices required of them by law.

Cavalry horfes by whom to be appraifed and paid for.

25. *And be it enacted*, That the brigade-infpector fhall call to his affiftance two reputable freeholders, above forty-five years of age, who fhall appraife, on oath or affirmation, the horfe of each perfon ferving as a light-horfe-man, immediately before the time of going into actual fervice, and defcribe the age, fize, colour and marks of the faid horfe, and enter the fame in a book; and in cafe fuch horfe fhall be killed or be taken by the enemy, he fhall be paid the full value of his horfe, according to the faid appraifement, by an order to be drawn on the certificate of the infpector, by the brigadier-general or commanding officer of the brigade, on the treafurer of this ftate, provided fuch claim be made in one year after the lofs fo fuftained.

Uniform companies; how to be completed.

26. *And be it enacted*, That it fhall and may be lawful for the captains or commanding officers of the feveral companies of cavalry, artillery, infantry and grenadiers, to enroll in their refpective companies, from the feveral companies compofing the regiment or battalion to which they may belong, fuch men as may from time to time, be neceffary to complete their refpective companies; and a certificate from the faid captain or commanding officer, fhall exonerate the bearer from ferving or paying any fine thereafter impofed on him by the officers of the company to which he formerly belonged, any law, ufage or cuftom to the contrary notwithftanding: *Provided always*, That it fhall

OF THE STATE OF NEW-JERSEY.     623

not be lawful for the captain or commanding officer of the ca-
valry, artillery or other uniform company, to grant a certificate
to any perfon prior to his appearing in uniform agreeably to
law.

27. *And be it enacted*, That every captain, lieutenant or en-
fign, who fhall from time to time be chofen by the feveral com-
panies, and fhall report his acceptance of the office, within thirty
days after having received notice thereof, to the major or com-
manding officer of the regiment or battalion; and in cafe fuch
report is not made as aforefaid, the faid office fhall be deemed as
vacant. And the refignation of every captain, lieutenant and en-
fign, fhall be delivered to the lieutenant-colonel or commanding
officer of the regiment, independent battalion or fquadron, to
which the faid company or troop fhall belong; and where va-
cancies fhall happen in any company or troop, by the death,
removal or refignation of a captain, lieutenant, enfign or cor-
net, it fhall be lawful for the commanding officer of the regiment
or independent battalion, by warrant under his hand and feal,
directed, if by the commanding officer of the regiment, to the
major or commanding officer of the battalion or fquadron to
which fuch company or troop belongs; if by the commanding
officer of an independent battalion, to the fenior captain thereof,
to hold an election within the limits of fuch company or troop,
to fupply the vacancy occafioned by the non-acceptance, re-
fignation, removal, death or otherwife, of any fuch officer; and
thereupon the faid major or commanding officer of the faid bat-
talion or fquadron, or fenior captain, fhall give fifteen days no-
tice, by advertifement in three of the moft public places with-
in the limits of fuch company, of an election to fupply the place
of the officer or officers of the company or troop which may be
vacant; and the faid company or troop, or fuch of them as may
attend, fhall proceed by plurality of votes, to choofe fuch offi-
cer or officers refiding within the bounds of the faid company
or troop; and the faid major or commanding officer of the faid
battalion or fquadron, or fenior captain, fhall certify under his
hand and feal, annexed to or indorfed on the warrant aforefaid,
the name and rank of each officer fo chofen or elected, to the
commander in chief of the ftate, who fhall commiffion the faid
officer accordingly.

*To whom re-
fignations are
to be made.*

*Vacancies how
to be fupplied.*

28. *And be it enacted*, That if any commiffioned officer fhall
remove out of the bounds of his proper divifion, brigade, regi-
ment, battalion, fquadron, troop or company, or fhall be abfent
therefrom more than nine months, his office fhall be thereby
vacated.

