

# Acts and Laws

Paſſed by the Great and General Court or Aſſembly of His Majeſty's Province of the *Maſſachuſetts Bay* in *New-England*: Begun and held at *Boſton* upon Wedneſday the twenty-eighth of *May* 1746. And continued by Adjournments to Wedneſday the twenty ſeventh of *Auguſt* following.

---

CHAP. IX.

## An Act in further addition to an Act intitled *An Act for Highways.*

**W**HEREAS in and by an *Act* made in the twelfth Year of the Reign of her late Majeſty Queen Ann, intitled, An Act in Addition to the Law of this Province, intitled, An Act for Highways, made in the fifth Year of the Reign of the late King *William* and Queen *Mary*; *Proviſion is made for the laying out particular private Ways between any Inhabitants or Proprietors within their reſpective Towns to or for any original Lot, but no Power or Liberty is therein given for the laying out any ſuch Way to any Tract of Land that is not an original Lot, which is oftentimes equally neceſſary*: Wherefore, — Preamble.

**Be it enacted by the Governour, Council and Houſe of Repreſentatives,** That the Select Men of each Town reſpectively (and in Caſe of their Delay or Refuſal his Majeſty's Juſtices of the Peace within the ſeveral Counties of this Province at any of their General Seſſions) be and hereby are fully authorized and impowered by themſelves or others to lay out or cauſe to be laid out particular or private Ways as ſhall be thought neceſſary to or for any Tract of Land, not on original Lot, as they are by ſaid Act of Queen *Anne*, for an original Lot; under the ſame Regulations and Reſtrictions, and obſerving the ſame Rules as are therein ſpecified directed and provided. — Select-men, and in Caſe of their Refuſal, the Juſtices, impowred to lay out Highways.

This Act to continue in Force for the Space of three Years from the Publication thereof, and from thence to the End of the next Seſſion of the General Court and no longer. — Limitation.

---

[ Ddd ] CHAP.

Digitized from Best Copy Available

### CHAP. X.

## An Act to prevent the firing of Guns charged with Shot or Ball in the Town of *Boſton*.

**Preamble.**   *WHEREAS by the indiſcreet firing of Guns laden with Shot and Ball within the Town and Harbour of* Boſton, *the Lives and Limbs of many Perſons have been loſt, and others have been in great Danger, as well as other Dammage has been ſuſtained.*

For the Prevention thereof for the future;

**Penalty for firing off loaden Cannon.**   **Be it enacted by the Governour, Council and Houſe of Repreſentatives,** That no Perſon or Perſons from and after the Publication of this Act ſhall preſume to diſcharge or fire off any Cannon laden with Shot from any Wharff or Veſſel in that Part of the Harbour of ſaid Town which is above the Caſtle, on Pain of forfeiting the Sum of *fifteen Pounds* for each Gun ſo fired or diſcharged; one Moiety of ſaid Penalty to be to and for the Uſe of the Poor of ſaid Town of *Boſton*, and the other Moiety to him or them who ſhall inform, complain and ſue for the ſame, to be recovered by Action, Bill, Plaint or Information, before any of his Majeſty's Courts of Record within the County of *Suffolk*, and upon Refuſal thereof ſuch Perſon ſhall ſuffer three Months Impriſonment without Bail or Mainprize.

**Penalty for diſcharging Guns or Piſtols loaden with Shot or Ball.**   **And be it further enacted,** That no Perſon ſhall from and after the Publication of this Act diſcharge any Gun or Piſtol charged with Shot or Ball in the Town of *Boſton* (the Iſlands thereto belonging excepted) or in any Part of the Harbour between the Caſtle and ſaid Town, on Pain of forfeiting *forty Shillings* each Gun or Piſtol ſo fired or diſcharged, to be recovered before one or more of his Majeſty's Juſtices of the Peace for the County of *Suffolk*, and diſpoſed of in Mannor as aforeſaid, or ſhall ſuffer ten Days Impriſonment. And for the more effectual Conviction of any Perſon or Perſons ſo offending, it ſhall be lawful for any Perſon to ſeize and take into Cuſtody any Gun ſo fired off, and deliver the ſame to one of the next Juſtices of the Peace in ſaid Town of *Boſton*, in order to its being produced at Time of Trial.

**Proviſo.**   *Provided neverthelefs,* That this Law ſhall not be ſo conſtrued or underſtood as to prevent Soldiers in their common Training Days with the Leave and by Order of the Commiſſion Officers of the Company to which they belong, or other Perſons at other times with the Leave of one or more of the Field Officers of the Regiment in *Boſton*, from firing at a Mark or Target for the Exerciſe of their Skill and Judgment; provided it be done at the lower End of the Common; nor from firing at a Mark from the ſeveral Batteries in the Town of *Boſton*, with the Leave of the Captain General, and no where elſe.

**Limitation.**   This Law to continue and be in Force for the Space of three Years and no longer.

CHAP.