# THE
# COLONIAL RECORDS
## OF THE
# STATE OF GEORGIA

VOLUME XIX.

PART I.

STATUTES, COLONIAL AND REVOLUTIONARY,
1768. TO 1773.

COMPILED AND PUBLISHED UNDER AUTHORITY

OF

## THE LEGISLATURE

BY

ALLEN D. CANDLER, A. M., LL. D.

ATLANTA, GA.
CHAS. P. BYRD, STATE PRINTER.
1911.

Generated on 2023-01-20 14:49 GMT / https://hdl.handle.net/2027/hvd.32044032308223
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

Digitized by Google     Original from HARVARD UNIVERSITY

Security Against Internal Dangers and Insurrections.

And be it further Enacted that the Fine & Penalties by this Act Inflicted not herein before Disposed of shall be to his Majesty & applied in Aid of the General Tax. *Fine and penalties to his Majesty.*

By order of the Commons House of Assembly

    N. W. Jones Speaker.

By order of the Upper House

    James Habersham President.

Council Chamber

24th December 1768.

    Assented to

        Ja: Wright.

---

(State Archives.)

*An act for the better security of the inhabitants by obliging the male white persons to carry fire arms to places of public worship.*

WHEREAS it is necessary for the security and defence of this province from internal dangers and insurrections, that all persons resorting to places of public worship shall be obliged to carry fire arms. *Preamble.*

                                Be

Security Against Internal Dangers and Insurrections.

*All male white inhabitants to carry arms to places of worship under penalty of ten shillings.*

1. BE IT ENACTED, That immediately from and after the passing of this act, every male white inhabitant of this province, (the inhabitants of the sea port towns only excepted who shall not be obliged to carry any other than side arms) who is or shall be liable to bear arms in the militia, either at common musters or times of alarm, and resorting, on any Sunday or other times, to any church, or other place of divine worship within the parish where such person shall reside, shall carry with him a gun, or a pair of pistols, in good order and fit for service, with at least six charges of gun-powder and ball, and shall take the said gun or pistols with him to the pew or seat, where such person shall sit, remain, or be, within or about the said church or place of worship, under the penalty of ten shillings for every neglect of the same, to be recovered by warrant of distress and sale of the offender's goods, under the hand and seal of any justice of the peace for the parish where such offence is committed, one half to be paid into the hands of the church wardens, or where there is no church wardens, to any justice for the use of the poor of the said parish, and the other half to him or them that shall give information thereof.

*How to be recovered and applied.*

2. And for the better and more effectual carrying this act into execution, BE IT FURTHER ENACTED, That the church warden or church wardens of each respective parish, and the deacons,

*Church wardens, deacons, &c. to examine persons liable to carry arms.*

elders

STATUTES, COLONIAL AND REVOLUTIONARY, 1768-1773.   139

Security Against Internal Dangers and Insurrections.

elders or select men, of other places of public worship, shall be obliged, and they are hereby empowered to examine all such male persons, either in or about such places of public worship, at any time after the congregation is assembled, on Christmas and Easter days, and at least twelve other times in every year, and if, upon finding any person or persons liable to bear arms, and being then to places of public worship as aforesaid, without the arms and ammunition by this act directed, and shall not, within fifteen days after such offence is committed, inform against such person or persons so offending, in order to recover the penalty as aforesaid, said church warden or church wardens, deacons, elders, or select men, shall, for every such neglect of duty, or giving information as aforesaid, forfeit and pay the sum of five pounds, to be recovered and applied as in this act is before directed.

3. AND BE IT FURTHER ENACTED, That any such person or persons thus liable to bring their arms, and being at any church or place of public worship, as aforesaid, that shall refuse to be examined in or about such places of public worship, or neglect, on demand of the church warden or church wardens, deacons, elders, or select men respectively, to produce and shew his or their arms and ammunition by this act required to be brought by such person or persons, to the intent it may be known whether the same be

*Persons refusing to be examined to forfeit ten shillings, to be recovered and applied as aforesaid.*

fit

Prohibiting Exportation Indian Corn.

fit for immediate use and service, such person or persons so refusing or neglecting shall severally, and for every such offence, forfeit the sum of ten shillings, to be recovered and applied in such manner as the penalty for not bringing such arms in and by this act directed.

*Continuation.*

4. AND BE IT FURTHER ENACTED, That this act shall be and continue in force for and during the term of three years, and from thence to the end of the next session of the General Assembly, and no longer.

N. W. JONES, *Speaker.*

JAMES HABERSHAM, *President.*

JAMES WRIGHT.

February 27, 1770.

---

(State Archives.)

An Act.

*To Prohibit for a certain Time the Exportation of Indian Corn.*

WHEREAS the shortness of the last Crop of Indian Corn in this Province makes it greatly to be apprehended that a Scarcity of that Article may ensue



Digitized by Google     Original from HARVARD UNIVERSITY