Case 1:22-cv-07464-RMB-AMD   Document 103-8   Filed 02/27/23   Page 1 of 3 PageID: 3457



A
# DIGEST
OF THE
# LAWS
OF THE
# State of Georgia.

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1798, INCLUSIVE

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the alterations and amendments in 1794.

ALSO THE

Constitution of 1798.

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory of existing Laws; together, with the

TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, ascertaining and defining the Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

BY
ROBERT & GEORGE WATKINS.

Philadelphia:
PRINTED BY R. AITKEN, N°. 22, MARKET STREET.
..........................
1800.

*An Act for granting to his majesty the sum of £3046 16 8¼ for the use and support of*    A. D. 1768.
*the government of Georgia for the year* 1779, *to be raised at certain rates and after the*    No. 190.
*method therein mentioned; and for the more effectual collecting of arrears.*

December 24.

*Obsolete.*

---

A. D. 1770.

*An Act for the better security of the inhabitants, by obliging the male*    No. 191.
*white persons to carry fire arms to places of public worship.†*

WHEREAS it is necessary for the security and defence of this province from    Preamble.
internal dangers and insurrections, that all persons resorting to places of
public worship shall be obliged to carry fire arms:

I. *Be it enacted,* That immediately from and after the passing of this act, every    Enacted.
male white inhabitant of this province, (the inhabitants of the sea port towns only    All male white
excepted, who shall not be obliged to carry any other than side arms) who is or shall    inhabitants to carry arms to
be liable to bear arms in the militia, either at common musters or times of alarm, and    places of divine
resorting, on any Sunday or other times, to any church, or other place of divine wor-    worship under penalty of 10/.
ship within the parish where such person shall reside, shall carry with him a gun, or
a pair of pistols, in good order and fit for service, with at least six charges of gun-
powder and ball, and shall take the said gun or pistols with him to the pew or seat
where such person shall sit, remain, or be, within or about the said church or place
of worship, under the penalty of ten shillings for every neglect of the same, to be re-
covered by warrant of distress and sale of the offender's goods, under the hand and seal    How to be recovered and applied.
of any justice of the peace for the parish where such offence is committed, one half
to be paid into the hands of the church wardens, or where there is no church wardens
to any justice, for the use of the poor of the said parish, and the other half to him
or them that shall give imformation thereof.

II. And for the better and more effectual carrying this act into execution, *Be it fur-*    Church wardens, &c. empowered to examine persons liable to carry arms.
*ther enacted,* That the church warden or church wardens of each respective parish, and
the deacons, elders, or select men, of other places of public worship, shall be obliged,
and they are hereby empowered to examine all such male persons, either in or about
such places of public worship, at any time after the congregation is assembled, on Christ-
mas and Easter days, and at least twelve other times in every year, and if, upon find-
ing any person or persons liable to bear arms, and bring them to places of public wor-
ship as aforesaid, without the arms and ammunition by this act directed, and shall
not, within fifteen days after such offence is committed, inform against such person
or persons so offending, in order to recover the penalty as aforesaid, such church
warden or church wardens, deacons, elders, or selectmen, shall, for every such ne-
glect of duty, or giving information as aforesaid, forfeit and pay the sum of five
pounds, to be recovered and applied as in this act is before directed.

III.

† *Query*—Whether this act can be enforced by any religious association, unless expressly authorised under the present government. See note, page 52.

A. D. 1770.
No. 191.
Penalty on persons refusing to be examined.

III. *And be it further enacted*, That any such person or persons thus liable to bring their arms, and being at any church or place of public worship as aforesaid, that shall refuse to be examined in or about such places of public worship, or neglect, on demand of the church warden or church wardens, deacons, elders, or selectmen respectively, to produce and shew his or their arms and ammunition by this act required to be brought by such person or persons, to the intent it may be known whether the same be fit for immediate use and service, such person or persons so refusing or neglecting shall severally, and for every such offence, forfeit the sum of ten shillings, to be recovered and applied in such manner as the penalty for not bringing such arms in and by this act directed.

Continuation of this act.

IV. *And be it enacted*, That this act shall be and continue in force for and during the term of three years, and from thence to the end of the next session of the general assembly, and no longer.*

N. W. JONES, *Speaker.*
JAMES HABERSHAM, *President.*

JAMES WRIGHT.
*February* 27, 1770.

* The next session after the expiration of the three years, was held in 1777, consequently this act being in force at the time of the revolution, the same is perpetuated by act of 1783, No. 279, though not particularly named.

---

No. 192.

*An Act to prohibit for a certain time, the exportation of Indian corn.*

February 27, 1770.
*Expired.*

---

No. 193.

*An Act to amend an act, entitled " An act for ascertaining the qualifications of jurors, and for establishing the method of ballotting and summoning jurors in the province of Georgia."*

February 27.
*Obsolete.*

---

No. 194.

*An Ordinace re-appointing Benjamin Franklin, Esquire, agent to solicit the affairs of this province in Great Britain.*

February 27.
*Obsolete.*

---

No. 195.

*An Ordinance for appointing James Kitchen, collector and comptroller of the country duties of the port of Sunbury.*

February 27.
*Obsolete.*

*An*