# ACTS

OF THE

# One Hundred & Ninth Legislature

OF THE

## STATE OF NEW JERSEY,

AND

FORTY-FIRST UNDER THE NEW CONSTITUTION.



CAMDEN, N. J.,
THE COURIER PUBLISHING ASSOCIATION.
1885.

52        GENERAL PUBLIC LAWS.

## CHAPTER XLIV.

An Amendment to "An act to prevent vending, using or exploding of guns, pistols, toy pistols, or other fire-arms to or by persons under the age of fifteen years in this state."

Section amended.

1. BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey*, That the second section of the act approved February tenth, one thousand eight hundred and eighty-two, entitled as above set forth, be and the same hereby is amended so as to read as follows:

Unlawful to sell fire-arms to persons under fifteen years of age, &c.

[2. *And be it enacted*, That it shall not be lawful to sell, hire or loan to any person under the age of fifteen years any gun, pistol, toy pistol or other fire-arms; or for any person under the age of fifteen years to purchase, barter or exchange any gun, pistol, toy pistol or other fire-arms; nor for any person under the age of fifteen years to carry, fire or use any gun, pistol, toy pistol or other fire-arms, except in the presence of his father or guardian, or for the purpose of military drill in accordance with the rules of a school.]

Penalty.

2. *And be it enacted*, That any person offending against the provisions of this act shall be punished by a fine not exceeding twenty-five dollars.

Approved March 2, 1885.