# ACTS

OF THE

## THIRTY-FIFTH

# GENERAL ASSEMBLY,

OF THE

## *STATE OF NEW-JERSEY.*

AT A SESSION BEGUN AT TRENTON, ON THE FIFTEENTH DAY OF FEBRUARY, ONE THOUSAND EIGHT HUNDRED AND ELEVEN, AND CONTINUED BY ADJOURNMENTS.

BEING THE SECOND SITTING.



*TRENTON:*

PRINTED BY JACOB J. WILSON.

1811

300

## AN ACT to regulate Gun-Powder Manufactories and Magazines within this state.

Sec. 1. BE IT ENACTED *by the council and general assembly of this state, and it is hereby enacted by the authority of the same,* That from and after the first day of May next no person or persons whatsoever, shall be permitted within this state to erect or establish, or cause to be erected or established, any manufactory which shall be actually employed in manufacturing gun-powder, either by himself or any other person, either on his own land or the land of another, within the distance of a quarter of a mile from any town or village or house of public worship; or within the distance of a quarter of a mile from any dwelling house, barn or out house, without the consent under hand and seal of all and every the owner or owners of such dwelling house, barn or out house, as aforesaid; and any person so offending shall be guilty of a misdemeanor, and on conviction thereof shall be fined any sum not exceeding two thousand dollars: *Provided,* that nothing in this section shall be so construed as to prevent the completing, rebuilding or repairing any powder mill now erected or erecting in this state on the site on which the same shall be now erected or erecting.

2. *And be it enacted,* That no person or persons hereafter shall be permitted to erect or cause to be erected any powder magazine within this state, either upon his own land or the land of any other person, and actually deposit gun-powder therein, within the distance of half a mile from any town or village, house of public worship, dwelling house or out house. And any person so offending shall be guilty of a misdemeanor, and on conviction thereof shall be fined not exceeding the sum of two thousand dollars.

A. Passed at Trenton, Feb. 7, 1811.