# ACTS
### AND
# LAWS
### OF THE
# STATE
### OF
# CONNECTICUT,
### IN
# AMERICA.



NEW-LONDON:

Printed by TIMOTHY GREEN,

Printer to the Governor and Company of the State of Connecticut.

MDCCLXXXIV.

<p style="margin-left: 2em">entered up againſt him of his own proper Goods or Eſtate, as though it was his own Debt, and Execution ſhall, in uſual Form of Law, be granted thereon.</p>

*Debts liable to be taken as well as the effects of abſconding debtors.*

That Debts due to any ſuch abſent or abſconding Debtor, ſhall be conſidered as his Effects in the Hands of the Perſon from whom the ſame are due; who ſhall be conſidered as his Agent or Truſtee, and be obliged to account for the ſame under Oath; and Recovery may be had againſt him in the ſame Manner as for Goods or Chattels of ſuch abſconding Debtor.

*Proviſo.*

*Provided neverthelefs,* That if upon Trial, it appear that the Perſon ſummoned by ſuch *Scire Facias,* had, or hath not, any Goods or Effects of the Debtor in his Hand, nor hath any ways remitted, transferred, diſpoſed of, or converted the ſame after the ſerving the Suit taken out againſt his Principal, and ſerved as aforeſaid; the Party that commenced the Suit by *Scire Facias,* ſhall pay Coſt to ſuch Attorney, Factor, Agent or Truſtee, to be allowed and taxed by the Court in uſual Form.

*Effects thus taken out of the hands of the factor, &c. ſhall diſcharge him from the principal.*

*And be it further enacted by the Authority aforeſaid,* That the Goods or Effects of any abſent or abſconding Debtor, taken as aforeſaid, by Proceſs and Judgment of Law out of the Hands of his Attorney, Factor, Agent or Truſtee, by any of his Creditors, ſhall fully acquit and diſcharge ſuch Attorney, Factor, Agent or Truſtee, his Executors and Adminiſtrators, from all and every Action, Suit, Trial, Payment and Demand whatſoever, that may be brought, commenced or made by his Principal, his Executors or Adminiſtrators, of, or for the ſame.

*And he may plead the general iſſue, & give this act in evidence.*

And if any ſuch Factor, Agent or Truſtee, his Executors or Adminiſtrators, ſhall be moleſted, troubled or ſued by his Principal, for any Thing by him done, in compliance with this Act, he or they may plead the general Iſſue, and give this Act in Evidence for his Juſtification.

### An Act for the preſervation and increaſe of Deer; and for the encouragement of keeping them in Parks, or other Incloſures.

*Preamble.*

*WHEREAS the killing of Deer at unſeaſonable Times of the Year, is very Prejudicial to the public Good; the Fleſh and Skins being then but of little Value, and their Increaſe greatly hindered:*

*Penalty for killing deer in certain ſeaſons.*

BE it therefore enacted by the Governor, Council and Repreſentatives, in General Court aſſembled, and by the Authority of the ſame, That no Perſon or Perſons, Indian or others, ſhall kill any Deer within this State, at any Time in the Months of *January, February, March, April, May, June* or *July,* on Penalty of paying a Fine of *four Pounds*; one Half to any Perſon that ſhall give Information thereof, and proſecute the ſame to Effect, and the other Half to the Treaſury of the Town where the Conviction is had. And any one Aſſiſtant, or Juſtice of the Peace, is hereby authorized to hear and determine any Offences againſt this Act; and may grant Execution on ſuch Judgment, for the Fine and Coſt in common Form: Or if the Perſon be unable to pay the ſame, the ſaid Authority may diſpoſe of him in Service for that Purpoſe, for a Term not exceeding four Months.

*Upon complaint, ſearch-warrant to iſſue, &c.*

And it ſhall and may be lawful for any Aſſiſtant or Juſtice of the Peace, on juſt Suſpicion being ſhewn that any Deer hath been killed contrary to this Act, to grant a Warrant to ſearch for the Veniſon or Skins, in the ſame Manner as in the Caſe of ſtolen Goods, that ſuch Offenders may be detected.

