

*Augustus S. Clayton*
*Presented March 1, 180_*

# A DIGEST
## OF THE
# LAWS
## OF THE
# State of Georgia.

FROM ITS FIRST ESTABLISHMENT AS A BRITISH PROVINCE DOWN TO THE YEAR 1798, INCLUSIVE,

AND THE

## PRINCIPAL ACTS OF 1799:

IN WHICH

Is comprehended the declaration of Independence; the State Constitutions of 1777 and 1789, with the alterations and amendments in 1794.

ALSO THE

### Constitution of 1798.

IT CONTAINS

As well all the Laws in force, as those which are deemed useful and necessary, or which are explanatory of existing Laws; together, with the

### TITLES OF ALL THE OBSOLETE AND OTHER ACTS.

AND CONCLUDES

WITH AN APPENDIX containing the original Charters and other Documents, ascertaining and defining the Limits and Boundary of the State; all the Treaties with the southern tribes of Indians; the articles of Confederation and perpetual union; the Constitution of the United States, and a few Acts of Congress.

Together with a copious Index to the whole.

BY
## ROBERT & GEORGE WATKINS.

Philadelphia:
PRINTED BY R. AITKEN, N°. 22, MARKET STREET.
..................
1800.

A. D. 1790.
No. 443.
*And for the like purpose in Camden shall give bond and security.*

court house and goal in the county of †Effingham; and that Jacob Weed, Henry Wright, and Thomas Stafford, be appointed commissioners for the county of †Camden, for the like purpose; which commissioners shall give bond, as is herein before directed, for the faithful performance of the duties required of them.

*All laws relating to the clearing of Brier creek, repealed.*

V. *And be it further enacted by the authority aforesaid,* That all laws heretofore made, so far as relate to the clearing of Brier creek, be, and the same is hereby repealed.

　　　　　　　　JOSEPH HABERSHAM, *Speaker of the House of Representatives.*
　　　　　　　　NATHAN BROWNSON, *President of the Senate.*
EDWARD TELFAIR, Governor.
　　December 10, 1790.

† Other commissioners appointed. See act of 1791, No. 452.

---

No. 444.　　*An Act to prevent the pernicious practice of hunting deer in the night time by fire light.*

*Persons hunting deer in the night by fire light to forfeit £5.*

I. BE it enacted by the senate and house of representatives of the State of Georgia in general assembly met, That from and immediately after the passing of this act, any person or persons who shall hunt with a gun by fire light or kill any deer so hunting by fire light in the night time without his or their own enclosures, every such person or persons being thereof convicted, upon the oath of one or more credible witness, before any justice of the peace for the county where such offence shall be committed, shall for every such offence forfeit and pay, not exceeding the sum of five pounds,

*How to be applied.*

one half thereof shall be paid to the informer or informers, and the other half into the clerks office of the inferior court, and to be applied to the use of the poor of the county where such offence shall be committed.

*How recovered*

II. *And be it further enacted,* That the forfeitures incurred by this act, as aforesaid, shall be levied by distress and sale of the offender's goods and chattels, lands and tenements, by warrant under the hand and seal of the justice before whom the person or persons so incurring shall be convicted, returning the overplus, if any, to the owner or owners thereof, after deducting the said penalty or forfeiture and lawful charges; and in case the person or persons so offending and convicted shall not have goods and chattels, lands or tenements, sufficient to answer such forfeiture and charges, it shall and may be lawful for such justice to order such offender or offenders so con-

*Offenders unable to pay, shall receive 39 lashes.*

victed, severally to receive not exceeding thirty-nine lashes, well laid on his or their bare back.

III. *And be it also enacted,* That this shall be deemed a public act, and given in evidence.

　　　　　　　　JOSEPH HABERSHAM, *Speaker of the House of Representatives.*
　　　　　　　　NATHAN BROWNSON, *President of the Senate.*
EDWARD TELFAIR, Governor.
　　December 10, 1790.

*An*