# THE
# PUBLIC LAWS

### OF THE STATE OF

## RHODE-ISLAND

### AND

## PROVIDENCE PLANTATIONS,

As revised by a Committee, and finally enacted by
the Honourable GENERAL ASSEMBLY, at their
Session in *January*, 1798.

TO WHICH ARE PREFIXED,

The CHARTER, DECLARATION OF INDEPENDENCE, ARTICLES
OF CONFEDERATION, CONSTITUTION OF THE UNITED
STATES, and PRESIDENT WASHINGTON'S ADDRESS of *Sep-
tember*, 1796.

41259

*Published by Authority.*

*IGNORANTIA LEGIS NEMINEM EXCUSAT.*
IGNORANCE OF THE LAW IS NO EXCUSE FOR ITS VIOLATION.

Printed at PROVIDENCE, by CARTER and WILKINSON,
and fold at their Book-Store. 1798.

UNIV. OF MICH. LAW LIBRARY

Digitized by Google

668                    *Firing of Guns, &c.*

himself aggrieved at any such judgment, may appeal to the next Court of General Sessions of the Peace in the county, observing the same rules as in other cases of appeal.

---

<table>
<tr><td>

1731.<br>
1737.<br>
1768.<br>
1798.<br>
Penalty for firing guns, &c. in roads, &c.

</td><td>

*An Act to prevent unnecessary firing of Guns, Pistols, Squibs, or other Fire-Works.*

Section 1. BE it enacted by the General Assembly, and by the authority thereof it is enacted, That if any person shall fire any gun, pistol, rocket, squib, or other fire-works, in any road, street, lane or tavern, or other public house, after sun-setting and before sun-rising, he shall, upon complaint and conviction thereof before any one Justice of the Peace or Warden, pay as a fine the sum of five dollars for the first offence, and seven dollars for every subsequent offence, one half thereof to the informer, and the other half to the State.

</td></tr>
</table>

For making bonfires.

Sec. 2. *And be it further enacted*, That if any person shall make a bonfire in any public street, road, square or lane, without permission from the Town-Council of the town in which the same shall be made, he shall, upon conviction as aforesaid, forfeit a sum not exceeding ten dollars, to be appropriated in manner aforesaid.

For firing guns loaded with bullets, &c.

Sec. 3. *And be it further enacted*, That if any person shall fire any gun, musket, blunderbuss or pistol, loaded with a bullet or shot, in or across any road, street, square or lane, he shall, upon conviction as aforesaid, forfeit and pay as a fine a sum not less than three dollars, nor more than ten dollars, to be appropriated in manner as aforesaid.

*An*

Digitized by Google