# LAWS

## OF THE

# STATE

## OF

# DELAWARE,

PASSED

*At a Session of the General Assembly,*

BEGUN AND HOLDEN AT DOVER,

ON TUESDAY THE 7th DAY OF JANUARY, AND ENDED ON WEDNESDAY THE 12th DAY OF FEBRUARY,

IN THE YEAR OF OUR LORD,

ONE THOUSAND EIGHT HUNDRED AND TWELVE,

AND OF THE INDEPENDENCE OF THE

UNITED STATES OF AMERICA,

THE THIRTY-SIXTH.

*PUBLISHED BY AUTHORITY.*

DOVER—JOHN B. WOOTTEN—PRINT.

1812.

522                    LAWS OF THE STATE

CHAP.
CXCIV.                 CHAPTER CXCIV.

1812.
*An* ACT *to authorize Francis C. Hall, to remove and carry out from this State, into the State of Maryland, certain negro slaves therein mentioned.*

PASSED AT DOVER,         PRIVATE ACT.
February 2, 1812.

---

CHAPTER CXCV.

*An* ACT *to prevent the discharging of fire-arms within the towns and villages, and other public places within this State, and for other purposes.*

Firing guns, SEC. 1. **B**E IT ENACTED *by the Senate and House of Representatives of the State of Delaware, in General Assembly met,* That from and after the first day of June next, if any person or persons shall presume to fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any of the towns or villages of this State, or within the limits thereof; or where the limits cannot be ascertained, within one quarter of a mile of the centre of such town or village, shall fire or discharge any gun, ordnance, musket, fowling piece, fusee or pistol, within or on any of the greens, streets, alleys or lanes of any of the towns and villages within this State, whereon any buildings are or shall be erected, or within one hundred yards of any mill-dam, over or across where any of the main public or State roads may go or pass; every person or persons so offending, shall be fined or punished as hereinafter directed.

Penalty on firing guns, &c. SEC 2. *And be it enacted by the authority aforesaid,* That if any free white person or persons, or the

child or children of any such person or persons, shall fire or discharge any gun, ordnance, musket, fowling-piece, fusee or pistol, within any, or at any of the places or limits aforesaid, every such person or persons, or the child or children of every such person or persons, shall forfeit and pay for every such offence, any sum, not exceeding five dollars, to be recovered from the person or persons, or from the parent of such child or children, before any justice of the peace of this State, on his own view, or on the oath or affirmation of any one or more credible witnesses, to be recovered as debts under forty shillings are recoverable by the laws of this State. *CHAP. CXCV. 1812. How recoverable.*

SEC. 3. *And be it enacted by the authority aforesaid*, That if any free negro or mulatto, or the child or children of any such free negro or mulatto, or any manumitted negro or mulatto, or any servant or servants, slave or slaves, apprentice or apprentices, of any person or persons whatsoever, shall fire or discharge any gun, ordnance, musket, fusee, fowling-piece or pistol, within the limits herein before described, and be thereof convicted by the view of any one justice of the peace, or on the oath or affirmation of one or more credible witnesses, every person so offending, shall forfeit and pay any sum, not exceeding five dollars: *Provided nevertheless*, That in all and every case where the money is not immediately paid on such conviction, into the hands of the justice before whom such conviction is had, it shall and may be lawful, and the said justice is hereby directed and commanded to commit such person or persons to the jail of his county, there to remain, until the forfeitures and costs are paid. *Penalty on free negroes or free mulattoes &c. firing guns &c. Proviso.*

SEC. 4. *And be it enacted by the authority aforesaid*, That all fines and forfeitures incurred under this law, shall be paid over for the use of the poor of the county where the offence shall have been committed. *Fines, how applied.*

This act not to extend to days of public rejoicing, &c.

SEC. 5. *Provided nevertheless, and be it enacted by the authority aforesaid,* That nothing in this act shall extend, or be construed to prevent any such firing, on any day or days of public rejoicing, or where it is authorized by any law of this State, or where it shall be deemed by the justice before whom the information is lodged, that the necessity of the case required the same.

PASSED AT DOVER,
*February* 4, 1812.

## CHAPTER CXCVI.

Chap. 96. c.
2 vol. p. 1236.

*A* SUPPLEMENT *to an act, entitled,* " *An act to incorporate a bank in the borough of Wilmington, in this State.*"

Original act revived and continued, till Sep. 1, 1822.

SEC. 1. BE IT ENACTED *by the Senate and House of Representatives of the State of Delaware, in General Assembly met,* That the said act entitled, " An act to incorporate a bank in the borough of Wilmington, in this State ;" passed on the ninth day of February, in the year of our Lord, one thousand seven hundred and ninety-six ; and every section and clause thereof, excepting so much thereof, as may by this act be altered, supplied or amended, shall remain, continue and be in full force and effect until the first day of September, in the year of our Lord, one thousand eight hundred and twenty-two.

Forging, &c. how punished.

SEC. 2. *And be it further enacted,* That if any person shall counterfeit the common seal of the president, directors and company of the Bank of Delaware, incorporated by the aforesaid act, or shall forge any bank-bill or note, for the payment of money made or given out, or to be made or given out by, or for the said president, directors and company, or purporting so to be, or shall utter, vend,