

**State of New Jersey**

| | OFFICE OF THE ATTORNEY GENERAL | |
|---|---|---|
| PHILIP D. MURPHY | DEPARTMENT OF LAW AND PUBLIC SAFETY | MATTHEW J. PLATKIN |
| *Governor* | PO BOX 080 | *Attorney General* |
| | TRENTON, NJ 08625-0080 | |
| SHEILA Y. OLIVER | | |
| *Lt. Governor* | | |

March 6, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re:   *Siegel v. Platkin*, 22-cv-7463
           *Koons v. Platkin*, 22-cv-7464

Dear Chief Judge Bumb,

In *Siegel* Plaintiffs' reply brief in support of their motion for preliminary injunction, they claim that although record evidence shows all casinos in New Jersey have chosen to "'exercise their rights, as private property owners, to prohibit carrying of firearms on their premises' . . . nothing in the record indicates that all nine Atlantic City casinos have actually done so." (Dkt. 97, at 21).

In response, the State submits the attached supplemental certification of the Division of Gaming Enforcement Director into the record to reflect the current status of firearms prohibitions at casinos and racetracks in New Jersey.

                        Respectfully submitted,

                        MATTHEW J. PLATKIN
                        ATTORNEY GENERAL OF NEW JERSEY

                        By:  <u>/s/ Angela Cai</u>



                Angela Cai
                Deputy Solicitor General

cc:    Daniel L. Schmutter, Esq.
       David Jensen, Esq.
       Leon Sokol, Esq.
       Edward Kologi, Esq.