UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL, JASON COOK, JOSEPH DELUCA, NICOLE CUOZZO, TIMOTHY VARGA, CHRISTOPHER STAMOS, KIM HENRY, AND ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey; and PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>    Defendants. | No. 22-CV-7463 (RMB) (AMD) |
| RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; COALITION OF NEW JERSEY FIREARM OWNERS; and NEW JERSEY SECOND AMENDMENT SOCIETY,<br>*Plaintiffs,*<br>v.<br>WILLIAM REYNOLDS in his official capacity as the Prosecutor of Atlantic County, New Jersey; GRACE C. | No. 22-CV-7463 (RMB) (AMD) |

1

MACAULAY in her official capacity as
the Prosecutor of Camden County, New
Jersey; ANNEMARIE TAGGART in her
official capacity as the Prosecutor of
Sussex County, New Jersey; MATTHEW
J. PLATKIN, in his official capacity as
Attorney General of the State of New
Jersey; and PATRICK CALLAHAN, in
his official capacity as Superintendent of
the New Jersey State Police,
*Defendants*.

## SUPPLEMENTAL CERTIFICATION OF DAVID L. REBUCK

David L. Rebuck, of full age, upon his oath certifies and says:

1.      I am the Director of the Division of Gaming Enforcement ("DGE"
or "Division"), the casino regulatory agency within the Department of Law and
Public Safety.

2.      As the Director, I am responsible for, inter alia, overseeing
enforcement of the Casino Control Act, N.J.S.A. 5:12-1 *et seq.*, the review and
audit of casino-hotel operations, and the investigation and prosecution of all
casino-related crimes.

3.      As the Director of DGE, I have personal knowledge of the material
facts of this Certification.

4.      As of March 3, 2023, each of the nine casino hotels in Atlantic City
have posted signage prohibiting firearms on their premises.

5.     As of March 3, 2023, each of the three race tracks in New Jersey have posted signage prohibiting firearms on their premises.

The foregoing statements are true to the best of my knowledge, information, and belief.  I am aware that, if any of the statements are willfully false, I may be subject to punishment.

DAVID L. REBUCK
Director, Division of Gaming Enforcement
State of New Jersey
Department of Law and Public Safety

Dated: March 3, 2023