

**State of New Jersey**

| | OFFICE OF THE ATTORNEY GENERAL | |
|---|---|---|
| PHILIP D. MURPHY | DEPARTMENT OF LAW AND PUBLIC SAFETY | MATTHEW J. PLATKIN |
| *Governor* | PO BOX 080 | *Attorney General* |
| | TRENTON, NJ 08625-0080 | |
| SHEILA Y. OLIVER | | |
| *Lt. Governor* | | |

March 8, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:   *Siegel v. Platkin*, 22-cv-7463
            *Koons v. Platkin*, 22-cv-7464

Dear Chief Judge Bumb,

    The State appreciates the Court's setting an argument date of March 17 for the pending motions for preliminary injunction. (Dkt. 106). In light of that order, the State will not file a notice of appeal at this time.

                                              Respectfully submitted,

                                              MATTHEW J. PLATKIN
                                              ATTORNEY GENERAL OF NEW JERSEY

                           By:   /s/ Angela Cai
                                  Angela Cai
                                  Deputy Solicitor General

cc:    Daniel L. Schmutter, Esq.
         David Jensen, Esq.
         Leon Sokol, Esq.
         Edward Kologi, Esq.

