

Cullen and Dykman LLP
Continental Plaza
433 Hackensack Avenue
Hackensack, NJ 07601
T: 201.488.1300
F: 201.488.6541

LEON J. SOKOL
PARTNER
lsokol@cullenllp.com

March 9, 2023

Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Street
Camden, New Jersey 08105

    Re:    *Siegel v. Platkin*, 22-cv-7463
              *Koons v. Platkin*, 22-cv-7464

Dear Chief Judge Bumb:

    My firm represents the Presiding Officer Intervenors, Senate President Nicholas P. Scutari and General Assembly Speaker Craig C. Coughlin in the aforementioned matter and I serve as lead counsel for the firm. Pursuant to your Text Order of March 7, 2023 establishing a date for oral argument on March 17, 2023, I respectfully request your consent to participate in oral argument remotely as I will be in Florida on that date and unable to appear in person.

    Thank you for your consideration.

                          Respectfully submitted,

                          Leon J. Sokol

LJS:kw
Cc:    Angela Cai, Deputy Solicitor General
        Daniel L. Schmutter, Esq.
        David Jensen, Esq.
        Edward Kologi, Esq.