UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | **CIVIL ACTION** |
| v. | **(ELECTRONICALLY FILED)** |
| WILLIAM REYNOLDS, *et al.* | |
| *Defendants* | |
| ---------------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

**NOTICE OF MOTION OF SIEGEL PLAINTIFFS FOR LEAVE TO FILE A SUPPLEMENTAL REPLY LETTER BRIEF IN RESPONSE TO SUPPLEMENTAL DECLARATION OF DAVID REBUCK**

TO:  ANGELA CAI, ESQ.
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
TRENTON, NJ 08625

DAVID JENSEN
DAVID JENSEN PLLC
33 HENRY STREET SUITE 420
BEACON, NY 12508

LEON JOSEPH SOKOL
CULLEN AND DYKMAN, LLP
433 HACKENSACK AVE.
HACKENSACK, NJ 07601

EDWARD J. KOLOGI
KOLOGI SIMITZ
COUNSELLORS AT LAW
923 NORTH WOOD AVENUE
LINDEN, NJ 07036

**PLEASE TAKE NOTICE**, that on a date to be determined by the Court, the *Siegel* plaintiffs, shall move before the Honorable Renee M. Bumb, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order granting *Siegel* Plaintiffs leave to file a Supplemental Reply Letter Brief in Response to the Supplemental Declaration of David Rebuck.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the Declaration of Daniel L. Schmutter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: March 10, 2023            Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Siegel Plaintiffs*