UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| ----------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

**ORDER GRANTING LEAVE FOR *SIEGEL* PLAINTIFFS TO FILE A SUPPLEMENTAL REPLY LETTER BRIEF IN RESPONSE TO THE SUPPLEMENTAL DECLARATION OF DAVID REBUCK**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for *Siegel* Plaintiffs, for leave to file a supplemental reply letter brief in response to the Supplemental Declaration of David Rebuck; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

*Siegel* Plaintiffs' Motion for leave to file a reply letter brief in response to the Supplemental Declaration of David Rebuck is granted.

_____
RENEE MARIE BUMB, U.S.D.J.