**EDWARD J. KOLOGI, ESQ.**

**MICHAEL S. SIMITZ, ESQ.**
ALSO ADMITTED IN NY

500 NORTH WOOD AVENUE
SUITE 4B
LINDEN, NJ 07036
PHONE (908)486-8877
FAX (908)486-3911

503 UNION AVENUE (ROUTE 71)
(KENNEDY LAW FIRM BUILDING)
BRIELLE, NJ 08730
PHONE (732)221-0606
FAX (732)612-3437

PLEASE REPLY TO LINDEN OFFICE.

E_KOLOGI_ESQ@COMCAST.NET
MICHAELSIMITZ@AOL.COM
WWW.KOLOGI-SIMITZ.COM

March 13, 2023

Hon. Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Bldg. & U.S. Courthouse
Room 1050
4th & Cooper Streets
Camden, NJ 08101

**Via ECF and Regular Mail**

Re:   **Koons/Siegel** 1:2022 cv 07464 (Consolidated)

Dear Judge Bumb:

Our firm as you know is Co-Counsel along with Mr. Sokol's firm representing Intervenors New Jersey Senate President Nicholas Scutari and Speaker of the Assembly Craig Coughlin in the above consolidated matters, which are scheduled for oral argument on Plaintiffs' Preliminary Injunction application before Your Honor on Friday, March 17, 2023.

We most respectfully wanted to clarify the manner in which the Court will handle the oral argument, as the Rules on Your Honor's website do not appear to address same in the context of this case.

Due to the numerous issues involved and their complexity, it was Mr. Sokol's and my intention to each argue several issues. Of course, we would abide by whatever time or other constraints the Court may impose. We also presume oral argument will be in person, keeping in mind that Mr. Sokol advised the Court at the end of last week that he is not returning from Florida until March 21, 2023, and requested that he be able to argue virtually.

Thanking the Court in advance for its guidance in the above regard, I am

Respectfully,

**KOLOGI-SIMITZ**

By: _____
       **EDWARD KOLOGI, ESQ.**

EJK:sc

LTRJUDGEBUMB3-13-23