UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>WILLIAM REYNOLDS, *et al.*<br><br>*Defendants*<br>------------------------------------------------<br>AARON SIEGEL, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>MATTHEW PLATKIN, *et al.*<br><br>*Defendants.* | Civil Action No. 1:22-cv-07464-RMB-AMD<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>**CONSOLIDATED ACTIONS** |

**DECLARATION OF KENNETH ARMELLINO IN SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Kenneth Armellino, am a member of Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. Attached hereto as **Exhibit A** is the response to a request I filed pursuant to the Open Public Records Act on February 16, 2023 to the New Jersey Division of Gaming Enforcement. The request sought:

> All correspondence between the Division of Gaming Enforcement, the Governor's Office, and Attorney General's Office and the NJ Casino Association regarding the policy of allowing firearms on casino properties dated January 1, 2023 to February 15, 2023.

3. Attached hereto as **Exhibit B** is an e-mail thread between David Rebuck and attorney Joseph R. Dougherty.

4. Attached hereto as **Exhibit C** is an e-mail thread between Nicholas Moles, General Counsel of Resorts Casino Hotel, and Kerry Langan with a copy to David Rebuck.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____        3/16/2023_____
Kenneth Armellino                      Date

# EXHIBIT A

| February 28, 2023  07:06 PM | State of New Jersey | Page: 1 of 2 |
|---|---|---|
| | Government Records Request | |
| | Receipt | |

| **Requestor Information** | Request Number: W197314 |
|---|---|
| | Request Status: Filled Closed |
| Kenneth Armellino | Ready Date: |
| | Custodian Contact Information |
| 60 Dance Blvd | Division of Gaming Enforcement |
| Dumont, NJ 07628 | Records Custodian |
| | PO Box 047 |
| kennethpe@yahoo.com | 140 E Front Street |
| 516-220-9333 | Trenton, NJ 08625-0047 |
| | records.dge@njdge.org |
| Request Date: February 16, 2023 | 609-633-7158 |
| Maximum Authorized Cost: $50.00 | By *Jordan Hollander* |
| Email | |

| **Status of Your Request** | Cost Information | |
|---|---|---|
| Your request for government records (# W197314) from the Division of Gaming Enforcement has been reviewed and has been Filled Closed. Detailed information as to the availability of the documents you requested appear below and on following pages as necessary. | Total Cost: | $0.00 |
| | Deposit: | $0.00 |
| The cost and any balance due for this request is shown to the right. Any balance due must be paid in full prior to the release / mailing of the documents. | Total Amount Paid: | $0.00 |
| | Balance Due: | $0.00 |
| If you have any questions related to the disposition of this request please contact the Custodian of Records for the Division of Gaming Enforcement. The contact information is in the column to the right. Please reference your request number in any contact or correspondence. | | |

Document Detail

| Div | Doc # | Doc Name | Redaction Req | Pages | Legal Size | Electronic Media | Other Cost |
|---|---|---|---|---|---|---|---|
| GE | 0001 | All correspondence between the Division of Gaming Enforcement, the Governor's Office, and Attorney General's Office and the NJ Casino Association regarding the policy of allowing firearms on casino properties dated January 1, 2023 to February 15, 2023. | N | 3 | N | Y | |
| | | Granted, in part, and Denial, in part: 01. Not Made, Maintained, or Received by Division; 02. Inter/Intra-Agency Advisory, Consultative or Deliberative Material; 15. Attorney Client Privilege; and 16. Other Claimed Privilege --- Attorney Work Product | | | | | |

| | | |
|---|---|---|
| February 28, 2023   07:06 PM | State of New Jersey | Page: 2 of 2 |
| | Government Records Request | |
| | Receipt | |

On February 17, 2023, you filed OPRA request #W197388 with the Department of Law and Public Safety, Division of Gaming Enforcement (DGE) seeking "[a]ll correspondence between the Division of Gaming Enforcement, the Governor's Office, and Attorney General's Office and the NJ Casino Association regarding the policy of allowing firearms on casino properties" dated January 1, 2023 to February 15, 2023.

The DGE has reviewed your request and provides the following records in response:

- Email chain between DGE Director David Rebuck and Joseph R. Dougherty, Esq. dated February 5, 2023 - 1 page.
- Email from Nick Moles, Esq., to DGE PIO Kerry Langan and DGE Director David Rebuck dated February 7, 2023 - 2 pages.

To the extent your request seeks records between the DGE and the Attorney General's Office these records are exempt pursuant to N.J.S.A. 47:1A-1.1 which exempts from disclosure under OPRA inter-agency or intra-agency advisory, consultative or deliberative material, as well as any record within the attorney-client privilege. Additionally, these records are exempt as attorney-work product, pursuant to N.J.S.A. 47:1A-9  which provides that OPRA does not abrogate or erode any privileges recognized by court rule or judicial case law. Finally, to the extent your request seeks records between DGE and the Governor's Office, there are no responsive records.

Sincerely,

Jordan Hollander
DGE Records Custodian



Your request for government records (# W197314) is as follows:

All correspondence between the Division of Gaming Enforcement, the Governor's Office, and Attorney General's Office and the NJ Casino Association regarding the policy of allowing firearms on casino properties. Correspondence dated 1/1/2023 - 2/15/2023 only.

# EXHIBIT B

# Jordan Hollander

| | |
|---|---|
| **From:** | jdougherty jdnjlaw.com <jdougherty@jdnjlaw.com> |
| **Sent:** | Sunday, February 5, 2023 12:29 PM |
| **To:** | David Rebuck |
| **Subject:** | [EXTERNAL] |

Yes. The approved statement is below.  We're having it pushed out starting tomorrow.

