## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* ) | Civil Action No. 1:22-cv-07464- |
| *Plaintiffs* ) | RMB-AMD |
| ) | |
| v. ) | <u>**CIVIL ACTION**</u> |
| ) | |
| WILLIAM REYNOLDS, *et al.* ) | **(ELECTRONICALLY FILED)** |
| ) | |
| *Defendants* ) | |
| ------------------------------------------------- ) | **CONSOLIDATED ACTIONS** |
| ) | |
| AARON SIEGEL, *et al.* ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| MATTHEW PLATKIN, *et al.* ) | |
| *Defendants*. ) | |

**SUPPLEMENTAL DECLARATION OF DANIEL L. SCHMUTTER IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1.      I, Daniel L. Schmutter, am an attorney at the law firm of Hartman & Winnicki, P.C., attorneys of record for Plaintiffs in the above-titled action. I am licensed to practice law before the United States District Court for the District of New Jersey. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a screen shot of a page on the website of The Chamber of Commerce of Southern New Jersey showing that Joseph Dougherty is attorney for the Casino Association of New Jersey. https://business.chambersnj.com/directory/Details/casino-association-of-new-jersey-891105 (last visited March 16, 2023).

3.     Attached hereto as **Exhibit B** is a letter from attorney Joseph Dougherty to the Casino Reinvestment Development Authority ("CRDA") seeking site plan approval for a local Dougherty family business, Docks Oyster House. https://njcrda.com/wp-content/uploads/documents/2021/08/Submission-Cover-Letter-dated-3-29-21.pdf (last visited March 16, 2023).

4.     Attached hereto as **Exhibit C** is a screen shot of the page of the CRDA's website identifying the members of the Board of Directors, which include Defendant Attorney General Platkin, Gaming Enforcement Director David Rebuck, James Plousis, Chairman of the Casino Control Commission, and Lt. Governor Sheila Oliver. https://njcrda.com/board-of-directors/ (last visited March 16, 2023).

5.     Attached hereto as **Exhibit D** is an April 24, 2017 news article from Atlantic City Weekly identifying the owners of Docks Oyster House as "Joe and Frank Dougherty." https://atlanticcityweekly.com/families-in-business/the-dougherty-family-has-offered-the-best-in-seafood-and-service-at-docks-oyster-

house/article_ce50169c-d038-5a4e-bbcc-e6f3c3bed476.html6 (last visited March 16, 2023).

6.      Attached hereto as **Exhibit E** is a June 29, 2021 news article from Shore Local News announcing the opening of Dougherty's Steakhouse and Raw Bar in the Resorts Casino Hotel. The Article quotes Resorts Casino Hotel CEO Mark Giannantonio, who is also President of the Casino Association of New Jersey ("CANJ") and the individual who signed the statement of the CANJ regarding the carry of guns in casinos. https://shorelocalnews.com/the-dougherty-family-opens-steakhouse-and-raw-bar-in-resorts-casino-atlantic-city/ (last visited March 16, 2023).

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.


　　　　/s/ Daniel L. Schmutter　　　　　3/16/2023　　　　　　　
　　　　Daniel L. Schmutter　　　　　　　Date

# EXHIBIT A

Case 1:22-cv-07464-RMB-AMD   Document 114-2   Filed 03/16/23   Page 5 of 43 PageID: 3582

MEMBER LOGIN (https://business.chambersnj.com/a/MIC/Login)    CONTACT US (http://business.chambersnj.com/contact-us)

WEBSITE VIDEO TUTORIALS (https://www.youtube.com/playlist?list=PL09BVxYIoPlZCLWjFsYQBkQpkFOHB9Dta)

f (https://www.facebook.com/ChamberofCommerceSouthernNewJersey)  🐦 (https://twitter.com/CCSNJ)  in (https://www.linkedin.com/company/chamber-of-commerce-southern-new-jersey/?trk=company_name)  📷 (https://www.instagram.com/ccsnj/)

