# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | |
| v. | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* | **(ELECTRONICALLY FILED)** |
| *Defendants* | |
| --------------------------------------------- | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

**THIRD SUPPLEMENTAL DECLARATION OF JASON COOK IN FURTHER SUPPORT OF SIEGEL PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. I, Jason Cook, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. This past Saturday, March 11, 2023, I was with my family at the Monmouth Mall in Middletown, New Jersey. I was lawfully carrying my handgun.

3. As we were walking through the mall, I suddenly saw a film set. I immediately turned around and left the mall as I did not want to be in violation of Chapter 131 Section 7(a)(23).

4. But for fear of arrest and prosecution under Chapter 131, I would have approached the film set while lawfully carrying my handgun to see what they were filming and to speak with some of the film crew if the opportunity presented itself.

5. I later learned that the film crew was filming an episode of The Walking Dead.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____  
Jason Cook

3/16/2023  
Date