UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* ) | |
| ) | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* ) | |
| ) | **<u>CIVIL ACTION</u>** |
| v. ) | |
| ) | **(ELECTRONICALLY FILED)** |
| WILLIAM REYNOLDS, *et al.* ) | |
| ) | |
| *Defendants* ) | |
| ) | **CONSOLIDATED ACTIONS** |
| ---------------------------------------------- ) | |
| ) | |
| AARON SIEGEL, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| MATTHEW PLATKIN, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF MOTION OF SIEGEL PLAINTIFFS FOR LEAVE TO FILE ADDITIONAL SUPPLEMENTAL PAPERS IN FURTHER SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

TO:   ANGELA CAI, ESQ.
      OFFICE OF THE ATTORNEY GENERAL
      DEPARTMENT OF LAW AND PUBLIC SAFETY
      DIVISION OF LAW
      25 MARKET STREET
      TRENTON, NJ 08625

      DAVID JENSEN
      DAVID JENSEN PLLC
      33 HENRY STREET SUITE 420
      BEACON, NY 12508

      LEON JOSEPH SOKOL
      CULLEN AND DYKMAN, LLP
      433 HACKENSACK AVE.
      HACKENSACK, NJ 07601

EDWARD J. KOLOGI
KOLOGI SIMITZ
COUNSELLORS AT LAW
923 NORTH WOOD AVENUE
LINDEN, NJ 07036

**PLEASE TAKE NOTICE**, that on a date to be determined by the Court, the *Siegel* plaintiffs, shall move before the Honorable Renee M. Bumb, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order granting *Siegel* Plaintiffs leave to file additional supplemental papers in further support of their motion for preliminary injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the Declaration of Daniel L. Schmutter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: March 16, 2023

Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Siegel Plaintiffs*