**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.* | ) |
| *Plaintiffs* | ) Civil Action No. 1:22-cv-07464-RMB-AMD |
| | ) |
| v. | ) **CIVIL ACTION** |
| | ) |
| WILLIAM REYNOLDS, *et al.* | ) **(ELECTRONICALLY FILED)** |
| | ) |
| *Defendants* | ) |
| ---------------------------------------------- | ) **CONSOLIDATED ACTIONS** |
| | ) |
| AARON SIEGEL, *et al.* | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| MATTHEW PLATKIN, *et al.* | ) |
| *Defendants.* | ) |

**ORDER GRANTING LEAVE FOR *SIEGEL* PLAINTIFFS TO FILE**
**ADDITIONAL SUPPLEMENTAL PAPERS IN FURTHER SUPPORT**
**OF THEIR MOTION FOR A PRELIMINARY INJUNCTION**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for *Siegel* Plaintiffs, for leave to file additional supplemental papers in further support of their motion for preliminary injunction; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

*Siegel* Plaintiffs' Motion for leave to file the requested additional supplemental papers dated March 16, 2023 in further support of their motion for preliminary injunction is granted.

_____
RENEE MARIE BUMB, U.S.D.J.
