UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                          **DATE OF PROCEEDINGS**

**CHIEF JUDGE RENÉE MARIE BUMB**                           March 17, 2023

**COURT REPORTER: JOHN J. KURZ**

**Docket #** 22-cv-07464(RMB/AMD)

**TITLE OF CASE:**

KOONS, ET AL., VS. REYNOLDS, ET AL.,

**APPEARANCES:**

David Douglas Jensen, Esquire for Ronald Koons plaintiffs
Daniel Schmutter, Esquire for Aaron Siegal plaintiffs
Angela Cai, DAG, and Jean Reilly, DAG for defendants AnneMarie Taggart, Matthew J. Platkin and Patrick Callahan
Edward J. Kologi, Esquire and Steven Siegal, Esquire for Intervenors Nicholas P. Scutari and Craig J. Coughlin

**NATURE OF PROCEEDINGS: MOTION HEARING**

Hearing on [8] Motion for Preliminary Injunction by plaintiffs. (22-cv-07464)
Hearing on [8] Motion for Preliminary Injunction by plaintiffs. (22-cv-07463)
Ordered further briefing to be submitted by all parties by 3/27/23.
Taken Under Advisement.

Time commenced: *10:00a.m.*                        *Time Adjourned: 2:15p.m.*

                                                   Total 4 Hours and 15 Minutes

                                                    s/ *Arthur Roney*
                                                   DEPUTY CLERK