

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
PO BOX 080
TRENTON, NJ 08625-0080

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

March 27, 2023

The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   *Siegel v. Platkin*, 22-cv-7463; *Koons v. Platkin*, 22-cv-7464

Dear Chief Judge Bumb,

To ensure a complete electronic record, attached please find an electronic version of the exhibits contained in the binder that State Defendants submitted to the Court during the hearing on March 17, 2023 (date corrected on Index sheet).

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/  Angela Cai
Angela Cai
Deputy Solicitor General

cc:   All counsel via ECF



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-2791 FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AARON SIEGEL ET AL.<br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, ET AL.,<br>    Defendants. | Hon. Renée Marie Bumb, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 22-CV-7463 |
| RONALD KOONS; ET AL.,<br>*Plaintiffs,*<br>v.<br>MATTHEW J. PLATKIN, ET AL.<br>*Defendants.* | Hon. Reéne Marie Bumb, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 22-CV-7464 |

**INDEX OF EXHIBITS**
**MARCH 17, 2023**

1. Timothy Cunningham, 1 A New and Complete Law Dictionary (1771)

2. Samuel Johnson, Dictionary of the English Language (1773)

3. T. Sheridan, A Complete Dictionary of the English Language (1797)

4. N. Bailey, Dictionarium Britannicum (1736)

5. S. Colt, Revolving gun, patented Feb. 25, 1836 (from Rutgers University Libraries)

6. James Robinson Planché, 1 A Cyclopædia of Costume or Dictionary of Dress (1876)

TAB 1

A

# New and Complete Law-Dictionary,

OR,

## GENERAL ABRIDGMENT of the LAW:

ON

A more Extensive Plan than any LAW-DICTIONARY hitherto published.

CONTAINING

Not only the EXPLANATION of the TERMS but also the LAW itself,
both with Regard to *Theory* and *Practice.*

ALSO THE

INTERPRETATIONS of the WORDS made use of in our Ancient CHARTERS,
CHRONICLES, HISTORIES, RECORDS, and REGISTERS.

TOGETHER WITH

Such Knowledge as is necessary to illustrate the Antiquity of the LAW and our Original
Government and Customs in former Times.

The whole collected and extracted from all the Abridgments, Commentaries, Histories, Institutes, Registers,
Reports, and Year-books published to this Time ; and adapted to the Use of Barristers, Attornies, Solicitors,
Justices of the Peace, Members of Parliament, Clergymen, &c. &c.

---

By T. CUNNINGHAM, Esq.
Barrister at Law, and Fellow of the Society of Antiquaries, LONDON.

---

IN TWO VOLUMES.

---

THE THIRD EDITION.
Corrected, Augmented, and Improved, and the ACTS OF PARLIAMENT continued to the Session ended
in July, One Thousand Seven Hundred and Eighty-three, inclusive.

---

VOL. II.

---

" In Books of the Terms of Law should be comprised, not only the Exposition of the Terms of Law, but
" the Words of all Ancient Records and Precedents."
LORD BACON.

---

LONDON,

Printed for J. F. and C. RIVINGTON, T. LONGMAN, S. CROWDER, G. ROBINSON, W. FLEXNEY,
R. BALDWIN, and W. FOX.

MDCCLXXXIII.

O
KD
313
C95
1783
oversize

c.2

## GUI

## GUN

vicar-general doth for the time depute. 13 *Eliz. cap.* 12. And the guardian of the spiritualities hath all manner of ecclesiastical jurisdiction of the courts, power of granting licences and dispensations, probate of wills, &c. during the vacancy, and of admitting and instituting clerks presented; but such guardians cannot as such consecrate or ordain, or present to any benefice. *Wood's Inst.* 25, 27. See *Bishop.*

**Guernsey, Jersey, Alderney, and Sark.** Provisions relating to the exportation of wool from *Southampton* to those islands, 12 *Car.* 2. *c.* 32. *f.* 12, 13, 14. 1 *W. &amp; M. seff.* 1. *c.* 32. *f.* 14.

Spirits brought from thence charged with the excise, 2 *W. &amp; M. seff.* 2. *cap.* 9. *sect.* 12. 4 *Ann. cap.* 6. *sect.* 34.

Goods of their own growth may be imported duty free, 3 *Geo.* 1. *c.* 4. *f.* 5.

Salt imported from thence to pay as foreign, 5 *Geo.* 1. *c.* 18. *f.* 11.

Their vessels how made liable to the payment of six pence a month to *Greenwich* hospital, 2 *Geo.* 2. *c.* 7.

**Guest,** (Sax. *gest,* Fr. *gift,* a stage of rest in a journey,) A lodger or stranger in an inn, &c. A guest who hath a piece of plate set before him in an inn, may be guilty of felony in fraudulently taking away the same, 1 *Hawk. P. C.* 90. And a guest having taken off the sheets from the bed, with intent to steal them, carried them into another room, and was apprehended before he could get away; this was adjudged larceny. *Ibid.* 92. Action lies against an innkeeper, refusing a guest lodging, &c. See *Inn.*

**Guidage,** (*Guidagium,*) Is an old legal word, signifying that which is given for safe-conduct through a strange land, or unknown country. *Est guidagium quod datur alicui, ut tuto conducatur per terram alterius.* Consuetud. Burgund. p. 119. 2 *Inst.* 526.

**Guiders,** Are those who lead fish to the net. 1 *Jac.* 1. *c.* 23.

**Guild,** or Fraternity or company, and comes from the *Saxon* word *gildan,* which is *to pay*; because every one was *gildare, i. e.* to pay something towards the charge and support of the company. And from thence come *Guild-halls,* that is, the halls of the society or fraternity, where they meet and make orders and laws among themselves. The original was thus, *viz.* It was a law among the *Saxons,* that every freeman of fourteen years old should find sureties to keep the peace, or be committed; whereupon certain neighbours entered into an association, and became bound for each other, to produce him who committed an offence, or to make satisfaction to the injured party; which that they might the better do, they raised a sum of money among themselves, which they put into a common stock; and when one of their pledges had committed an offence, and was fled, then they made satisfaction out of this stock, by the payment of money, according to the quality of the offence. And because this association consisted of ten families, it was called a *Decennary*: and from hence came our fraternities. But as to the direct time, when these *guilds* had their origin in *England,* there is nothing of certainty to be found, since they were in use long before any formal licences were granted to them for such meetings. *Edward* the Third, in the fourteenth year of his reign, granted licences to the men of *Coventry* to erect a *Merchants guild,* and a fraternity of brethren and sisters, with a master or warden, and that they might make chantries, bestow alms, do other works of piety, and constitute ordinances touching the same, &c. So *Henry* the Fourth, in the fourth year of his reign, granted licence to found a *gild* of the Holy Cross at *Stratford upon Avon.* See *Antiquities of Warwickshire, fol.* 119 &amp; 522. Guild, gild or geld (according to *Camden*) signifies also a tribute or tax, and the statutes of 27 *Ed.* 3. *stat.* 2. *cap.* 13. and 11 *H.* 7. *c.* 9. used *gildable* in the same sense with *taxable.* Guild (according to *Crompton* in his *Jurisdictions, fol.* 191.) signifies an amercement, as *foot-geld*; and *fol.* 197. he interprets it to be a prestation within the forest in these words, *To be quit of all manner of guilds is to be discharged of all manner of prestations, to be made for gathering sheaves of corn, lamb,*

and wool, *to the use of foresters.* The word is also mentioned in the statute 15 *Hen.* 6. *c.* 6. and 15 *Car.* 2. *c.* 7. By stat. 1 *Ed.* 6. *c.* 14. *f.* 9, 10, 11. Guilds and fraternities are given to the King.

**Guildhalda Teutonicorum.** See *Gild.*

**Guild-hall,** The chief *hall* of the city of *London.* Gildarum nomine continentur non solum minores fraternitates &amp; sodalitia, sed ipsæ etiam civitatum communitates, says the learned *Spelman.* See *Guild.*

**Guild-rents,** Are rents payable to the crown by any *guild* or fraternity, or such rents as formerly belonged to religious *guilds,* and came to the crown at the general dissolution, ordered for sale by the stat. 22 *Car.* 2. *c.* 6.

**Guinea company,** Traders therein not liable to bankruptcy, 13 &amp; 14 *Car.* 2. *c.* 24. *f.* 3.

**Guinea-pepper,** otherwise called *Indian pepper,* Is mentioned among drugs and spices to be garbled, by 1 *Jac. c.* 19.

**Guineas and half-guineas,** may be imported, 8 *W.* 3. *cap.* 1.

**Gule of August,** (*Gula Augusti. West.* 2. *cap.* 30. 27 *Ed.* 3. *cap. unico.* F. N. B. *fol.* 62. alias *goule de* August. And *Plowden, fol.* 316. case of *mines.*) Is the day of St. *Peter ad Vincula,* which was wont to be, and is still celebrated upon the first of *August,* and probably called the *gule of August,* from *gula,* a throat. The reason we have in *Durand's Rationale Divinorum, lib.* 7. *cap. De facto Sancti Petri ad Vincula,* where he saith, that one *Quirinus,* a tribune, having a daughter that had a disease in her throat, went to *Alexander,* then pope of *Rome,* the sixth from St. *Peter,* and desired of him to borrow or see the chains that St. *Peter* was chained with under *Nero*; which request obtained, his said daughter kissing the said chain was cured of her disease, and *Quirinus* with his family baptized. *Tunc dictus* Alexander *papa,* saith *Durand, hoc festum in calendis* Augusti *celebrandum instituit, &amp; in honorem beati* Petri *ecclesiam in urbe fabricavit, ubi ipsa vincula reposuit &amp; Ad Vincula nominavit, &amp; calendis* Augusti *dedicavit. In qua festivitate populus ille ipsa vincula hodie osculatur.* So that this day, which before was only called the *calends of August,* was upon this occasion termed indifferently, either from the instrument that wrought the miracle, St. *Peter's day ad vincula*; or from that part of the maid whereon the miracle was wrought, the *Gule of August.* See *Hospinian de Origine Festorum, fol.* 85. *Averagium æstivalia fieri debet inter* Hock-day &amp; Gulam Augusti. *Rentale Manerii Regalis de* Wye. *Cowell, edit.* 1727.

*Gildum,* Taxation, or pecuniary imposition. *Abbas &amp; conventus sunt quieti de escheapiis latronum, bobus, de disseisina,* guldis, *theoloniis, &c.* Cartular. Glaston. MS. fol. 87. a. Cowell, edit. 1727.

**Guiltwit,** Is an amends for trespass, according to *Saxton,* in his *Description of England, cap.* 11. But we may suppose it mistaken for *gyltwit,* because no such word is found either in *Spelman's Glossary,* the *Saxon Dictionary,* or ancient records. *Cowell, edit.* 1727.

**Gum.** Is a clammy or tough liquor issuing out of trees, and hardened by the sun. There are divers sorts of it brought from beyond sea, that are drugs to be garbled, as appeareth by the statute 1 *Jac. c.* 19.

**Gumius, Gumphus,** The hook upon which the hinge turns. *Cowell, edit.* 1727.

**Gun,** Stat. 33 *Hen.* 8. *cap.* 6. *f.* 1. enacts, That none shall shoot in, or use to keep in his house a hand-gun, cross-bow, hagbut or demihake, unless his lands are of the value of 100 *l.* a year, on pain to forfeit 10 *l.* for every such offence.

*Sect.* 2, &c. Howbeit, the followers of lords spiritual or temporal, knights, esquires, gentlemen, and the inhabitants of cities, boroughs or market towns, may keep in their houses, and use to shoot (but at a dead mark only) with any hand gun of the length of one yard, or hagbut, or demihake of three quarters of a yard; so may the owner of a ship, for the defence of his ship, and also he that dwells two furlongs distant from a town, or within five miles from the sea-coast. And this last may shoot at any wild beast or fowl, save only deer, heron, shovelard, partridge, wild swan or wild elke.

*Sect.*

4

# G U N

*Sect.* 5. None may licenfe his fervant to fhoot, except his game-keeper, on pain of 10 *l.*

*Sect.* 12, 13. Gunfmiths or merchants may keep guns by them, obferving the lengths abovefaid.

*Sect.* 14. Proclamation to iffue before an offender can be punifhed.

*Sect.* 15. Owner of the gun to forfeit, and not the mafter of the houfe.

*Sect.* 16. It fhall be lawful for any perfon to convey the perfon offending againft this act before the next Juftice of peace; who, upon due examination and proof, fhall have power to commit him to prifon, there to remain till he has fatisfied the penalty, which in this cafe fhall be divided between the King and the party that fo takes the offender.

*Sect.* 19. Juftices of peace in their feffions, and ftewards of leets, have power to hear and determine thefe offences.

*Sect.* 20. Penalty of 20 *s.* a-piece on juries concealing offenders.

*Sect.* 22. Forfeitures arifing by this act fhall be fued for within one year by the King, and within fix months by a common perfon, otherwife they fhall be loft.

*Sect.* 24. Saving for fervants carrying guns by their mafters orders.

*S.* was convicted of fhooting in a gun contrary to this ftatute, and committed to gaol; and upon *hab. corp.* exceptions were taken to the return. Firft, that the caption is taken before *J. S.* and *T. N. ad pacem confervandam,* without faying (Juftices), and fo by what appears they may be conftables. Secondly, that it appears to be a conviction by oath, where the ftatute fays, "proof and examination" which muft be intended by jury. Thirdly, that it does not appear, that it was before the next Juftices as it ought to be. Fourthly, nor that the ftatute had been proclaimed in the fame county, whereas there is an exprefs provifion in the ftatute, that none fhall be punifhed before it is proclaimed, which *Twifden* J. faid ought to appear in the return (though the ftatute perhaps was proclaimed one hundred years fince). 1 *Sid.* 419. No judgment. *Trin.* 21 *Car.* 2. *B. R. The King* v. *Saunder's.* 1 *Saund.* 263. *S. C.* fays, that it was quafhed for the exception, that the conviction was faid to be *coram* T. B. *&* G. B. ar. *duobus Juftic. domini Regis ad pacem in com. prædicto confervand.* But that the word *affign* was omitted. For it ought to have been *confervand. affignatis.* And fo it does not appear, whether the faid Juftices were affigned to keep the peace or not. The reporter adds a *nota,* that the conviction was before two Juftices of peace, that the ftatute gives authority to one Juftice alone, being the next Juftice of the county where the offence is committed, to commit the offender for the forfeiture, but that here it does not appear whether either of the faid two Juftices was the next Juftice or not, which was another exception intended to be moved; but the conviction being quafhed for the exception aforefaid, this exception was not moved, and that he was of counfel with the defendant. *Vent.* 33. *Anon.* But *S. C.* reports, that as to the words "upon due examination and proof before a Juftice of peace", it was refolved, that that was not intended by a jury, but by witneffes, and that no writ of error lies upon fuch conviction: and that an exception was taken, becaufe it was *coram J. S.* Juftice of the peace, without adding *nec non ad diverfas felonias, transgreffiones, &c. audiend. affignat.* and that the court agreed it ought fo to be in returns upon *certioraries* to remove indictments taken at feffions, but otherwife of convictions of this nature; for it is known to the court, that the ftatute gives them authority in this cafe. *Vent.* 33. *Trin.* 21 *Car.* 2. *Anon.*

A perfon being brought before the next Juftice of peace in the county where, *&c.* for fhooting with hail fhot in a hand-gun, who, upon examination finding it true, made a record thereof, and committed the party to prifon, until he fhould pay 10 *l. viz.* 5 *l.* to the informer, and 5 *l.* to the King. This record being certified upon a *habeas corpus,* it was held by the whole court, that if the Juftice of peace does not obferve the form prefcribed

