UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>WILLIAM REYNOLDS, *et al.*<br><br>*Defendants*<br>------------------------------------------------<br><br>AARON SIEGEL, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, *et al.*<br><br>*Defendants*. | Civil Action No. 1:22-cv-07464-RMB-AMD<br><br><u>CIVIL ACTION</u><br><br>**(ELECTRONICALLY FILED)**<br><br>**CONSOLIDATED ACTIONS** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Aaron Siegel, Jason Cook, Joseph DeLuca, Nicole Cuozzo, Timothy Varga, Christopher Stamos, Kim Henry, and Association of New Jersey Rifle & Pistol Clubs, Inc. ("*Siegel* Plaintiffs") hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting in part and denying in part the *Siegel* Plaintiffs' motion for a preliminary injunction entered in this action on May 16, 2023 as follows:

- *Siegel v. Platkin*, 22-cv-7463: ECF No. 50

- *Koons v. Platkin*, 22-cv-7464: ECF No. 125

A copy of the Order appealed from is attached hereto as Exhibit "A". The matters have been consolidated pursuant to Fed. R. Civ. P. 42.  *See Siegel*, 22-cv-7463, Mem. Op. & Order, ECF No. 34 (Jan. 13, 2023).

        s/ Daniel L. Schmutter
        Daniel L. Schmutter
        Hartman & Winnicki, P.C.
        74 Passaic Street
        Ridgewood, New Jersey 07450
        (201) 967-8040
        dschmutter@hartmanwinnicki.com

June 5, 2023