# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>WILLIAM REYNOLDS, *et al.* )<br>)<br>*Defendants* )<br>)<br>------------------------------------------------ )<br>)<br>AARON SIEGEL, *et al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>MATTHEW PLATKIN, *et al.* )<br>)<br>*Defendants.* ) | Civil Action No. 1:22-cv-07464-RMB-AMD<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br><br>**CONSOLIDATED ACTIONS** |

**NOTICE OF EMERGENCY MOTION OF SIEGEL PLAINTIFFS TO REINSTATE CASE TO ACTIVE CALENDAR SO THAT SIEGEL PLAINTIFFS MAY FILE TWO NEW MOTIONS:**

**(1) TO AMEND COMPLAINT TO ASSERT NEW CLAIMS CHALLENGING NEW UNCONSTITUTIONAL MANDATORY HANDGUN QUALIFICATION REQUIREMENT RELEASED ON JULY 18, 2023; AND**

**(2) FOR NEW TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ENJOINING THE UNCONSTITUTIONAL REQUIREMENT**

TO:   ANGELA CAI, ESQ.
      OFFICE OF THE ATTORNEY GENERAL
      DEPARTMENT OF LAW AND PUBLIC SAFETY
      DIVISION OF LAW
      25 MARKET STREET
      TRENTON, NJ 08625

DAVID JENSEN
DAVID JENSEN PLLC
33 HENRY STREET SUITE 420
BEACON, NY 12508

LEON JOSEPH SOKOL
CULLEN AND DYKMAN, LLP
433 HACKENSACK AVE.
HACKENSACK, NJ 07601

EDWARD J. KOLOGI
KOLOGI SIMITZ
COUNSELLORS AT LAW
923 NORTH WOOD AVENUE
LINDEN, NJ 07036

**PLEASE TAKE NOTICE**, that on a date to be determined by the Court, the *Siegel* plaintiffs, shall move on an EMERGENCY basis before the Honorable Renee M. Bumb, U.S.D.J., at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order reinstating the case to the active calendar so they may file two new motions as follows:

(1) to amend the Complaint to assert new claims challenging a new unconstitutional mandatory handgun qualification requirement released by Defendant Superintendent of State Police Patrick Callahan on July 18, 2023; and

(2) for a new temporary restraining order and preliminary injunction enjoining enforcement of the unconstitutional requirement.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the Declaration of Daniel L. Schmutter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: July 26, 2023 Respectfully submitted,

s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Attorney for Siegel Plaintiffs*