**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.* ) | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* ) | |
| v. ) | **CIVIL ACTION** |
| WILLIAM REYNOLDS, *et al.* ) | **(ELECTRONICALLY FILED)** |
| *Defendants* ) | |
| ---------------------------------------------- ) | **CONSOLIDATED ACTIONS** |
| AARON SIEGEL, *et al.* ) | |
| *Plaintiffs,* ) | |
| v. ) | |
| MATTHEW PLATKIN, *et al.* ) | |
| *Defendants.* ) | |

**ORDER RESTORING CASE TO ACTIVE CALENDAR**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for *Siegel* Plaintiffs, to restore this case to the active calendar; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

*Siegel* Plaintiffs' Motion to restore this case to the active calendar is granted.

_____
RENEE MARIE BUMB, U.S.D.J.