[Docket No. 131]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD KOONS, *et al.* | Civil Action No. 1:22-cv-07464-RMB-AMD |
| *Plaintiffs* | **CIVIL ACTION** |
| v. | **(ELECTRONICALLY FILED)** |
| WILLIAM REYNOLDS, *et al.* | |
| *Defendants* | **CONSOLIDATED ACTIONS** |
| ---------- | |
| AARON SIEGEL, *et al.* | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, *et al.* | |
| *Defendants.* | |

## ORDER RESTORING CASE TO ACTIVE CALENDAR

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for *Siegel* Plaintiffs, to restore this case to the active calendar; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this 26th day of July, 2023, **ORDERED AS FOLLOWS:**

*Siegel* Plaintiffs' Motion to restore this case to the active calendar is granted.

RENEE MARIE BUMB, U.S.D.J.