LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

————————————

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

————————————

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

September 18, 2023

**VIA ECF**

The Honorable Renee Marie Bumb
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   **Koons, et al. v. Reynolds, et al. - No.: 1:22-cv-07464**
> **Siegel, et al. v. Platkin, et al. - No.: 1:22-cv-07463**

Dear Judge Bumb:

We represent the Siegel Plaintiffs in this matter.

On July 26, 2023, the Court granted Siegel Plaintiffs' motion to return the case to the active calendar. Siegel Plaintiffs sought reinstatement so they could move to amend their Complaint to assert new claims and seek emergent relief as to the handgun carry permit training and qualification requirements issued by the State of New Jersey on July 18, 2023.

We write to inform the Court that, since then, Siegel Plaintiffs and the State of New Jersey have had discussions, which have resulted in the release, yesterday, of substantially revised training and qualification requirements. As a result, of these revisions, at this time Siegel Plaintiffs are no longer seeking emergent relief on this issue. Accordingly, while Siegel Plaintiffs

The Honorable Renee Marie Bumb
September 18, 2023
Page 2

do not waive any claims they may have, Siegel Plaintiffs do not object if the Court wishes to administratively take the case back off of the active calendar during the remainder of the Third Circuit appeal.

Respectfully submitted,


s/ Daniel L. Schmutter

DLS/lkm
cc: Angela Cai, Esq.
    Leon Sokol, Esq.
    Edward J. Kologi, Esq.
    David Jensen, Esq.