**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RONALD KOONS, *et al.*

*Plaintiffs*

v.

WILLIAM REYNOLDS, *et al.*

*Defendants*

AARON SIEGEL, *et al.*

*Plaintiffs,*

v.

MATTHEW PLATKIN, *et al.*

*Defendants.*

Civil Action No. 1:22-cv-07464-RMB-AMD

**CIVIL ACTION**

**(ELECTRONICALLY FILED)**

**CONSOLIDATED ACTIONS**

## NOTICE OF APPEARANCE

Kindly enter the appearance of Bradley P. Lehman, Esquire, of Whiteford, Taylor & Preston LLC, as Counsel on behalf of Plaintiff Ronald Koons in the above-captioned matter.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Bradley P. Lehman*

Bradley P. Lehman (DE 5921)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3344
blehman@whitefordlaw.com

*Attorney for Plaintiff Ronald Koons*

**CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, Esq. hereby certify that on October 21, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

*/s/ Bradley P. Lehman*
Bradley P. Lehman (DE 5921)