**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD KOONS, *et al.*<br><br>*Plaintiffs*<br>v.<br><br>WILLIAM REYNOLDS, *et al.*<br><br>*Defendants* | Civil Action No. 1:22-cv-07464-RMB-AMD<br><br>**<u>CIVIL ACTION</u>**<br><br>**(ELECTRONICALLY FILED)** |
| AARON SIEGEL, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>MATTHEW PLATKIN, *et al.*<br><br>*Defendants.* | **CONSOLIDATED ACTIONS** |

# <u>NOTICE OF APPEARANCE</u>

Kindly enter the appearance of Bradley P. Lehman, Esquire, of Whiteford, Taylor & Preston LLC, as Counsel on behalf of Plaintiffs Nicholas Gaudio, Jeffrey M. Muller, Second Amendment Foundation, Firearms Policy Coalition, Inc., Coalition of New Jersey Firearm Owners, New Jersey Second Amendment Society, and Gil Tal, in the above-captioned matter.

Dated: November 5, 2026

Respectfully submitted,

*<u>/s/ Bradley P. Lehman</u>*
Bradley P. Lehman
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3344
blehman@whitefordlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, Esq. hereby certify that on November 5, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

*/s/ Bradley P. Lehman*
Bradley P. Lehman