*Offices vacated
by removal or
abfence for 9
months.*

29. *And be it enacted*, That if the lieutenant-colonel, major
and captains of any regiment, or the major and captains of any
F f

624      ACTS of the GENERAL ASSEMBLY

**Bounds of companies, &c. may be altered by the brigadier-general.** independent battalion in this state, shall think it necessary to make an alteration in the bounds of any company, battalion or regiment, then the said lieutenant-colonel, majors and captains, or the said major and captains, as the case may be, shall, under their hands in writing, apply to the brigadier-general, to make such alteration as they may think necessary; and the said brigadier-general is hereby authorized to make such alteration as he may think necessary in any regiments, battalions or companies within his brigade, and shall inform the said officer or officers commanding the said regiments, battalions or companies, of such alteration, who are hereby required to give at least ten days notice, by advertisement, of such alteration, previous to the meeting of the said regiments, battalions or companies; and all persons annexed to any regiments, battalions or companies as aforesaid, shall be subject to the command of the said officers, respectively, and also to all fines and penalties for neglect of duty, which are inflicted by law on persons who originally belonged to the said regiments, battalions or companies.

**Of forming new companies** 30. *And be it enacted,* That if at any time hereafter, from the increase of the militia, or otherwise, it shall be deemed necessary, in the opinion of the field-officers of any regiment, to form a new company or companies, it shall be lawful for the brigadier-general, upon application of the field-officers, to order such company or companies to be formed accordingly, and to attach them to their proper battalions; which company shall choose their officers in the presence of the major; and the officers shall be commissioned by the commander in chief, upon a certificate signed by the said major.

**Militia-men exempt from paying ferriage, &c.** 31. *And be it enacted,* That no officer or private shall, on the way to or from the place of any review, regimental or company training to which he shall belong, pay more than one third of the usual rate of ferriage, or be charged any toll for passing any toll-bridge; and if any ferryman or keeper of any toll-bridge, shall refuse a passage, or make a demand contrary to the directions of this act, he shall for each offence, forfeit and pay the sum of eight dollars, to be recovered by any person who will sue for the same, one half to the prosecutor, and the other half to the paymaster, for the use of the regiment or independent battalion, where such demand or refusal is made, any law, usage or custom to the contrary notwithstanding.

**Candidates not to treat on days of election.** 32. *And be it enacted,* That no candidate shall give any spirituous liquors or treat, to any officers or privates on any day of election of officers, under the penalty of twenty dollars.

33. *And be it enacted,* That if any suit shall be brought or commenced against any person, for any thing done in pursuance

of this act, the *venue* shall be laid in the county where the cause of action arose; and the defendant in such action may plead the general issue, and give this act and the special matter in evidence.

In actions against militia-men, *as such, venue* to be laid in the proper county.

34. *And be it enacted,* That the captains or commanding officers of the different companies or troops of militia in this state, shall, yearly, on or before the twentieth day of June, make and deliver a full and complete roll, on oath or affirmation, to the assessors of the respective townships in which they reside, of all persons duly enrolled in their respective companies, who perform military duty; for which service the said captains or commanding officers shall respectively be entitled to receive of the collector of the county, the sum of one dollar, on producing a receipt of his having delivered the said roll to the assessor as aforesaid; and the assessors of the several townships of this state shall, yearly, between the twentieth day of June and the twentieth day of August, take an exact list of the names and surnames of all free white male inhabitants in their respective townships, between the ages of eighteen and forty-five years, except such persons as are exempted from militia duty by the first section of this act, and all general, field and staff-officers in actual commission, and excepting those who shall produce to the said assessor, a certificate signed by the commanding officer, surgeon or surgeon's mate, and any one captain of said battalion to which they belong, or any two of them, of their inability of body to perform military duty; and the said assessors respectively, shall, after comparing the returns made by the respective captains or commanding officers, with the list of names by them respectively taken, insert all the names not contained in the rolls or returns made by the said captains or commanding officers, in a separate list to be annexed to their respective duplicates or tax lists, and they and every of them, shall be considered as exempts, and the several assessors shall fine them in their respective duplicates, the sum of three dollars each, over and above the amount of their taxes; and the said assessors shall yearly and every year, make out a duplicate list of the names of every exempt contained in his or their respective duplicates or tax lists, and shall deliver or safely transmit the same to the collector of their respective counties; and also, at their annual meeting in September, yearly, make out a general abstract of the same, which they shall deliver or safely transmit to the said county collector, who is hereby required and enjoined, to deliver or safely transmit the same to the treasurer of the state; and the said treasurer shall thereupon charge the county, in which the said townships are situated, with the amount of the money due on the said duplicate lists for exempt fines, in the public books of his office; and the several county collectors of this state, shall pay forward to the treasurer thereof, the sum due on the respective lists for