And in caſe any Veniſon or Skins of any Buck, Doe or Fawn, newly killed, ſhall be found with or in the Poſſeſſion of any Perſon, he ſhall be

<p style="text-align:right">judged</p>

judged guilty of killing such Deer; unless such Person can satisfy the Authority before whom the Trial is, of his Innocency, by giving a satisfactory Account how the same came into his Possession, and that he did not kill such Deer, nor was aiding or assisting therein.

And the Grand Jurors in the respective Towns, shall enquire after, and inform of all Breaches of this Act: And on Conviction of the Person or Persons informed against, shall be entitled to one half of the Penalty aforesaid.

*Provided*, That nothing in this Act shall be understood to prohibit Persons killing their own Deer, by them kept in Parks or Inclosures.

*And whereas sundry Persons in this State, have erected Parks or Inclosures for keeping and preserving Deer, which is likely to be for the Public Good, and more may be erected for the same Purpose:*

Therefore, For the Encouragement and Security thereof,

*Be it further enacted by the Authority aforesaid*, That if any Person or Persons shall kill or destroy any Buck, Doe or Fawn kept in any Park or Inclosure in this State; or shall course, chase, hunt or wound any such Deer; or shall wilfully pull up or throw down any Fence, Gates or Bars inclosing such Park or Inclosure whereby such Deer may escape, without Leave from the Owner or Owners thereof; or shall be aiding or assisting therein, every such Person or Persons shall, for every such Trespass in killing or destroying such Deer, forfeit and pay to the Owner or Owners thereof *seven Pounds*, besides the Price of such Deer so killed or destroyed.

And for every such Trespass in coursing, chasing, hunting or wounding such Deer, whether such Deer be found without or within the Park, if it shall appear that the Person committing such Trespass knew, or had good Reason to think that such Deer belonged to the Owner of the Park, shall forfeit and pay, as aforesaid, the Sum of *thirty Shillings*, besides all such Damages as shall be sustained by such coursing, chasing, hunting or wounding.

And for every such Trespass in so pulling up, opening or throwing down any Fence, Gates or Bars, as aforesaid, shall forfeit and pay to the Owner or Owners of such Park or Inclosure, the Sum of *thirteen Pounds* besides all such Damages as shall accrue thereby.

*And for further Encouragement of keeping Deer in Parks, and to prevent their being destroyed when by any Accident they get out of the Park;*

*Be it further enacted*, That no Person shall course, chase or kill any Deer within two Miles of any Park wherein Deer are kept, except the Owner of the Park or by his Licence, on Pain of forfeiting *ten Pounds* to the Owner of such Park.

Which several Penalties, Forfeitures and Damages, shall and may be recovered by Action, Bill, Plaint or Information.

Upon Conviction of the Trespasser or Trespassers, and in the Trial of any and every Action brought for any of the Trespasses in this Act mentioned, relating to Parks, or the Deer in them, the Court before whom such Case shall be brought, may proceed according to the Method provided in the sixth Paragraph of the Law, entitled, "*An Act for detecting and punishing Trespasses in divers Cases, and directing Proceedings therein.*"

*Provided nevertheless*, That if the Defendant in any such Action be an Indian, or other Person ignorant of the Nature of an Oath, then, such Court shall refuse his Oath to discharge him, and shall proceed on the Defendant's Part to enquire according to, and by any other proper Evidence that may be produced by the Defendant.

*Marginalia:* And if venisons, &c. is found in the possession of any one, liable, unless, &c. Who to make presentment. Proviso. Penalty of 7l. for killing deer in any park, &c. 30s. for chasing, &c. 13l. for breaking the inclosure of any park, &c. 10l. fine for chasing, &c. any deer within two miles of any park. Recoverable by bill, &c. Trial to be had in the same manner as directed in the law against trespasses, &c. Proviso.

An