Thanks again.

**"The safety and well-being of our customers and employees is our top priority. Considering the Court Order temporarily restraining enforcement of the State law prohibiting the carrying of firearms,  all of the Atlantic City casinos are exercising their rights, as private property owners, to prohibit the carrying of firearms on their premises."**

Joseph R. Dougherty, Esq.
Jdougherty@jdnjlaw.com
609-431-0490

---

**From:** David Rebuck <David.Rebuck@njdge.org>
**Sent:** Sunday, February 5, 2023 11:52 AM
**To:** jdougherty jdnjlaw.com <jdougherty@jdnjlaw.com>
**Subject:**

Any update on possible CANJ press release?


Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

# EXHIBIT C

# EXHIBIT C

# Jordan Hollander

| | |
|---|---|
| **From:** | Nick Moles <NMoles@resortsac.com> |
| **Sent:** | Tuesday, February 7, 2023 3:24 PM |
| **To:** | Kerry Langan |
| **Cc:** | David Rebuck |
| **Subject:** | [EXTERNAL] Casino Association of New Jersey Statement |

Good afternoon, Kerry. These articles showed up in our clippings and I thought I would pass them on to you for your information. Stay well. Nick.

AC CASINO CONCEAL CARRY BAN

**Casino Association of New Jersey Statement**
February 7, 2023
Insider NJ
**Casino Association of New Jersey Statement**

**Atlantic City, NJ** – Mark Giannantonio, president of the Casino Association of New Jersey (CANJ), issued the following statement on behalf of the Atlantic City casino industry:

*"The safety and well-being of our guests and employees is a top priority for the Atlantic City casino industry. Considering the Court Order temporarily restraining enforcement of the State law prohibiting the carrying of concealed firearms in public places, including casinos, all of the Atlantic City casinos are exercising their rights, as private property owners, to prohibit the carrying of firearms on their premises."*

###

**About the Casino Association of New Jersey**

The Casino Association of New Jersey (CANJ) is a trade organization that provides a collective voice for the Atlantic City casino industry by facilitating the exchange of information and ideas between our industry, small businesses, Atlantic City stakeholders and the general public. The CANJ consistently advocates for legislation and initiatives that support the ongoing revitalization of Atlantic City into a world-class destination resort. A thriving casino industry drives economic growth, job creation, increased tax revenue for state and local budgets, and prosperity for city residents, hardworking families and businesses which rely on the casinos for their livelihood. Our goals are simple: protect and grow the tens of thousands of jobs the casino industry supports across New Jersey and continue Atlantic City's transformation into a world-class destination resort. For additional information, please visit www.casinosnj.org.

###

**Atlantic City casinos ban guns as legal battle over new carrying law continues**
February 7, 2023
David Wildstein
New Jersey Globe
Guns will be banned in New Jersey casinos despite a temporary restraining order blocking the enforcement of a portion of a new state law that limits firearms in public places, Mark Giannantonio, the president of the Casino Association of New Jersey, said on Monday.

"The safety and well-being of our guests and employees is a top priority for the Atlantic City casino industry," Giannantonio said. "All of the Atlantic City casinos are exercising their rights, as private property owners, to prohibit the carrying of firearms on their premises."

U.S. District Court Chief Judge Renée Marie Bumb ordered the restraints last month after a gun rights group challenged the constitutionality of the new law signed by Gov. Phil Murphy in December.

Bumb's ruling froze a section of the law that limits guns in "sensitive places, including schools and restaurants.

Last week, another U.S. District Judge, Biden appointee Zahid Quraishi, also issued a temporary restraining order blocking a section of the law that allows the state to sue the gun industry.

###

**Atlantic City casinos will not allow concealed carry**
February 6, 2023
Daniel Han
POLITICO Pro
Atlantic City casinos will prohibit the concealed carry of guns on their premises, the state's casino trade group announced Monday afternoon.

The announcement from the Casino Association of New Jersey, which represents Atlantic City's nine casinos, comes after a federal judge last month blocked parts of the state's newly enacted concealed carry law, which includes broad prohibitions on where guns can be carried.

One of the law's provisions — which was blocked —includes a blanket ban on carrying guns in casinos. Private property owners can still prohibit guns from being carried on their premises.

"Considering the Court Order temporarily restraining enforcement of the State law prohibiting the carrying of concealed firearms in public places, including casinos, all of the Atlantic City casinos are exercising their rights, as private property owners, to prohibit the carrying of firearms on their premises," association president Mark Giannantonio said in a statement.

Gun rights groups immediately filed legal challenges to the gun law after Gov. Phil Murphy signed it in December. So far, several of the "sensitive places" where guns are prohibited from being carried have been blocked by the courts, including places that serve alcohol, public libraries or museums and entertainment facilities.

The state has previously suggested to private property owners they can prohibit guns on their property despite the court orders. Ahead of a highly-anticipated Philadelphia Eagles-New York Giants NFL playoff game, Attorney General Matt Platkin reminded bars and restaurants that serve alcohol that they still had the right to bar guns from being carried on their premises.

###

Nicholas F. Moles
Vice President & General Counsel
Resorts Casino Hotel
1133 Boardwalk
Atlantic City, NJ 08401
Phone: 609-340-7955
Fax: 609-340-6547
Email: nmoles@resortsac.com

CONFIDENTIALITY NOTICE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.