 

(/)

# Casino Association of New Jersey

Back to Search (https://business.chambersnj.com/directory)

*Associations, Business & Trade Organizations*

📍 c/o , Atlantic, NJ, 08401 (https://www.google.com/maps/place/c%2fo+Caesars...tlantic+City+NJ)
Caesars City
Atlantic
City,
2100
Pacific
Avenue

 

📞 (609) 449-5500 (tel:6094495500)

## Additional Info

Minority-owned business : No

Women-owned business : No

Veteran-owned business : No

## 📰 Member News

Casino Association of New Jersey Names Giannantonio President (https://business.chambersnj.com/member-news/Details/casino-association-of-new-jersey-names-giannantonio-president-124365)

## Contacts

PRIMARY

**Joseph Dougherty**
Attorney

**Steve Callender**
President

# EXHIBIT B

J O S E P H   R .   D O U G H E R T Y

*A T T O R N E Y   A T   L A W*

5 4 0 9   W I N C H E S T E R   A V E N U E

V E N T N O R ,   N E W   J E R S E Y   0 8 4 0 1

T E L E P H O N E   ( 6 0 9 ) 4 3 1 - 0 4 9 0

EMAIL: jdougherty@jdnjlaw.com

March 29, 2021

Rob Reid, AICP, PP
Land Use Regulation Enforcement Officer
Casino Reinvestment Development Authority
C/O Rob Reid
PO Box 1774
Absecon, NJ 08201

        Re:    Dock's Oyster House, Inc.
                Application for Amendment of prior
                Site Plan Approval (App#2015-06-1550)
                Restaurant parking lot expansion project
                Block 279, Lots 40, 44, 45, 46 & 48-52

Dear Rob:

Enclosed is one original and one copy of an application for approval of an Amendment to the above referenced prior Site Plan approval. Included in this transmittal are:

1. two electronic copies of the Site Plan prepared by Arthur W. Ponzio and Associates and all of the documents comprising this application;
2. two checks, one in the amount of $550.00 for application fees and one in the amount of $4,200.00 for the escrow deposit;
3. tax certifications from the Atlantic City Tax Collector showing that the taxes on all properties involved in the Project are current;
4. A copy of a deed dated 2018 describing the easement area that is located within the proposed parking lot expansion area;
5. a copy of the 200 foot list; and
6. a proposed form of advertisement of the application to be published after a hearing date is provided;

As we discussed, this application seeks approval for the expansion of the existing parking lot area at Dock's Oyster House to include two small adjacent properties that were acquired after the original approvals were granted. The expansion would add nine valet parking spots and still preserve the access easement that passes between the two new lots. The application also requests approval for the construction of a 6' by 27' refrigeration unit at the rear of the existing building.

Although I know you are familiar with the property - just by way of background - Dock's is

– 2 –

Atlantic City's oldest restaurant and was originally opened in 1897, in or about the same year as Steel Pier, the Atlantic City Country Club and the Atlantic City Hospital, by Harry Dougherty, great grandfather of the current principals.  It moved from its original location at 1817 Atlantic Avenue to its current location at 2405 Atlantic Avenue when the Convention Hall was under construction in or about 1929 and it has expanded twice and been renovated several times in that location since that move.  The most recent expansion, of course, was that approved under the Site Plan approval that we are now looking to amend.

I am also mailing copies of the full paper application packet (and emailing electronic copies) to the following CRDA professionals:

Kathryn Cornforth, PE, CME
ARH Associates
215 Bellevue Avenue
PO Box 579
Hammonton, NJ 08037
gisinfo@arh-us.com

Christine A. Nazzaro-Cofone, AICP/PP
Cofone Consulting Group, LLC
125 Half Mile Road - Suite 200
Red Bank, NJ 07701
ccofone@cofoneconsulting.com

Scott G. Collins Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
SCOLLINS@RIKER.com

As always, I look forward to working with you and your staff on this Project.  Of course, should you have any questions or require any further information, please do not hesitate to call.