# G U N

by the ftatute, it is void, *& coram non judice,* and needs no writ of error; but if he acts according to the ftatute, then neither B. R. nor Juftices of peace, can redrefs it, or fet the party at large. *Ho.* 170. *Hill.* 3 *Car.* B. R. *Cole's cafe.*

The judgment on an indictment upon this ftatute was, that the defendant *folvet dicto domino Regi, &c. decem librarum, &c.* where the words fhould have been *folvat* inftead of *folvet,* and *libras* inftead of *librarum,* and for thofe and other reafons the judgment was reverfed. *Raym.* 378. *Trin.* 32 *Car.* 2. B. R. *the King* v. *Affop.*

The conviction was for having a gun in his houfe, and this being excepted to, becaufe the ftatute is *ufe to keep in his or her houfe,* and perhaps it might be lent him, and the words of the ftatute ought to be purfued; fo the conviction was quafhed. 1 *Show.* 48. *Trin.* 1 *W. & M. the King* v. *Lewellin.*

The conviction was *non habuiffet* 100 *l.* per annum, and did not fay when; and this was excepted to, becaufe it may be that he had 100 *l.* a-year at the time when he kept a gun, but not when he was convicted; to which it was anfwered, that thofe words were as much as to fay, *nunquam habuit,* and the conclufion being *contra formam ftatuti,* muft explain fuch words which feem to be doubtful. But *per cur,'* This being a conviction before a Juftice of peace, the time when the offence was committed fhould be certainly alledged, *viz.* that the defendant *prædict' die & anno* had not 100 *l.* per annum, and for that reafon it was quafhed. 3 *Mod.* 280. *Pafch.* 2 *W. & M. the King* v. *Selcot.*

So where the indictment was *non habens terras, &c.* exception was taken, that it referred to the time of the indictment, and not to the fhooting; the judgment for that and other reafons was reverfed. *Raym.* 378. *Trin.* 32 *Car.* 2. B. R. *the King* v. *Affop. Vid.* 4. *Mod.* 51. in cafe of *the King* v. *Affop.*

*T. S.* being conftituted fpecial bailiff to ferve an execution in debt on a judgment, and fearing a refcous, carried with him a *dagg;* whereupon the defendant, being a Juftice of peace, made one of his fervants to go and fearch him, and finding him armed brought him before his mafter, being the next Juftice of peace, who by colour thereof committed him to gaol, till he paid 10 *l.* But on a *habeas corpus* it was held no offence for a fheriff or his minifters in execution of their office to carry fuch a hand-gun, and that it was lawful, and that a dagg was a hand-gun within this ftatute. *Cro. Eliz.* 821. *Gardener's cafe.* 5 *Rep.* 71. *b. Trin.* 34 *Eliz. St. John's cafe. alias Gardener* v. *St. John,* S. C.

The defendant not having 100 *l.* a year, did fhoot in a gun in *February,* and in *March* following was carried before a Juftice of peace, and by him convicted of this offence. It was moved to quafh this conviction, becaufe it was before a fingle Juftice, who had not power by the ftatute to proceed in a fummary way, unlefs the party is brought before him *inftanter,* upon view of the offence committed, which was not done in this cafe, and therefore was ordered to fhew caufe why it fhould not be quafhed. 4 *Mod.* 147, 148. *Trin.* 4 *W. & M. the King* v. *Bullock.* 1 *Show.* 367. *Trin.* 4 *W. & M.* S. P. *King* v. *Litten.*

An indictment will lie on this ftatute before the feffions, though this hath been formerly doubted; becaufe though the Juftices have power by the general words of their commiffion to punifh offences againft the peace, yet fhooting is not fuch an offence, for it is only a defect of the qualification of the perfon who fhoots in a gun. *Dalton's Juftice, cap.* 47. *page* 143.

**Gunpowder.** By ftat. 16 *Car.* 1. *c.* 21. All perfons may make and fell gunpowder, and bring into the kingdom falt-petre, brimftone, or any other materials for the making of it.

By ftat. 1 *Jac.* 2. *c.* 8. *f.* 3. it is enacted, that if any perfon fhall obtain a grant for the fole making or importing of gunpowder, he fhall incur a *præmunire.*

By ftat. 4 *Geo.* 2. *c.* 29. A bounty is granted on exporting *Britifh* gunpowder, but to be abated if duties on falt-petre ceafe.

U u                                    Stat.

Stat. 5 *Geo.* 1. *cap.* 26. *sect.* 4. No person shall carry in the streets of *London* or *Westminster,* or the suburbs thereof, more than twenty hundred weight of gunpowder at one time ; and all gunpowder carried in the said streets in any carts or carriages, and the barrels close jointed and hooped, and put into cases of leather or canvas ; and gunpowder carried by a man or horse shall be put in cases of leather or canvas, and entirely covered therewith : and if any shall be carried otherwise, it shall be forfeited, and may be seized by any person to his own use, the offender being thereof convicted before two Justices.

Stat. 11 *G.* 1. *c.* 3. *s.* 3. If any person shall work with any iron hammer, or hammer plated with iron or steel, in any warehouse or place while any gunpowder is there, he shall on conviction within one month, by the oath of one witness before one Justice, forfeit twenty shillings to the informer, to be levied by distress by warrant of such Justice ; and for want of sufficient distress, to be committed to the house of correction, to be kept to hard labour not exceeding one month, nor less than fourteen days.

Stat. 5 *Geo.* 2. *cap.* 20. *sect.* 2. No master of any vessel outward bound, shall receive on board any gunpowder, either as merchandize or store for the voyage (except for his Majesty's service), on the *Thames* above *Blackwall,* upon pain of five pounds for every fifty pounds weight, and so in proportion.

*Sect.* 3. And the master of every vessel coming into the *Thames,* shall land all the powder on board, either before arrival at *Blackwall,* or within twenty-four hours (if the weather will permit) after he comes to anchor there, or at the place of unloading, on pain of five pounds for every hundred weight.

*Sect.* 4. And if any officer of any ship (except the King's) shall, between *London Bridge* and *Blackwall,* keep any gun loaded with ball, or fire any gun on board above *Blackwall,* before sun-rising or after sun-setting, he shall forfeit for such gun loaded five shillings, and for such gun fired ten shillings.

*Sect.* 5. And the corporation at *Trinity-house* at *Deptford Strond,* may appoint a person to inspect vessels ; and if any such officer obstruct him, he shall forfeit five pounds.

*Sect.* 6. And the said penalties shall go to the poor of the corporation.

*Sect.* 7. And two Justices of *London,* or the respective counties where the offence shall be committed, shall on complaint in ten days summon the offender, or after oath made of the offence, may issue their warrant for apprehending him, and on appearance or contempt may convict him, either by oath of witnesses or confession, or his own view, and levy the penalty by distress, and if not redeemed in five days, by sale ; for want of distress he shall be imprisoned for three months, or till paid ; and persons aggrieved may appeal to the next sessions.

Stat. 15 *Geo.* 2. *cap.* 32. *sect.* 1. No person, not being a dealer in gunpowder, shall keep more than fifty pounds weight, or being a dealer, not more than two hundred pounds weight, longer than twenty-four hours at any time, in any house or place, or in houses or places, either under the same roof, or by dividing the same, and disposing thereof under different roofs, or in any yard or yards within *London* and *Westminster,* or the suburbs thereof, or within three miles of the *Tower,* or of *St. James's,* or on the *Thames,* except in vessels passing or detained by tides or bad weather, except carts and other carriages loading or unloading, or passing on the highway, on pain of forfeiting the same, or the value thereof, with full costs to him who shall sue in any court of record at *Westminster* in thirty days.

*Sect.* 2. Any Justice of the peace within the said limits, on demand by any inhabitants shewing a reasonable cause, may issue his warrant to search in the day-time for dangerous quantities of gunpowder, and break open any place, if there be occasion ; and the searchers may seize, and may remove the same in twelve hours out of the said limits, and detain the same till it be determined in the courts, whether it be forfeited or not.

*Sect.* 3. And persons permitting others to keep gunpowder in any places not belonging to the owners of such gunpowder, shall forfeit one shilling a pound.

Stat. 22 *Geo.* 2. *cap.* 38. *sect.* 1. No person shall keep gunpowder for more than twenty-four hours at any one time in greater quantity than four hundred pounds weight, in any house or other place, in any city, or the suburbs thereof, or in any market-town, or within one hundred yards thereof, or within two miles of any of the King's palaces, or one mile of any of the King's magazines ; nor shall keep for more than twenty-four hours, at any time, a greater quantity than three thousand pounds weight in any house or other place.

*Sect.* 2. And any two Justices, on demand made, and a reasonable cause assigned, by any parish officer, or two householders inhabiting where it is kept, shall issue their warrant for searching in the day-time any house, shop, or other place, and breaking open the doors thereof ; and if upon search more than four hundred pounds weight, or three thousand pounds weight respectively, as above, shall be found, all exceeding the said quantities shall be seized and detained, and forfeited to any person who shall sue in three months in any court at *Westminster* ; which court shall give judgment for recovery of the same, or the value thereof, with full costs.

*Sect.* 3. No person shall convey at any one time, in any waggon or other carriage, a greater quantity than two thousand five hundred pounds weight, or more than five thousand pounds weight, in any open vessel on any river, within one mile of any city or market-town ; and all such gunpowder shall be carried in covered carts and carriages ; and the barrels shall be close joined and hooped, and secured that no part thereof be scattered in the passage ; on pain of being seized and forfeited to the informer, on proof of the offence before two Justices.

*Sect.* 4. Every person employed in any storehouse where gunpowder is kept, or in carrying of gunpowder from one place to another, being convicted before one Justice of wilfully committing any act, whereby such gunpowder may be in danger of taking fire, shall forfeit five pounds to the informer for every hundred pounds weight of gunpowder contained in such storehouse, or which he shall be employed in conveying ; and on non-payment thereof shall be committed to the public gaol, without bail, not exceeding six months.

*Sect.* 5. But this act shall not extend to any magazine belonging to the Crown, or to hinder the trying of gunpowder by his Majesty's officers, or to the carrying of gunpowder to and from the King's magazines, or with forces in their march, or to any mills already built and used for the making of gunpowder, or to any storehouses, warehouses, or other offices near or adjoining to such mills.

*Sect.* 6. The Justices in sessions shall, on application to them made, appoint convenient plats of ground, two miles distant from any city or market-town, not exceeding two acres, with the use of convenient roads leading thereto, for erecting warehouses for keeping gunpowder in any quantity, first agreeing with the proprietor ; and if they cannot agree, the said Justices shall issue their warrant to the sheriff to impanel and return a jury, who shall on oath (to be administered by the said Justices) enquire into the value of the ground, with the use of convenient roads leading thereto ; and all such verdicts and inquisitions shall be kept with the records of the sessions, and be conclusive to all parties ; and the said Justices may send for persons interested, and examine the parties and witnesses on oath ; and the sum to be assessed as aforesaid, not exceeding thirty years purchase, shall be paid to the proprietor ; and on such payment, or in case of refusal to accept it, or leaving it with the said Justices for the proprietor, the inheritance of the grounds, and use of the roads leading thereto, shall be vested in the purchasers and their assigns for the purposes aforesaid, and not otherwise ; and the warehouses to be built thereon shall be built in such manner as will most effectually render them safe and secure.

Gunpowder, *&c.* shipped after prohibition, forfeited, 29 *Geo.* 2. *c.* 16. *s.* 2.

Allowance

TAB 2

A

# DICTIONARY

OF THE

# ENGLISH LANGUAGE:

IN WHICH

The WORDS are deduced from their ORIGINALS,

AND

ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

BY

EXAMPLES from the best WRITERS.

TO WHICH ARE PREFIXED,

A HISTORY of the LANGUAGE,

AND

AN ENGLISH GRAMMAR.

BY SAMUEL JOHNSON.

IN TWO VOLUMES.

VOL. I.

THE FOURTH EDITION, REVISED BY THE AUTHOR.

Cum tabulis animum censoris sumet honesti :
Audebit quæcunque parum splendoris habebunt,
Et sine pondere erunt, et honore indigna ferentur,
Verba movere loco; quamvis invita recedant,
Et versentur adhuc intra penetralia Vestæ :
Obscurata diu populo bonus eruet, atque
Proferet in lucem speciosa vocabula rerum,
Quæ priscis memorata Catonibus atque Cethegis,
Nunc situs informis premit et deserta vetustas.        HOR.

LONDON,

Printed by W. STRAHAN,

For W. STRAHAN, J. & F. RIVINGTON, T. DAVIES, J. HINTON, L. DAVIS; HAWES, CLARKE & COLLINS;
W. JOHNSTON, W. OWEN, T. CASLON, S. CROWDER, T. LONGMAN, B. LAW, E. & C. DILLY, J. DODSLEY,
Z. STUART, BECKET & DE HONDT, J. KNOX, T. CADELL, WILSON & NICOLL, W. NICOLL, G. ROBINSON,
JO. JOHNSON, J. ROBSON, RICHARDSON & URQUHART, and M. HINGESTON.

MDCCLXXIII.

Generated on 2023-03-14 17:46 GMT / https://hdl.handle.net/2027/osu.32435030881114
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

Case 1:22-cv-07464-RMB-AMD   Document 119   Filed 03/27/23   Page 10 of 34 PageID: 3809

# D.

**D,** Is a consonant nearly approaching in found to T, but formed by a ftronger appulfe of the tongue to the upper part of the mouth. The found of D in *English* is uniform, and it is never mute.

*DA CAPO.* [Ital.] A term in mufick, which fignifying from the head or the beginning, means that the firft part of the tune fhould be repeated at the conclufion.

*To* DAB. *v. a.* [*dauber,* Fr.] To ftrike gently with fomething foft or moift.

A fore fhould never be wiped by drawing a piece of tow or rag over it, but only by dabbing it with fine lint. *Sharp.*

*A* DAB. *n. f.* [from the verb.]
1. A fmall lump of any thing.
2. A blow with fomething moift or foft.
3. Something moift or flimy thrown upon one.
4. [In low language.] An artift; a man expert at fomething. This is not ufed in writing.
5. A kind of fmall flat fifh.

Of flat fifh there are rays, flowks, *dabs*, plaice. *Carew.*

DA'B-CHICK. *n. f.* A fmall water-fowl; called likewife *Dab-chick*, and *Didapper*, and *Dipchick*. *Calymbus, Ray.*

A *dab* chick waddles through the copfe,
On feet and wings, and flies, and wades, and hops. *Pope.*

*To* DA'BBLE. *v. a.* [*dabbelen*, Dutch.] To fmear; to daub; to fpatter; to befprinkle; to wet.

A fhadow like an angel, with bright hair
*Dabbled* in blood. *Shakefpeare's Richard III.*

I fcarified, and *dabbled* the wound with oil of turpentine. *Wifeman's Surgery.*

Mean while the South, rifing with *dabbled* wings,
A fable cloud athwart the welkin flings. *Swift.*

*To* DA'BBLE. *v. n.*
1. To play in water; to move in water or mud.