Captains to deliver roll of their companies to the assessors.

Allowance therefor.

Who shall be considered as exempts, &c.

Abstract to be furnished the treasurer;

His duty.

626 ACTS of the GENERAL ASSEMBLY

exempt fines, over and above the quotas due from the several counties by law, on the same day on which the said quotas become due, unless he or they shall produce an account from the township collector or constable, certified on oath or affirmation, that the persons named in the said account for exempt fines, are either dead, absconded or insolvent, and that the money cannot be recovered; and on neglect thereof, the said treasurer shall prosecute the said county collector for and recover the same, or any part thereof, in any court where the same may be cognizable; and the said treasurer is hereby directed to keep separate and distinct accounts of all monies received in pursuance of this act, and to lay an account thereof, annually, before the legislature. And if any assessor shall neglect or refuse

*Penalty on assessors;* to insert the names of the persons not contained in the company rolls as aforesaid, he or they so offending, shall forfeit and pay the sum of six dollars for every name by him or them omitted or neglected to be inserted in his duplicate, to be recovered by the collector of the township, in an action of debt, in any court where the same may be cognizable, with costs of suit, to and for the use of the state; and the said assessors, respectively,

*Allowance to them.* shall be entitled to receive, in addition to their other fees to which they are entitled by law, the sum of two cents for every name contained in their lists, of all persons between the ages of eighteen and forty-five years; and the said collectors, respec-

*Allowance to the county collector.* tively, shall be entitled to receive, in addition to their other fees, the sum of two cents for the name of every exempt contained in their respective duplicates; all which fees shall be paid by the county collector, out of the exempt fines, and a receipt of such payment, with two cents on a dollar, shall be allowed such county collector in his settlement with the treasurer.

*Who shall constitute a court of appeals in cases of improper enrollments; when to meet and power of the court.* 35. *And be it enacted,* That the commanding officer of the regiment or independent battalion, the surgeon or surgeon's mate, and any one captain of the same, shall constitute a court of appeal, and shall meet for that purpose on the second Monday in November, yearly, at some convenient place to be appointed by the said commanding officer, public notice whereof shall be given by advertisements, fixed up in at least three of the most public places within the limits of the said battalion or regiment, at least ten days previous to the day of meeting; and any person who may think himself aggrieved, may apply to the said court, which is hereby invested with full power and authority to hear and decide thereon; and if he shall make it appear to the satisfaction of the said court, that he is wholly unable to perform military duty, or not within the age prescribed by law, or is enrolled as a militia-man, to remit such exempt fine; and a certificate from the officers composing the said court, or any two of them, shall be deemed good and valid, and the appellant shall thereupon be discharged from the payment thereof; and

the said court shall make out and transmit a duplicate certificate to the collector of the county in which such applicant resides; which certificate shall be allowed as a sufficient voucher to the county collector, in his settlement with the treasurer of this state, for so much of the exempt fines.