Very truly yours,

Joseph R. Dougherty

# EXHIBIT C

Governor Phil Murphy • Lt. Governor Sheila Oliver





ABOUT US ⌄    CONNECT AC ⌄    ENGAGE AC    PROCUREMENT    PUBLIC INFORMATION ⌄

PUBLIC HEARINGS & NOTICES    TOURISM DISTRICT ⌄    PRESS ROOM ⌄

Search …                                                                    | Submit |

# Board of Directors



**Modia Butler**

**Board Chairman**

Mo Butler is a highly respected public affairs expert with extensive experience in government relations, political campaigns, and strategic communications in New Jersey and Washington,...

Read More >



## Lt. Governor Sheila Y. Oliver

### Commissioner, Department of Community Affairs

Lieutenant Governor Oliver is a self-described "Jersey Girl," born and raised in an ethnically diverse Newark neighborhood. Lieutenant Governor Oliver was inspired as a young...

**Read More >**



## Elizabeth Muoio

### State Treasurer

Elizabeth Maher Muoio was officially sworn in as State Treasurer on April 17, 2018 after being confirmed by the State Senate. She had been serving...

Read More >



**Matthew J. Platkin**

**Attorney General**

Matthew J. Platkin was nominated by Governor Phil Murphy to serve as the state's 62nd Attorney General on February 3, 2022, and confirmed to that...

**Read More >**



**James T. Plousis**

**Chairman, Casino Control Commission**

Chairman Plousis is a veteran public service and law enforcement professional well known for his leadership skills. He was sworn in as the eighth chairman...

Read More >



## Marty Small, Sr.

## Mayor, City of Atlantic City

Marty Small was born in Atlantic City, New Jersey on March 25, 1974 to the late Ms. Annette Ann Small. Marty is a lifelong resident...

**Read More >**



## Paulina Banasiak

Paulina Banasiak is a democratic political operative with years of experience in the executive and legislative branch. She is a Vice President at The Zita...

**Read More >**



## Mike Beson

Mike Beson is a small business owner in Monmouth County. His company, Guide Publications, specializes in online recruitment tools that have matched thousands of job...

Read More ›



**Daniel Cosner**

Daniel Cosner, is the Business Manager and Financial Secretary of Electrical Workers Local Union 351, a labor union which represents over 2,600 members. Mr. Cosner…

**Read More ›**



## Edward H. Gant

**Read More ›**



## Michael I. Hanley

Michael I. Hanley is a Principal at NW Financial Holdings, Inc. The company owns a number of companies including NW Financial Group, LLC and NW...

**Read More >**



## Michael Laughlin III

Michael is currently President of the Atlantic and Cape May County Building Trades Council and Assistant Business Manager with International Union of Painters and Allied...

**Read More >**



**Brett Matik**

Brett Matik, 48, is President of Harrison Beverage Company, a Southern New Jersey based business that for over 65 years has been distributing alcoholic and...

Read More >



**William T. Mullen**

William T. Mullen is the President of the New Jersey State Building & Construction Trades Council. As President of the Building Trades Council, Mr. Mullen…

Read More >



**David Rebuck**

**Director Division of Gaming Enforcement**

Case 1:22-cv-07464-RMB-AMD   Document 114-2   Filed 03/16/23   Page 30 of 43 PageID: 3607

David Rebuck serves on the CRDA Board of Directors as a designee of the Attorney General of New Jersey. David L. Rebuck was named by...

**Read More >**



**William C. Sproule**

William Sproule is the Executive Secretary-Treasurer of the Eastern Atlantic States Regional Council of Carpenters (EASRCC). EASRCC represents more than 41,000 members in Delaware, District...