Neither will a fpirit, that dwells with ftars, *dabble* in this impurer mud. *Glanville's Apology.*

The little one complained of her legs, that fhe could neither fwim nor dabble with them. *L'Eftrange.*

But when he found the boys at play,
And faw them *dabbling* in their clay,
He ftood behind a ftall to lurk,
And mark the progrefs of their work. *Swift.*

2. To do any thing in a flight, fuperficial, or fhallow manner; to tamper.

Shakefpeare fhall be put into your hands, as clear and as fair as it came out of them; though you, I think, have been *dabbling* here and there with the text, I have had more reverence for the writer, and the printer, and left every thing ftanding. *Atterbury to Pope.*

DA'BBLER. *n. f.* [from *dabble*.]
1. One that plays in water.
2. One that meddles without maftery; one that never goes to the bottom of an affair; a fuperficial meddler.

He dares not complain of the tooth-ach, left our *dabblers* in politicks fhould be ready to fwear againft him for dif-affection. *Swift.*

DACE. *n. f.* [of uncertain derivation: in moft provinces called *dare*. *Leuciſcus.*] A fmall river fifh, refembling a roach, but lefs.

Let me live harmlefsly, and near the brink
Of Trent or Avon have a dwelling place;
Where I may fee my quill or cork down fink,
With eager bite of pearch, or bleak, or dace. *Walton.*

DA'CTYLE. *n. f.* [δάκτυλος, a finger.] A poetical foot confifting of one long fyllable and two fhort, like the joints of a finger; as *condidat*.

DAD, } *n. f.* [The child's way of expreffing *father*. It is
DA'DDY. } remarkable, that, in all parts of the world, the word for father, as firft taught to children, is compounded of *a* and *t*, or the kindred letter *d* differently placed; as *tad*, Welfh; *a*τα, Greek; *atta*, Gothick; *tata*, Latin.] Father.

I was never fo bethumpt with words,
Since firft I call'd my brother's father *dad*. *Shakefpeare.*

His loving mother left him to my care;
Fine child, as like his *dad* as he could ftare! *Gay.*

*To* DADE. *v. a.* To hold up by a leading ftring.

The little children when they learn to go,
By painful mothers *daded* to and fro. *Drayton.*

DÆ DA'LA. *adj.* [*dædalus*, Latin.]
1. Various; variegated.
2. Skilful: this is not the true meaning, nor fhould it be imitated.

Nor hath
The *dædal* hand of nature only pour'd
Her gifts of outward grace. *Philips.*

Vol. I.

DA'FFODIL. } *n. f.* [Suppofed by *Skinner* to be cor-
DAFFODI'LLY. } rupted from *afphodelus*.]
DAFFODOWNDI'LLY. }

This plant hath a lily-flower, confifting of one leaf, which is bell-fhaped, and cut into fix fegments, which incircle its middle like a crown; but the emplacement, which commonly rifes out of a membranous vagina, turns to an oblong or roundifh fruit, which is triangular, and gapes in three parts; is divided into three cells, and full of roundifh feeds. *Miller.*

Strew me the green ground with *daffodowndillies*,
And cowflips, and kingcups, and loved lilies. *Spenfer.*

Bid Amaranthus all his beauty fhed,
And *daffadillies* fill their cups with tears,
To ftrew the laureat herfe where Lycid lies. *Milton.*

The daughters of the flood have fearch'd the mead
For violets pale, and cropp'd the poppy's head;
The fhort narciffus, and fair *daffodil*,
Pancies to pleafe the fight, and caffia fweet to fmell. *Dryden.*

*To* DAFT. *v. a.* [contracted from *do oft*; that is, to *throw back*, to *throw off*.] To tofs afide; to put away with contempt; to throw away flightly. Not now in ufe.

The nimble-footed mad-cap prince of Wales,
And his comrades, that *daft* the world afide,
And bid it pafs. *Shakefpeare's Henry IV.*

I would fhe had beftow'd this dotage on me: I would have *daft* all other refpects, and made her half myfelf. *Shakefp.*

DAG. *n. f.* [*dague*, French.]
1. A dagger.
2. A handgun; a piftol: fo called from ferving the purpofes of a dagger, being carried fecretly, and doing mifchief fuddenly. It is in neither fenfe now ufed.

*To* DAG. *v. a.* [from *daggle*.] To daggle; to bemire; to let fall in the water: a low word.

DA'GGER. *n. f.* [*dague*, French.]
1. A fhort fword; a poniard.

She ran to her fon's *dagger*, and ftruck herfelf a mortal wound. *Sidney.*

This fword a *dagger* had his page,
That was but little for his age;
And therefore waited on him fo,
As dwarfs upon knights-errant do. *Hudibras.*

He ftrikes himfelf with his *dagger*; but being interrupted by one of his friends, he ftabs him, and breaks the *dagger* on one of his ribs. *Addifon.*

2. [In fencing fchools.] A blunt blade of iron with a bafket hilt, ufed for defence.
3. [With printers.] The obelus; a mark of reference in form of a dagger; as [‡].

DA'GGERSDRAWING. *n. f.* [*dagger* and *draw*.] The act of drawing daggers; approach to open violence.

They always are at *daggerfdrawing*,
And one another clapperclawing. *Hudibras.*

I have heard of a quarrel in a tavern, where all were at *daggerfdrawing*, 'till one defired to know the fubject of the quarrel. *Swift.*

*To* DA'GGLE. *v. a.* [from *dag*, dew; a word, according to Mr. *Lye*, derived from the Danifh; according to *Skinner*, from *bag*, fprinkled, or *beazan*, to dip. They are probably all of the fame root.] To dip negligently in mire or water; to bemire; to befprinkle.

*To* DA'GGLE. *v. n.* To be in the mire; to run through wet or dirt.

Nor like a puppy, *daggled* through the town,
To fetch and carry fing fong up and down. *Pope.*

DA'GGLEDTAIL. *n. f.* [*daggle* and *tail*.] Bemired; dipped in the water or mud; befpattered.

The gentlemen of wit and pleafure are apt to be chofen at the fight of fo many *daggleatail* parfons, that happen to fall in their way. *Swift.*

DA'ILY. *adj.* [bæʒlic, Saxon.] Happening every day, or very frequently; done every day; quotidian.

Much are we bound to heaven
In *daily* thanks, that gave us fuch a prince. *Shakefpeare.*

Ceafe, man of woman born! to hope relief
From *daily* trouble, and continu'd grief. *Prior.*

DA'ILY. *adv.* Every day; very often.

Let that man with better fenfe advife,
That of the wicked leaft part to us is read;
And *daily* how through hardy enterprize,
Many great regions are difcovered. *Fairy Queen.*

A man with whom I converfed almoft *daily*, for years together. *Dryden.*

6 F

DA'INTILY.

Generated on 2023-03-14 18:10 GMT  /  https://hdl.handle.net/2027/osu.32435030881114  /  http://www.hathitrust.org/access_use#pd-google
Public Domain, Google-digitized



Case 1:22-cv-00941-PLM-RMD Document 11-1 Filed 05/22/23 Page 1 of 34 PageID: 3510

mon recreation, do not think I have wit enough to lie ſtraight
in my bed.                   *Shakeſpeare's Twelfth Night.*
  Yet love theſe ſorc'ries did remove, and move
Thee to *gull* thine own mother for my love.      *Donne.*
  He would have *gull'd* him with a trick,
But Mart was too too politick.                *Hudibras.*
  They are not to be *gulled* twice with the ſame trick. *L'Eſtr.*
  The Roman people were groſly *gulled* twice or thrice over,
and as often enſlaved in one century, and under the ſame pre-
tence of reformation.                         *Dryden.*
  By their deſigning leaders taught,
The vulgar, *gull'd* into rebellion, arm'd.      *Dryden.*
  For this advantage age from youth has won,
As not to be out-ridden, though out-run ;
By fortune he was now to Venus trin'd,
And with ſtern Mars in Capricorn was join'd ;
Of him diſpoſing in his own abode,
He foothʼd the goddeſs, while he *gull'd* the god. *Dryden.*
**Gull.** *n. ſ.* [from the verb.]
1. [*mergus.*] A ſea-bird.
2. A cheat ; a fraud ; a trick.
  I ſhould think this a *gull*, but that the white-bearded fellow
ſpeaks it.                    *Shakeſpeare's Much Ado.*
  Either they have theſe excellencies they are praiſed for, or
they have not ; if they have not, 'tis an apparent cheat and
*gull*.                        *Government of the Tongue.*
3. A ſtupid animal ; one eaſily cheated.
  Being fed by us you us'd us ſo,
As that ungentle *gull*, the cuckow bird,
Uſeth the ſparrow.                 *Shakeſp. Henry IV.*
  Why have you ſuffer'd me to be impriſon'd,
Kept in a dark houſe, viſited by the prieſt,
And made the moſt notorious geck and *gull*
That e'er invention plaid on.        *Shakeſp. Twelfth Night.*
  That paltry ſtory is untrue,
And forg'd to cheat ſuch *gulls* as you.       *Hudibras.*
**Gu'llcatcher.** *n. ſ.* [*gull* and *catch.*] A cheat ; a man of
trick ; one who catches ſilly people.
  Here comes my noble *gullcatcher.*  *Shakeſp. Twelfth Night.*
**Gu'llen.** *n. ſ.* [from *gull.*]  A cheat ; an impoſtor.
**Gu'llery.** *n. ſ.* [from *gull.*]  Cheat ; impoſture.  *Ainſworth.*
**Gu'llet.** *n. ſ.* [*goulet*, French ; *gula*, Latin.]
1. The throat ; the paſſage through which the food paſſes ; the
meat-pipe ; the œſophagus.
  It might be his down.
  One day to ſing
With *gullet* in ſitting.                        *Denham.*
  Many have the *gullet* or feeding channel which have no
lungs or windpipe ; as fiſhes which have gills, whereby the
heart is refrigerated ; for ſuch thereof as have lungs and re-
ſpiration are not without wizzon, as whales and cetaceous
animals.                        *Brown's Vulgar Errours.*
2. A ſmall ſtream or lake.  Not in uſe.
  Nature has various tender muſcles plac'd,
By which the artful *gullet* is embrac'd.       *Blackmore.*
  The liquor in the ſtomach is a compound of that which is
ſeparated from its inward coat, the ſpittle which is ſwallowed,
and the liquor which diſtils from the *gullet.*    *Arbuthnot.*
  The Euxine ſea and the Mediterranean, ſmall *gullets*, if
compared with the ocean.                        *Heylyn.*
*To* **Gu'lly.** *v. n.* [corrupted from *gurgle.*]  To run with
noiſe.
**Gu'llyhole.** *n. ſ.* [from *gully* and *hole.*]  The hole where the
gutters empty themſelves in the ſubterraneous ſewer.
**Gulo'sity.** *n. ſ.* [*guloſus*, Latin.]  Greedineſs ; gluttony ;
voracity.
  They are very temperate, ſeldom offending in ebriety, nor
erring in *guloſity*, or ſuperfluity of meats.      *Brown.*
*To* **Gulp.** *v. a.* [*golpen*, Dutch.]  To ſwallow eagerly ; to
ſuck down without intermiſſion.
  He looſens the fiſh, *gulps* it down, and ſo ſoon as over the
morſel was gone wipes his mouth.               *L'Eſtrange.*
  I ſee the double flaggon charge their hand ;
See them puff off the froth, and *gulp* amain,
While with dry tongue I lick my lips in vain.      *Gay.*
**Gulp.** *n. ſ.* [from the verb.]  As much as can be ſwallowed
at once.
  In deep ſuſpirations we take more large *gulps* of air to
cool our heart, overcharged with love and ſorrow.  *More.*
  As oft as he can catch a *gulp* of air,
And peep above the ſeas, he names the fair. *Dryden's Fables.*
**Gum.** *n. ſ.* [*gummi*, Latin.]
1. A vegetable ſubſtance differing from a reſin, in being more
viſcid and leſs friable, and generally diſſolving in aqueous men-
ſtruums ; whereas reſins, being more ſulphurous, require a
ſpirituous diſſolvent.                           *Quincy.*
  One whoſe eyes,
Albeit unuſed to the melting mood,
Drop tears as faſt as the Arabian trees
Their medicinal *gum.*            *Shakeſpeare's Othello.*
  He ripens ſpices, fruit, and precious *gum*,
Which from remoteſt regions hither come.        *Waller.*

---

  Her maiden train,
Who bore the veſts that holy rites require,
Incenſe, and od'rous *gums*, and cover'd fire. *Dryd. Fables.*
2. [Ioma, Saxon ; *gomme*, Dutch.]  The fleſhy covering that
inveſts and contains the teeth.
  The babe that milks me
  I'd pluck my nipple from his boneleſs *gums*.  *Shak. Macbeth.*
  Sh' untwiſts a wire, and from her *gums*
  A ſet of teeth completely comes.               *Swift.*
*To* **Gum.** *v. a.* [from the noun.]  To cloſe with *gum* ; to
ſmear with gum.
  The eyelids are apt to be *gummed* together with a viſcous
humour.                             *Wiſeman's Surgery.*
**Gu'mminess.** *n. ſ.* [from *gummy.*]  The ſtate of being gum-
my ; accumulation of gum.
  The tendons are involved with a great *gumminneſs* and col-
lection of matter.                  *Wiſeman's Surgery.*
**Gummo'sity.** *n. ſ.* [from *gummous.*]  The nature of gum ;
gumminneſs.
  Sugar and honey make windy liquors, and the elaſtick fer-
menting particles are detained by their innate *gummoſity. Floyer.*
**Gu'mmous.** *adj.* [from *gum.*]  Of the nature of gum.
  Obſervations concerning Engliſh amber, and relations about
the amber of Pruſſia, prove that amber is not a *gummous* or
reſinous ſubſtance drawn out of trees by the ſun's heat, but a
natural foſſil.                 *Woodward's Natural Hiſtory.*
**Gu'mmy.** *adj.* [from *gum.*]
1. Conſiſting of gum ; of the nature of gum.
  From the utmoſt end of the head branches there iſſueth out
a *gummy* juice, which hangeth downward like a cord. *Raleigh.*
  Nor all the *gummy* ſtores Arabia yields.  *Dryden's Virgil.*
  How each ariſing alder now appears,
And o'er the Po diſtils her *gummy* tears.    *Dryden's Silenus.*
2. Productive of gum.
  The clouds
Tine the ſlant light'ning ; whoſe thwart flame driv'n down,
Kindles the *gummy* bark of fir and pine.        *Milton.*
3. Overgrown with gum.
  The yawning youth, ſcarce half awake, eſſays
His lazy limbs and dozy head to raiſe ;
  Then rubs his *gummy* eyes, and ſcrubs his pate. *Dryden.*
**Gun.** *n. ſ.* [Of this word there is no ſatisfactory etymology.
Mr. *Lye* obſerves that *gun* in Iceland ſignifies *battle* ; but what
*gun* came into uſe we had no commerce with Iceland.  May
not *gun* come by gradual corruption from *conne, canne, gunne* ?
*Canne* is the original of *cannon.*]  The general name for fire-
arms ; the inſtrument from which ſhot is diſcharged by fire.
  Theſe dread curſes, like the ſun 'gainſt glaſs,
Or like an overcharged *gun*, recoil
And turn upon thyſelf.              *Shakeſpeare's Henry VI.*
  The emperor, ſmiling, ſaid that never emperor was yet ſlain
with a *gun*.                          *Knolles's Hiſtory.*
  The bullet flying, makes the *gun* recoil.  *Cleaveland.*
  In vain the dart or glitt'ring ſword we ſhun,
Condemn'd to periſh by the ſlaugh'ring *gun. Granville.*
**Gu'nnel.** *n. ſ.* [corrupted for *gunwale.*  See **Gunwale.**]
**Gu'nner.** *n. ſ.* [from *gun.*]  Cannonier ; he whoſe employ-
ment is to manage the artillery in a ſhip.
  The nimble *gunner*
With lynſtock now the deviliſh cannon touches,
And down goes all before him.     *Shakeſpeare's Henry V.*
  They flew the principal *gunners*, and carried away their ar-
tillery.                                     *Hayward.*
**Gu'nnery.** *n. ſ.* [ from *gunner.*]  The ſcience of artillery ;
the art of managing cannon.
**Gu'npowder.** *n. ſ.* [*gun* and *powder.*]  The powder put into
guns to be fired.  It conſiſts of about fifteen parts of nitre,
three parts of ſulphur, and two of charcoal.  The propor-
tions are not exactly kept.
  *Gunpowder* conſiſteth of three ingredients, ſaltpetre, ſmall-
coal, and brimſtone.             *Brown's Vulgar Errours.*
  Burning by *gunpowder* frequently happens at ſea. *Wiſeman.*
**Gu'nshot.** *n. ſ.* [*gun* and *ſhot.*]  The reach or range of a
gun ; the ſpace to which a ſhot can be thrown.
  Thoſe who are come over to the royal party are ſuppoſed to
be out of *gunſhot.*                            *Dryden.*
**Gu'nshot.** *adj.*  Made by the ſhot of a gun.
  The ſymptoms I have tranſlated to *gunſhot* wounds. *Wiſem.*
**Gu'nsmith.** *n. ſ.* [*gun* and *ſmith.*]  A man whoſe trade is to
make guns.
  It is of particular eſteem with the *gunſmiths* for ſtocks. *Mort.*
**Gu'nstick.** *n. ſ.* [*gun* and *ſtick.*]  The rammer ; or ſtick with
which the charge is driven into a gun.
  Ev'n a *gunſtick* flying into fame.              *Stewart.*
**Gu'nstock.** *n. ſ.* [*gun* and *ſtock.*]  The wood to which the
barrel of the gun is fixed.
  The timber is uſed for bows, pullies, ſcrews, mills, and
*gunſtocks.*                        *Mortimer's Huſbandry.*
**Gu'nstone.** *n. ſ.* [*gun* and *ſtone.*]  The ſhot of cannon.  They
uſed formerly to ſhoot ſtones from artillery.
  Tell the pleaſant prince, this mock of his
Hath turn'd his ball to *gunſtones*, and his ſoul
                                                  Shall