36. *And be it enacted*, That the respective township collectors, shall collect the said exempt fines, at the same time and in the same manner in which the township quota of other taxes is directed by law to be collected; and if the said township collectors, or any of them, shall neglect or refuse to pay forward the amount of said exempt fines as aforesaid, the collector of said county shall prosecute for and recover the same, in the manner the state taxes are recoverable. *Exempt fines how to be collected.*

37. *And be it enacted*, That if any assessor shall neglect or refuse to execute any of the duties enjoined on him by this act, he shall forfeit and pay the sum of thirty dollars for each offence, to be recovered by action of debt, with costs of suit, by the collector of the county; and if any county collector shall neglect or refuse to execute any duty enjoined on him by this act, he shall forfeit and pay the sum of one hundred dollars for each offence, to be recovered by action of debt, with costs, by the treasurer of this state, and applied to the use of the state; and all other officers, as well civil as military, who shall neglect or refuse to perform any of the duties required of them by this act, and not otherwise punishable by the same, or who shall neglect or refuse to pay forward the monies by them received in pursuance of this act, to the paymaster of the regiment or independent battalion to which they belong, or in which they reside, they shall respectively forfeit and pay the sum of thirty dollars for each offence, to be recovered by action of debt, by the paymaster of the said regiment or battalion, in any court where the same may be cognizable, with costs of suit, to and for the use of the said regiment or independent battalion; and shall moreover be liable to an action at the suit of the said paymaster of the regiment or independent battalion, for the sums which may be in his or their hands, to be recovered in any court where the same may be cognizable, with costs of suit, to be applied as aforesaid. *Penalty on assessors for neglect of duty; On county collectors; And on all other officers.*

38. *And be it enacted*, That if any youth of the age of twelve years, and not exceeding the age of eighteen years, shall, with the consent and approbation of his parents, attach himself to any company of militia for the purpose of learning to beat the drum, play on the fife or blow the trumpet, provided the number shall not exceed one person for the drum and one for the fife, in each company, and one for the trumpet in each troop of horse, every such person or persons shall be put under the instructions of the drum or fife-major, or trumpeter, as the case *Music to be taught, &c.*

G g

628        ACTS of the GENERAL ASSEMBLY

may be, whose duty it shall be to teach such person or persons
in the best manner in his power; and as soon as such person or
persons shall be able to perform field duty, to the satisfaction of
the commanding officer, he shall draw his warrant on the pay-
master of the regiment, in favour of the drum or fife-major, or
trumpeter, who may have taught such person or persons to
beat the drum, play the fife or blow the trumpet as aforesaid,
for the sum of ten dollars for every person so taught; and the
person so taught shall be furnished with a suit of regimentals,
to be paid for out of the funds of the regiment or battalion, as
the case may be; and the father of every youth who shall have
been instructed as aforesaid, shall be exempted and excused
from every kind of military duty, so long as his son shall conti-
nue to perform the duties of a drummer, fifer or trumpeter in
any militia company or troop, and be under the age of eighteen
years.

*Surplus money how to be ap- propriated.*     39. *And be it enacted,* That the surplus money which may be
in the hands of any paymaster of any regiment or independent
battalion, on the settlement of his accounts, shall be appropri-
ated to the purchase of arms and accoutrements for the use of
the said regiment or independent battalion, at the discretion of
a majority of the commissioned officers thereof.

*Militia on pa- rade days not to be arrested and arms not to be levied on.*     40. *And be it enacted,* That no commissioned officer, non-com-
missioned officer or private, shall be arrested on any civil pro-
cess in going to or returning from any place of exercise or train-
ing, nor shall any arms or accoutrements of a militia-man be
levied on or sold by virtue of any execution.

*Former acts repealed.*     41. *And be it enacted,* That the act, entitled, " An act for or-
" ganizing and training the militia of this state," passed the thir-
tieth day of November, one thousand seven hundred and nine-
ty-two, and the several supplements thereto, be and the same
are hereby repealed: *Provided always,* That nothing herein con-
tained, shall be deemed to repeal, alter or dispense with the
powers, authorities or duties of the several officers under the
said acts, in and concerning the fines, penalties and forfeitures
heretofore incurred under the same, and that the proper officers
be and they are hereby authorized and enjoined to collect, or
cause to be collected, all such fines and forfeitures as have been
incurred, and pay the same agreeably to the laws aforesaid, on
or before the first day of January next: *And provided,* That so
much of this act as respects the time of trainings and exercises
of the several regiments, battalions and independent battalions,
shall not be in force until the first day of January next.

A.        Passed at Trenton, June 13, 1799.