**Read More >**



**Karen Worman**

Karen Worman was born in Atlantic City and raised in Ventnor. Karen has been employed by Caesars Entertainment since 1992 starting her casino career at…

Read More >

## CONTACT US

Click here to fill out a form and send a message to the Board of Directors at CRDA.

SEND MESSAGE

## MEETING INFORMATION

Board Agendas and Meeting Minutes

VIEW ALL

## BOARD STRUCTURE

A board of 17 voting members governs the Authority as follows:

- Six public members appointed by the Governor with the advice and consent of the State Senate for four-year terms.
- Two members appointed by the Governor upon the recommendation of the President of the State Senate for a four-year term.
- Two members appointed by the Governor upon the recommendation of the Speaker of the General Assembly for a four-year term.
- Two casino representatives appointed by the Governor for two-year terms.
- One member of the Casino Control Commission appointed by the Governor.
- The Mayor of Atlantic City.
- The State Treasurer.
- The State Attorney General.
- One member appointed by the Governor, who shall be either the Commissioner of the Department of Commerce and Economic Development or the Department of Community Affairs, or the Governor may appoint, in lieu thereof, an additional member of the Casino Control Commission as a voting member.

YOU ARE HERE: Home » **Board of Directors**



## Casino Reinvestment Development Authority

15 South Pennsylvania Avenue
Atlantic City, NJ 08401

**609-347-0500**

### PRESS & MEDIA

Press Room & Media

Press Releases

News Articles

### RESOURCES

Public Notices

Applications

Master Plan

Land Use Hearings

Connect AC

Engage AC

CRDA 501(c3) Foundation

### CONTACT US

Contact CRDA

Contact Board of Directors

Employment

## LOOKING FOR SOMETHING?

| Search … | Submit |

Privacy Policy

Copyright © 2023 – NJ CRDA

EXHIBIT D

https://atlanticcityweekly.com/families-in-business/the-dougherty-family-has-offered-the-best-in-seafood-and-service-at-docks-oyster-house/article_ce50169c-d038-5a4e-bbcc-e6f3c3bed476.html

# The Dougherty family has offered the best in seafood and service at Dock's Oyster House, Harry's Oyster Bar and the Knife & Fork Inn

Apr 24, 2017

A restaurant surviving for over 100 years is a remarkable feat in itself. A restaurant owned and operated by the same family for over 100 years is a true rarity, and Dock's Oyster House is just that. Dock's was opened by Harry "call-me-Dock" Dougherty in 1897 and quickly became a favorite of locals and tourists.  Lines would form out the door on Atlantic Avenue (and at the back door for those in the know) with guests waiting to dine on the freshest seafood in town.

Harry's vision has since been carried on by four generations of Doughertys, who share his commitment to quality and service. The fourth-generation owners, brothers Joe and Frank Dougherty, got an early start in the restaurant standing on milk crates to wash dishes when they were 8 and 6, and went on to learn every aspect of the business from their parents Joe and Arleen. They also learned the more subtle qualities necessary to run a successful family business — mutual respect, hard work, dedication and a willingness to do whatever it is that needs to get done.

The family business now includes the Knife & Fork Inn and Harry's Oyster Bar in addition to the recently renovated and expanded Dock's. Frank and his wife Maureen run the restaurants full time with Joe and his wife Bernadette, who have careers outside the business, assisting frequently.  The fifth generation — Madison, Harry, Katherine, Megan and Lila — are already getting involved. It is too early to know who will take over, but we are certain that the business will thrive and welcome the sixth generation of Doughertys.

Dock's Oyster House, 2405 Atlantic Ave., **DocksOysterHouse.com**; Harry's Oyster Bar, 1900 Pacific Ave., **HarrysOysterBar.com**; Knife & Fork Inn, 3600 Atlantic Ave., **KnifeAndForkInn.com**; all in Atlantic City.