Digitized by Google          Original from
                  THE OHIO STATE UNIVERSITY

Case 1:22-cv-07464-RMB-AMD   Document 119   Filed 03/27/23   Page 12 of 34 PageID: 3811

from ruin, under the worst adminiſtration, what may not his ſubjects hope for when he changeth *hands*, and maketh uſe of the beſt?                                                            *Swift.*

38. Giver, and receiver.

This tradition is more like to be a notion bred in the mind of man, than tranſmitted from *hand* to *hand* through all generations.                                                       *Tillotſon.*

39. An actor; a workman; a ſoldier.

Your wrongs are known : impoſe but your commands,
This hour ſhall bring you twenty thouſand *hands*. *Dryden.*

Demetrius appointed the painter guards, pleaſed that he could preſerve that *hand* from the barbarity and inſolence of ſoldiers.                                                          *Dryden.*

A dictionary containing a natural hiſtory requires too many *hands*, as well as too much time, ever to be hoped for. *Locke.*

40. Catch or reach without choice.

The men of Iſrael ſmote, as well the men of every city as the beaſt, and all that came to *hand*.                          *Judges.*

A ſweaty reaper from his tillage brought
Firſt fruits, the green ear, and the yellow ſheaf,
Uncull'd as came to *hand*.                                        *Milton.*

41. Form or caſt of writing.

Here is th' indictment of the good lord Haſtings,
Which in a ſet *hand* fairly is engroſs'd ;
Eleven hours I've ſpent to write it over.       *Shakeſpeare.*

Solyman ſhewed him his own letters intercepted, aſking him if he knew not that *hand*, if he knew not that ſeal ?                                                                        *Knolles.*

Being diſcovered by their knowledge of Mr. Cowley's *hand*, I happily eſcaped.                                                 *Denham.*

If my debtors do not keep their day
Deny their *hands*, and then refuſe to pay,'
I muſt attend.                                                       *Dryden.*

Whether men write court or Roman *hand*, or any other, there is ſomething peculiar in every one's writing.    *Cockburn.*

The way to teach to write, is to get a plate graved with the characters of ſuch *hand* you like.                       *Locke.*

Conſtantia ſaw that the *hand* writing agreed with the contents of the letter.                                            *Addiſon.*

I preſent theſe thoughts in an ill *hand*; but ſcholars are bad penmen : we ſeldom regard the mechanick part of writing.
                                                *Felton on the Claſſicks.*

They were wrote on both ſides, and in a ſmall *hand. Arbuth.*

42. HAND *over head.* Negligently ; raſhly ; without ſeeing what one does.

So many ſtrokes of the alarum bell of fear and awaking to other nations, and the facility of the titles, which, *hand over head*, have ſerved their turn, doth ring the peal ſo much the louder.                                                        *Bacon.*

A country fellow got an unlucky tumble from a tree : Thus 'tis, ſays a paſſenger, when people will be doing things *hand over head*, without either fear or wit.               *L'Eſtrange.*

43. HAND *to* HAND. Cloſe fight.

In ſingle oppoſition, *hand to hand*,
He did confound the beſt part of an hour.     *Shakeſpeare.*

He iſſues, ere the fight, his dread command,
That fiames afar, and poniards *hand to hand*,
He baniſh'd from the field.                                   *Dryden.*

44. HAND *in* HAND. In union ; conjointly.

Had the ſea been Marlborough's element, the war had been beſtowed there, to the advantage of the country, which would then have gone *hand in hand* with his own.         *Swift.*

45. HAND *in* HAND. Fit ; pat.

As fair and as good, a kind of *hand in hand* compariſon, had been ſomething too fair and too good for any lady in Britany.                                        *Shakeſpeare's Cymbeline.*

46. HAND *to mouth.* As want requires.

I can get bread from *hand to mouth*, and make even at the year's end.                                                       *L'Eſtrange.*

47. *To bear in* HAND. To keep in expectation ; to elude.

A raſcally you forſooth knave, to *bear in hand*, and then ſtand upon ſecurity.                                      *Shakeſpeare.*

48. *To be* HAND *and* GLOVE. To be intimate and familiar ; to ſuit one another.

*To* HAND. *v. a.* [from the noun.]

1. To give or tranſmit with the hand.

Judas was not far off, not only becauſe he dipped in the ſame diſh, but becauſe he was ſo near that our Saviour could *hand* the ſop unto him.                         *Brown's Vulgar Errours.*

I have been ſhewn a written prophecy that is *handed* among them with great fervency.                                   *Addiſon.*

2. To guide or lead by the hand.

Angels did *hand* her up, who next God dwell.    *Donne.*

By ſafe and inſenſible degrees he will paſs from a boy to a man, which is the moſt hazardous ſtep in life : this therefore ſhould be carefully watched, and a young man with great diligence *handed* over it.                                          *Locke.*

3. *To ſeize* ; to lay hands on.

Let him, that makes but trifles of his eyes,
Firſt *hand* me : on mine own accord, I'll off. *Shakeſpeare.*

4. To manage ; to move with the hand.

'Tis then that with delight I rove
Upon the boundleſs depth of love :
I bleſs my chains, I bind my oar,
Nor think on all I left on ſhoar.                            *Prior.*

5. To tranſmit in ſucceſſion, with *down*; to deliver from one to another.

They had not only a tradition of it in general, but even of ſeveral the moſt remarkable particular accidents of it likewiſe, which they *handed* downwards to the ſucceeding ages. *Woodw.*

I know no other way of ſecuring their monuments, and making them numerous enough to be *handed down* to future ages.                                                        *Addiſon.*

Arts and ſciences conſiſt of ſcattered theorems and practices, which are *handed* about amongſt the maſters, and only revealed to the *filii artis*, 'till ſome great genius appears, who collects theſe disjointed propoſitions, and reduces them into a regular ſyſtem.                                              *Arbuthnot.*

One would think a ſtory ſo fit for age to talk of, and in-fancy to hear, were incapable of being *handed down* to us.
                                                       *Pope's Eſſay on Homer.*

HAND is much uſed in compoſition for that which is manage-able by the hand, as a *handjaw*; or borne in the hand, as a *handbarrow*.

HA'NDBARROW. *n. ſ.* A frame on which any thing is carried by the hands of two men, without wheeling on the ground.

A *handbarrow*, wheelbarrow, ſhovel and ſpade. *Tuſſer.*

Set the board whereon the hive ſtandeth on a *hand barrow*, and carry them to the place you intend.             *Mortimer.*

HAND BASKET. *n. ſ.* A portable baſket.

You muſt have woollen yarn to tie grafts with, and a ſmall *hand-baſket* to carry them in.                             *Mortimer.*

HAND-BELL. *n. ſ.* A bell rung by the hand.

The ſtrength of the percuſſion is a principal cauſe of the loudneſs or ſoftneſs of ſounds ; as in ringing of a *hand-bell* harder or ſofter.                                          *Bacon.*

HAND-BREADTH. *n. ſ.* A ſpace equal to the breadth of the hand ; a palm.

A border of an *hand-breadth* round about.   *Exod. xxv. 25.*

The eaſtern people determined their *hand-breadth* by the breadth of barley-corns, ſix making a digit, and twenty-four a *hand's breadth*.                                     *Arbuthnot.*

HA'NDED. *adj.* [from hand.]

1. Having the uſe of the hand left or right.

Many are right *handed*, whoſe livers are weakly conſti-tuted ; and many uſe the left, in whom that part is ſtrongeſt.
                                               *Brown's Vulgar Errours.*

2. With hands joined.

Into their inmoſt bow'r
*Handed* they went.                                            *Milton.*

HA'NDER. *n. ſ.* [from hand.] Tranſmitter ; conveyor in ſuc-ceſſion.

They would aſſume, with wond'rous art,
Themſelves to be the whole, who are but part,
Of that vaſt frame the church ; yet grant they were
The *handers* down, can they from thence infer
A right'r interpret ? Or would they alone,
Who brought the preſent, claim it for their own? *Dryden.*

HA'NDFAST. *n. ſ.* [*hand* and *faſt.*] Hold ; cuſtody. Obſolete.

If that ſhepherd be not in *handfaſt*, let him fly. *Shakeſpeare.*

HA'NDFUL. *n. ſ.* [*hand* and *full.*]

1. As much as the hand can griſp or contain.

I ſaw a country gentleman at the ſide of Roſamond's pond, pulling a *handful* of oats out of his pocket, and gathering the ducks about him.                              *Addiſon. Freeholder.*

2. A palm ; a hand's breadth ; four inches.

Take one veſſel of ſilver and another of wood, each full of water, and knap the tongs together about an *handful* from the bottom, and the found will be more reſounding from the veſſel of ſilver than that of wood.                      *Bacon.*

The peaceful ſcabbard where it dwelt,
The rancour of its edge had felt ;
For of the lower end two *handful*
It had devour'd, it was ſo manful.                   *Hudibras.*

3. A ſmall number or quantity.

He could not, with ſuch a *handful* of men, and without cannon, propoſe reaſonably to fight a battle.     *Clarendon.*

4. As much as can be done.

Being in poſſeſſion of the town, they had their *handful* to defend themſelves from firing.                           *Raleigh.*

HAND-GALLOP. *n. ſ.* A ſlow eaſy gallop, in which the hand preſſes the bridle to hinder increaſe of ſpeed.

Ovid, with all his ſweetneſs, has as little variety of num-bers and found as he : he is always upon a *hand-gallop*, and his verſe runs upon carpet ground.                      *Dryden.*

HAND-GUN. *n. ſ.* A gun wielded by the hand.

Guns have names given them, ſome from ſerpents or rave-nous birds, as culverines or colubrines ; others in other re-ſpects, as cannons, demicannons, *hand-guns* and muſkets.
                                                                       *Camden.*

HA'NDICRAFT. *n. ſ.* [*hand* and *craft* ]

1. Manual occupation ; work performed by the hand.
                                                                     *Particular*

Generated on 2023-03-14 17:49 GMT  /  https://hdl.handle.net/2027/osu.32435030881114
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

Generated on 2023-03-14 17:50 GMT  /  https://hdl.handle.net/2027/osu.32435030881106
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

A

# DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

### IN WHICH

### The WORDS are deduced from their ORIGINALS,

#### AND

### ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

#### BY

### EXAMPLES from the best WRITERS.

#### TO WHICH ARE PREFIXED;

## A HISTORY of the LANGUAGE,

#### AND

## AN ENGLISH GRAMMAR.

### BY SAMUEL JOHNSON.

### IN TWO VOLUMES.

### VOL. II.

THE FOURTH EDITION, REVISED BY THE AUTHOR.

Cum tabulis animum cenforis fumet honefti :
Audebit quæcunque parum fplendoris habebunt,
Et fine pondere erunt, et honore indigna ferentur.
Verba movere loco ; quamvis invita recedant,
Et verfentur adhuc intra penetralia Veftæ :
Obfcurata diu populo bonus eruet, atque
Proferet in lucem fpeciofa vocabula rerum,
Quæ prifcis memorata Catonibus atque Cethegis,
Nunc fitus informis premit et deferta vetuftas.          Hor.

### LONDON,

Printed by W. STRAHAN,

For W. STRAHAN, J. & F. RIVINGTON, T. DAVIES, J. HINTON, L. DAVIS ; HAWES, CLARKE & COLLINS ;
W. JOHNSTON, W. OWEN, T. CASLON, S. CROWDER, T. LONGMAN, B. LAW, E. & C. DILLY, J. DODSLEY,
Z. STUART, BECKET & DE HONDT, J. KNOX, T. CADELL, WILSON & NICOLL, W. NICOLL, G. ROBINSON,
JO. JOHNSON, J. ROBSON, RICHARDSON & URQUHART, and M. HINGESTON.

MDCCLXXIII.