# EXHIBIT E

Thursday, March 16, 2023  2:33:27 PM      Recent News      Daylight saving time 101: The where, when, whys and what

  



  LATEST ISSUE  CATEGORIES  COLUMNIST  EVENTS & HAPPENINGS  THE TEAM  ADVERTISE  SOCIAL MEDIA

CONTACT US

YOUTUBE

You are here ▶ Home  ▶ Food & Beverage  ▶

The Dougherty Family Opens Dougherty's Steakhouse and Raw Bar in Resorts Casino Atlantic City.

## The Dougherty Family Opens Dougherty's Steakhouse and Raw Bar in Resorts Casino Atlantic City.

📅 June 29, 2021      👤 Cindy Fertsch




Dougherty's Steakhouse is now Open in Resorts Casino Atlantic City

Shore Local's Marc Berman met up with Frank Dougherty, owner of the newest dining option in Resorts Casino Atlantic City Dougherty's Steakhouse and Raw Bar at the Dougherty's

### Latest Issue





3/16/23, 2:33 PM    The Dougherty Family Opens Dougherty's Steakhouse and Raw Bar in Resorts Casino Atlantic City | Shore Local Newsmagazine

Case 1:22-cv-07464-RMB-AMD    Document 114-2    Filed 03/16/23    Page 41 of 43 PageID: 3618

Steakhouse ribbon cutting in Resorts for a short interview.

The Dougherty Family are the owners of the Knife and Fork, Doc's Oyster House and Harry's in Atlantic City and the Linwood Country Club.

Frank, can you give us a little insight into what you've created here at Dougherty's Steakhouse and Raw Bar?

"Resorts was looking for another steakhouse and they came to us and we said this is such a beautiful space, it was hard to pass up.

This was the old Le Palais and the Gold Room, just a great historic kind of a place for us to be and I like old things."

"The outside space that was Gallagher's Burger Bar we said we could easily convert into a spectacular raw bar."

And Dougherty's Steakhouse and Raw Bar is Born in Resorts Casino Atlantic City.

  
  
  

Dougherty's Steakhouse Photos By: Marc Berman

Earlier Resort put out a statement about the new partnership and you can read that below.

"Resorts Casino Hotel is pleased to announce Dougherty's Steakhouse and Raw Bar is officially open! The new restaurant is owned and operated by Atlantic City restaurateurs, the Dougherty family, a staple in the local restaurant industry for over 120 years. The Dougherty family has become synonymous with fine dining in Atlantic City. In 1987, Harry "Call Me Dock" Dougherty opened Dock's Oyster House with a vision of a fine neighborhood restaurant and a commitment to quality and service. That vision and commitment has allowed four generations of Doughertys to flourish in the restaurant industry, growing the brand to include the iconic Knife & Fork Inn, Harry's Oyster Bar and Linwood Country Club.

"Resorts Casino Hotel is delighted to be in this partnership with the Dougherty family, and to celebrate the opening of Dougherty's Steakhouse and Raw Bar," said Mark Giannantonio, President and CEO of Resorts Casino Hotel. "As two historic Atlantic City staples with decades of fine dining experience come together, we are excited to offer our guests a new dining concept that includes an enticing menu and energizing live entertainment. Dougherty's Steakhouse and Raw Bar is a perfect complement to our other award-winning fine dining offerings."

"We are excited to announce the opening of Dougherty's Steakhouse and Raw Bar in the historic Resorts Casino Hotel," said Frank Dougherty. "The space has been beautifully renovated in classic steakhouse style with modern touches and the new menu allows steaks


Your liquor, delivered.
ORDER NOW AT PASSIONVINES.COM
PassionVines
SOMERS POINT & EGG HARBOR TOWNSHIP
DOWNLOAD OUR APP    FOLLOW US: @PassionVines


ALPINE SKI & SNOWBOARD SALES & SERVICE

## Here Comes The Bride


Here Comes The Bride 2023

## Join Our Newsletter

Sign up for our Newsletter to get great information from Shore Local in your Inbox!