Digitized by Google
Original from
THE OHIO STATE UNIVERSITY

Case 1:22-cv-07464-RMB-AMD Document 119 Filed 03/27/23 Page 14 of 34 PageID: 3813

# PIS

Though he have the *pique*, and long,
'Tis ftill for fomething in the wrong ;
As women long, when they're with child,
For things extravagant and wild,          *Hudibras.*

3. Point ; nicety ; punctilio.
Add long prefcription of eftablifh'd laws,
And *pique* of honour to maintain a caufe,
And fhame of change.          *Dryden.*

To PIQUE. *v. a.* [*piquer*, Fr.]
1. To touch with envy or virulency ; to put into fret, to kindle to emulation.
Piqu'd by Protogenes's fame,
From Co to Rhodes Apelles came
To fee a rival and a friend,
Prepar'd to cenfure or commend.          *Prior.*

2. To offend ; to irritate.
Why *pique* all mortals, that affect a name ?
A fool to pleafure, yet a flave to fame !          *Pope.*
The lady was *piqued* by her indifference, and began to mention going away.          *Female Quixote.*

3. [With the reciprocal pronoun.] To value; to fix reputation as on a point. [*fe piquer*, French.]
Children, having made it eafy to part with what they have, may *pique themselves* in being kind.          *Locke.*
Men apply themfelves to two or three foreign, dead, and which are called the learned, languages ; and *pique themfelves* upon their fkill in them.          *Locke on Education.*

To PIQUEER. *v. a.* See PICKEER.
PIQUEERER. *n. f.* A robber ; a plunderer. Rather *pickeerer*.
When the guardian profeffed to engage in faction, the word was given, that the guardian would foon be feconded by fome other *piqueerers* from the fame camp.          *Swift.*
PIQUET. *n. f.* [*picquet*, Fr.] A game at cards.
She commonly went up at ten,
Unlefs *piquet* was in the way.          *Prior.*
Inftead of entertaining themfelves at ombre or *piquet*, they would wreftle and pitch the bar.          *Spectator.*
PI'RACY. *n. f.* [πειρατεία; piratica, Lat. *piraterie*, Fr. from *pirate*.] The act or practice of robbing on the fea.
Our gallants, in their frefh gale of fortune, began to fkum the feas with their *piracies*.          *Carew's Survey of Cornwall.*
Now fhall the ocean, as thy Thames, be free,
From both thofe fates of ftorms and *piracy*.          *Waller.*
Fame fwifter than your winged navy flies,
Sounding your name, and telling dreadful news
To all that *piracy* and rapine ufe.          *Waller.*
His pretence for making war upon his neighbours was their *piracies* ; though he practifed the fame trade.          *Arbuthnot.*
PI'RATE. *n. f.* [πειρατὴς; pirata, Lat. *pirate*, Fr.]
1. A fea-robber.
*Pirates* all nations are to profecute, not fo much in the right of their own fears, as upon the band of human fociety.          *Bacon.*
Relate, if bufinefs or the thirft of gain
Engage your journey o'er the pathlefs main,
Where favage *pirates* feek through feas unknown
The lives of others, vent'rous of their own.          *Pope.*
2. Any robber ; particularly a bookfeller who feizes the copies of other men.
To PI'RATE. *v. n.* [from the noun.] To rob by fea.
When they were a little got out of their former condition, they robbed at land and *pirated* by fea.          *Arbuthnot.*
To PI'RATE. *v. a.* [*pirater*, Fr.] To take by robbery.
They advertifed, they would *pirate* his edition.          *Pope.*
PIRA'TICAL. *adj.* [*piraticus*, Lat. from *pirate*.]
1. Predatory ; robbing ; confifting in robbery.
Having gotten together fhips and barks, fell to a kind of *piratical* trade, robbing, fpoiling and taking prifoners the fhips of all nations.          *Bacon's Henry VII.*
2. Practifing robbery.
The errours of the prefs were multiplied by *piratical* printers ; to not one of whom I ever gave any other encouragement, than that of not profecuting them.          *Pope.*
PISCA'TION. *n. f.* [*pifcatio*, Lat.] The act or practice of fifhing.
There are four books of cynegeticks, or venation; five of halieuticks, or *pifcation*, commented by Ritterhufius.          *Brown's Vulgar Errours.*
PI'SCARY. *n. f.* A privilege of fifhing.          *Dict.*
PI'SCATORY. *adj.* [*pifcatorius*, Lat.] Relating to fifhes.
On this monument is reprefented, in bas-relief, Neptune among the fatyrs, to fhew that this poet was the inventor of *pifcatory* eclogues.          *Addison's Remarks on Italy.*
PISCI'VOROUS. *adj.* [*pifcis* and *voro*.] Fifheating; living on fifh.
In birds that are not carnivorous, the meat is fwallowed into the crop or into a kind of anteftomach, obferved in *pifci-vorous* birds, where it is moiftened and mollified by fome proper juice.          *Ray on the Creation.*
PISH. *interj.* A contemptuous exclamation. This is fometimes fpoken and written p*fhow*. I know not their etymology, and imagine them formed by chance.

# PIT

There was never yet philofopher
That could endure the toothach patiently ;
However they have writ the ftile of Gods,
And made a *pifh* at chance or fufferance.          *Shakespeare.*
She frowned and cried *pifh*, when I faid a thing that I ftole.          *Spectator.*
To PISH. *v. n.* [from the interjection.] To exprefs contempt.
He turn'd over your Homer, fhook his head, and *pifh'd* at every line of it.          *Pope.*
PI'SMIRE. *n. f.* [myra, Sax. *pifmiere*, Dutch.] An ant ; an emmet.
His cloaths, as atoms might prevail,
Might fit a *pifmire* or a whale.          *Prior.*
Prejudicial to fruit are *pifmires*, caterpillars and mice.          *Mort.*
To PISS. *v. n.* [*piffer*, Fr. *piffen*, Dutch ] To make water.
I charge the *piffing* conduit run nothing but claret.          *Shakefp.*
One als *piffes*, the reft pifs for company.          *L'Eftrange.*
Once poffefs'd of what with care you fave,
The wanton boys would *pifs* upon your grave.          *Dryden.*
PISS. *n. f.* [from the verb.] Urine ; animal water.
My fpleen is at the little rogues, it would vex one more to be knocked on the head with a *pifs*-pot than a thunder bolt.          *Pope to Swift.*
PI'SSABED. *n. f.* A yellow flower growing in the grafs.
PI'SSBURNT. *adj.* Stained with urine.
PISTA'CHIO. *n. f.* [*piftache*, Fr. *piftacchi*, Italian ; *piftachia*, Latin.]
The *piftachio* is of an oblong figure, pointed at both ends about half an inch in length, the kernel is of a green colour and a foft and unctuous fubftance, much like the pulp of an almond, of a pleafant tafte : *piftachios* were known to the ancients, and the Arabians call them *peftuch* and *feftuch*, and we fometimes *fiftich* nuts.          *Hill.*
*Piftachios*, fo they be good, and not mufty, joined with almonds, are an excellent nourifher.          *Bacon's Nat. Hift.*
PI'STEL. *n. f.* [French.] The track or tread a horfeman makes upon the ground he goes over.
PISTILLA'TION. *n. f.* [*piftillum*, Lat.] The act of pounding in a mortar.
The beft diamonds we have are comminuble, and fo far from breaking hammers, that they fubmit unto *piftilation*, and refift not an ordinary peftle.          *Brown's Vulgar Errours.*
PI'STOL. *n. f.* [*piftole*, *piftolet*, Fr.] A fmall handgun.
Three watch the door with *piftols*, that none fhould iffue out.          *Shakefpeare's Merry Wives of Windfor.*
The whole hody of the horfe paffed within *piftol*-fhot of the cottage.          *Clarendon.*
Quickfilver difcharged from a *piftol* will hardly pierce through a parchment.          *Brown's Vulgar Errours.*
A woman had a tubercle in the great canthus of the eye, of the bignefs of a *piftol*-buller.          *Wifeman's Surgery.*
How Verres is lefs qualify'd to fteal,
With fword and *piftol*, than with wax and feal.          *Young.*
To PI'STOL. *v. a.* [*piftoler*, Fr.] To fhoot with a piftol.
PISTO'LE. *n. f.* [*piftole*, Fr.] A coin of many countries and many degrees of value.
I fhall difburden him of many hundred *piftoles*, to make him lighter for the journey.          *Dryden's Spanifh Fryar.*
PI'STOLET. *n f.* [diminutive of *piftol*.] A little piftol.
Thofe unlickt tear-whelps, unfil'd *piftolets*
That, more than cannon fhot, avails or lets.          *Donne.*
PI'STON. *n. f.* [*pifton*, Fr.] The moveable part in feveral machines ; as in pumps and fyringes, whereby the fuction or attraction is caufed ; an embolus.
PIT. *n. f.* [pyt, Saxon.]
1. A hole in the ground.
Tumble me into fome loathfome *pit*,
Where never man's eye may behold my body.          *Shakefp.*
Our enemies have beat us to the *pit* ;
It is more worthy to leap in ourfelves,
Than tarry 'till they pufh us.          *Shakefp. Julius Cæfar.*
*Pits* upon the fea-fhore turn into frefh water, by percolation of the falt through the fand ; but in fome places of Africa, the water in fuch *pits* will become brackifh again.          *Bacon.*
2. Abyfs ; profundity.
Get you gone,
And from the *pit* of Acheron
Meet me i' th' morning.          *Shakefp. Macbeth.*
Into what *pit* thou feeft
From what height fallen.          *Milton.*
3. The grave.
O Lord, think no fcorn of me, left I become like them that go down into the *pit*.          *Pfalm xxviii. 1.*
4. The area on which cocks fight ; whence the phrafe, to fly the *pit*.
Make him glad, at leaft, to quit
His victory, and fly the *pit*.          *Hudibras.*
They managed the difpute as fiercely, as two game-cocks in the *pit*.          *Locke on Education.*
5. The middle part of the theatre.
Let Cully, Cockwood, Fopling charm the *pit*,
And in their folly fhew the writer's wit.          *Dryden.*

6          *Now*

Generated on 2023-03-14 17:51 GMT / https://hdl.handle.net/2027/osu.32435030881106
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

TAB 3

# A COMPLETE

# DICTIONARY

## OF THE

# ENGLISH LANGUAGE,

Both with regard to SOUND and MEANING:

One main Object of which is, to establish a plain and permanent

## STANDARD of PRONUNCIATION.

### TO WHICH IS PREFIXED

# A PROSODIAL GRAMMAR.

### By THOMAS SHERIDAN, A.M.

QUO MINUS SUNT FERENDI QUI HANC ARTEM UT TENUEM AC JEJUNAM
CAVILLANTUR; QUÆ NISI ORATORI FUTURO FUNDAMENTA FIDELITER JE-
CERIT, QUICQUID SUPERSTRUXERIS, CORRUET. NECESSARIA PUERIS, JU-
CUNDA SENIBUS, DULCIS SECRETORUM COMES; ET QUÆ VEL SOLA, OMNI
STUDIORUM GENERE, PLUS HABET OPERIS, QUAM OSTENTATIONIS.

QUINCT. L. I. C. 4.

## THE FOURTH EDITION,
REVISED, CORRECTED, and ENLARGED.

### IN TWO VOLUMES.

### VOL. I.

## LONDON:

PRINTED FOR CHARLES DILLY;
E. LAW AND SON; W. RICHARDSON; J. SCATCHERD;
AND T. N. LONGMAN.
MDCCXCVII.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF CALIFORNIA

GUILTILY, gĭlt'-ĭ-lŷ. ad. Without innocence.

GUILTINESS, gĭlt'-ĭ-nĕs. f. The ftate of being guilty, confcioufnefs of crime.

GUILTLESS, gĭlt'-lĕs. a. Innocent, free from crime.

GUILTLESSLY, gĭlt'-lĕf-lŷ. ad. Without guilt, innocently.

GUILTLESSNESS, gĭlt'-lĕf-nĕs. f. Innocence, freedom from crime.

GUILTY, gĭlt'-tŷ. a. Juftly chargeable with a crime, not innocent; wicked, corrupt.

GUINEA, gĭu'-nŷ. f. A gold coin valued at one and twenty fhillings.

GUINEADROPPER, gĭn'-nŷ-drŏp-pŭr. f. One who cheats by dropping guineas.

GUINEAHEN, gĭn'-nŷ-hĕn. f. A fmall Indian hen.

GUINEAPEPPER, gĭn'-nŷ-pĕp-pŭr. f. A plant.

GUINEAPIG, gĭn'-nŷ-pĭg. f. A fmall animal with a pig's fnout.

GUISE, gĭ'ze. f. Manner, mien, habit; practice, cuftom, property; external appearance, drefs.

GUITAR, gĭt-tâ'r. f. A ftringed inftrument of mufick.

GULES, gû'lz. a. Red: a term ufed in heraldry.

GULF, gŭlf'. f. A bay, an opening into land; an abyfs, an unmeafureable depth; a whirlpool, a fucking eddy; any thing infatiable.

GULFY, gŭl'-fŷ. a. Full of gulfs or whirlpools.

To GULL, gŭl'. v. a. To trick, to cheat, to defraud.

GULL, gŭl'. f. A fea-bird: a cheat, a fraud, a trick; a ftupid animal, one eafily cheated.

GULLCATCHER, gŭl'-kâtfh-ŭr. f. A cheat.

GULLER, gŭl'-lŭr. f. A cheat, an impoftor.

GULLERY, gŭl'-lŭr-ŷ. f. Cheat, impofture.

GULLET, gŭl'-lĭt. f. The throat, the meatpipe.

To GULLY, gŭl'-lŷ. v. n. To run with noife.

GULLYHOLE, gŭl'-lŷ-hôle. f. The hole where the gutters empty themfelves in the fubterraneous fewer.

GULOSITY, gû-lôs'-ĭ-tŷ. f. Greedinefs, gluttony, voracity.

To GULP, gŭlp'. v. a. To fwallow eagerly, to fuck down without intermiffion.

GULP, gŭlp'. f. As much as can be fwallowed at once.

GUM, gŭm'. f. A vegetable fubftance differing from a refin, in being more vifcid, and diffolving in aqueous menftruums; the flefhy covering that contains the teeth.

To GUM, gŭm'. v. a. To clofe with gum; to fmear with gum.

GUMMINESS, gŭm'-mŷ-nĕs. f. The ftate of being gummy.

GUMMOSITY, gŭm-mŏs'-sĭ-tŷ. f. The nature of gum, gumminefs.

GUMMOUS, gŭm'-mŭs. a. Of the nature of gum.

GUMMY, gŭm'-mŷ. a. Confifting of gum, of the nature of gum; productive of gum; overgrown with gum.

GUN, gŭn'. f. The general name for fire-arms, the inftrument from which fhot is difcharged by fire.

GUNNEL, gŭn'-nĭll. f. Corrupted from GUNWALE.

GUNNER, gŭn'-nŭr. f. A cannonier, he whofe employment is to manage the artillery in a fhip.

GUNNERY, gŭn'-nŭr-ŷ. f. The fcience of artillery.

GUNPOWDER, gŭn'-pow-dŭr. f. The powder put into guns to be fired.

GUNSHOT, gŭn'-fhŏt. f. The reach or range of a gun.

GUNSHOT, gŭn'-fhŏt. a. Made by the fhot of a gun.

GUNSMITH, gŭn'-fmĭth. f. A man whofe trade is to make guns.

GUNSTICK, gŭn'-ftĭk. f. The rammer.

GUNSTOCK, gŭn'-ftôk. f. The wood to which the bartel of the gun is fixed.

GUNSTONE, gŭn'-ftône. f. The fhot of cannon.

GUNWALE or GUNNEL of a fhip, gŭn'-nĭll. f. That piece of timber which

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF CALIFORNIA

# A COMPLETE
# DICTIONARY

## OF THE

# ENGLISH LANGUAGE,

### Both with regard to SOUND and MEANING:

One main Object of which is, to establish a plain and permanent

## STANDARD of PRONUNCIATION.

#### TO WHICH IS PREFIXED

# A PROSODIAL GRAMMAR.

## By THOMAS SHERIDAN, A.M.

QUO MINUS SUNT FERENDI QUI HANC ARTEM UT TENUEM AC JEJUNAM
AVILLANTUR; QUÆ NISI ORATORI FUTURO FUNDAMENTA FIDELITER JE-
ERIT, QUICQUID SUPERSTRUXERIS, CORRUET. NECESSARIA PUERIS, JU-
UNDA SENIBUS, DULCIS SECRETORUM COMES; ET QUÆ VEL SOLA, OMNE
TUDIORUM GENERE, PLUS HABET OPERIS, QUAM OSTENTATIONIS.

QUINCT. L. I. C. 4.