Email (required) *

3/16/23, 2:43 PM          The Dougherty Family Opens Dougherty's Steakhouse and Raw Bar in Resorts Casino Atlantic City – Shore Local Newsmagazine

Case 1:22-cv-07464-RMB-AMD   Document 114-2   Filed 03/16/23   Page 42 of 43 PageID: 3619

and chops to share the spotlight with an expansive raw bar and carefully curated wine list. We are happy to be included in the amenities Resorts offers to its guests and the dining public, especially as COVID restrictions begin to ease, and we look forward to an amazing summer."

In addition to the variety of delicious seafood options the Doughertys' restaurants are known for, the menu at Dougherty's Steakhouse and Raw Bar includes filet mignon, NY strip, porterhouse and other select cuts of steak. The menu will also include veal Milanese, lamb chops and prime rib. Guests can top off their favorite steaks and chops with options like a delicious crab Oscar, foie gras butter and black truffle butter. While guests can currently access all of Dougherty's Steakhouse and Raw Bar's mouthwatering menu items in one space, a separate raw bar will officially open right across from the steakhouse in June 2021. The raw bar will exclusively offer seafood items, along with a casual lunch menu that includes sandwiches, burgers and salads.

Dougherty's Steakhouse and Raw Bar is located on the dining level of Resorts Casino Hotel. Hours of operation are 4:00pm to 9:00pm on Sunday through Thursday and 4:00pm to 9:30pm on Friday and Saturday. Guests can book reservations via Resy.com, via doughertyssteak.com or by calling 609-340-6555.

⌂ Atlantic City Casinos, Food & Beverage   ⚲ doughertys steakhouse, shore local news



« 

Fourth of July Events in Ocean City



» 

The Mighty Middle: Creating A Culture of Connection with Christian Correa

## Related posts



📅 March 14, 2023   👤 Cindy Fertsch   💬 0

**Borgata Hotel Casino & Spa Announces $55 Million Tower Remodel**

The Water Club to be Rebranded the MGM Tower...

Atlantic City

Atlantic City Casinos

Atlantic County     South Jersey



📅 March 8, 2023   👤 Cindy Fertsch   💬 0

**Atlantic Cape's Culinary Arts Students Gain Real-World Mobile Food Truck Operations Experience in Cape May County**

MAYS LANDING — Students from Atlantic Cape Community College's...



📅 March 8, 2023   👤 Cindy Fertsch   💬 0

**Hard Rock Hotel & Casino Atlantic City's Women in Leadership Celebrate International Women's Day at MudGirls Studios**

Atlantic City, NJ (March 8, 2023) — Dorrie Papademetriou...

By submitting this form, you are consenting to receive marketing emails from: Shore Local Newsmagazine , Dorchester Dr , Egg Harbor Township , NJ, 08234. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact

3/16/23, 6:43 PM    The Dougherty Family Opens Dougherty's Steakhouse and Raw Bar in Resorts Casino Atlantic City — Shore Local Newsmagazine

Case 1:22-cv-07464-RMB-AMD   Document 114-2   Filed 03/16/23   Page 43 of 43 PageID: 3620

| Atlantic County | Business | Atlantic City |
| Cape May County | Features | Atlantic City Casinos |
| Food & Beverage | Mays Landing | Atlantic County | Entertainment |
| South Jersey | | Features | South Jersey |

## Recent Comments

Cindy Fertsch on Ideal Institute of Technology Breaks Ground on Washington Avenue Facility with $4 Million Expansion

Bruce on Ideal Institute of Technology Breaks Ground on Washington Avenue Facility with $4 Million Expansion

A man on Tuffy the Lion and the Wildwood Wall of Death

Bill on Orsted acquires Ocean Wind 1, sparking community concerns

DDT on Mayor Small Promises a Noticeable Atlantic City Transformation in 2023 During His 'State of the City' Address

## Advertising



Privacy Policy