## THE FOURTH EDITION,
### REVISED, CORRECTED, and ENLARGED.

#### IN TWO VOLUMES.
## VOL. II.

## LONDON:

PRINTED FOR CHARLES DILLY;
G. LAW AND SON; W. RICHARDSON; J. SCATCHERD;
AND T. N. LONGMAN.
MDCCXCVII.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF CALIFORNIA

-RMB-AMD   Document 119   Filed 03/27/23   Page 19

PISTILLATION, pis-til-lá'-shún. f. The act of pounding in a mortar.

PISTOL, pis'-tůl. f. A small hand gun.

To PISTOL, pis'-tůl. v. a. To shoot with a pistol.

PISTOLE, pis-tô'le. f. A coin of many countries and many degrees of value.

PISTOLET, pis'-tô-lét. f. A little pistol.

PISTON, pis'-tún. f. The moveable part in several machines, as in pumps and syringes, whereby the suction or attraction is caused; an embolus.

PIT, pit'. f. A hole in the ground; abyss, profundity; the grave; the area on which cocks fight; the middle part of the theatre; any hollow of the body, as the Pit of the stomach, the arm-Pit; a dint made by the finger.

To PIT, pit'. v. a. To sink in hollows; to set on an area to fight.

PITAPAT, pit-á-pát. f. A flutter, a palpitation; a light quick step.

PITCH, pitsh'. f. The resin of the pine extracted by fire and inspissated; any degree of elevation or height; state with respect to lowness or height; degree, rate.

To PITCH, pitsh', v. a. To fix, to plant; to order regularly; to throw headlong; to cast forward; to smear with Pitch; to darken.

To PITCH, pitsh'. v. n. To light, to drop; to fall headlong; to fix choice; to fix a tent or temporary habitation.

PITCHER, pitsh'-úr. f. An earthen vessel, a water pot; an instrument to pierce the ground in which any thing is to be fixed.

PITCHFORK, pish'-fárk. f. A fork used in husbandry.

PITCHINESS, pitsh'-y-nés. f. Blackness, darkness.

PITCHY, pitsh'-y. a. Smeared with pitch; having the qualities of pitch; black, dark, dismal.

PITCOAL, pit'-kôle. f. Fossile coal.

PITEOUS, pit'-yús. a. Sorrowful, mournful, exciting pity; compas-

sionate, tender; wretched, paltry, pitiful.

PITEOUSLY, pit'-yús-lý. ad. In a piteous manner.

PITEOUSNESS, pit'-yús-nés. f. Sorrowfulness, tenderness.

PITFALL, pit'-fál. f. A pit dug and covered, into which a passenger falls unexpectedly.

PITH, pith'. f. The marrow of the plant, the soft part in the midst of the wood; marrow; strength, force; energy, cogency, fulness of sentiment, closeness and vigour of thought and style; weight, moment, principal part; the quintessence, the chief part.

PITHILY, pith'-il-ý. ad. With strength, with cogency.

PITHINESS, pith'-y-nés. f. Energy, strength.

PITHLESS, pith'-lés. a. Wanting pith; wanting energy, wanting force.

PITHY, pith'-ý. a. Consisting of pith; strong, forcible, energetick.

PITIABLE, pit'-y-ábl. a. Deserving pity.

PITIFUL, pit'-ý-fúl. a. Melancholy, moving compassion; tender, compassionate; paltry, contemptible, despicable.

PITIFULLY, pit'-ý-fúl-lý. ad. Mournfully, in a manner that moves compassion; contemptibly, despicably.

PITIFULNESS, pit'-ý-fúl-nés. f. Tenderness, mercy, compassion; despicableness, contemptibleness.

PITILESLY, pit'-ý-lés-lý. ad. Without mercy.

PITILESNESS, pit'-ý-lés-nés. f. Unmercifulness.

PITILESS, pit'-ý-lés. a. Wanting pity, wanting compassion, merciless.

PITMAN, pit'-mán. f. He that in sawing timber works below in the pit.

PITSAW, pit'-sà. f. The large saw used by two men, of whom one is in the pit.

PITTANCE, pit'-téns. f. An allowance of meat in a monastery; a small portion.

PITUITE,

Generated on 2023-03-14 14:56 GMT / https://hdl.handle.net/2027/nc3.ark:/13960/t9h526673
Public Domain / http://www.hathitrust.org/access_use#pd

TAB 4

Case 1:22-cv-07464-RMB-AMD   Document 119   Filed 03/27/23   Page 21 of 34 PageID: 3820

# DICTIONARIUM BRITANNICUM:

Or a more COMPLEAT

## UNIVERSAL ETYMOLOGICAL

# ENGLISH DICTIONARY

Than any EXTANT.

CONTAINING

Not only the Words and their Explication; but their Etymologies from the *Antient British, Teutonick, Dutch Low* and *High, Old Saxon, German, Danish, Swedish, Norman* and *Modern French, Italian, Spanish, Latin, Greek, Hebrew,* &c. each in its proper Character.

ALSO

Explaining hard and technical Words, or Terms of Art, in all the *ARTS, SCIENCES,* and *MYSTERIES* following. Together with *ACCENTS* directing to their proper Pronuntiation, shewing both the *Orthography,* and *Orthoepia* of the *English Tongue,*

VIZ. IN

AGRICULTURE, ALGEBRA, ANATOMY, ARCHITECTURE, ARITHMETICK, ASTROLOGY, ASTRONOMY, BOTANICKS, CATOPTRICKS, CHYMISTRY, CHIROMANCY, CHIRURGERY, CONFECTIONARY, COOKERY, COSMOGRAPHY, DIALLING, DIOPTRICKS, ETHICKS, FISHING, FORTIFICATION, FOWLING, GARDENING, GAUGING, GEOGRAPHY, GEOMETRY, GRAMMAR, GUNNERY, HANDICRAFTS, HAWKING, HERALDRY, HORSEMANSHIP, HUNTING, HUSBANDRY, HYDRAULICKS, HYDROGRAPHY, HYDROSTATICKS, LAW, LOGICK, MARITIME *and* MILITARY AFFAIRS, MATHEMATICKS, MECHANICKS, MERCHANDIZE, METAPHYSICKS, METEOROLOGY, NAVIGATION, OPTICKS, OTACOUSTICKS, PAINTING, PERSPECTIVE, PHARMACY, PHILOSOPHY, PHYSICK, PHYSIOGNOMY, PYROTECHNY, RHETORICK, SCULPTURE, STATICKS, STATUARY, SURVEYING, THEOLOGY, *and* TRIGONOMETRY.

Illustrated with near Five Hundred CUTS, for Giving a clear Idea of those Figures, not so well apprehended by verbal Description.

LIKEWISE

A Collection and Explanation of *English* PROVERBS; also of WORDS and PHRASES us'd in our ancient Charters, Statutes, Writs, Old Records and Processes at Law.

ALSO

The Iconology, Mythology, Theogony, and Theology of the *Egyptians, Greeks, Romans,* &c. being an Account of their Deities, Solemnities, either Religious or Civil, their Divinations, Auguries, Oracles, Hieroglyphicks, and many other curious Matters, necessary to be understood, especially by the Readers of *English* POETRY.

To which is added,

A Collection of Proper Names of Persons and Places in *Great-Britain,* &c. with their Etymologies and Explications.

The Whole digested into an Alphabetical Order, not only for the Information of the Ignorant, but the Entertainment of the Curious; and also the Benefit of Artificers, Tradesmen, Young Students and Foreigners.

*A WORK useful for such as would* UNDERSTAND *what they* READ *and* HEAR, SPEAK *what they* MEAN, *and* WRITE *true* ENGLISH.

The SECOND EDITION with numerous ADDITIONS and IMPROVEMENTS.

By *N. BAILEY,* Φιλόλογ⊙.

Assisted in the Mathematical Part by *G. GORDON;* in the Botanical by *P. MILLER;* and in the Etymological, *&c.* by *T. LEDIARD,* Gent. Professor of the Modern Languages in *Lower Germany.*

LONDON:

Printed for **T. COX**, at the *Lamb* under the *Royal-Exchange.*

M,DCC,XXXVI.

Digitized by Google

## G U       G Y

Gum *Oppanax*, the Juice of the Herb or Root of *Panax Herculis.*

Gum *Sagapenum*, good for Pains in the Side.

Gum *Sarcocolla*, good for glewing Flesh together.

Gum *Tragacanth* [τράγος; and ἀκανθα, *Gr.*] *i. e.* Goat's Horn.

Gu'mmata [in *Medicine*] ſtrumous Tumours.

Gu'mmated [*gummatus*, L.] done over with Gum.

Gu'mminess [of *gummoſus*, L. *gommeux*, F. gummi, L. *gomme*, F.] gummy Nature or Quality.

Gu'mmose [*gummoſus*, L.] that hath much Gum.

Gummo'sity, gummy Quality.

Gu'mmy [*gummoſus*, L. *gommeux*, F.] full of Gum.

Gums [Ʒomaƿ, *Sax.*] the Fleſh that covers the Jaw-Bones, into which the Teeth are ſet.

Gun [*Somner* derives *Gun* of *Mangen*, a warlike Machine uſed before the Invention of Guns] a Fire-Arm or Weapon of ſeveral Sorts and Sizes.

Gun-Powder, a Compoſition of Salt-Petre, Sulphur, and Charcoal, mixed together, and uſually granulated, which eaſily takes Fire, and rarifies or expands with great Vehemence, by means of its Elaſtick Force.

Gun-Powder *Treaſon*, a Feſtival Day obſerved on the Fifth of *November*, in Commemoration of the happy Deliverance of King *James* I. and the Houſe of Lords and Commons, by the Diſcovery of the *Gun-Powder Plot.*

Gu'nnel [of a *Ship*] the Gun-Wale.

Gu'nnery, the Gunner's Art,

Gu'nster, Gunner, one who goes a ſhooting with a Gun or Fowling-Piece.

Gu'nter's *Line*, [ſo call'd of Mr. *Gunter*, formerly Geometry Profeſſor of *Greſham* College,] call'd alſo the Line of Numbers, is the Logarithms laid off upon ſtraight Lines ; the Uſe of which is for performing Arithmetical Operations, by means of a Pair of Compaſſes, or even without, by ſliding two of theſe Lines of Numbers by each other.

Gu'nter's *Quadrant*, a Quadrant of *Wood*, *Braſs*, &c. being partly of a Stereographical Projection upon the Plane of the Equinoctial, the Eye being in one of the Poles, where the Tropick, Ecliptick, and Horizon, are Arches of Circles ; but the Hour Circles are all Curves, drawn by means of the ſeveral Altitudes of the Sun, for ſome particular Latitude, every Day in the Year. The Uſe of it is to find the Hour of the Day, Sun's Azimuth, *&c.*

Gu'nter's *Scale*, that which Sailors commonly call the *Gunter*, is a large plain Scale, with the Lines of artificial Sines and Tangents upon it, laid off by ſtraight Lines, and ſo contriv'd to a Line of Numbers that is on it, that by the Help of this Scale, and a Pair of Compaſſes, all the Caſes of Trigonometry, both plain and ſpherical, may, to a tolerable Exactneſs, be ſolv'd, and of conſequence all Queſtions in *Navigation, Dialling,* &c. may be wrought by it.

Guns and Powder, were invented or found out by *Bartholdus Swartz*, a *Franciſcan Friar*, about the Year 1380. *temp.* K. *Richard* II. by his mixing Salt-Petre and ſome other Ingredients in a Mortar, on which he had placed a Stone ; and having Occaſion to light a Candle, in ſtriking Fire a Spark fell into the Mortar, and the Compoſition blew up with great Violence and Noiſe. This gave a Handle for the Invention of Guns ; and the firſt that uſed them were the *Venetians* againſt the Inhabitants of *Genoa*.

*Gun-Powder* was had from foreign Parts, and at dear Rates, till Queen *Elizabeth* order'd it to be made in *England.*

Gu'nwale [of a *Ship*] is that Piece of Timber, which on either Side reaches from the Half-Deck to the Fore-Caſtle ; alſo the lower Part of the Port, where any Ordnance are.

Gurge [*gurges*, L.] a Whirl-Pool.

Gu'rgians a Sort of coarſe Meal.

Gu'rgeon ⎫ the Chaff of Wheat or Barley.
Gu'rgins ⎭

Gurgling [of *Gurgulio*, L.] making a Noiſe, as Water pouring out of a Bottle, or in ſwallowing a Liquid.

Gurgy'pting [with *Falcon.*] a Term uſed when a Hawk is ſtiff-neck'd and cloak'd.

Gurgu'lio [with *Anat.*] the Cover of the Wind-pipe ; the ſame as *Cion* and *Epiglottis.*

Gu'rnard, a Fiſh.

To Gush [of Ʒecƿan, *Sax.* goſſetten, *Du.*] to pour or run out ſuddenly, and with Force.

Gu'shing [of Ʒcoƿung, *Sax.*] pouring or running out ſuddenly, and with Force.

Gu'sset [*gouſſet*, F.] a triangular, ſmall Piece of Cloth, uſed in Shirts, Smocks, *&c.*

Gusset [in *Heraldry*] is formed by a Line drawn either from the Dexter or Siniſter Chief Points, and falling perpendicularly down to the extreme Baſe, as in the Eſcutcheon : Or thus, it proceeds from the Dexter or Siniſter Angle of the Chief, deſcending diagonally to the Chief Point, and from thence another Line falls perpendicularly upon the Baſe.

Mr. *Guillim* calls it one of the whimſical Abatements of Honour, for a Perſon who is either Laſcivious, Effeminate, or a Sot, or all of them.

Gust [Ʒᴉƿc, *Sax.*] a ſudden Puff or Blaſt of Wind.

Gust [*guſtus*, L. *goute*, F. *Guſto*, Ital.] the Taſte.

Gust [*old Writ.*] a Stranger or Gueſt who lodges with a Perſon the ſecond Night.

Gu'stable [*guſtoſa*, Ital. *guſtabilis*, L.] that may be taſted ; agreeable to the Taſte.

Gu'sto, a Reliſh, Savour, or Taſte, *Ital.*

Guts [prob. of kutteln, or, according to *Caſaubon*, of τύγλα, *Gr.*] a Canal or Pipe in the Abdomen, through which the Food paſſes to the Colon.

To Gut, to take out the Guts, to empty.

Gu'tling [of *Guts*] ſtuffing the Guts, eating much or often.

Gu'tta, a Drop of any Liquor.

Gutta *Gamandra*, a kind of Gum or hardened Juice brought from the *Eaſt-Indies*, L.

Gutta *Roſacea* [with *Phyſicians*] a Redneſs with Pimples in the Noſe, Cheeks, or over the whole Face, as if they were ſprinkled with Roſe-coloured Drops.

Gutta *Serena* [with *Oculiſts*] a Diſeaſe in the Eye, conſiſting in an entire Prevention of Sight, without any apparent Defect of the Eyes ; excepting that the Pupil ſeems ſomething larger and blacker than before.

Gu'ttal *Cartilage* [with *Anatomiſts*] is that which includes the third and fourth Griſtle of the Larynx.

Gu'ttated [*guttatus*, L.] ſpotted with Spots or Speckles like Drops.

Gu'ttæ, Drops.

Gu'tte [in *Architecture*] are certain Parts in Figure like little Bells, in Number ſix, placed below the Triglyphs in an Architrave, of the Dorick Order. They are ſo called of *Gutta*, a Drop, from their Shape, reſembling the Drops of Water that have run along the Triglyph, and ſtill hang under the Cloſure betwixt the Pillars.

Gutte *de l' Eau*, a Drop of Water, *F.*

Gutte *de l' Eau* [in *Heral.*] are painted Argent or White, *F.*

Gutte *de Larmes* [in *Heraldry*] is where Drops of Tears are repreſented in a Coat of Arms of a blue Colour, *F.*

Gutte *de Sang* [in *Heraldry*] Drops of Blood, *F.*

Gutte *de l' Or*, [in *Heraldry*] Drops of melted Gold, borne in a Coat of Arms of *Or*, or of Gold-colour.

Gu'tter [*goutiere*, F.] a Canal or Spout for carrying off Water.

Gutter *Tile*, a three cornered Tile laid in Gutters.

To Gutter, to ſweal or run as a Candle.

Gu'ttera [*old Rec.*] a Gutter or Spout to convey Water from Leads or Roofs of Buildings.

To Gu'ttle [of *gut*, F.] to eat much.

Gu'ttose [*guttoſus*, L.] full of Drops.

Gu'ttural [*gutturalis*, L.] of or pertaining to the Throat.

Guttural *Letters*, ſuch as are pronounced in the Throat.

Gu'tturalness [of *guttur*, L. the Throat] the being pronounced in the Throat ; ſpoken of Letters.

Gu'tturis *Os* [*Anatomy*] the ſame that is call'd *Hyoides Os*, L.

Gu'ttus [with *Antiquaries*] a Sort of Vaſe uſed in the *Romans* Sacrifices, to take Wine and ſprinkle it *Guttatim*, i. e. Drop by Drop upon the Victim, *L.*

Gu'tty [in *Heraldry*] ſignifies Drops ; and they being repreſented in Coat Armour of ſeveral Colours, the Colour ſhould be mentioned in Blazon.

Gu't-wort, an Herb.

Guve *de ronde* [in *Fortific.*] is the ſame as *ſingle Tenaille.*

Guy *Rope* [in a *Ship*] a Rope made faſt to the Fore-Maſt at one End, and is received through a ſingle Block ſiezed to the Pennant of the winding Tackle, and then again reev'd through another, ſeiz'd to the Fore-Maſt. The Uſe of which is to haſe forward the Pennant of the winding Tackle.

Gu'zes [in *Heraldry*] with the *Engliſh*, are Roundles of a ſanguine or murrey Colour ; but the *French* call them *Torteaux. Guzes* being of a bloody Hue, are ſuppos'd by ſome to repreſent Wounds.

To Gu'zzle, to drink greedily or much ; to Tipple.

Gwabr *Merched* [among the *Welch*] a Payment or Fine to the Lords of ſome Manors upon the Marriage of the Tenants Daughters, or upon the committing the Act of Incontinency.

Gwa'lstow [of Ʒᴩal, a Gallows, and ƿᴛoƿ, *Sax.* a Place] a Place for the Execution of Malefactors.

Gwayf, Goods that Felons, when purſued, threw down and left in the High-Way, which were forfeited to the King or Lord of the Manor, unleſs lawfully claimed by the right Owner within a Year and a Day.

To Gybe, to joke upon, banter, jeer, flout, *&c.*

Gylt wite. See *Gultwit.*

Gylt-wite [Ʒylᴅ-pᴉƿe, *Sax.*] a Satisfaction or Amends for a Treſpaſs.

4 L      Gym-

Digitized by Google

# P I

meaning is; that it is a folly to ftrive againft impoffibilities; by ftriving againft the ftream, a man but only wearies himfelf: but loofes ground too. See *To kick againft the Pricks*.

**Pista'chio** [*piſtacia*, L. *piſtacbe*, F. *piſtacchia*, It.] a nut growing in Egypt, &c. of an aromatick fcent.

**Pi'ste** [in the *Manage*] the track or tread which a horfe makes upon the ground.

**Pisti'llum**, a peftle of a mortar, *L*

**Pisti'llum** [with *Botanifts*] a piftil, that part of fome plants, which in fhape refembles a peftle.

**Pi'stol** [*piſtolet*, F. *piſtola*, It. and Port. *piſtelete*, Sp.] a fhort fmall gun, or fire-arms, born on the faddle-bow, the girdle, or in the pocket.

**Pisto'le** [*piſtole*, F *piſtola*, Ital. a *French* or *Spaniſh* coin, in value about 17 *s*.

**Pisiolochi'a** [*πιϛολοχία*, Gr.] a kind of hart-wort.

**Pi'ston**, a part or member in feveral machines, as, pumps, fyringes &c.

**Pit** [*pit*, *Sax.*] a hole in the earth.

**Pit-a pat**, a beating or throbbing like the heart.

*To Pit*, to fink in holes, as in the fmall pox.

**Pit**, a hole in which the *Sots* ufed to drown women thieves; hence the phrafe. *condemn'd to the Pit*, is the fame as with us, to fay *condemn'd to the Gallows*.

*The Pit* [or *parterre*] of the play houfe.

*The Pit* [or hollow] of the ftomach.

**Pi'tance** [*pitancia*, L.] a little repaft or refection of fifh or flefh more than the common allowance.

**Pitanciarius** [in the ancient *Monafteries*] an officer who provided and diftributed the pitances of meat and herbs amongft the monks.

**Pitch** [pic, *Sax.* ppʒ, *C. Br.* prɛk,. *Du.* and L. G. ptɛh, H. G. *poix*, F. *pece* It. *pez*, Sp. *pix*, L.] an oily, bituminous, black fubftance; as it diftills from the wood, it is called *Barras*. This makes two forts, the fineft and cleareft being called *Galipot*, and the coarfer *Marbled Barras*.

*The common* Pitch, is the liquid *Galipot*, reduced into the form and confiftency we fee it, by mixing it with tar while hot.

*Naval* Pitch, is that which is drawn from old pines, rang'd and burnt like charcoal, and ufed in pitching of veffels.

*The Pitch or Gate.*

*The higheft* Pitch [or *Top*] of any thing.

*To Pitch* upon, or choofe a thing.

*To Pitch* [*applier*, Ital.] to fix in the ground; to fall or light upon.

*To Pitch*, to do over with pitch.

*To Pitch* upon or choofe a thing.

*A* Pitch, an iron bar with a picked end, a crow.

**Pitch** [with *Architects*] the angle to which a gable-end, and of confequence the whole roof of a building is fet.

*To Pitch* upon, to choofe.

*To Pitch* [in *Sea Language*] a term ufed of a fhip when fhe fails with her head too much into the fea, or bears againft it fo, as to endanger her top-mafts, then the failors fay, *She will pitch her Maft by the Board*.

**Pit-fall** [of pit and peallan, *Sax*, to fall] a trap for birds.

**Pitcher** [*picher*, O. F.] an earthen drink pot with a handle.

**Pitcher Bawd** [*with the Canting Crew*] the poor hack who runs of errands, to fetch wenches or liquor.

**The Pitcher** goes fo often to the well, that it comes broken home at laſt.

It. *Tanto vala fecchia al pozzo, che vi laſcia il manico.*

L. *Quem ſæpe caſus tranſit, aliquande invenit.* F. *Tant ſouvent va le pot à l'eau, quel' anſe y demeure.*

**Pitch-fork** [pɪʒ foɪ ᴋ, *C. Br.*] an inftrument ufed in hufbandry.

**Pitchiness** [of *piceus*, L. and *neſs*] pitchy quality, or condition.

**Pitching Pence**, a duty paid for fetting down every fack of corn, or of other merchandizes, in a fair or market.

**Pi'tchy** [*piceus*, of *pix* L.] dawbed with pitch, &c

**Pi'teous** [*pitjeux* F.] deferving pity. alfo poor, mean, forry.

**Pi'teously** [*pitoyablement*, F.] after a piteous manner.

**Piteousness** [ *piteux*, F. and *neſs*] forrinefs, meannefs.

**Pith** [pɪðɑ, *Sax.*] the marrow of an animal.

**Pythias** ⎰ [ with *Meteorologiſts*] the name of a comet. or

**Pithi'tes** ⎱ rather meteor, of the form of a tub; of which there are divers kinds, *viz.* fome of an oval figure, others like a tun or barrel fet perpendicular and fome like one inclined or cut fhort; others having a hairy train or bufh, &c.

**Pi'thy** full of pith or marrow, fubftantial full of good matter.

**Pithily**, ftrongly, vigoroufly, with an energy.

**Pithless**, dry, faint, infipid, having no pith.

**Pithy**, ftrong, forcible, energetical.

**Pi'thiness**, fulnefs of pith; alfo fubftantialnefs, fulnefs of good matter.

**Pi'tiable** [*pitoyable*, F.] to be pitied.

**Pi'tiful** [of *pitie*, F. and *full*] inclined to pity, tender-

# P L

hearted, compaffionate, merciful; alfo that deferves pity, woful; alfo forry, mean.

**Pi'tifully** [*pitoyablement*. F ] mournfully ; meanly, &c.

**Pi'tifulness** [of *pitie*, F. and *fulneſs*] propenfenefs to pity; alfo meannefs.

**Pitiless** [of *pitie*, F. and *leſs*] unmerciful.

**Pitta'cium** [*πιττάκιον* Gr.] a fmall cloth fpread with falve. to be laid on a part affected.

**Pi'ttance** [*pietanea*, It.] properly a fmall portion of victual allow'd to monks or others for a meal; fhort commons ; alfo a fmall part of any thing.

**Pitu'ita**, phlegm or rheum, fnivel, fnot. I. one of the four humours in the body of animals, on which their temperament is fuppos'd to depend. It is the moft vifcid and glutinous part of the blood, feparated in the largeft glands, where the contorfions of the arteries are largeft, and give the greater retardation to the velocity as in the glands about the mouth and heart.

**Pitula'ria** [with *Botaniſts*] the herb flaves acre, *L*.

**Pitu'itary Gland** [*Anat.*] a gland in the brain, of the fize of a large pea, in the *Sella* of the *Os Sphænoides*.

**Pitu'itous** [*pituitoſo*, It. of *pituitoſus*. L ] full of phlegm.

**Pitu'itousness** [of *pituitous*, F *pituitoſus*, L. and *neſs*] phlegmaticknefs.

**Pi'ty** [*pitie*, F. pietà, It. *piedad*, Sp.] compaffion, concern. *To Pity*, to take pity, or have compaffion of.

**It is better to be envied than Pitied.**

F. *Il vaut mieux faire envie que pitié. It. E meglio far invidia che compaſſione.*

**Pi'ty** [*an Allegorical Deity with the Heathens*] was by them reprefented in the form of a beautiful nymph of a fair complexion crown'd with olives ftretching out her left arm, as being neareft her heart, to relieve an object of compaſſion lying at her feet. In her right hand a twig of cedar, and ftanding by her a crow.

**Pityri'asis** [*πιτυρίασις*, Gr.] the falling of dandriff, or fcurf from the head.

**Pityro'ides** [*πιτυροείδης*, Gr.] a kind of fettlement in urine like bran.

**Piva**, a hautboy, *Ital*.

**Pi'vot**, a foot or fhoe of iron, &c. ufually made in a conical form, or terminating in a point, whereby a body intended to turn round, bears on another fixed at reft, and performs its circumvolutions, *F*.

**Piu** [in *Muſick Books*] a little more, it increafes the ftrength of the fignification of the word to which it is joined with, *Ital*

**Piu Piano** [in *Muſical Books*] fignifies, play a little more gay and brisk, th n *Allegro* it felf requires.

**Piu Presto** [*Muſick Books*] i. e. play quicker than *Preſto* it felf requires, *Ital*.

**Pizzle** [prob. of *pis* q. *piſe* or of *piſs*, *Du.* a nerve, whence *piſalɪɪ*, *Du.* a *pizzlei* unlefs you had rather fr m *pɪʃ'n* H. G a fcourge, for which bulls pizzles were ufed] the griftly part of the *Penis* of an animal.

**Pla'cable** [Sp. *Placabile*, It. of *placabilis*, L.] eafinefs of being pacified or appeafed.

**Placabi'lity** ⎰ [of *placabilis*, L. and *neſs*] eafinefs to be **Pla'cableness** ⎱ appeafed.

**Pla'card** ⎰ [platkartt, *Du.* *pla art*, F. *placardo*, It.] a leaf **Placa'rt** ⎱ or fheet of paper ftretch'd, or apply'd upon a wall or poft. in *Holland*, it is an edict or proclamation; alfo it is ufed for a writing of fafe conduct : In *France*, it is a table wherein laws, orders, &c are written and hung up  In *France* the fore part of a woman's petticoat.

**Placard** [in *Architecture*] the decoration of the door of an apartment ; confifting of a chambranle crowned with its frize or gorge, and its corniche fometimes fupported with confoles.

**Placard** [in our *old Cuſtoms*] a licence whereby a perfon is permitted to fhoot a gun, or to ufe unlawful games.

**Place** [plæc or place, *Sax.* plactɛ, *Du.* O. and L. G. platʒ, H. G. *place*, F of *plàza*, Sp. *platea*, L. of *πλατεῖα*, Gr.] fpace or room, in which any thing is; alfo an office or employment; a paffage of a book; a town or holds alfo rank.

**Place** [in *Optick*] is the point to which the eye refers an object.

**Place** [with *Naturaliſts*] is fometimes taken for that portion of infinite fpace which is poffeffed by and comprehended within the material world. and which is thereby diftinguifhed from the reft of the expanfion.

**Place of Radiation** [in *Optick*] is the interval, or fpace of the medium, or tranfparent body, thro' which any vifible object radiates.

**Place** [with *Philoſophers*] that part of immoveable fpace which any body poffeffes.

*Abſolute* **Place** [with *Philoſophers*] is that part of infinite and immoveable fpace which a body poffeffes; called alfo *primary* Place.

*Relative* **Place** [with *Phiſof*.] is the fpace it poffeffes with regard to other adjacent objects, called alfo *ſecundary* Place.

**Place** *Geometrick*, is a certain extent wherein each point may

Digitized by Google

TAB 5



**RUTGERS** University Libraries

**RUcore: Rutgers University Community Repository**

# S. Colt revolving gun, patented Feb. 25, 1836



PDF

PDF-1  (62.70 MB)

Citation & Export

View Usage Statistics

Staff View

## Citation & Export                                    Hide

### Simple citation

**S. Colt revolving gun, patented Feb. 25, 1836.** Retrieved from https://doi.org/doi:10.7282/T3SN076C

### Export

- EndNote Desktop Client
- EndNoteWeb
- RefWorks
- RIS File Download

## Statistics                                           Hide

## Description

**Title**  S. Colt revolving gun, patented Feb. 25, 1836

**Name**  Patent Arms Manufacturing Company; Americana Archives Publishing

**Date Created**  1836

**Date Issued**

**Subject**  Colt revolver, Revolvers--Patents

**Extent**  1 page(s)

**Description**  A digital facsimile from the book Ten Great American Inventions of the original 1836 plan or diagram for the patent application for the first Colt revolver. "The Colt legend dates to 1836, when the United States Government issued Sam Colt a patent for the world's first commercially viable revolving cylinder firearm." (Colt Website, http://www.colt.com    ) The patent was issued to Samuel Colt's first corporation, the Patent Arms Manufacturing Company, Paterson, New Jersey, which was founded in 1836 and failed in 1842.

**Genre**  diagrams, drawings

**Persistent URL**  https://doi.org/doi:10.7282/T3SN076C

**Data Life Cycle Event(s)**
Type: Version creation
Label: Digital Source
Detail: The digital source file for this work is available in the New Jersey State Publications Digital Library, Digital Jerseyana Collection.
Collector: New Jersey State Library Information Center
Reference: http://hdl.handle.net/10929/32201

**Collection**  New Jersey State Library

**Organization Name**  New Jersey State Library

**Rights**  This resource may be copyright protected. You may make use of this resource, with proper attribution, for educational and other non-commercial uses only. Contact the contributing organization to obtain permission for reproduction, publication, and commercial use.

S. COLT.

Revolving Gun.

Patented Feb. 25, 1836.



TAB 6

A



CYCLOPÆDIA OF COSTUME

OR

*DICTIONARY of DRESS,*

Including Notices of Contemporaneous Fashions on the Continent;

AND

*A General Chronological History of the Costumes of the principal Countries
of Europe, from the Commencement of the Christian Era
to the Accession of George the Third.*

By JAMES ROBINSON PLANCHÉ, ESQ.,

*SOMERSET HERALD.*



*IN TWO VOLUMES.*

VOL. I.—THE DICTIONARY.

London:

CHATTO AND WINDUS, PICCADILLY.

1876.

[*All Rights reserved.*]



having given their name to the guisarme as the Normans had previously given theirs of guisarme to the Saxon byl.

In the time of Charles VII. of France, it would appear that soldiers armed with voulges were called in that country "guisarmiers." (See VOULGE.) M. Viollet-le-Duc observes that the goad with which oxen are driven is called a *gise;* and though he makes no comment on the fact, it certainly offers us a new and more direct derivation than any yet suggested. The drover would be as likely to come armed with his goad as the thresher with his flail, the mower with his scythe, the haymaker with his fork, or the woodman with his bill-hook, and thus the *gise*-arm would be added to the other military weapons constructed from the peaceful implements of the field and the farm-yard. The absence of a representation of anything resembling the weapon now generally known as the guisarme, either in the Bayeux Tapestry or in any illuminations of the eleventh and twelfth centuries, is a fact however which calls for more consideration than has hitherto been bestowed on it. M. Demmin, who classes the "guisarme" with the scythe weapons, the glaive and the bill, suggests that its name was derived from the followers of the House of Guise, who were called *Guisards,* apparently unaware or forgetful that it occurs in the writings of Wace and Guiart, and several of the most early Anglo-Norman romances. Our example is from one in the Meyrick Collection. There are several in the Tower; but the exact date of any specimen is not ascertainable, as they were used to the end of the fifteenth century. Olivier de la Marche, a chronicler born in 1425, speaks of the great antiquity of the guisarme, and defines it as a combination of a dagger and a battle-axe.

*GUN.* Fortunately there is no occasion for me to plunge into the apparently interminable controversy respecting the introduction of cannon. I have to speak only of hand fire-arms, which were a later invention, and can be more easily traced to their origin: "An Italian writer, coeval with the discovery, having fortunately preserved a very minute detail of the fact." (Meyrick.)

Billius, or Billi, a learned Milanese nobleman, acquaints us that they were first employed at the siege of Lucca in the year 1430. He tells us that the Florentines were provided with artillery which, by the force of gunpowder, discharged large stones; but the Lucquese, perceiving they did very little execution, came at last to despise them, and every day renewed their sallies, to the great slaughter of their enemies, by the help of small fire-arms, to which the Florentines were strangers, and which before this period were unknown in Italy. Still more distinctly he says: "*They invented a new kind of weapon.* In their hands they held a sort of club, about a cubit and a half in length, to which was affixed an iron tube, which, being filled with sulphur and nitre, by the force of fire emitted iron bullets. The blow, if it hit, was certain destruction; neither armour nor shields were sufficient protection, for often men two or three deep, if fired upon, would be transpierced by a single bullet."

Juvenal des Ursins, however, mentions "canons à main" as being used at the siege of Arras, as early as 1414. Meyrick observes upon this, that Juvenal wrote between 1438 and 1468, and considers the minute description of a contemporary author more entitled to credit. Nevertheless, the late Emperor of the French has appended to the first volume of his 'Études sur l'Artillerie' an inventory of stores at Paris, in 1428, wherein are mentioned "xvii. canons à main dont les deux sont de cuivre et les xv. de fer sans chambre,"—this being two years earlier than the siege of Lucca. It is just possible, however, that the *invention* of the Lucquese might be the fixing of the iron tube on a stock, which was the first improvement of the hand-cannon, as it originally had no such convenient adjunct, and would have become too hot to hold after a few discharges. At all events, no mention of the hand-cannon has been found, as yet, earlier than the fifteenth century, towards the middle of which it was in use throughout Europe, and known in England as the hand-gun.

In one of the 'Paston Letters,' written from Norfolk *circa* 1459, it is said, "They have made wickets on every quarter of the house to shoot out of, both with bows and with hand-guns; and the holes that be made for hand-guns, they be scarce knee high from the plancher."

In a MS. Brit. Mus., marked Royal, 15 E 4, there is the figure of a soldier firing a hand-gun of the earliest form, although the book is dedicated to Edward V., and must therefore have been com-



pleted in 1485. It is without a stock, and is fired by a match applied to the touch-hole, which is on the top of the piece. This was the sort of hand-gun in use during the first half of the fifteenth century. The first improvement appears to have been made in the reign of Henry VI., when the touch-hole was placed at the side, and beneath it a pan for holding priming powder. A hand-gun of this description, united with a battle-axe, all of iron, was in the Meyrick Collection, and is here copied from the engraving in Skelton, plate cxiv.



Hand-gun and Battle-axe.





Pan of the above.

Hand-gun. Royal MS. 15 E 4.

The next improvement was the addition, already mentioned, of the wooden stock, which, if the Milanese nobleman is to be believed, was used in 1430 at Lucca.

Two examples of the reign of Edward IV. are here appended from MSS., the first written *circa* 1470, and the other in 1473.



Hand-gun, 1468. Burney MSS. No. 169.



Hand-gun with stock. Royal MS., 18 E 5.

The third improvement consisted in adding a cover to the pan, to prevent the powder being blown away by the wind. A hand-gun of brass, in a painted wooden stock, with the arms of Austria

2 H

Hosted by Google

on it, showing its German origin, was in the armoury at Goodrich Court, and, in addition to the cover of the pan, was provided with a perforated piece of brass near the breech, through which to look at the sight on the muzzle, so that the eye might not be diverted whilst the match was applied to the powder; a sliding cap in the butt also covered a recess to hold bullets. The date of the gun was about 1480. I append an engraving of it from Skelton.



Hand-gun of brass. *Circa* 1480.

The match-lock, invented towards the end of the century, having been suggested, it is said, by the trigger of the cross-bow, acquired for the hand-gun the name of arcabouza or arquebus, "a bow with a mouth," corrupted into harquebus (which see); and the word "gun," though still retained in the language, was thenceforth used in a general sense only; the constant improvements in hand-fire-arms during the sixteenth and seventeenth centuries giving rise to various other names, viz. caliver, carbine, dragon, esclopette, fusil, fowling-piece, musquet, rifle, snaphaunce, dag, pistol, and petronel. Descriptions of these will be found under their separate heads, or incidentally in the notices of the match-lock, wheel-lock, or other features by which they were distinguished. I shall, therefore, only give here two examples of guns of the seventeenth century, which most nearly approach those within the memory of this generation.

The first is a flint-lock, self-loading gun of the time of Charles I., and akin to the modern revolver, having a cylinder containing eight charges, movable by lifting up a little spring on the top of



Flint-lock Gun. *Temp.* Charles I.

the barrel, by which means a fresh touch-hole is brought under the hammer on removing its sliding cover. Seven out of the eight recesses in the cylinder always appear in sight just where it unites with the barrel, and, as the charges are previously put into these, a ramrod becomes unnecessary.

The next is a flint-lock, self-loading and priming gun of the time of Cromwell. There are two perforations in the butt, covered by a plate, which is represented lifted up in our woodcut. The upper



Flint-lock, self-loading and priming Gun. *Temp.* Cromwell.

one contains a pipe, into which was placed the fine powder for priming, which then ran down into a touch-box affixed to the side of the pan. The lower answered the purpose of a flask, to hold the coarse powder for charging. This gun has also a cylinder at the bottom of the barrel, placed with



Hosted by Google

Case 1:22-cv-07464-RMB-AMD   Document 119   Filed 03/27/23   Page 32 of 34 PageID: 3831

its axis at right angles to it.   In this cylinder is a recess, in which a bullet may be inserted, and by turning a lever this is brought into its proper place, a sufficient portion of charge and priming obtained, the pan shut, and the gun cocked ready for firing.   Another, with revolving barrel and loaded at the breech, of the time of Charles II., was in the same collection.

Here, therefore, we have a breech-loader and a revolver; and the percussion gun is really the only important addition to fire-arms which the present century has to boast of.

*GUSSET.* (*Gousset*, French.) A piece of chain mail cut almost of a triangular or lozenge shape, which was fixed to the *haustement* or garment under the armour by means of arming points. There were commonly eight required for a suit—two to protect the arm-pits, two in the joints of the elbows, two in the joints of the knees, and two upon the insteps.  (Meyrick.)  The small plates of various shapes worn at the junction of the arms for the same purpose are called gussets by Mr. Hewitt, and pallets by Sir S. Meyrick.   In the romance of 'Morte d'Arthure' the word is spelt *gowces ;*

> "Umbegrippys a spere and to a gome [*i.e.* man] rynnys
> That bare of gowles fulle gaye with gowces of silvere."
> MS. Lincoln, f. 42, apud Halliwell *in voce.*

To me, however, the line appears to have an heraldic signification, and seems to imply that the man bore for his arms, gules charged with gowces (? *gouts*) of silver, or, as heralds would say, "guttée argent."   Cotgrave has "Gousset, a gusset.   The piece of armour or of a shirt whereby the armhole is covered."



Hosted by Google





*AG, DAGG, TACK.* A pistol so called, varying only from the ordinary firearm·in the shape of the·butt end, that of the latter terminating in a knob like the pommel of a sword-hilt, while the dag had a butt like that of a musquet. Such distinction is, however, unnoticed by Mr. Hewitt and M. Demmin, the latter not even naming the dag ; and Sir Samuel Meyrick, to whom it is due, does not quote any authority for his opinion, which may possibly have been founded simply on his own observation, not to be lightly disregarded.

The earliest mention I have found of it is in an inventory, taken in 1547, of stores in the different arsenals in England, wherein are the following curious entries:—"One dagge with two pieces in one stock. Two *tackes after the fashion of a dagger*, with *fier locks*, varnished, with redde stocks, shethes covered with black vellet (velvet), garnished with silver and guilt, with powder flaskes and touch boxes of black vellet, garnished with iron guilt. Two tackes *hafted like a knyff*, with *fier locks* and doble locks."



Wheel-lock Dag.  *Temp.* Edward VI.  Meyrick Collection.

That it was only another name for a pistol, howsoever derived, is evident from the many passages in old plays and entries in inventories in which it appears. In the Instructions of the Privy Council to the citizens of Norwich in 1584, it is suggested that the light horseman shall be furnished with " a case of pistols," which is subsequently called " a case of daggs." ('Norfolk Archæology,' vol. i.) In an inventory of the date of 1603 is an entry of "two little pocket dagges." (Gage's 'Antiquities of Hengrave,' p. 30.) The following quotations from old plays and works of the seventeenth century have been collected by Mr. Fairholt.

In the 'Spanish Tragedy,' 1603, one of the characters about to slay another "shoots the dag," and the watch enter, exclaiming, " Hark, gentlemen ! This is a pistol shot ! "

> " He would show me how to hold the dagge,
> To draw the cock, to charge and set the flint."
> *Jack Drum's Entertainment*, 1616.

> " My dagge was levelled at his heart."
> *Arden of Faversham.*

" The Prince yet always bare himself so wisely that he could not without some stir be thrust down openly ; and riding on his journey, he was once shot with a dagge secretly." (Ascham's Works, by Bennet, p. 21.)

To these may be added one from ' Love's Cure, or the Martial Maid :'

> "What do you call this gun?—a dag?
> CLARA. I'll give thee a French petronel."—Act ii. sc. 2.

Y



The Scotch called it a *tack*.   The stocks of the Highland tacks were generally of iron or brass, sometimes inlaid with silver.   In the Meyrick Collection there was a brace of Highland tacks, dated 1626, with slender barrels, which, as well as the stocks, were wholly of brass.   (Skelton's engraved specimens.)   The subjoined examples are also copied from Skelton, the first two being wheel-lock dags of the time of Elizabeth, and the third a Highland firelock tack of the time of George II., the stock of iron inlaid with silver.   The little knob between the scroll ends of the butt is the head of a picker which screws into it.



1, 2. Wheel-lock Dags.   *Temp.* Elizabeth.
3. Highland Firelock Tack.   *Temp.* George II.

Sir Samuel Meyrick remarks on this subject : "Strange as it may seem that the word 'dag' should signify a firearm and not a dagger, like the French *dague*, yet in the Italian language *pistolese* implies a great dagger or wood-knife.   See Florio, 1st and 2nd edition."   ('Critical Inquiry into Antient Armour,' vol. iii. p. 6, note) ; and therein we undoubtedly find " Pistola, a dag or pistol ;" "Pistolese, a great dagger, a wood-knife."   The fact is pregnant with interest to the etymologist as well as to the antiquary, taken in conjunction also with the entries in the inventory of 1547, " Two tacks after the fashion of a dagger," and "Two tacks hafted like a knife," which increase the complication. (See PISTOL.)   Other derivations are suggested from the Hebrew *douack* (*acuere*), and from *dacia*, the latter extremely curious and well deserving attention.

*DAGGER.*   (*Dague,* French ; *daga,* Italian and Spanish ; *duger* or *dage,* Teuton ; *dagh,* Welsh ; *dolch,* German.)   M. Demmin derives this word from the Celtic *dag*, a point.   ('Weapons of War.') The dagger is one of the earliest of all offensive weapons, by whatever name it might be known. Examples have been found of the flint and the bronze period.   The parazonium of the Greeks and Romans ; the sica or hand-seax of the Anglo-Saxons ; the scramasax of the Germans ; the skeine of the ancient Irish ; the bidag or dirk of the Scotch Highlanders ; the dague, poignard, or miséricorde of the French ; the stiletto of the Italians—are all varieties of the same arm ; the war-knife or coutel of the common soldiery being the immediate predecessor of the dagger in England, or rather one and the same weapon under another name.   Thus we find in a statute of William, King of Scotland (*circa* 1180), " Habeat equum, habergeon, capitium et ferro et *cultellum qui dicitur dagger ;*" and Thomas Walsingham, a historian of the fifteenth century, says (page 254), " Mox extracto *cultello quem dagger .vulgo dicitur,*" showing that, as late even as his day, the coutel and the dagger were identical.   Henry Knighton also, commenting on the appearance of ladies at a tournament in very masculine attire, tells us they wore " *cultellos quos daggerios vulgariter dicunt,* in pouchiis desuper impositis." (' De eventibus Angliæ,' *sub anno* 1348.)   Ducange (*in voce* DAGGER), quoting from an ancient Latin Chronicle, shows that it was considered identical with the sica : " Habens sicam vel daggam ut latus."   "Dague de Praguerie" occurs in a French work also quoted by the same author ; but whether of Prague manufacture, or of a peculiar form, does not appear.   It is in the fourteenth century that the dagger is first seen as a constant appendage to the belt of the knight, or the girdles of the civilians, the latter of whom generally wore it stuck in their purses or pouches—"in pouchiis impositis," as described by Knighton.   Illustrations of this fashion are numerous in miniatures of the fifteenth century (see


Hosted by Google